**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and** | § | |
| **Key Patent Innovations Ltd.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 7:25-CV-00567** |
| | § | |
| **Foundry Digital LLC; Fortitude Mining,** | § | **JURY TRIAL DEMANDED** |
| **LLC; Riot Platforms, Inc.; and Cipher** | § | |
| **Mining Inc.** | § | |
| | § | |
| **Defendants.** | § | |

## COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

Plaintiffs Malikie Innovations Ltd. ("Malikie") and Key Patent Innovations Ltd. ("KPI") (collectively, "Plaintiffs"), by and through their undersigned counsel, bring this Complaint for patent infringement and damages against Defendants Foundry Digital LLC ("Foundry"), Fortitude Mining, LLC ("Fortitude"), Riot Platforms, Inc. ("Riot"), and Cipher Mining Inc. ("Cipher") (collectively, "Defendants") and, in support, allege the following:

## PARTIES

1.      Plaintiff Malikie is the successor-in-interest to a substantial patent portfolio created and procured over many years by Blackberry Ltd., formerly known as Research in Motion Ltd., and its predecessor, subsidiary, and affiliated companies (collectively, "Blackberry"). Malikie is an Irish entity duly organized and existing under the laws of Ireland. Malikie has registered offices at: The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.

2.      Plaintiff KPI is the beneficiary of a trust pursuant to which Malikie owns, holds, and asserts the Asserted Patents (set forth below). KPI is an Irish entity duly organized and existing under the laws of Ireland. KPI has registered offices at: The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.

3.      On information and belief, Defendant Foundry Digital LLC ("Foundry") is a Delaware corporation, with a principal place of business at: 1100 Pittsford Victor Road, Pittsford, NY 14534.  On information and belief, Foundry maintains operational facilities in Texas, including in this District, and in other states.  On information and belief, Foundry owns and operates the website located at https://foundrydigital.com/.[1]

4.      On information and belief, Defendant Fortitude Mining, LLC ("Fortitude") is a Delaware corporation, with a principal place of business at: 45 O'Connor Road, Fairport, NY 14450. On information and belief, Fortitude maintains operational facilities in Texas, including in this District. On information and belief, Fortitude owns and operates the website located at https://fortitudemining.com/.

5.      On information and belief, Defendant Riot Platforms, Inc. ("Riot") is a Nevada corporation, with principal executive offices at: 3855 Ambrosia Street, Suite 301, Castle Rock, Colorado. On information and belief, Riot maintains operational facilities in Texas, including in this District. On information and belief, Riot owns and operates the website located at https://www.riotplatforms.com/.

6.      On information and belief, Defendant Cipher Mining Inc. ("Cipher") is a Delaware corporation, with principal executive offices at: 1 Vanderbilt, Avenue, Floor 54, New York, New York. On information and belief, Cipher maintains operational facilities in Texas, including in this District. On information and belief, Cipher owns and operates the website located at https://www.ciphermining.com/.

---

[1] All URLs cited in this Complaint were last accessed on November 17, 2025, unless otherwise noted.

**NATURE OF THE ACTION**

7.      This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

8.      This case centers on ground-breaking innovations in elliptic curve cryptography that were discovered by some of the field's leading technologists at Certicom Corporation and Blackberry Limited (formerly known as Research In Motion, or "RIM"), that years later were recognized and selected by the designers of Bitcoin[2]— far and away the world's most valuable cryptocurrency—to enable Bitcoin's characteristic quality as a "trustless" payment system requiring no third party intermediary.  Specifically, the Bitcoin protocol incorporates cryptographic technology developed and patented by Certicom and Blackberry—technology covered by the Asserted Patents.  Defendants, in turn, use this patented technology to operate one of the largest bitcoin mining operations in the world, manage its proceeds, and engage in bitcoin transactions.

9.      Malikie is the assignee of and owns all right and title to U.S. Patent Nos. 8,788,827 (the "'827 Patent); 8,806,197 (the "'197 Patent"); 8,666,062 (the '062 Patent"); 8,532,286 (the "'286 Patent); and 8,712,039 (the "'039 Patent") (collectively, the "Asserted Patents"), which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Malikie seeks monetary damages and, where appropriate, injunctive relief.

---

[2] As used herein, "Bitcoin" with a capital "B" refers to Bitcoin's protocol, network, and blockchain, whereas "bitcoin" with a lower case "b" refers to the unit of cryptocurrency.

## FACTS COMMON TO ALL CLAIMS

### Background

#### *The Rise of Bitcoin*

10.     Earlier this year, the price of a single bitcoin (1 BTC[3]) surpassed $126,000.[4]  While that is an impressive figure in absolute terms, it is even more impressive considering how much the value of bitcoin has increased over the years.  When today's leading U.S.-based cryptocurrency exchange was founded in 2012, "a bitcoin was worth $6 and only known by a few nerds on the internet."[5]  Just two years prior to that, 1 BTC was worth less than a penny: $0.0041.  On May 22, 2010, in what is widely understood to be the first commercial Bitcoin transaction, Laszlo Hanyecz (one of Bitcoin's earliest developers and proponents) paid 10,000 BTC—worth about $41 at the time—for two Papa John's pizzas.[6]  And only seven months before that, 1 BTC was worth just $0.00099.  In the first ever exchange of bitcoin for U.S. dollars, Martti Malmi (Bitcoin's second developer after Satoshi Nakamoto) sold 5,050 BTC for $5.02 on October 12, 2009.[7]  Following the meteoric rise of Bitcoin, had they kept them, Hanyecz's 10,000 BTC would have been worth over $1.26 billion in October 2025 and Malmi's 5,050 BTC would have been worth over $636 million.  No other cryptocurrency has attained such incredible value.

---

[3] "BTC" is a common unit used to designate one bitcoin.  *See* https://bitcoin.org/en/vocabulary#btc. Bitcoin can be transacted in units smaller than 1 BTC, in units of "satoshi," which is the smallest unit of bitcoin, equivalent to a one hundred millionth of a single bitcoin (0.00000001 BTC).  *See* https://en.bitcoin.it/wiki/Satoshi_(unit).

[4] https://www.coinbase.com/price/bitcoin.

[5] https://www.cnbc.com/2021/04/14/coinbase-co-founders-launched-when-a-bitcoin-btc-was-worth-6.html (quoting Fred Ehrsam, co-founder of Coinbase).

[6] https://www.youtube.com/watch?v=tWU3O3X5kKE; https://www.coinbase.com/learn/crypto-glossary/what-is-bitcoin-pizza.

[7] https://bitcoinmagazine.com/markets/bitcoins-first-trade-now-worth-130-million.

11.　Bitcoin is regarded as the first "cryptocurrency" and "remains by far the biggest, most influential, and best-known."[8]  Other leading cryptocurrencies today include Ethereum, Tether, and Solana, which, although they are perhaps relatively well-known among those familiar with cryptocurrency, are worth orders of magnitude less than Bitcoin.[9]  Thousands of cryptocurrencies exist today[10], but, as the Ethereum website acknowledges, "[i]t all started with bitcoin."[11]

12.　While Bitcoin is the foundation of today's sprawling cryptocurrency market, the foundation of Bitcoin's trailblazing trustless digital currency model—its digital signature framework—uses cryptographic technology developed and patented by Certicom and Blackberry.[12]  Bitcoin's adoption of this technology set a trend that has propagated throughout the cryptocurrency landscape.  The Bitcoin mining industry has also adopted techniques developed by Certicom for efficiently processing cryptographic hash functions—part of a process for adding Bitcoin transactions to the blockchain and minting new bitcoin known as "mining."[13]  Globally, the Bitcoin mining industry processes over one sextillion ($10^{21}$ or 1,000,000,000,000,000,000,000) cryptographic hashes every second.[14]

---

[8] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

[9] *See*, *e.g.*, *id.*; https://coinmarketcap.com/.

[10] For example, the Coinbase exchange lists hundreds of tradable crypto assets among thousands in existence.  https://www.coinbase.com/explore.

[11] https://web.archive.org/web/20241216232605/https://ethereum.org/en/what-is-ethereum/ (answering "What is a cryptocurrency?").

[12] https://bitcoin.org/bitcoin.pdf ("Bitcoin Whitepaper") at 1, 2, 8.

[13] https://bitcoin.org/en/vocabulary#mining

[14] https://www.coinwarz.com/mining/bitcoin/hashrate-chart; https://thebitcoinmanual.com/articles/btc-hashrate-1-zetahash/

### *Bitcoin's Foundation is Certicom-Developed Cryptography*

13.    The creation of Bitcoin is attributed to Satoshi Nakamoto ("Satoshi"), the presumed pseudonym used by the author[15] of a white paper titled "Bitcoin: A Peer-to-Peer Electronic Cash System," which was reportedly sent on October 31, 2008 to a small group of recipients on "The Cryptography Mailing List" using a pipermail message service hosted by metzdowd.com.[16] Satoshi's message included a link to the white paper, which was (and still is) hosted at bitcoin.org, a site "originally registered and owned by Bitcoin's first two developers, Satoshi Nakamoto and Martti Malmi."[17]

14.    The first line of Satoshi's initial message to the "cryptography" community articulated the goal of Bitcoin: to provide "a new electronic cash system that's fully peer-to-peer, with no trusted third party."[18]    This defining characteristic of Bitcoin is achieved using cryptography.[19]    Specifically, "[d]igital signatures provide part of the solution."[20]    As Satoshi explained in a February 11, 2009 message to another online community—the "p2p-research"

---

[15] Satoshi Nakamoto might be one or more persons.  *See*, *e.g.*, https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html ("I've been working on a new electronic cash system…."); *id.* ("We propose a solution to the double spending problem….").

[16] *See* Bitcoin Whitepaper; *see also* https://www.wired.com/story/after-10-years-bitcoin-changed-everything-nothing/.

[17] https://bitcoin.org/en/about-us#own; https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html.

[18] https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html; *see also* Bitcoin Whitepaper (abstract).

[19] Bitcoin Whitepaper at 1 ("What is needed is an electronic payment system based on cryptographic proof instead of trust, allowing any two willing parties to transact directly with each other without the need for a trusted third party.").

[20] https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html (abstract); Bitcoin Whitepaper (abstract).

mailing list—"[o]ne of the fundamental building blocks for such a system [as Bitcoin] is digital signatures."[21]

15.     A digital signature is a cryptographic tool for verifying the authenticity of digital data (*i.e.*, validating its original source and genuineness) and its integrity (*i.e.*, that it is accurate, complete, and has not been tampered with).[22]  In fact, a bitcoin is fundamentally just "a chain of digital signatures" recorded in a public history or "chain" of transactions.  *See* Bitcoin Whitepaper at 2 ("We define an electronic coin as a chain of digital signatures. Each owner transfers the coin to the next by digitally signing a hash of the previous transaction and the public key of the next owner and adding these to the end of the coin."), 8 (describing "a peer-to-peer network using proof-of-work to record a public history of transactions").



Bitcoin Whitepaper at 2

*See also* https://satoshi.nakamotoinstitute.org/emails/p2p-research/35/ ("A digital coin contains the public key of its owner. To transfer it, the owner signs the coin together with the public key of

---

[21] https://satoshi.nakamotoinstitute.org/emails/p2p-research/35/.

[22] https://www.cisa.gov/news-events/news/understanding-digital-signatures.

the next owner. Anyone can check the signatures to verify the chain of ownership"). Specifically, as Satoshi explained to the "cryptography" community shortly after releasing the white paper but before releasing the first version of Bitcoin software, "it's ECC digital signatures."[23]

16.     The acronym "ECC" stands for elliptic curve cryptography.[24] ECC "represents a different way to do public-key cryptography—an alternative to the older RSA system—and also offers certain advantages."[25] "ECC devices require less storage, less power, less memory, and less bandwidth than other systems. This allows you to implement cryptography in platforms that are constrained, such as wireless devices, handheld computers, smart cards, and thin-clients. It also provides a big win in situations where efficiency is important."[26] As explained by Certicom Corporation, "the authority for strong, efficient cryptography," when asymmetric cryptography (such as public-key cryptography) is desired "Elliptic curve cryptography (ECC) is the best choice, because" it "will give you the most security per bit."[27] For example, "ECC offers considerably greater security for a given key size" and enables "faster cryptographic operations, running on smaller chips or more compact software" resulting in "less heat production and less power consumption."[28]

17.     ECC is also secure. In 1997, Certicom introduced the "Elliptic Curve Cryptosystem (ECC) Challenge" as a way "to increase industry understanding and appreciation for the difficulty

---

[23] https://satoshi.nakamotoinstitute.org/emails/cryptography/14/; *see also* https://satoshi.nakamotoinstitute.org/emails/cryptography/2/ (explaining that "ECC is nicely compact").

[24] https://en.bitcoin.it/wiki/Elliptic_curve_cryptography.

[25] https://www.certicom.com/content/certicom/en/the-basics-of-ecc.html.
[26] *Id.*

[27] https://www.certicom.com/content/dam/certicom/images/pdfs/WP-ECCprimer.pdf at 3, 22.

[28] *Id.* at 3.

of the elliptic curve discrete logarithm problem, and to encourage and stimulate further research in the security analysis of elliptic curve cryptosystems."[29] Certicom challenged participants to compute the ECC private key from a list of ECC public keys and associated parameters.[30] The challenge included relatively easier (Level I) challenges, some of which have been solved, and more difficult (Level II) challenges, which Certicom believed to be "computationally infeasible" and still have not been solved.[31]

18.     As mentioned above, Bitcoin uses ECC digital signatures. Specifically, Bitcoin uses an elliptic curve digital signature algorithm ("ECDSA") with parameters known as "secp256k1."[32] Secp256k1 is defined in a Standards for Efficient Cryptography (SEC) specification titled "SEC 2: Recommended Elliptic Curve Domain Parameters" (Version 2.0, Jan. 2010), which is a publication of the Standards for Efficient Cryptography Group (SECG).[33] The SEC 2 paper (Version 2.0) was generated by Certicom Research and identifies Dan Brown of Certicom as the main contact.[34] Dan Brown is a co-inventor of several of the Asserted Patents in this case. *See infra*.

19.     Certicom—which was "[f]ounded in 1985, the same year Elliptic Curve Cryptography (ECC) was invented"—has a long been regarded as the leader in ECC technology.[35] Indeed, Scott Vanstone, who co-founded Certicom in 1985 with Gord Agnew and Ron Mullin, was

---

[29] https://www.certicom.com/content/certicom/en/the-certicom-ecc-challenge.html.

[30] *Id*.

[31] *Id*.

[32] https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm; https://en.bitcoin.it/wiki/Secp256k1.

[33] https://www.secg.org/sec2-v2.pdf at 9.

[34] *Id*. (cover page).

[35] https://www.certicom.com/content/certicom/en/about.html.

an internationally recognized top ECC researcher and the recipient of prestigious awards and recognitions for his monumental and profound contributions in the field of ECC.[36]  Vanstone authored numerous papers and was awarded hundreds of patents related to ECC.[37]  To help drive ECC's commercial adoption, Certicom (with Vanstone) founded the SECG in 1998.[38]  The purpose of the SECG is "to develop commercial standards that facilitate the adoption of efficient cryptography and interoperability across a wide range of computing platforms."[39]  "SECG members include leading technology companies and key industry players in the information security industry," including its founding member, Certicom.[40]  Certicom's development of a standards body to promote ECC was welcomed by many in the cryptography industry.  As the chief scientist of one security firm put it in 1998, "It's good news for the industry as a whole to move ECC forward because it is a promising technology."[41]  In 2004, a professor at Texas Tech University (winner of the Certicom Elliptic Curve Cryptography (ECC)2-109 Challenge) said, "I think public-key cryptography based on ECC is what we should and will be moving toward."[42]

---

[36] *See*, *e.g.*, https://www.certicom.com/content/certicom/en/about/news/release/2004/certicom-founder-scott-vanstone-wins-prestigious-research-award.html; https://www.certicom.com/content/certicom/en/about/news/release/2009/certicom-founder-wins-premiers-catalyst-award-for-lifetime-achie.html;  https://uwaterloo.ca/news/profound-impact-researcher.

[37] *See id.*

[38] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

[39] https://www.secg.org/.

[40] *Id.*; *see also* https://www.certicom.com/content/certicom/en/about/news/release/2005/standards-for-efficient-cryptography-group--secg--announce-new-i.html (identifying Certicom as "a founding member of SECG").

[41] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

[42] https://www.metzdowd.com/pipermail/cryptography/2004-April/006798.html.

Walt Davis, former senior vice-president at Motorola, told Vanstone that he believed "ECC was the only technology that would work in their constrained environments."[43]

20.    Demonstrating its position as the leader in developing and promoting ECC technology, Certicom hosted the annual ECC Conference beginning in 2004, which "was designed to interest both a technical audience and business managers."[44]  Vanstone recalled that the 2004 conference "was well-attended by cryptography experts, industry leaders and members of the developer community."[45]  The conference also "held significant historical value," with "luminaries such as Dr. Ralph Merkle, Dr. Neal Koblitz, Dr. Victor Miller and Dr. Walt Davis" in attendance.[46] Those luminaries were the pioneers of public key cryptography and ECC:  Miller and Koblitz "independently invented elliptic curve cryptography"; Merkle was one of the inventors of public key cryptography; and Davis was a senior vice-president at Motorola who was an early advocate for ECC and recipient of the first ECC Visionary Award.[47]  As a testament to Certicom's status as the unrivaled leader and authority in ECC research and development, industry members recognized Certicom as "the most commercial promoter of elliptic curve crypto."[48]  Indeed, Certicom has been described as the "authority," "leader," and "expert" in the field of ECC.[49]

---

[43] https://www.certicom.com/content/certicom/en/code-and-cipher/article/529-reflections-the-year-that-was-.html.

[44] *Id.*

[45] *Id.*

[46] *Id.*

[47] *Id.*

[48] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

[49] *See*, *e.g.*, https://www.metzdowd.com/pipermail/cryptography/2004-April/006798.html; https://news.profoundimpact.com/tag/dr-scott-vanstone/; https://cpl.thalesgroup.com/partners/rim-certicom.

21.     Resulting from its pioneering discoveries in ECC, Certicom is well known to have been the holder of many valuable patents covering certain implementations of ECC.  For example, Bruce Schneier[50], an internationally renowned security technologist (known as the "security guru") and Adjunct Lecturer in Public Policy at the Harvard Kennedy School, once said that "Certicom certainly can claim ownership of ECC," noting that "[t]he algorithm was developed and patented by the company's founders, and the patents are well written and strong."[51]  Certicom claimed to have had "the world's largest intellectual property portfolio for these types of [ECC] patents."[52]  After acquiring Certicom, BlackBerry grew that portfolio to over 500 ECC patents.[53]

22.     Satoshi chose Certicom's secp256k1 curve for Bitcoin's digital signature algorithm.[54]  According to the Bitcoin wiki site, "secp256k1 was almost never used before Bitcoin became popular."[55]  As one commentator said, "If it wasn't for Satoshi Nakamoto, you probably would never have heard of the secp256k1 Elliptic Curve Cryptography (ECC) method."[56]  Even Dan Brown was surprised to learn that Bitcoin uses secp256k1 instead of other, more commonly used parameters.[57]  Some suggest that Satoshi, having not received a recommendation for a

---

[50] *See* https://web.archive.org/web/20250513035631/https://www.hks.harvard.edu/faculty/bruce-schneier; https://www.belfercenter.org/person/bruce-schneier.

[51] https://betanews.com/2007/05/30/certicom-patent-suit-against-sony-threatens-to-unravel-aacs/.
[52] https://www.certicom.com/content/certicom/en/about/news/release/2007/certicom-announces-executive-changes.html.

[53] https://blackberry.certicom.com/en.

[54] *See*, *e.g.*, https://medium.com/asecuritysite-when-bob-met-alice/the-bluffers-guide-to-secp256k1-when-satoshi-said-goodbye-to-pki-bad327c4f079; https://news.ycombinator.com/item?id=28813291.

[55] https://en.bitcoin.it/wiki/Secp256k1.

[56] https://medium.com/asecuritysite-when-bob-met-alice/the-bluffers-guide-to-secp256k1-when-satoshi-said-goodbye-to-pki-bad327c4f079.

[57] https://bitcoinmagazine.com/technical/satoshis-genius-unexpected-ways-in-which-bitcoin-dodged-some-cryptographic-bullet-1382996984 (quoting Brown as saying "I did not know that

specific curve, just "picked one."[58]  Others suggest that Satoshi relied on expert cryptographers in selecting secp256k1.[59]

23.     Whatever the reason, Satoshi's choice of secp256k1 has proven to be well-liked by the Bitcoin community and the broader cryptocurrency community.  The Bitcoin wiki site reports that after Bitcoin's adoption of secp256k1, the curve "is now gaining in popularity due to its several nice properties."[60]  Gregory Maxwell, a former Bitcoin developer, said in a public forum in October 2021 that Satoshi's choice of secp256k1 "was a good choice at the time, esp[ecially] now after the expiration of the GLV patent."[61]  "The GLV patent" refers to another groundbreaking innovation by Certicom's in-house experts in elliptic curve cryptography, famously known as "GLV Endomorphism,"[62] which the Bitcoin community had been stalking for a decade or more after Hal Finney, foundational Bitcoin developer (and receiver of the first ever Bitcoin transaction), discovered in early 2011 that it can be used to speed up signature verifications by 25%.[63]

24.     Finney, a well-known and highly respected cryptographer, posted on February 8, 2011 that he figured out a way to speed up ECDSA signature verification for the secp256k1 curve used by Bitcoin, based on techniques described in "Guide to Elliptic Curve Cryptography" by

---

BitCoin is using secp256k1. Indeed, I am surprised to see anybody use secp256k1 instead of secp256r1.").

[58] https://learnmeabitcoin.com/technical/cryptography/elliptic-curve/ (quoting email between Satoshi and Mike Hearn, a "Bitcoin developer" who published his emails with Satoshi).

[59] https://cointelegraph.com/news/satoshi-nakamoto-had-outside-cryptography-help-says-early-bitcoin-dev (citing Laszlo Hanyecz's account of his conversations with Satoshi).

[60] https://en.bitcoin.it/wiki/Secp256k1.

[61] https://news.ycombinator.com/item?id=28813291.

[62] The Asserted Patents' inventions are independent from and not described in the GLV patent.

[63] https://btctimes.com/hal-finneys-proposal-for-optimizing-bitcoin-to-be-enabled-in-bitcoin-core/.

Hankerson, Menezes and Vanstone.[64]   The "Vanstone" of the book's authoring trio is Scott Vanstone, co-founder of Certicom and co-inventor of several of the Asserted Patents in this case. The technique that Finney's post referred to is famously known among the Bitcoin community and elsewhere as "GLV Endomorphism" or the "GLV method," where "GLV" refers to the trio of Certicom innovators that came up with it: Robert Gallant, Robert Lambert, and Scott Vanstone.[65] All three were Certicom technologists and are co-inventors of several of the Asserted Patents in this case.   It is widely reported that Finney's proposed inclusion of GLV Endomorphism in the Bitcoin protocol, though it was eventually included in the Bitcoin Core software library named libscep256k1, was not officially implemented at the time because of concerns that it would infringe "the GLV patent," *i.e.*, U.S. Patent No. 7,110,538, which names Gallant, Lambert, and Vanstone as the inventors.[66]  On the day the GLV patent expired, and over the days that followed, the Bitcoin community celebrated the anticipated inclusion of GLV Endomorphism in future Bitcoin Core releases.[67]   In fact, on the day the GLV patent expired, the Bitcoin Core community began the process of deleting the "slower non-endomorphism code" and replacing it with the faster "GLV optimization," including by deleting the code that previously made GLV endomorphism optional, thereby enabling GLV Endomorphism by default.[68]   Others in the Bitcoin community later confirmed Finney's observations that GLV Endomorphism results in significantly faster signature

---

[64] *Id.*; *see also* https://cointelegraph.com/news/one-of-hal-finney-s-lost-contributions-to-bitcoin-core-to-be-resurrected.

[65] *See id.*

[66] *See id.*

[67] *See id.*

[68] https://github.com/bitcoin-core/secp256k1/pull/826 ("As the patent on the GLV optimization has expired, there is no need to keep the slower non-endomorphism code around anymore.").

verifications (reportedly by 28%).[69]  Following Bitcoin's lead, others in the crypto community followed suit in adopting GLV Endomorphism optimizations.[70]

25.    While some people like Finney, Malmi, and Hearn are known as early Bitcoin developers, Satoshi Nakamoto is credited with creating the first Bitcoin client, *i.e.*, the first software implementing the Bitcoin protocol.[71]  Satoshi announced the release of the first version of Bitcoin software to the "cryptography" community on January 8, 2009.[72]  Satoshi's original Bitcoin software is the foundation of today's *de facto* authoritative reference implementation of the Bitcoin protocol, known as "Bitcoin Core."[73]  Bitcoin Core continues to implement ECC digital signatures using ECDSA with secp256k1.[74]

26.    The public history of Bitcoin's development discussed above shows the impact that Certicom's innovations had on the shaping of Bitcoin and is a testament to the bona fides of Certicom's innovators as significant contributors to the advancement of important and valuable ECC technology.

27.    The Bitcoin industry's use of Certicom innovations did not stop with digital signatures.  The Bitcoin industry widely relies on patented Certicom innovations to efficiently hash new blocks to add them to the blockchain and "mine" new bitcoin.  Bitcoin transactions are

---

[69] https://btctimes.com/bitcoin-upgrade-glv-enomorphism-tests-show-faster-verification/.

[70] *See* https://github.com/RustCrypto/elliptic-curves/issues/211 ("bitcoin-core/secp256k1 is now switching to the endomorphism implementation by default: bitcoin-core/secp256k1#826 I think it would make sense for us to do the same.").

[71] https://en.bitcoin.it/wiki/Satoshi_Nakamoto.

[72] https://satoshi.nakamotoinstitute.org/emails/cryptography/16/.

[73] https://en.bitcoin.it/wiki/Bitcoin_Core (Bitcoin Core is "based on the original reference code by Satoshi Nakamoto"); https://bitcoincore.org/en/about/ ("[Bitcoin Core] is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper.").

[74] https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm; https://en.bitcoin.it/wiki/Secp256k1

validated and added to the blockchain through this "mining" process, whereby transactions are added to blocks and operators of specialized mining computers race to solve a cryptographic puzzle that allows a next block to be added to the blockchain, entitling the winner to collect a "block reward."[75] This process is computationally intensive, thereby making it very difficult to tamper with the blockchain (*e.g.*, to modify or rewrite past transactions).[76] The computational intensity comes from a need to repeatedly perform a cryptographic hash function to discover a hash value that satisfies certain criteria, which some mining entities perform at the rate of "exahashes" per second (EH/s), *i.e.*, quintillions of hashes per second.[77] To do this, the Bitcoin industry relies on specialized mining computers containing application-specific integrated circuits ("ASICs") that are designed specifically (and typically, solely) for processing the SHA-256 hash function (a type of SHA-2 hash function) used by the Bitcoin network.[78] Before the advent of ASIC mining, Certicom invented techniques for processing SHA-2 hash functions faster and more efficiently.

28.    On information and belief, several commonly used mining machines, including models made by Bitmain—a top manufacturer of bitcoin miners[79]—utilize the improved hash processing techniques developed and patented by Certicom.

---

[75] https://www.coinbase.com/learn/crypto-basics/how-do-cryptocurrency-miners-work; Bitcoin Whitepaper at 3 ("Proof-of-Work"), 5 ("Incentive"), 6-8 ("Calculations"); https://en.bitcoin.it/wiki/Block; https://en.bitcoin.it/wiki/Controlled_supply.

[76] Bitcoin Whitepaper at 3 ("Proof-of-Work"), 6-8 ("Calculations").

[77] https://www.pcmag.com/encyclopedia/term/exahash

[78] https://en.bitcoin.it/wiki/ASIC

[79] https://www.bitmain.com/about; https://www.cryptominerbros.com/blog/most-profitable-bitcoin-mining-machines/

### *Blackberry Acquired Certicom Following Years-Long Alliance*

29.     Blackberry was an early adopter of Certicom's ECC technology.  In July 2000, in recognition of "Certicom's high performance, efficient ECC," Blackberry and Certicom entered into "an alliance which will enable RIM to utilize Certicom's elliptic curve cryptography (ECC) technology throughout its wireless product offerings."[80]  Blackberry recognized that "Certicom's Elliptic Curve Cryptography (ECC) technology enables strong, high performance security for many pieces of the computing infrastructure," and that "Certicom's patented implementation of ECC technology provides a more efficient alternative to conventional public key cryptographic algorithms … allowing for faster processing speed, reduced bandwidth usage and decreased battery requirements."[81]  Accordingly, BlackBerry entered into an "agreement with Certicom, a leader in ECC wireless security technology, [to] enable [BlackBerry] to provide the market with the secure mobile devices they require for m-commerce transactions."[82]

30.     In 2009, BlackBerry acquired Certicom, giving rise to BlackBerry Certicom, "a leader in applied cryptography and key management."[83]  Certicom's industry-leading research and development continued under BlackBerry Certicom; together BlackBerry and Certicom continued innovating and improving ECC technology.  As a result of its rich history in ECC technology development, "BlackBerry Certicom has industry leading expertise in Elliptic Curve Cryptography

---

[80] https://www.certicom.com/content/certicom/en/about/news/release/2000/research-in-motion-and-certicom-to-enable-trusted-mobile-commerc.html

[81] *Id.*

[82] *Id.*

[83] https://www.certicom.com/content/certicom/en/about.html.

and has established the world's largest ECC-based patent portfolio."[84]  Plaintiff Malikie now owns part of that portfolio, including the Asserted Patents.

### *Cryptocurrency Basics*

31.    Bitcoin paved the way for the thousands of cryptocurrencies that exist today.  The term "cryptocurrency," or "crypto" for short, refers to a category of "digital money" that, like the fundamental purpose of Bitcoin, "makes it possible to transfer value online without the need for a middleman like a bank or payment processor."[85]  Most cryptocurrencies, including Bitcoin, are decentralized (not managed or controlled by a government or other central authority), not backed by anything of independent value (such as gold), and not guaranteed by anyone (such as a government or bank).  Instead, cryptocurrencies are managed by "peer-to-peer networks of computers running free, open-source software."[86]  Specifically, cryptocurrency transactions are vetted and recorded using a technology called "blockchain," which is a decentralized database system that stores data in a distributed network of computers.  This is in some ways analogous to the ledger of accounts and transactions maintained by a traditional financial intermediary (such as a bank or credit card company).  However, unlike with a traditional intermediary where the security of transactions and accounts is vested solely in the intermediary (which requires its customers to trust the intermediary with their money), the security of blockchain transactions is effected by the use of cryptography and "consensus" mechanisms to ensure that a majority of the computers on the network agree that a transaction is valid before it is recorded (*i.e.*, deemed to have occurred).[87]

---

[84] *Id.*; *see* https://blackberry.certicom.com/en.

[85] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

[86] *Id.*

[87] *Id.*

32.    As the name suggests, cryptocurrencies fundamentally rely on concepts from cryptography and computer science to enable the creation of such decentralized, internet-based monetary systems that are secure.  Indeed, as stated on the Ethereum website, the world's second most popular cryptocurrency, "[t]he reason assets such as bitcoin and ether are called 'cryptocurrencies' is that the security of your data and assets is guaranteed by cryptography, not by trusting an institution or corporation to act honestly."[88]  Cryptocurrencies rely on cryptography (hence the name *crypto*currency) to protect participants' assets from theft and to protect the cryptocurrency system from dishonest or unauthorized manipulation that results in dilution of the currency (*e.g.*, double spending).[89]    More fundamentally, cryptography is what enables cryptocurrencies like Bitcoin to be "trustless," *i.e.*, what allows cryptocurrency to be transacted securely (even between strangers) without the need for a trusted intermediary to verify and process payments.[90]

### Transactions

33.    The role of cryptography as a fundamentally enabling technology in cryptocurrencies like Bitcoin is evident in how cryptocurrency transactions are processed, *i.e.*, initiated, validated, and recorded in the blockchain.  Unlike with typical currencies, where transactions transfer an amount of currency from one account to another that is redeemable in physical notes and coins, "cryptocurrency transactions are simply data entries recorded on an unchangeable, distributed ledger, referred to as a blockchain."[91]  That is, with cryptocurrencies,

---

[88] https://web.archive.org/web/20241216232605/https://ethereum.org/en/what-is-ethereum/ (answering "What is a cryptocurrency?"); *see also* https://www.coinbase.com/learn/crypto-basics/what-is-cryptography ("Cryptocurrencies are entirely based on cryptographic ideas.").

[89] *See* https://www.coinbase.com/learn/crypto-basics/what-is-cryptography.

[90] *See id.*

[91] https://www.kraken.com/learn/how-do-cryptocurrency-transactions-work.

"no cryptocurrency is actually exchanged between people. Instead, ownership data associated with both parties' crypto wallets is updated on the blockchain each time a transaction is processed."[92]

34.    A cryptocurrency transaction—transferring crypto from the sender's digital wallet to the receiver's digital wallet—involves several steps.  Using wallet software, a transaction (essentially, a bundle of data) is created that identifies the sender's address (using a public key), the recipient's address (also using a public key), and the amount of cryptocurrency to be sent.[93] The transaction requestor then creates a digital signature for the transaction with its private key and public key (which are cryptographically linked, as the private key is used to create the public key) and submits the signed transaction to the blockchain network for validation.  By signing the transaction with its private key, the requestor proves to the receiving party and to the blockchain network that the transaction is valid.  After the receiving party validates the transaction using the sender's public key, the transaction is broadcast to and propagated through the blockchain network, where a majority network nodes must independently verify that the transaction is valid in order for the transaction to be added to the next "block" of the blockchain and thus be permanently and irreversibly recorded.[94]

### *Wallets*

35.    A cryptocurrency "wallet" is a tool for interacting with a Blockchain network that allows a user to send and receive cryptocurrencies like Bitcoin.[95]  A wallet is typically an application (software) that functions as a wallet for storing the user's private keys and provides interfaces to access and perform transactions with the user's cryptocurrency.  Wallets can be

---

[92] *Id*.

[93] *Id*.

[94] *See id*.

[95] https://www.investopedia.com/terms/b/bitcoin-wallet.asp.

custodial (keys are managed by a third party) or non-custodial (keys are managed solely by the user).  Forms of hardware wallets also exist (*e.g.*, a USB drive wallet).  Crypto wallets don't store the actual cryptocurrency (because the cryptocurrency exists as data in the blockchain) but instead store the public and private keys needed to carry out crypto transactions on the blockchain.[96]

### *Private Keys and Public Keys*

36.    Private keys and public keys are related but different pieces of information used in cryptocurrency transactions.  They are part of a technique known as asymmetric cryptography, in which two keys are used: (1) a private key (possessed by only the entity wishing to prove its identity) and (2) a public key (possessed by any number of entities who wishes to verify the identity of the entity possessing the private key).[97]  Unlike the alternative approach known as symmetric cryptography—in which a single key is used by both (or all) parties for their respective purposes, thereby preventing the key from being associated with a unique identity—asymmetric cryptography simplifies key exchange by reducing the number of keys needed to secure messages between parties and allows a message signature to be uniquely authenticated (*i.e.*, associated with the unique identity of the sender).[98]

---

[96] *See id.*

[97] https://www.certicom.com/content/dam/certicom/images/pdfs/WP-ECCprimer.pdf ("ECC Primer") at 4.

[98] *Id.* at 4–5.



**SYMMETRIC**

Symmetric cryptography has an equation of $\frac{n(n-1)}{2}$ for the number of keys needed. In a situation with 1000 users, that would mean **499,500 keys.**

**ASYMMETRIC**

Asymmetric cryptography, using key pairs for each of its users, has $n$ as the number of key pairs needed. In a situation with 1000 users, that would mean **1000 key pairs.**

ECC Primer at 5

37.     Importantly, while the public key can be used by an entity to verify that another possesses the corresponding private key, "you cannot derive the private key from the public. This is the critical feature of asymmetric cryptographic schemes that makes them so useful." ECC Primer at 4; *see also id.* ("The critical feature of asymmetric cryptography, that makes it useful, is this key pair—and more specifically, a particular feature of the key pair: the fact that one of the keys cannot be obtained from the other.").  It is also "the core technology behind digital signatures." *Id.* "A digital signature is a transform performed on a message using the private key, whose integrity may be verified with the public key." *Id.* at 5.



ECC Primer at 5

Elliptic curve cryptography (ECC) is an approach to doing asymmetric cryptography, including for use with digital signatures. *Id.*

38.     Private and public keys form a related key-pair—a public key is generated from a private key through a one-way hash function (or "trapdoor function") that is relatively easy to solve in one direction but nearly impossible to solve in the other direction, making it nearly impossible to determine a private key from a public key.[99]  *See also* ECC Primer at 6-7 ("In all asymmetric cryptographic schemes, this property—the property that one key is used for encryption, and another for decryption, and the decryption key cannot be found from the encryption key—is derived from the use of mathematical functions whose inverse is extremely difficult to calculate. You may understand an asymmetric cryptographic key pair as a pair of numbers which have some relationship associated with a mathematical function which is relatively easy to compute in one direction, but whose inverse is in practical terms intractable. This feature— the function which is tractable in one direction, but intractable in the other, is common to all asymmetric cryptosystems, including ECC.").  This characteristic of asymmetric cryptography allows the sender of cryptocurrency to digitally sign a transaction using their unique and secret private key as proof of ownership, and it allows the recipient and blockchain nodes to verify the digital signature and validate the transaction using the sender's public key.  Accordingly, in cryptocurrency transactions, public keys are used to identify the sending and receiving addresses (akin to account numbers in a bank), and private keys are used to sign transactions when sending cryptocurrency to others (which can be verified by the receiver and the blockchain network using the sender's public key).[100]

---

[99] https://www.ledger.com/academy/blockchain/what-are-public-keys-and-private-keys.
[100] *See id.*

### *Blockchain*

39.     Cryptocurrencies like Bitcoin are based on a technology called "blockchain."[101]  A blockchain is essentially a distributed database that, in a cryptocurrency network like Bitcoin, contains a list or "ledger" of all historical transactions on the network (*i.e.*, a record of every time anyone sent or received bitcoin).  The blockchain of a cryptocurrency like Bitcoin is in some ways akin to the ledger or balance sheet of a bank.

40.     A blockchain network includes a number of distributed computers (called "nodes") that store a copy of the blockchain ledger and participate in the verification and recording of each transaction.[102]  To become part of the blockchain ledger, a transaction must be transmitted to the network of nodes, which work to confirm the validity of the transaction using cryptographic algorithms.  Valid transactions are collected into a fixed-size data file called a "block" (akin to a page of a ledger) that, once filled, is run through a cryptographic hash function (that is, the block is "hashed") to generate a unique hash value for that block.  That block's hash value is included within the next block that is created so that when the next block is hashed, its hash value depends on the hash of the previous block, thereby creating an irreversible "chain" of blocks (hence the name "blockchain") as the process continues.[103]  *See also* Bitcoin Whitepaper at 2–5.



Bitcoin Whitepaper at 3

---

[101] *See* https://www.investopedia.com/terms/b/blockchain.asp.

[102] *See id.*

[103] *See id.*



Bitcoin Whitepaper at 5

41.    The Bitcoin blockchain creates a chronological ledger of chained transactions where each new block depends on the information from all previous blocks, thereby making it nearly impossible to undo or manipulate historical transactions without permission.[104]  *See also* Bitcoin Whitepaper at 2–3 ("Once the CPU effort has been expended to make it satisfy the proof-of-work, the block cannot be changed without redoing the work. As later blocks are chained after it, the work to change the block would include redoing all the blocks after it."), *id*. ("To modify a past block, an attacker would have to redo the proof-of-work of the block and all blocks after it and then catch up with and surpass the work of the honest nodes. We will show later that the probability of a slower attacker catching up diminishes exponentially as subsequent blocks are added.").

### *Bitcoin's Consensus Mechanism: Proof of Work ("Mining")*

42.    "'Proof of work' and 'proof of stake' are the two major consensus mechanisms cryptocurrencies use to verify new transactions, add them to the blockchain, and create new

---

[104] *See id*.

tokens."[105]  "Proof of work, first pioneered by Bitcoin, uses mining to achieve those goals."[106]  In a proof of work blockchain, members of the network ("miners") race against each other to be the first to solve a complex cryptographic math problem for determining a hash value associated with a particular block of transactions and present their solution to the network.[107]  If the miner's solution is verified by the network, the miner is allowed to create a new block (containing the transactions verified by the miner) and broadcast it to the network.  The nodes on the network will then perform audits of the ledger and the new block, and if the auditing nodes agree, the new block is "chained" to the previous block (creating a chronological chain of transactions) and the miner is rewarded with a unit of "coin" (*i.e.*, cryptocurrency), consisting of a mining fee for solving the block, as well as transaction fees for processing the underlying transactions, as compensation for expending their resources (*e.g.*, energy) in the performance of this work.  As the block chain grows, mining the next block to receive its reward becomes more computationally expensive (and therefore more resource intensive).  Accordingly, the proof-of-work consensus model is more rewarding for those with more resources to deploy.[108]

### *Hashing*

43.    Part of the mining process includes repeatedly performing a cryptographic hash function to discover a hash value that solves the block puzzle.  To do this, miners hash a group of data fields included at the beginning of a candidate block called the "block header," which includes a special field called the "nonce,"[109] and compare the resulting hash value to criteria specified by

---

[105] https://www.coinbase.com/learn/crypto-basics/what-is-proof-of-work-or-proof-of-stake.
[106] *Id*.

[107] *See id*.; Bitcoin Whitepaper at 3–4; https://www.investopedia.com/terms/b/blockchain.asp.
[108] *See id*.

[109] The term "nonce" stands for "number used once."  *See* http://learnmeabitcoin.com/technical/block/nonce/

the Bitcoin network. If the hash value meets the criteria, the solution is valid and may be submitted to the network in exchange for a block reward. If the hash value does not satisfy the specified criteria, the miners change the nonce value and re-hash the block header. This process is repeated until a valid solution is discovered.[110] The rate at which individual mining machines can perform this hashing operation is often measured in terahashes per second (TH/s), *i.e.*, trillions of hashes per second.[111] For large mining entities, the rate at which they perform this hashing operation is often measures in "exahashes" per second (EH/s), *i.e.*, quintillions of hashes per second.[112] Miners typically perform this hashing operation using specialized mining computers that contain application-specific integrated circuits ("ASICs") that are designed specifically (and sometimes, solely) for processing the SHA-256 hash function (a type of SHA-2 hash function) used by the Bitcoin network.[113]

***Pool Mining***

44.    "A mining pool is the consolidation of computational power amongst a group of cryptocurrency miners (nodes) who work collectively to solve mathematical problems in order to better their chances of receiving rewards."[114] "Pooled mining is a way for individual miners to combine their hash power so that they can mine as if they are one big miner. The individual miners … share in the reward of any blocks found by the combined pool, adjusted by their contributed share of the hash power."[115] In other words, "[i]nstead of each miner working alone to solve

---

[110] https://medium.com/fcats-blockchain-incubator/understanding-the-bitcoin-blockchain-header-a2b0db06b515

[111] https://www.coinwarz.com/mining/bitcoin/hardware

[112] https://www.pcmag.com/encyclopedia/term/exahash

[113] https://en.bitcoin.it/wiki/ASIC

[114] https://crypto.com/glossary/mining-pool

[115] https://bitcoinmagazine.com/guides/what-are-bitcoin-mining-pools

complex mathematical problems (which is how new Bitcoin is created), a group of miners combine their computational power. When the pool successfully mines a Bitcoin block, the reward is distributed among all members according to the work each one provided."[116]

### Foundry Operates One of the World's Largest Bitcoin Mining Pools

45.    Foundry styles itself as "The world's #1 Bitcoin mining pool."[117]  Foundry's CEO, Mike Colyer, recently described the Foundry USA Pool as "the biggest pool in the world."[118]  Over the past year, the Foundry USA Pool has been responsible for over 30% of the global Bitcoin hashrate, amounting to over 290 exahashes per second (EH/s)—that's 290 quintillion (290,000,000,000,000,000,000) cryptographic calculations per second.[119]  Since 2020, Foundry has won over 62,000 blocks.[120] In October 2025 alone, Foundry's blocks included over 4.9 million transactions.[121]  And in November 2025, Foundry's blocks included over 4 million transactions.[122]

---

[116] https://www.blockchain-council.org/bitcoin/pros-and-cons-of-joining-a-bitcoin-mining-pool/

[117] https://foundrydigital.com/enterprise-software/foundry-usa-pool/

[118] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 21:07-12 ("We never anticipated being the biggest pool in the world, but here we are.").

[119] *See*, *e.g.*, https://hashrateindex.com/hashrate/pools.
[120] https://mempool.space/mining/pool/foundryusa

[121] *Id*.

[122] *Id*.



https://hashrateindex.com/hashrate/pools (accessed Nov. 20, 2025)

46.     The Foundry USA Pool is a bitcoin "mining pool," *i.e.*, it is "a group of miners who combine their computing power to solve the mathematical equations required to add new blocks to the blockchain."[123]  Pool operators like Foundry orchestrate groups of miners who join the pool as "members" to contribute their computational resources (*e.g.*, hashrate) toward solving the puzzle required to create new blocks, and share the block rewards.[124]  For example, on information and belief, Riot, Cipher, and Fortitude are members of the Foundry USA Pool.[125]  In a mining pool,

---

[123] https://medium.com/foundry-digital/how-luck-impacts-bitcoin-miner-success-31d7f346ced6

[124] https://foundrydigital.com/enterprise-software/foundry-usa-pool/; https://www.sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm; https://foundrydigital.com/terms-and-conditions/; https://www.chainalysis.com/blog/crypto-mining-pools/; https://www.investopedia.com/terms/m/mining-pool.asp.

[125] *See* https://intel.arkm.com/explorer/entity/riot-platforms (showing transactions from Foundry to Riot); Cipher 2025 10-K at 63, F-18 (Cipher's 10-K describing pool mining with Foundry); https://intel.arkm.com/explorer/entity/cipher-mining (showing transactions from Foundry to Cipher); https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets (recently spun out, Fortitude was "the self-mining division of Foundry," the operator of "the #1 Bitcoin mining pool in the world," and continues to mine bitcoin).

the pool operator sends "shares" of work to each member (*e.g.*, a range of nonces to hash), and as the members complete their shares, they submit the results to the pool operator.[126]  The pool operator uses the aggregated computing power of its members to operate nodes and validate blocks on the Bitcoin blockchain, and it distributes pro-rata shares of the proceeds (*e.g.*, block rewards and transaction fees) to its members based on the computing power each contributes (*e.g.*, the number of shares a member submits), less a fee retained by the pool operator.[127]  Foundry performs daily payout calculations according to a Ful-Pay-Per-Share (FPPS) methodology, whereby Foundry divides the block rewards and transaction fees earned by the pool among its members, less an operating fee retained by Foundry.[128]

47.    The Foundry USA Pool mines over 30% of the blocks on the Bitcoin network,[129] and it has earned over 322,820 BTC in mining rewards since 2020.[130]  Using the average daily price of bitcoin since 2020 (approximately 46,790[131]), that would be worth over $15 billion.  Using the recent all-time high price of bitcoin in October 2025 (approximately 126,000[132]), the value is north of $40 billion.

---

[126] https://www.investopedia.com/terms/m/mining-pool.asp;
https://www.chainalysis.com/blog/crypto-mining-pools/.

[127] *See* https://www.sec.gov/Archives/edgar/data/1964789/000155837024004176/hut-20231231x10kt.htm at 41.

[128] *See*, *e.g.*, https://www.sec.gov/Archives/edgar/data/1964789/000155837024004176/hut-20231231x10kt.htm at 41, 108; https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology.

[129] *See*, *e.g.*, https://mempool.space/graphs/mining/pools; *see also* https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 26:34-38 ("I mine 30% of all the blocks every day." – Mike Colyer)

[130] *See*, *e.g.*, https://mempool.space/mining/pool/foundryusa.

[131] based on values reported at https://www.investing.com/crypto/bitcoin/historical-data

[132] as reported at https://www.coinbase.com/price/bitcoin



https://mempool.space/graphs/mining/pools#1y



https://mempool.space/mining/pool/foundryusa

48.    In addition to managing the Foundry USA Pool, Foundry was also an institutional grade bitcoin miner itself. [133] Foundry had been mining bitcoin since at least 2020, back when "there [were] few significant crypto mining operations in North America" and Foundry was still "operating below the radar."[134]  At least as early as Q3 2020, "Foundry claim[ed] to already be one of the largest Bitcoin miners in North America."[135]  During a recent interview, Foundry's CEO, Mike Colyer, recalled that, at least in the United States, Foundry was "the biggest bitcoin miner in 2021."[136]  On information and belief, Foundry's self-mining operations continued through 2025 and were only recently spun off into a new subsidiary of Digital Currency Group (Foundry's parent company), called Fortitude Mining.[137]

49.    Foundry has also been a significant provider of financing, equipment, and operational services to other bitcoin miners.[138]  For example, Foundry agreed to provide "up to

---

[133] *See*, *e.g.*, https://foundrydigital.com/site-operations/ (**We, like you, are miners**. We apply our vast experience to each client site, giving us an advantage over other operators." (emphasis added)).

[134] https://fortune.com/2020/08/27/bitcoin-mining-dcg-foundry-north-america-btc/

[135] https://www.crowdfundinsider.com/2020/08/165819-time-to-mine-dcg-reveals-crypto-mining-subsidiary-foundry/

[136] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 18:45-48 ("We were the biggest bitcoin miner in 2021.")

[137] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets ("'Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024,' said Barry Silbert, Founder & CEO, DCG. 'With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent.'").

[138] https://www.theblock.co/linked/76165/dcg-bitcoin-mining-foundry ("Crypto venture capital firm Digital Currency Group (DCG) has entered into crypto mining space. … The group has formed a wholly-owned subsidiary called Foundry which provides mining and staking, equipment financing and procurement, and consulting and advisory services. DCG said it has committed to invest more than $100 million into Foundry through 2021.")

$23 million dollars in financing for Core Scientific and its clients' mining equipment,"[139] financed Hut 8's acquisition of 5,400 mining machines,[140] and helped finance equipment for Blockcap and Bitfarms.[141] Foundry reportedly "helped to procure nearly half of the Bitcoin mining machines installed in North America in 2020."[142] Foundry supplied Compute North with 14,000 mining machines[143] and eventually acquired Compute North's bitcoin mining operations in multiple states, including in Texas.[144] Foundry also launched the "Foundry Academy" to "train and develop" bitcoin mining technicians in "everything from bitcoin fundamentals to the nuances of miner diagnostics and maintenance."[145]

50.     Foundry has and continues to provide on-site services to "handl[e] all the unique challenges at your mining site so you don't have to. [Foundry] provide[s] trained staff to implement the processes, tools, and technology required to monitor, repair equipment, and oversee your

---

[139] https://www.prnewswire.com/news-releases/core-scientific-partners-with-foundry-in-financing-deal-up-to-23-million-301189563.html

[140] https://www.coindesk.com/markets/2021/01/22/hut-8-completes-118m-financing-for-new-bitcoin-mining-machines

[141] https://cointelegraph.com/news/bitcoin-miner-blockcap-closes-75m-investment-led-by-off-the-chain-foundry-digital; https://www.einpresswire.com/article/539216284/bitfarms-partners-with-foundry-to-expand-bitcoin-mining-fleet-and-join-foundry-usa-pool-instantly-boost-hashrate-by-15

[142] https://www.einpresswire.com/article/539216284/bitfarms-partners-with-foundry-to-expand-bitcoin-mining-fleet-and-join-foundry-usa-pool-instantly-boost-hashrate-by-15

[143] https://www.coindesk.com/markets/2021/01/13/compute-north-foundry-team-up-to-target-north-american-bitcoin-miners

[144] https://www.prnewswire.com/news-releases/foundry-to-acquire-two-turnkey-mining-facilities-from-compute-north-plus-right-to-acquire-third-facility-under-development-301685734.html; https://www.coindesk.com/business/2022/11/22/crypto-mining-and-staking-firm-foundry-buys-some-of-troubled-bitcoin-miner-compute-norths-assets; https://decrypt.co/198889/texas-top-us-state-for-bitcoin-mining-foundry-cambridge.

[145] https://www.prnewswire.com/news-releases/foundry-announces-foundry-academy-to-train-technicians-for-bitcoin-mining-industry-301588729.html

site."[146] Foundry provides its customers with "a team of experts offering support in repair, equipment procurement, deployment and energy solutions."[147]

### Fortitude, Riot, and Cipher Are Members of the Foundry USA Pool and Are Among the World's Largest Bitcoin Miners

#### *Fortitude Mining*

51.    Fortitude mining was "the self-mining division of Foundry," which was "spun out as a standalone business" and is "wholly-owned by DCG."[148]  According to its website, "Fortitude Mining's Bitcoin fleet of miners is on par with the best capitalized public miners."[149]  "Fortitude mines Bitcoin and other digital assets with its own fleet of machines, which is operated across various geographies in the United States."[150]  Fortitude's CEO, Andrea Childs, was Foundry's second employee and served as its Senior Vice President of Operations & Marketing before joining Fortitude.[151]

52.    According to a DCG[152] press release, Fortitude is "the leading venture miner" and "invested significant capital into new machines in 2024, ensuring a maintained best-in-class fleet efficiency."[153]  The press release further states that "Fortitude Mining plans to reinvest cash flows

---

[146] https://foundrydigital.com/site-operations/

[147] https://foundrydigital.com/site-operations/

[148] https://fortitudemining.com/

[149] *Id.*

[150] https://fortitudemining.com/careers/

[151] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets; https://fortitudemining.com/our-team/.

[152] DCG is Digital Currency Group, the parent company of Foundry and Fortitude.

[153] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

into new machine purchases and site acquisitions in 2025."[154]  Fortitude reportedly assumed "Foundry's former self-mining operations and physical infrastructure."[155]

53.      On information and belief, Fortitude is a member of the Foundry USA Pool.  For example, on information and belief, Foundry contributed its self-mining operations to the Foundry USA Pool.[156]  Fortitude, which was "the self-mining division of Foundry,"[157] was spun out as a standalone company and has reportedly assumed Foundry's mining operations and physical infrastructure.[158]  For instance, on information and belief, Fortitude has assumed Foundry's mining

---

[154] *Id.*

[155] https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/

[156] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19 ("I remember the first block we mined. November 3rd, 2020. I think we were like three days in. At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground.")

[157] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets

[158] https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/

operations in Big Spring, Texas,[159] which Foundry acquired from its "longtime partner," Compute North.[160]

### Riot Platforms, Inc.

54.     Riot is one of the largest Bitcoin miners in the world.  Riot owns and/or operates multiple mining facilities in the United States that utilize over 112,000 specialized bitcoin mining computers ("miners") that are collectively capable of performing at least 31.5 exahashes per second (EH/s)—that's 31.5 quintillion (31,500,000,000,000,000,000) cryptographic calculations per second.  https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.pdf  ("Riot 2025 10-K") at 4, 36, 38, 39.[161]

55.     According to Riot, "We are a leading Bitcoin mining company focused on utilizing our vertical integration strategy to mine Bitcoin in support of the Bitcoin blockchain."  Riot 2025 10-K at 36; *see also id*. at 4 ("We are a vertically-integrated Bitcoin mining company principally engaged in enhancing our power infrastructure to mine Bitcoin in support of the Bitcoin blockchain.").  On information and belief, Riot operated over 112,000 mining machines in 2024,

---

[159] https://citizenportal.ai/articles/3625064/Big-Spring/Howard-County/Texas/City-Council-approves-lease-with-Fortitude-Mining-at-McMahan-Wrinkle-Airport ("The Big Spring City Council approved a three-year lease with Fortitude Mining LLC for Building 1B at 1600 First Avenue in the McMahon Winkle Airport industrial park and authorized termination and release of the prior Foundry Digital LLC lease."); https://www.facebook.com/KBestMedia/photos/big-spring-city-council-to-meet-for-a-regular-meeting-tonight-032525big-spring-t/1269388795187608/; *see also* https://medium.com/foundry-digital/operational-excellence-its-not-just-a-job-it-s-a-mission-155c0162e896 (noting a partnership between Foundry OptiFleet™ and Fortitude Mining in Texas); *see* https://www.linkedin.com/in/blake-barnes-1012b0255/ (LinkedIn profile of Foundry Site Operations Manager located in Big Spring, Texas).

[160] https://www.prnewswire.com/news-releases/foundry-to-acquire-two-turnkey-mining-facilities-from-compute-north-plus-right-to-acquire-third-facility-under-development-301685734.html

[161] *See also* https://www.riotplatforms.com/riot-announces-january-2024-production-and-operations-updates/; https://www.riotplatforms.com/riot-announces-february-2024-production-and-operations-updates/

mined 4,828 bitcoins, and earned $321 million in bitcoin mining revenue.[162]   Riot operates a

bitcoin mining facility in Rockdale, Texas, which is in this District, which Riot believes to be "the

largest Bitcoin mining facility in North America, as measured by developed capacity," capable of

operating at 15 EH/s.   Riot 2025 10-K at 4, 36; *see* https://www.riotplatforms.com/bitcoin-

mining/rockdale/.

56.     The focus of Riot's business is mining bitcoin.  Riot 2025 10-K at 36 ("We are a

leading Bitcoin mining company focused on utilizing our vertical integration strategy to mine

Bitcoin in support of the Bitcoin blockchain.").  Riot's main source of revenue is bitcoin mining.

*See id*. at 16 ("We earn revenue from Bitcoin Mining principally by earning Bitcoin rewards for

solving blocks on the Bitcoin blockchain."), 22 ("We currently derive a significant portion of our

revenue from our mining pool participation, which accounted for 85.2% and 67.3% of our total

revenue for the years ended December 31, 2024 and 2023, respectively."); *see also id*. at 44

(indicating that 85.2% of total revenue in 2024 was from bitcoin mining).

57.     Riot has described Bitcoin and the Bitcoin mining process as follows:

> Bitcoin was first introduced in 2008. Bitcoin is a consensus network
> that enables a new payment system and a completely digital money.
> It is the first decentralized peer-to-peer payment network that is
> powered by its users with no central authority or middlemen. From
> a user perspective, we believe Bitcoin can be viewed as cash for the
> Internet. The Bitcoin network shares a public ledger called the
> "blockchain". This ledger contains every transaction ever processed,
> allowing a user's computer to verify the validity of each transaction.
> The authenticity of each transaction is protected by digital
> signatures corresponding to the sending addresses, allowing all
> users to have full control over sending bitcoins from their own
> Bitcoin addresses. In addition, anyone can process transactions

---

[162] *See* Riot 2025 10-K at 4, 12, 44; F-5; *see also* https://www.riotplatforms.com/riot-announces-january-2024-production-and-operations-updates/; https://www.riotplatforms.com/riot-announces-february-2024-production-and-operations-updates/.

using the computing power of specialized hardware and earn a reward in bitcoins for this service. This is often called "mining".

https://s3.amazonaws.com/sec.irpass.cc/2865/0001079973-18-000264.pdf (Riot 2018 10-K) at 4.

58.    On information and belief, Riot is a member of the Foundry USA Pool.  *See*, *e.g.*:





Source: https://intel.arkm.com/explorer/entity/riot-platforms

59.    According to Riot, "[w]e participate in a 'Full-Pay-Per-Share' mining pool, which calculates Bitcoin payouts primarily based on the hash rate provided by us to the mining pool as a percentage of total network hash rate, along with other inputs.  We currently derive a significant

portion of our revenue from our mining pool participation, which accounted for 85.2% and 67.3% of our total revenue for the years ended December 31, 2024 and 2023, respectively." Riot 2025 10-K at 22. "Providing hash calculation services in digital asset transaction verification services is an output of [Riot]'s ordinary activities," and according to Riot "is the only performance obligation in the agreements with mining pool operators." Riot 2025 10-K at F-11.

***Cipher Mining Inc.***

60.     Cipher is another one of the largest Bitcoin miners in the world. Cipher owns and/or operates multiple mining facilities in the United States that utilize or have utilized at least 115,000 specialized bitcoin miners that are collectively capable of performing at least 23.6 EH/s—that's 23.6 quintillion (23,600,000,000,000,000,000) cryptographic calculations per second.[163]

61.     According to Cipher, it is "[d]edicated to developing and operating industrial-scale data centers for both bitcoin mining and HPC infrastructure."[164] However, "[its] business model at [its] currently operational sites focuses on bitcoin mining." https://investors.ciphermining.com/static-files/e2a3f9ce-d55a-44f7-b5c9-45d202830a9b ("Cipher 2025 10-K") at 5. On information and belief, Cipher operated over 115,000 mining machines in 2025.[165] In 2024, Cipher, mined 2,189 bitcoins, and earned over $151 million in bitcoin mining

---

[163] https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-september-2025-operational-update; https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-august-2025-operational-update; https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-july-2025-operational-update.

[164] https://www.ciphermining.com/

[165] *See, e.g.*, https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-september-2025-operational-update; https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-august-2025-operational-update; https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-july-2025-operational-update.

revenue.[166]  Cipher operates bitcoin mining facilities in Odessa, Texas ("Odessa"), Happy, Texas ("Alborz"), Andrews, Texas ("Bear" and "Chief"), Winkler County, Texas ("Black Pearl"), and Colorado City, Texas ("Barber Lake"), capable of operating at (at least) 23.6 EH/s.[167]

62.    The focus of Cipher's business is mining bitcoin.  Cipher 2025 10-K at 4 ("Currently, our revenue is derived from mining bitcoin."), 5 ("Our business model at our currently operational sites focuses on bitcoin mining."), 54 ("Revenue for the year ended December 31, 2024 was $151.3 million, compared to $126.8 million for the year ended December 31, 2023, and was generated entirely from bitcoin mining operations at the Odessa Facility."), F-18 ("During the year ended December 31, 2024, the Company earned revenue of $151.3 million from pool operators Foundry USA Pool ('Foundry'), and Luxor Technology Corporation ('Luxor'), representing 100% of total consolidated revenue.").  Cipher's main source of revenue is bitcoin mining. *Id.*

63.    Cipher has described Bitcoin and the Bitcoin mining process as follows:

> Bitcoin is the oldest and most commonly used cryptocurrency today. As outlined by the seminal bitcoin whitepaper, Bitcoin: A Peer-to-Peer Electronic Cash System, bitcoin is a form of digital currency, or an "electronic payment system based on cryptographic proof instead of trust, allowing any two willing parties to transact directly with each other without the need for a trusted third party." Bitcoin depends on a consensus-based network and a public ledger, known as a "blockchain," which contains the record of every bitcoin transaction ever processed. Transactions listed on the Bitcoin blockchain are verified through a process called "mining."
>
> The miners we operate are highly specialized computer servers built to use application-specific integrated circuit ("ASIC") chips that are designed specifically to mine bitcoin. These computer servers are referred to as "mining rigs," "miners," and "rigs." With them we

---

[166] *See* Cipher 2025 10-K at 51, 54.

[167] Cipher 2025 10-K at 1-2; https://www.ciphermining.com/sites; https://investors.ciphermining.com/news-releases/news-release-details/cipher-mining-announces-september-2025-operational-update.

produce computing power, known as "hashrate," with which we verify transactions on the Bitcoin blockchain. Bitcoin "mining" refers to the process of proposing and verifying transaction updates to the Bitcoin blockchain, which helps keep the Bitcoin network and its blockchain secure.

Cipher 2025 10-K at 5.

64.    On information and belief, Cipher is a member of the Foundry USA Pool. Cipher 2025 10-K at 63 ("In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ('FPPS') approach."), F-18 ("During the year ended December 31, 2024, the Company earned revenue of $151.3 million from pool operators Foundry USA Pool ('Foundry'), and Luxor Technology Corporation ('Luxor'), representing 100% of total consolidated revenue.")

*See also*, *e.g.*:



Source: https://intel.arkm.com/explorer/entity/cipher-mining

65.    Cipher describes its pool mining activities as follows:

In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ("FPPS") approach. Under the FPPS approach, we are entitled to a fractional share of the fixed bitcoin award from the mining pool operator (referred to as a "block reward") and potentially transaction fees generated from (paid by) blockchain users and distributed (paid out) to individual miners by the mining pool operator. Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. We are entitled to our relative share of consideration even if a block is not successfully placed. In other words, we receive consideration once after the end of each 24-hour contract period, regardless of whether the pool successfully places a block. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term.

Cipher 2025 10-K at 63.

## Defendants' Use of the Patented Technologies

### *Foundry*

66.     On information and belief, Foundry has engaged in bitcoin mining activities since at least 2020 and continues to do so.[168]   For example, on information and belief, since 2020,

---

[168] *See* https://fortune.com/2020/08/27/bitcoin-mining-dcg-foundry-north-america-btc/ ("Foundry, which has been operating below the radar since 2019, runs its own mining operations and also provides equipment and financing to crypto startups."); https://www.crowdfundinsider.com/2020/08/165819-time-to-mine-dcg-reveals-crypto-mining-subsidiary-foundry/ ("Digital Currency Group (DCG) is moving into crypto mining. According to a release, DCG created a subsidiary called "Foundry" [in] 2019 and today the company is outing the mining firm with Mike Colyer, a former Core Scientific executive, being Foundry's Chief Executive Officer. Foundry claims to already be one of the largest Bitcoin miners in North America."); https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 18:45-48 ("We were the biggest bitcoin miner in 2021."); https://www.youtube.com/watch?v=Pyyasvlyo4M&t=69s1:01-08 ("We're best known for our mining pool—Foundry USA Pool. We also do a bit of our own proprietary self mining.").

Foundry has operated, and continues operates, the Foundry USA Pool for mining bitcoin.[169] Additionally, on information and belief, from at least 2020 until the spinout of its internal self-mining division (Fortitude) in 2025, Foundry operated specialized mining computers ("miners") and other equipment.[170]

67.    On information and belief, Foundry's bitcoin mining activities include and have included verifying bitcoin transactions, including verifying digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1.[171]  On information and belief, since 2020, Foundry has operated and continues to operate a mining pool, wherein Foundry performs transaction verifications and digital signature verifications for the pool, to enable the pool to mine blocks.  On

---

[169] *See* https://foundrydigital.com/enterprise-software/foundry-usa-pool/; sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm; https://foundrydigital.com/terms-and-conditions/; https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19 ("I remember the first block we mined. November 3rd, 2020. I think we were like three days in. At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground.")

[170] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 ("And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing orders … We were placing order for the new M30S and the new S19's … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it. So, we were the biggest bitcoin miner in 2021. … We put it everywhere. I called everyone back up, they had rack space, and we plugged in machines everywhere."); https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[171] *See also*, *e.g.*, https://en.bitcoin.it/wiki/Protocol_documentation#Transaction_Verification; https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm; https://en.bitcoin.it/wiki/Secp256k1.

information and belief, Foundry verifies Bitcoin transactions, including verifying digital signatures associated with such transactions, and provides its pool members with equipment, blocks, block templates, or block headers based on those transactions.

68.    On information and belief, Foundry generates and has generated digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1, including for generating bitcoin transactions.  For example, Foundry makes daily payouts in bitcoin to its pool members.[172]

69.    On information and belief, Foundry uses digital asset wallets for receiving and disbursing bitcoin.[173]  On information and belief, Foundry regularly receives digital assets (*e.g.*, block rewards) and transfers portions of them to Foundry USA Pool members.[174]

70.    On information and belief, Foundry owned and/or operated specialized bitcoin mining computers (*e.g.*, "miners" or "mining machines") for performing hash operations to mine bitcoin.  For example, on information and belief, Foundry was an institutional grade bitcoin miner.[175] Foundry had been mining bitcoin since at least 2019, back when "there [were] few significant crypto mining operations in North America" and Foundry was still "operating below

---

[172] *See, e.g.*: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology; *see also*, *e.g.*, https://pool-faq.foundrydigital.com/payouts; https://pool-faq.foundrydigital.com/does-the-pool-pay-out-freshly-minted-coins; https://pool-faq.foundrydigital.com/how-is-my-pricing-tier-calculated.

[173] *See, e.g.*: https://mempool.space/address/bc1qxhmdufsvnuaaaer4ynz88fspdsxq2h9e9cetdj; https://mempool.space/address/bc1p8k4v4xuz55dv49svzjg43qjxq2whur7ync9tm0xgl5t4wjl9ca9snxgmlt.

[174] *See, e.g.*: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology; https://mempool.space/address/bc1qxhmdufsvnuaaaer4ynz88fspdsxq2h9e9cetdj; https://mempool.space/address/bc1p8k4v4xuz55dv49svzjg43qjxq2whur7ync9tm0xgl5t4wjl9ca9snxgmlt.

[175] *See, e.g.*, https://foundrydigital.com/site-operations/ ("**We, like you, are miners**. We apply our vast experience to each client site, giving us an advantage over other operators." (emphasis added)).

the radar."[176]  At least as early as Q3 2020, "Foundry claim[ed] to already be one of the largest Bitcoin miners in North America."[177]  During a recent interview, Foundry's CEO, Mike Colyer, recalled that, at least in the United States, Foundry was "the biggest bitcoin miner in 2021."[178]  On information and belief, Foundry's self-mining operations continued through 2025 and were only recently spun off into a new subsidiary of Digital Currency Group (Foundry's parent company), called Fortitude Mining.[179]  On information and belief, Foundry operated specialized bitcoin mining machines for performing Bitcoin's SHA-256 algorithm, including models manufactured by Bitmain (*e.g.*, S19[180]) and MicroBT (*e.g.*, M30S[181]).[182]

---

[176] https://fortune.com/2020/08/27/bitcoin-mining-dcg-foundry-north-america-btc/; see also id. ("Foundry, which has been operating below the radar since 2019, runs its own mining operations and also provides equipment and financing to crypto startups.")

[177] https://www.crowdfundinsider.com/2020/08/165819-time-to-mine-dcg-reveals-crypto-mining-subsidiary-foundry/

[178] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 18:45-48 ("We were the biggest bitcoin miner in 2021.")

[179] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets ("'Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024,' said Barry Silbert, Founder & CEO, DCG. 'With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent.'").

[180] https://support.bitmain.com/hc/en-us/articles/900000253583-S19-Specifications

[181] https://d-central.tech/whatsminer-m30-series/; https://whatsminer.net/product/m30s-shipnow/

[182] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 ("And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing orders … We were placing order for the new M30S and the new S19's … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it.

*Fortitude*

71.    On information and belief, Fortitude engages and has engaged in bitcoin mining.[183]
For example, Fortitude's website states that it "has a 5-year history as the self-mining division of
Foundry."[184]  In January 2025, DCG publicly announced that Fortitude was being spun out as a
wholly-owned subsidiary, describing it as "the leading venture miner."[185]  According to the
announcement, "Fortitude Mining focuses on achieving strong returns by mining Bitcoin."[186]
Fortitude's website states that it has "deep expertise in Bitcoin mining."[187]

72.    On information and belief, Fortitude engages and has engaged in bitcoin mining
using specialized mining computers and other equipment.  For example, DCG's announcement

---

So, we were the biggest bitcoin miner in 2021. … We put it everywhere. I called everyone back
up, they had rack space, and we plugged in machines everywhere.").

[183] https://fortitudemining.com/ ("Fortitude Mining, which has a 5-year history as the self-mining
division of Foundry, has been spun out as a standalone business that is wholly-owned by
DCG.").

[184] *Id*.; *see also* https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-
Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets
("Built on the success of its five-year history as the self-mining division of Foundry, … Fortitude
Mining focuses on achieving strong returns by mining Bitcoin and other high-growth digital
assets in emerging ecosystems with attractive return profiles.").

[185] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-
Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets;
https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-
business/ ("Public records from the Delaware Department of State show that an entity named
Fortitude Mining, LLC was formed on June 18, 2024."); https://news.bitcoin.com/dcg-spins-off-
fortitude-mining-to-focus-on-digital-asset-ventures/;
https://www.coindesk.com/business/2025/01/29/digital-currency-group-spins-off-crypto-mining-
subsidiary-fortitude-from-foundry.

[186] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-
Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[187] https://fortitudemining.com/.

suggests that Fortitude was spun out with Foundry's "best-in-class mining fleet,"[188] which, on information and belief, includes mining machines manufactured by Bitmain, among other manufacturers.[189]  DCG's announcement also states that Fortitude "invested significant capital into new machines in 2024" and "plans to reinvest cash flows into new machine purchases and site acquisitions in 2025."[190]  As one example, Fortitude has reportedly purchased Auradine bitcoin miners.[191]  Fortitude's website also boasts that "Fortitude Mining's Bitcoin fleet of miners is on par with the best capitalized public miners."[192] It further states that "Fortitude mines Bitcoin and other digital assets with its own fleet of machines."[193]

73.    On information and belief, Fortitude is responsible for the generation of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1.  For example, on information and belief, Fortitude participates in mining pools (*e.g.*, the Foundry USA Pool) that results in payout transactions being generated.[194]

74.    On information and belief, Fortitude is responsible for the verification of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and

---

[188] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[189] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 (referring to S19 miners).

[190] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[191] https://www.linkedin.com/posts/auradine_bitcoinmining-auradine-teraflux-activity-7346160777914945536-WqOa/ ("Fortitude Mining has purchased its first batch of Auradine Teraflux AT2880 air-cooled Bitcoin miners, and we could not be more thrilled!").

[192] https://fortitudemining.com/.

[193] https://fortitudemining.com/careers/

[194] https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology

secp256k1.  For example, on information and belief, Fortitude participates in mining pools (*e.g.*, the Foundry USA Pool) that encourages the verification of digital signatures associated with Bitcoin transactions.[195]    As another example, on information and belief, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.[196]

75.    On information and belief, Fortitude uses digital asset wallets for receiving and transferring bitcoin.  For example, on information and belief, a wallet address is required to receive (and subsequently transfer) payouts from mining pools, such as Foundry USA Pool.[197]

76.    Fortitude began engaging in the foregoing infringing activities years after Certicom and BlackBerry invented and received patents covering the ECC technologies at issue in this action.  Indeed, most of these innovations were already incorporated into the Bitcoin protocol and architecture by the time Fortitude began its Bitcoin mining operations as a stand-alone business in 2025.

*Riot*

---

[195] https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32-33, 40.

[196] https://en.bitcoin.it/wiki/Miner_fees; https://river.com/learn/how-bitcoin-fees-work/ ("Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable."); https://strike.me/en/learn/what-are-bitcoin-fees/ ("Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.")

[197] *See*, *e.g.*, https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology (whitelisted wallet addresses required for auto withdrawal); https://pool-faq.foundrydigital.com/how-do-i-create-a-subaccount (payout address needed to create sub-account); https://pool-faq.foundrydigital.com/how-can-we-change-the-payout-address (instructions for adding a payout address).

77.    On information and belief, Riot has engaged in bitcoin mining activities since at least 2017 and continues to do so.  *See*, *e.g.*, Riot 2018 10-K at 6 ("Riot operates a facility that hosts cryptocurrency mining equipment for the sole purpose of mining cryptocurrencies (primarily Bitcoin, as well as Litecoin and Bitcoin Cash)."); Riot 2025 10-K at 4 ("We are a vertically-integrated Bitcoin mining company principally engaged in enhancing our power infrastructure to mine Bitcoin in support of the Bitcoin blockchain.").

78.    On information and belief, Riot began mining bitcoin in 2017, marking a departure from its prior operating activities (animal health-related technologies for which it sought and received numerous United States patents) after it was unable to obtain regulatory approval for new drugs and the manufacture and distribution of specialized medical equipment.  Riot 2018 10-K at 4, 7.  Despite the change in focus, Riot nevertheless continued to license its animal health-related patents to a licensee developing animal health products for commercial use.  *Id.* at 7.  Riot's efforts to obtain regulatory approval for its animal health care products "effectively ended after a new management team and board of directors joined the Company during 2017 and early 2018," *id*. at 4, including Riot's current CEO, Jason Les, who "has been deeply involved with Bitcoin since 2013" and has "significant experience in Bitcoin mining."  Riot 2025 10-K at 14.

79.    On information and belief, Riot engages and has engaged in bitcoin mining using specialized mining computers, including, for example, Bitmain mining machines.  *E.g.*, Riot 2025 10-K at 5 ("A key component of the Bitcoin Mining business segment is to acquire highly specialized computer servers (known in the industry as 'miners'), which operate application-specific integrated circuit ('ASIC') chips designed specifically to mine Bitcoin. We deploy such miners at-scale in our Facilities ...."), 22 ("We currently use Bitmain Technologies Limited ('Bitmain') Antminer, and MicroBT WhatsMiner type miners ....").

80.    On information and belief, Riot participates and has participated in mining pools, including the Foundry USA Pool, as a pool member. *E.g.*, Riot 2025 10-K at 22 ("We participate in a 'Full-Pay-Per-Share' mining pool .... We currently derive a significant portion of our revenue from our mining pool participation ...."); Riot 2018 10-K at 4 ("We participate in mining pools wherein groups of miners associate to pool resources and earn cryptocurrency together ....").

81.    On information and belief, Riot is responsible for the generation of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1. For example, Riot participates in mining pools that results in payout transactions being generated, and it sells and has sold bitcoin. *See*, *e.g.*, https://www.riotplatforms.com/riot-announces-january-2024-production-and-operations-updates/ (showing sales of bitcoin); https://www.riotplatforms.com/riot-announces-december-2023-production-and-operations-updates/ (same); Riot 2025 10-K at 49 ("During the year ended December 31, 2024, we sold 212 Bitcoin for proceeds of approximately $9.5 million."), 13 ("We aim to mine Bitcoin by utilizing our miners to solve blocks. In exchange for solving a block, we receive a Bitcoin reward, which we can either hold or sell on the market to generate cash."), F11 ("The Company participates in digital asset mining pools by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. … The transaction consideration received, if any, is noncash consideration in the form of Bitcoin."), F12 ("In exchange for providing hash calculation services, the Company is entitled to a FPPS payout of Bitcoin based on a contractual formula, which primarily calculates the hash rate provided to the mining pool as a percentage of total network hash rate, and other inputs.").







Source: https://intel.arkm.com/explorer/entity/riot-platforms

82.    On information and belief, Riot is responsible for the verification of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1.  For example, on information and belief, Riot participates in mining pools (*e.g.*, the Foundry USA Pool) that encourages the verification of digital signatures associated with Bitcoin

transactions.[198]  As another example, on information and belief, when Riot commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.[199]

83.    On information and belief, Riot uses digital asset wallets for receiving and transferring bitcoin.  *See, e.g.*, Riot 2025 10-K at 8 ("Our Bitcoin is held in cold storage wallets by well-known U.S.-based third-party digital asset-focused custodians, NYDIG Trust Company LLC ('NYDIG') and Coinbase, Inc., on behalf of itself and Coinbase Custody Trust Company, LLC, and, if applicable, Coinbase Credit, Inc. or Coinbase Custody International Ltd. (collectively, 'Coinbase' and, together with NYDIG, our 'Custodians'). We may also sell our Bitcoin using our Custodians' U.S. brokerage services. The cold storage wallets in which our Bitcoin are held are located in the United States."); F-2 ("We confirmed with the mining pool operator the significant contractual terms utilized in the determination of Bitcoin Mining revenue, total mining rewards earned, and the digital asset wallet addresses in which the rewards are deposited.").

84.    Riot began engaging in the foregoing infringing activities years after Certicom and BlackBerry invented and received patents covering the ECC technologies at issue in this action. Indeed, most of these innovations were already incorporated into the Bitcoin protocol and architecture by the time Riot began its Bitcoin mining operations in 2017.

---

[198] https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32-33, 40.

[199] https://en.bitcoin.it/wiki/Miner_fees; https://river.com/learn/how-bitcoin-fees-work/ ("Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable."); https://strike.me/en/learn/what-are-bitcoin-fees/ ("Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.")

*Cipher*

85.    On information and belief, Cipher engages and has engaged in bitcoin mining activities since at least 2022.  *See*, *e.g.*, https://investors.ciphermining.com/static-files/e2a3f9ce-d55a-44f7-b5c9-45d202830a9b ("Cipher 2025 10-K") at 1 (mining in Odessa, Texas began in 2022);    https://investors.ciphermining.com/static-files/b9e1d6ac-544a-480a-bef6-3d7f932d97ce ("Cipher 2024 10-K") at 1 (same), 3 (mining near Happy, Texas began in 2022), 3 (mining facilities near Andrews, Texas completed in 2022).

86.    On information and belief, Cipher engages and has engaged in bitcoin mining using specialized mining computers (*e.g.*, "miners"), including, for example, miners manufactured by Bitmain.  For example, according to Cipher, "[c]urrently, our revenue is derived from mining bitcoin. Specifically, we purchase electrical power and use it to run miners that produce computing power. We contribute the computing power we produce to one or more mining pools verifying transactions on the Bitcoin blockchain in exchange for block rewards and transaction fees."  Cipher 2025 10-K at 4; *see also*, *e.g.*, *id.* at 5 ("We have purchased miners from Bitmain, SuperAcme, and Canaan."), 47 ("On January 31, 2025, we executed our option … with Bitmain to obtain Antminer S21 XP miners for delivery between May and June 2025. We intend to use these machines at the Black Pearl Facility."), F-22 ("In June 2024, the Company entered into agreements with Bitmain Technologies Delaware Limited ('Bitmain') and Canaan Creative Global Pte. Ltd. ('Canaan') to purchase the new miners, which were delivered and deployed in the fourth quarter of 2024."); Cipher 2024 10-K at F-24 ("The Company also received 4,622 Antminer S19j Pro (100 TH/s) ('S19j Pro') miners from Bitmain …."), F-24 ("Under the August 2021 purchase agreement with Bitmain Technologies Limited ('Bitmain'), the Company purchased a total of 27,000 Antminer

S19j Pro (100 TH/s) ('S19j Pro') miners and had received 27,035 miners from Bitmain at our data centers in Texas as of December 31, 2022.").

87.     On information and belief, Cipher participates and has participated in mining pools, including the Foundry USA Pool, as a pool member.  *See*, *e.g.*, Cipher 2025 10-K at 63 ("The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator, our customer. In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ('FPPS') approach."), F-18 ("During the year ended December 31, 2024, the Company earned revenue of $151.3 million from pool operators Foundry USA Pool ('Foundry'), and Luxor Technology Corporation ('Luxor'), representing 100% of total consolidated revenue.").

88.     On information and belief, Cipher is responsible for the generation of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1.  For example, Cipher participates in mining pools that results in payout transactions being generated, and it sells and has sold bitcoin.  *See*, *e.g.*, Cipher 2025 10-K at 7 ("We generally store the majority of our bitcoin in cold storage, unless we transfer it to a trading account to be sold or pledged as security for loans or derivatives we may enter into with market counterparties."), 63 ("In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ('FPPS') approach. … In other words, we receive consideration once after the end of each 24-hour contract period, regardless of whether the pool successfully places a block."), 48 ("We have expenses denominated primarily in United States dollars. As such, we are likely to need to sell a portion of the bitcoin we mine to generate dollars to meet expenses."), F-10 ("Bitcoin is classified

as a current asset on the Company's balance sheets due to its intent and ability to sell bitcoin to support operations when needed.").



Source: https://intel.arkm.com/explorer/entity/cipher-mining

89.    On information and belief, Cipher is responsible for the verification of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1.  For example, on information and belief, Cipher participates in mining pools (*e.g.*, the Foundry USA Pool) that encourages the verification of digital signatures associated with Bitcoin transactions.[200]   As another example, on information and belief, when Cipher commences or

---

[200] https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32-33, 40.

authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.[201]

90.    On information and belief, Cipher uses digital asset wallets for receiving and transferring bitcoin.  *See*, *e.g.*, Cipher 2025 10-K at 7 ("As part of our regular treasury management, we consider market conditions and our financial obligations to determine if any portion of newly mined or stored bitcoin should be transferred to the hot wallet for liquidation."), F-3 ("We confirmed the year-end digital asset balances directly with the custodians of the Company's wallets."), F-17 ("After every 24-hour contract term, the Company receives a payout and the pool transfers the bitcoin consideration to the Company's designated bitcoin wallet.").

91.    Cipher began engaging in the foregoing infringing activities years after Certicom and BlackBerry invented and received patents covering the ECC technologies at issue in this action.  Indeed, most of these innovations were already incorporated into the Bitcoin protocol and architecture by the time Cipher began its Bitcoin mining operations in 2022.

* * *

92.    Defendants began engaging in the foregoing infringing activities years after Certicom and BlackBerry invented and received patents covering the ECC technologies at issue in this action.  Indeed, most of these innovations were already incorporated into the Bitcoin protocol and architecture by the time Defendants began their Bitcoin mining operations.

---

[201] https://en.bitcoin.it/wiki/Miner_fees; https://river.com/learn/how-bitcoin-fees-work/ ("Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable."); https://strike.me/en/learn/what-are-bitcoin-fees/ ("Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.")

## PATENTS IN SUIT

93.     Malikie is the assignee of and owns all right and title to U.S. Patent Nos. 8,788,827 (the "'827 Patent"); 8,806,197 (the "'197 Patent"); 8,666,062 (the '062 Patent"); 8,532,286 (the "'286 Patent"); and 8,712,039 (the "'039 Patent") (collectively, the "Asserted Patents").

94.     The Asserted Patents, now owned by Malikie, were originally assigned to Certicom. Their inventors are former Certicom employees who spearheaded Certicom's industry-leading research and development in elliptic curve cryptography, applied cryptography and key management, and other data security technologies.  After a longstanding alliance between BlackBerry and Certicom that enabled BlackBerry to utilize Certicom's elliptic curve cryptography technology in its products, BlackBerry acquired Certicom in 2009.[202]  Through its acquisition of Certicom and continued research and development in ECC, key management, and other aspects of data security, BlackBerry amassed "the world's largest ECC-based patent portfolio,"[203] which grew to include over 500 ECC patents[204].

95.     Certicom and BlackBerry developed numerous innovative and diverse technologies, including groundbreaking inventions pertaining to generating and verifying digital signatures and related cryptographic and data security technology.  Some of these groundbreaking inventions are described and claimed in certain of the Asserted Patents.

### The "Accelerated Verification Patents" ('827, '197)

96.     Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

---

[202] *See* https://www.certicom.com/content/certicom/en/about.html; https://www.certicom.com/content/certicom/en/about/news/release/2000/research-in-motion-and-certicom-to-enable-trusted-mobile-commerc.html.
[203] https://www.certicom.com/content/certicom/en/about.html.

[204] https://blackberry.certicom.com/en; https://www.certicom.com/

97.    The '827 Patent, entitled "Accelerated Verification of Digital Signatures and Public Keys," was duly and lawfully issued on July 22, 2014. A true and correct copy of the '827 Patent is attached hereto as Exhibit 1. The application for the '827 Patent was filed on September 14, 2012 as a continuation of the '197 patent and claims the benefit of priority to earlier related applications, including provisional application no. 60/644,034, filed on January 18, 2005.

98.    The '827 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '827 Patent, including the right to seek damages for any infringement thereof.

99.    The '197 Patent, entitled "Accelerated Verification of Digital Signatures and Public Keys," was duly and lawfully issued on May August 12, 2014. A true and correct copy of the '197 Patent is attached hereto as Exhibit 2. The application for the '197 Patent was filed on May 23, 2012 and claims the benefit of priority to earlier related applications, including provisional application no. 60/644,034, filed on January 18, 2005.

100.    The '197 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '197 Patent, including the right to seek damages for any infringement thereof.

101.    The '827 Patent and '197 Patent (the "Accelerated Verification Patents") share the same title, specification, inventors, and a common priority claim.

102.    The Accelerated Verification Patents relate to computational techniques used in cryptographic algorithms, including elliptic curve algorithms for generating and verifying digital

signatures, that enable accelerated digital signature verification.  *See*, *e.g.*, Ex. 1 at 1:12-13, 4:15-33, 9:32-37, 11:43-50, 12:47-59, 13:60-62, 14:40-42, 15:27-40.[205]

103.    Cryptographic algorithms for generating and verifying digital signatures are used in cryptographic systems (or "cryptosystems") to secure electronic data in computer systems and computer networks.  *See*, *e.g.*, Ex. 1 at 1:18-48; *see also*, *e.g.*, 2:17-3:17, 6:23-36.  The nature of electronic data in computer systems and computer networks presents unique security concerns relating to, for example, digital message authenticity, for which specialized digital signature techniques were found to be necessary.  *See*, *e.g.*, Ex. 1 at 1:18-48; *see also*, *e.g.*, *id*. at 2:17-3:17; Whitfield Diffie and Martin Hellman, *New Directions in Cryptography* (1976)[206] at 645 ("Current electronic authentication techniques cannot meet this need."), 647 ("Unforgeable digital signatures and receipts are needed."), 649 ("Current electronic authentication systems cannot meet the need for a purely digital, unforgeable, message dependent signature. They provide protection against third party forgeries, but do not protect against disputes between transmitter and receiver."), 649 (observing that "we must discover a digital phenomenon" to provide authentication for a "purely electronic form of communication").

104.    Digital signatures are generated using public key cryptography, *see*, *e.g.*, Ex. 1 at 1:18-48; *see also*, *e.g.*, *id*. at 2:17-3:17, which is a type of technology for securing electronic communications that was discovered after the advent of digital computing to address cryptography problems arising particularly in "computer controlled communication networks" that created "a

---

[205] Citations to the Accelerated Verification Patents (Exhibits 1 and 2) are exemplary and non-limiting.  Because the '827 Patent and '197 Patent share a common specification, only the '827 Patent (Exhibit 1) is cited in this Section.  Citations to Exhibit 1 in this Section are intended to be representative of the Accelerated Verification Patents.

[206] https://ee.stanford.edu/~hellman/publications/24.pdf ("*New Directions in Cryptography*").

need for new types of cryptographic systems."[207] *New Directions in Cryptography* at 644; *see also id.* ("Contemporary cryptography is unable to meet the requirements, in that its use would impose such severe inconveniences on the system users, as to eliminate many of the benefits of teleprocessing."); https://www.invent.org/inductees/whitfield-diffie ("In 1976, Whitfield Diffie, Martin Hellman, and Ralph Merkle developed public key cryptography (PKC), an innovative new method for securing electronic communications."); https://archive.nytimes.com/www.nytimes .com/library/cyber/week/122497encrypt.html ("The set of algorithms, equations and arcane mathematics that make up public key cryptography are a crucial technology for preserving computer privacy in and making commerce possible on the Internet. Some hail its discovery as one of the most important accomplishments of 20th-century mathematics …. Without it, there would be no privacy in cyberspace."); Whitfield Diffie, *The First Ten Years of Public Key Cryptography* (1988)[208] at 560 ("Public key cryptography was born in May 1975, the child of two problems," where "[t]he second problem … was the problem of signatures. Could a method be devised that would provide the recipient of a purely digital electronic message with a way of demonstrating to other people that it had come from a particular person…?"); *id.* at 560 ("This separation [of the capacities for encryption and decryption using public key cryptography] allows important improvements in the management of cryptographic keys and makes it possible to 'sign' a purely digital message."); https://bitcoinwiki.org/wiki/public-key-cryptography ("Public key algorithms are fundamental security ingredients in modern [ ] applications and protocols assuring

---

[207] Some credit Whitfield Diffie, Martin Hellman, and Ralph Merkle with discovering public key cryptography, while others credit James Ellis, Clifford Cocks, and Malcom Williamson. Diffie, Hellman, and Merkle have received multiple patents for public key cryptography techniques, including U.S. Patent Nos. 4,200,770 and 4,218,582. Other public key cryptography techniques, like RSA, have also been patented. *See, e.g.*, U.S. Patent No. 4,405,829.

[208] https://www.cs.virginia.edu/~evans/greatworks/diffie.pdf ("*The First Ten Years of Public Key Cryptography*").

the confidentiality[ and] authenticity [ ] of electronic communications and data storage. They underpin various Internet standards ….");    https://www.nsa.gov/History/Cryptologic-History/Historical-Figures/Historical-Figures-View/Article/3006218/clifford-cocks-james-ellis-and-malcolm-williamson/ ("The security of the global communication infrastructure is built on public key cryptography and the importance of PKC in enabling the modern world of secure banking, e-commerce, and encrypted messaging cannot be overstated.").

105.    As the patents explain, "Public key cryptography permits the secure communication over a data communication system without the necessity to transfer identical keys to other parties in the information exchange through independent mechanisms, such as a courier or the like." *See*, *e.g.*, Ex. 1 at 1:24-34. "Public key cryptography is based upon the generation of a key pair, one of which is private and the other public that are related by a one way mathematical function." *Id*. "The one way function is such that, in the underlying mathematical structure, the public key is readily computed from the private key but the private key cannot feasibly be ascertained from the public key." *Id*. "Public key cryptography may also be used to digitally sign a message to authenticate the origin of the message." *Id*. at 1:44-48. "The author of the message signs the message using his private key and the authenticity of the message may then be verified using the corresponding public key." *Id*. So, in a network where members do not know each other (or wish to remain pseudonymous) and have never even communicated with each other previously, "[a] subscriber can sign a message by encrypting it with his own secret key. Anyone with access to the public key can verify that it must have been encrypted with the corresponding secret key, but this is of no help to him in creating (forging) a message with this property." *The First Ten Years of Public Key Cryptography* at 561. "The availability of a signature that the receiver of a message cannot forge and the sender cannot readily disavow makes it possible to trust the network

with negotiations and transactions of much higher value than would otherwise be possible." *Id*. Accordingly, digital signature technology based on public key cryptography fundamentally enables "trustless" networks that do not require a trusted intermediary to verify or authenticate messages.

106. The patents further explain that "[t]he security of such systems [employing digital signatures using public key cryptography] is dependent to a large part on the underlying mathematical structure." *See*, *e.g.*, Ex. 1 at 1:49-55. "The most commonly used structure for implementing discrete logarithm systems is a cyclic subgroup of a multiplicative group of a finite field in which the group operation is multiplication or cyclic subgroups of elliptic curve groups in which the group operation is addition." *Id*.

107. "An elliptic curve E is a set of points of the form (x,y) where x and y are in a field F, such as the integers modulo a prime [number] p, commonly referred to as Fp, and x and y satisfy a non-singular cubic equation, which can take the form $y^2=x^3+ax+b$ for some a and b in F." *Id*. at 1:56-2:16. Elliptic curves have other defining characteristics that give them special properties making them useful for cryptographic implementations. *See id*.

108. "In an elliptic curve cryptosystem," "[t]he key pair may be used with various cryptographic algorithms to establish common keys for encryption and to perform digital signatures." *Id*. at 2:17-27. "One such algorithm is the Elliptic Curve Digital Signature Algorithm (ECDSA) used to generate digital signatures on messages exchanged between entities. Entities using ECDSA have two roles, that of a signer and that of a verifier." *Id*. at 2:28-31. In ECDSA cryptosystems, "[the] signer selects a long term private key d, which ... must be secret." *Id*. at 2:31-41. The signer also computes "Q", which is "the long term public key of the signer, and is made available to the verifiers." *Id*. "Finding the private key d from the public key Q is believed

to [be] an intractable problem for the choices of elliptic curves used today." *Id*. Accordingly, "[f]or any message M, the signer can create a signature, which is a pair of integers (r, s) in the case ECDSA," and "[a]ny verifier can take the message M, the public key Q, and the signature (r, s), and verify whether it was created by the corresponding signer." *Id*. at 2:42-48. This is because creation of a valid signature (r, s) is believed to possible only by an entity who knows the private key d corresponding to the public key Q." *Id*.

109.    The process for creating a digital signature (signing an electronic message) using ECDSA includes, among others, the following steps. "First, the signer chooses some integer k … that is to be used as a session, or ephemeral, private key. The value k must be secret." *Id*. at 2:49-63. "Then, the signer computes a point R=kG that has coordinates (x, y)." *Id*. "Next, the signer converts x to an integer x' and then computes r=x' mod n, which is the first coordinate of the signature." *Id*. "The signer must also compute the integer e=h(M) mod n, where h is [a] hash function." *Id*. "Finally, the second coordinate s is computed as s=(e+dr)/s mod n." *Id*. "The components (r, s) are used by the signer as the signature of the message, M, and sent with the message to the intended recipient." *Id*.

110.    The process for verifying a digital signature created using ECDSA includes, among others, the following steps. "First the verifier computes an integer e=h(M) mod n from the received message." Ex. 1 at 2:64-3:4. "Then the verifier computes integers u and v such that u=e/s mod n and v=r/s mod n." *Id*. "Next, the verifier computes a value corresponding to the point R that is obtained by adding uG+vQ. This has co-ordinates (x, y)." *Id*. "Finally the verifier converts the field element x to an integer x' and checks that r=x' mod n. If it does the signature is verified." *Id*.

111.    The inventors recognized technological problems associated with the above-described ECDSA signature verification process and invented ways to improve it. For example,

the inventors recognized that "the verification of an ECDSA signature appears to take twice as long as the creation of an ECDSA signature, because the verification process involves two scalar multiplications, namely uG and vQ, whereas signing involves only one scalar multiplication, namely kG." Ex. 1 at 3:5–17. The inventors further recognized that "[e]lliptic curve scalar multiplications consume most of the time of these processes, so twice as many of them essentially doubles the computation time." *Id*. And, while some "[m]ethods are known for computing uG+vQ that takes less time than computing uG and v[Q] separately," the inventors recognized that such methods nevertheless "mean that computing uG+vQ can take 1.5 times as long as computing kG." *Id*.

112. Accelerating elliptic curve computations (reducing computing time) is a technological problem for which the inventors discovered technological solutions. Accelerating elliptic curve computations requires the use of additional computer resources, such as memory and processing capabilities. *See* Ex. 1 at 3:18-4:14. However, known techniques for accelerating elliptic curve computations provided limited overall benefits to the overall computer architecture because the ability to achieve faster operations came at the significant cost of more memory and potentially wasteful pre-computation processing cycles. *Id*. The inventors recognized that "these costs may accumulate to the point that any benefit of faster computation is offset by the need to store or communicate" more pre-computed data. Moreover, "[t]he net benefit depends on the relative cost of time, memory and bandwidth, which can vary tremendously between implementations and systems." *Id*. Accordingly, achieving such benefits required case-by-case optimizations of parameters to strike a balance between an achievable increase in speed with increases in computational and memory costs. *See id*.

113.    The inventors taught improvements to the ECDSA digital signature verification process.  Ex. 1 at 4:15-33.  For example, the patents teach techniques that enable accelerated signature verification, which include, among other things, generating, for use with a digital signature (*e.g.*, a signature with components (r, s)), an indicator (*e.g.*, i) to identify which value of a plurality of values (*e.g.*, for a point with coordinates (x, y)) recover able from the first signature component (*e.g.*, r of the pair (r, s)) is an ephemeral public key (*e.g.*, R).  *See*, *e.g.*, Ex. 1 at 5:23-31, 6:37–7:38, 9:44-46, 10:61–11:5, 12:11–59, 15:29–33.  The patents teach that such techniques accelerate the recovery of, for example, an ephemeral public key (*e.g.*, R) for verifying digital signatures (thereby also accelerating digital signature verification), which provide a technological improvement.  *See*, *e.g.*, *id*.

114.    The patents also teach techniques that enable accelerated digital signature verification, which include, among other things, recovering (or generating) a signer's public key (*e.g.*, Q) from the digital signature of a message, where doing so includes computing Q as $r^{-1}(sR-eG)$ using components of the digital signature (rather than sending Q in the message or retrieving it elsewhere), where G comprises a generator of an elliptic curve group that includes a first elliptic curve point R and the second elliptic curve point Q.  *See*, *e.g.*, Ex. 1 at 4:48-5:4; 7:39–58, 8:12–9:31, 9:67–10:34, 12:43–59, 13:1–26, 15:15–40.  The patents teach that such techniques reduce bandwidth and storage and accelerate the verification of digital signatures, allowing more digital signatures to be verified in a given amount of time, which provide technological improvements over preexisting techniques.  *See*, *e.g.*, *id*.

### The "Finite Field Engine Patent" ('062)

115.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

116.    The '062 Patent, entitled "Method and Apparatus for Performing Finite Field Calculations," was duly and lawfully issued on March 4, 2014. A true and correct copy of the '062 Patent is attached hereto as Exhibit 3. The application for the '062 Patent was filed on April 11, 2008 and claims the benefit of priority to earlier related applications, including provisional application nos. 60/343,220, 60/343,223, and 60/343,226, and 60/343,227, all filed on December 31, 2001.

117.    The '062 Patent was in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '062 Patent, including the right to seek damages for any infringement thereof.

118.    The '062 Patent relates generally to finite field engines and methods for use with cryptographic systems. *See*, *e.g.*, Ex. 3 at 1:15–18.[209]

119.    The patent teaches that "[c]ryptography is commonly used to provide data security, integrity, and authentication" over communication channels, such as, for example, connections over the Internet or a wireless network. *See*, *e.g.*, *id.* at 1:22–44. Protocols employing such cryptographic technology may require the use of secret keys. *Id.* For example, "[c]orrespondents using public key cryptography each have a private key and a corresponding public key" such that "it is computationally infeasible to compute the private key given only the public key," while "a mathematical relationship between the keys allows them to be used to provide security, integrity, or authentication in various protocols where the public keys are shared and the private keys are kept secret." *Id.*

_____

[209] Citations to the '062 Patent (Exhibit 3) are exemplary and non-limiting.

120.    The patent teaches that "[e]lliptic curve cryptography (ECC) is a particularly efficient form of public key cryptography that is especially useful in [resource] constrained environments." *See*, *e.g.*, *id*. at 1:45–60.

121.    As the patent explains, an elliptic curve is specified with "a finite field and an equation over that finite field are needed," where "[t]he points on the elliptic curve are the pairs of finite field elements satisfying the equation of the curve." *See*, *e.g.*, *id*. "To carry out calculations involving points on the elliptic curve, calculations are done in the underlying finite field, according to well-known formulas that use parameters of the curve." *Id*. "These formulas define an addition operation on a pair of elliptic curve points," and "[a] scalar multiplication operation is defined by repeated additions, analogously to regular integer multiplication." *Id*.

122.    Users of an elliptic curve cryptosystem generate a key pair comprising a private key and a public key based on parameters common to all uses (including the finite field, the elliptic curve, and a generator point on the curve). *Id*. at 1:61–2:3. A correspondent's private key is an integer (which is kept secret, such as a random number) that is less than the order of the elliptic curve. *Id*. "A correspondent's public key is the elliptic curve point obtained by scalar multiplication of the private key with a generator point." *Id*.

123.    The patent teaches that "[t]he security level of a cryptographic system mainly depends on the key size that is used," where "[l]arger key sizes give a higher security level than do smaller key sizes." *See*, *e.g.*, *id*. at 2:4-11. "[H]owever, different key sizes require defining different elliptic curves over different finite fields," where (generally) "the greater the desired cryptographic strength of the ECC, the larger will be the size of the finite field." *Id*. Multiple technological problems emerge from these possibilities.

124.    For example, given the possible variability in elliptic curves and finite fields, "an implementation of elliptic curve cryptography may need to support several different finite fields for use in particular applications." *Id.* at 2:12–17.  The patent teaches that "[i]mplementing [such] an elliptic curve cryptosystem therefore requires either the implementation of specific methods for each finite field or a generic method usable in any finite field." *See*, *e.g.*, *id.*  The patents further teach that "[t]he use of specific methods for each finite field leads to more efficient code since it may be optimized to take advantage of the specific finite field," but that "supporting several finite fields in this way will increase the code size dramatically." *See*, *e.g.*, *id.*  On the other hand, "[t]he use of a generic method prevents the use of optimization techniques, since the code cannot take advantage of any particular properties of the finite field," which "makes the code less efficient but has the advantage of much smaller code size." *Id.*

125.    Another technological problem is that "[s]oftware implementation of finite fields raises the question of how to arrange the storage of the bits corresponding to the finite field elements." *Id.* at 2:27–35.  The patent teaches that elliptic curve cryptosystems may employ finite fields (whether binary fields or prime fields) with elements that may be represented as bits in hardware or software, where "[t]hese bits must then be represented in the memory storage of the computer system." *See*, *e.g.*, *id.*  The patent teaches, however, that "[w]hen using a general purpose computational engine (for example a typical CPU), finite field elements are often too long to be represented in a single machine word of the engine (engine word lengths are typically 16, 32, or 64 bit)." *See*, *e.g.*, *id.*  And, "[s]ince the finite field [elements] used in ECC operations are typically 160 bits or more, these elements must be represented in several machine words." *Id.*  "Engine routines (programs) that provide finite field calculations must therefore deal with multiple machine words to complete their calculations." *Id.*  Moreover, "[w]ith either type of codes," *i.e.*, software

employing specific methods (which may be word size-specific) or general methods (which may be word size non-specific), "it is necessary to provide finite field operations including multiplication, addition, inversion, squaring and modular reduction." *Id*. To compute the results of such operations on ECC finite field elements and store them in computer memory, complicated operations and "many bit shifts are required," which "results in longer processing time and also extra processor operation." *Id*.

126. The inventors recognized that improvements in finite field operations, including for ECC operations, may be achievable to improve the speed and efficiency of finite field engines. Ex. 3 at 4:10–25; *see id*. at 2:4–3:32.

127. For example, the patent teaches techniques that enable the performance of finite field operations on elements of a finite field (*e.g.*, coordinates of points on an elliptic curve) that include, among other things, obtaining a first set of instructions for performing the finite field operation on values representing the elements of the finite field and executing it to generate an unreduced result, obtaining a second set of instructions for performing a modular reduction for a specific finite field and executing it to generate a reduced result, and providing the reduced result as an output for use in a cryptographic operation. *See*, *e.g.*, *id*. at 6:22–7:8, 7:9–8:63, 8:64–12:4, 14:57–16:19. Using such techniques, technological benefits are achievable. For example, "fast engines can be produced for many specific finite fields, without duplicating the bulk of the engine instructions (program)." *Id*., Abstract, 4:21–25; *see also*, *e.g.*, *id*. at 12:43–13:2, 14:53–65. Additionally, "finite field elements may be consistently stored in registers of the same word length." *Id*. at 8:36–49. Furthermore, fewer bit shifts are required, thereby resulting in shorter processing time and fewer processor operations. *Id*. at 10:65–11:2, 11:17–23; *see id*. at 3:28–32.

## The "Improved Modular Reduction" Patent ('286)

128.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

129.    The '286 Patent, entitled "System and Method for Reducing the Computation and Storage Requirements for a Montgomery-Style Reduction," was duly and lawfully issued on September 10, 2013. A true and correct copy of the '286 Patent is attached hereto as Exhibit 4.  The application for the '286 Patent was filed on July 19, 2010, and claims the benefit of priority of Provisional App. No. 61/226,427, filed on July 17, 2009.

130.    The '286 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '268 Patent, including the right to seek damages for any infringement thereof.

131.    The '286 Patent relates generally to systems and methods for reducing the computation and storage requirements for a Montgomery style reduction (a form of modular arithmetic).  *See*, *e.g.*, Ex. 6 at 1:13–16; *see also id.*, Abstract.

132.    The patent teaches that "[i]n cryptography, e.g. public key cryptography, operations such as multiplication or exponentiation of integers in some group $Z_n$, may be required, where modular arithmetic is used to operate on the integers."  Ex. 6 at 1:20–30.  "For example, to multiply two numbers modulo some [number] n, the classical approach is to first perform the multiplication and then calculate the remainder."[210]  *Id.*  The patent teaches that "[a]lthough the classical approach is simple for basic operations such as in multi-precision calculations and does not require

---

[210] The term "modulo" means to calculate the remainder after dividing one number by another.  *See*, *e.g.*, https://www.mathsisfun.com/definitions/modulo-operation.html; *see also* https://en.wikipedia.org/wiki/Modulo ("In computing and mathematics, the modulo operation returns the remainder or signed remainder of a division, after one number is divided by another, the latter being called the modulus of the operation."

precomputation, the step of calculating the remainder is considered slow." *Id*. "The calculation of the remainder is referred to as reduction in modular arithmetic." *Id*.

133.    The patent further teaches that "[i]n Montgomery reduction, calculations with respect to a modulus n are carried out with the aid of an auxiliary number R called the Montgomery radix or base." Ex. 6 at 1:47–64.  For example, "[t]he Montgomery reduction of a number a with radix R and prime modulus n is the quantity given by $aR^{-1}$ mod n." *Id*.

134.    "In a given cryptographic system," the patent teaches, "a computational engine may be used for calculating the Montgomery product of two numbers, this engine being sometimes referred to as a Montgomery engine or Montgomery machine." Ex. 6 at 1:65–2:13.  The patent further teaches that "[t]he engine may be implemented in a hardware or software module and operates on a set of parameters to produce a result." *Id*.  For example, using a Montgomery engine, "Montgomery multiplication may proceed as follows:

1.    $c \leftarrow 0$, where c will hold the result $abR^{-1}$ mod n and $c = (c_k c_{k-1} \dots c_1 c_0)$.

2.    For i from 0 to (k-1) do the following:
2.1    $m \leftarrow (c_0 + a_i, b_o)\mu$ mod $2^w$; and
2.2    $c \leftarrow (c + a_i b + mn)/2^w$

3.    If $c \geqq n$ then $c \leftarrow c - n$

4.    Return (c)."

Ex. 6 at 2:14–33.

135.    "In Montgomery reduction, the value μ is used to zero w least significant bits of a value a," whereby "[f]irst, a multiplier m=μa mod $2^w$ is computed," where "[t]he value m has at most w bits." Ex. 6 at 2:47–53.  "Adding a+mn will zero w least significant bits of a, and a may be shifted down w bits." *Id*.  "Since typically L=kw, where k is the number of w-bit words in R[,] this operation is repeated k times to effect the Montgomery reduction $aR^{-1}$ mod n." *Id*.

136.    The patent teaches that "efficiency may be increased by pre-computing certain fixed values to be used in the calculations," where "[s]uch values include $\mu=(-n)^{-1} \bmod 2^w$, for some w typically being the bit size of a word (or block) of the value (or perhaps the entire value) being operated on; and $R^2 \bmod n$." Ex. 6 at 2:34–46.

137.    The patent further teaches that "[i]n a register-based processor, registers are typically used to hold components of the value to be reduced, namely the precomputed value $\mu$ and the modulus n." Ex. 6 at 2:59–61.

138.    The inventors recognized these technological problems and discovered improvements in modular reduction engines for computers (e.g., Montgomery engines) to address them. *See*, *e.g.*, Ex. 6 at 3:21–45, 5:28–36, 3:40–45, 5:24–35, 5:45–6:19, 6:51–65.

139.    For example, the patent teaches techniques for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation that includes obtaining an operand for the cryptographic operation; computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than per form a cancellation thereof, where the reduction value is a function of the modulus; and outputting the modified operand. *See*, *e.g.*, Ex. 6 at 4:40–6:65. The patent teaches that such inventive techniques can reduce the number of multiplications and registers needed to effect the modular reduction, thereby providing a new and inventive technique for efficient modular reduction machines.[211]  *See*, *e.g.*, *id.* at 3:40–42, 5:28–36, 6:2–19, 6:51–65. For example, the patent teaches that "[i]n a machine 22 that has a

---

[211] A register is hardware in a CPU for temporary storage of data during program execution. *See*, *e.g.*, https://techterms.com/definition/register; https://www.allaboutcircuits.com/video-lectures/internal-registers-alu/; https://gunkies.org/wiki/Register; https://www.theiotacademy.co/blog/registers-in-cpu/.

limited number of registers and/or computational capabilities, it is desirable to reduce both the number of stored values and the number of computations," and that "[t]o avoid having to store both µ and n, it has been recognized by the inventor that a modified reduction value or a logical shift or signed version of such a value can be used in place of µ and n for the bulk of the low-order reduction." *Id*. at 5:28–36. The patent also teaches that the inventive technique "avoids both the multiplication necessary to compute m and the storage required for µ" and that the modified reduction value "does not require more registers than would be needed" otherwise. *Id*. at 6:2–19. The patent further teaches that the inventors observed significant benefits of the inventive techniques when used, for example, to perform ECC operations using resource-constrained computer processor architectures (*e.g.*, "the popular ARM architecture"). *Id*. at 6:51–65.

### The "Improved Hash Processing Patent" ('039)

140. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

141. The '039 Patent, entitled "Efficient Implementation of Hash Algorithm on a Processor," was duly and lawfully issued on April 29, 2014. A true and correct copy of the '039 Patent is attached hereto as Exhibit 5. The application for the '039 Patent was filed on April 5, 2012, and claims the benefit of priority of Provisional App. No. 61/472,422, filed on April 6, 2011.

142. The '039 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '039 Patent, including the right to seek damages for any infringement thereof.

143. The '039 Patent relates generally to systems and methods for efficient implementations of hash algorithms on a computer processor, including techniques for utilizing a processor's registers to efficiently perform multiple iterations of SHA-2 family secure hash algorithms. *See*, *e.g.*, Ex. 6 at 1:17-20, 1:39-54, 2:8-20; *see also id.*, Abstract.

144.    The patent teaches that an issue related to processing secure hash algorithms, such as secure hash algorithms in the SHA-2 family[212], is that implementing such secure hash algorithms on advanced processor architectures, such as ARM processors, is challenging because the number of available registers is insufficient to store the entire state of the secure hash algorithm, such that "only portions of it at a time would be loaded into them and undergo the necessary calculations before being stored back on the stack." *Id*. at 1:39-54.  The patent teaches that "[t]he challenge lies in optimizing the registers utilization and minimizing the relatively lengthy load operations." *Id*.

145.    The inventors recognized these technological problems and discovered improved ways to implement secure hash algorithms in computer processors to address them.  *See*, *e.g.*, Ex. 6 at 2:8-20, 2:65-5:49.  For example, the patent teaches methods and systems for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, comprising categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations, reversing a sequence of computations in the even iterations to those in the odd iterations that results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm, and combining an even iteration and odd iteration to provide a new iteration of a loop. *See*, *e.g.*, 2:8-20, 2:65-5:49, 11:38-49.  For example, the patent teaches that in certain embodiments, words may be 64 bits long while the processor registers are 32 bits long.  *Id*. at 3:1-3.  The state of every iteration of the secure hash algorithm may include, for example, eight 64-bit words (*e.g.*, A-H) such that the block to be hashed includes sixteen 64-bit words.  *Id*. at 3:4-9.

---

[212] The SHA-2 family includes, for example, SHA-256, SHA-384, and SHA-512, among others. *See* https://csrc.nist.gov/projects/hash-functions/nist-policy-on-hash-functions; https://csrc.nist.gov/files/pubs/fips/180-3/final/docs/fips180_3_final.pdf at 3.

Whereas with an original secure hash algorithm all the values of words A-H require load operations from the stack into the registers to undergo the specified functions, "[t]he present embodiment minimizes the number of load instructions required in every iteration by reusing values from the previous iteration that are still in the registers," which "is achieved by categorizing, and unrolling, the algorithm iterations into even and odd ones, where the sequence of computation in the even iteration is reversed." *Id*. at 3:49-58. The inventive techniques of the '039 patent allow the average number of words loaded per original iteration to be reduced, for example, in some embodiments, from eight (sixteen 32-bit loads) to four (eight 32-bit loads). *Id*. at 4:60-63.

## JURISDICTION AND VENUE

146.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

147.    This civil action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285. This is a patent infringement lawsuit over which this Court has subject matter jurisdiction under, *inter alia*, 28 U.S.C. §§ 1331, 1332, and 1338(a).

148.    This District has general and specific personal jurisdiction over Defendants because, directly or through intermediaries, Defendants have committed acts within this District giving rise to this action; are present in and transact and conduct business, directly, and/or indirectly, in this District and the State of Texas; and transact and conduct business with residents of this District and the State of Texas.

149.    Plaintiffs' causes of action arise, at least in part, from Defendants' contacts with and activities in and/or directed at this District and the State of Texas. For example, on information and belief, Foundry is registered to do business and pay taxes in the State of Texas[213] and has

---

[213] https://comptroller.texas.gov/taxes/franchise/account-status/search/32092652562;

employed or attempted to employ people to work at Foundry locations in this Judicial District, including in Pecos, Texas; Pyote, Texas; Moore, Texas, and Rockdale, Texas for its operations related to bitcoin mining.[214]  Foundry has also employed or attempted to employ people to work at other Foundry locations related to bitcoin mining in other cities in the State of Texas, including McAllen and Big Spring.[215]  On information and belief, Foundry also owned and/or operated facilities related to bitcoin mining in Big Spring, Texas during time frames relevant to issues in this case.[216]  On information and belief, Foundry has also purposefully availed itself of the laws of the State of Texas by, for example, owning and/or operating  facilities related to bitcoin mining and engaging in related conduct in the State of Texas, including West Texas.[217]  Foundry's pool

---

[214] *See* https://web.archive.org/web/20250808134808/https://job-boards.greenhouse.io/foundrydigital (identifying employment positions for "Site Operations" at Foundry locations); https://web3.career/mining-technician-foundrydigital/65917 (job posting for "mining technician" in Pecos, Texas); https://www.linkedin.com/in/jesus-ramirez-1b2964211/ (LinkedIn profile of a Foundry facilities manager located in Odessa, Texas).

[215] *Id.*

[216] *See* https://bigspringtx.portal.civicclerk.com/event/523/overview (item 30: "Consideration and Possible Action on a Lease Agreement with Foundry Digital, LLC for Building 1B and a Container Area Comprising Approximately 1.3 Acres Located at 1600 First Avenue, Big Spring McMahon-Wrinkle Airport and Industrial Park …."); https://decrypt.co/198889/texas-top-us-state-for-bitcoin-mining-foundry-cambridge ("Meanwhile ... Foundry has acquired mining sites from the bankruptcy estate of Compute North in Minden, Nebraska, and Big Spring, Texas."); https://www.datacenterdynamics.com/en/news/compute-north-sells-two-data-centers-amid-bankruptcy/ ("Foundry this week announced that it has entered into an asset purchase agreement to acquire two turnkey cryptocurrency mining facilities and other assets from Compute North … The deal includes two sites in North Sioux City, South Dakota, and Big Springs, Texas, that have a fully operational capacity of 6MW and 11 MW, respectively … [and] a fleet of mining machines owned by Compute North …."); *see* https://www.linkedin.com/in/blake-barnes-1012b0255/ (LinkedIn profile of Foundry Site Operations Manager located in Big Spring, Texas).

[217] https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 35:50-37:00 ("We're seeing it on a grand scale in, like, West Texas right now. Like, I literally can watch—I'm like, 'oh, it must be hot in West Texas because hashrate went boop.' … There's close to a gigawatt worth of power that shuts off in West Texas to balance the Texas grid.");

mining activities have been and on information and belief continue to be concentrated in the State of Texas.[218]  Most of the miners in Texas reportedly are members of the Foundry USA Pool.[219]  On information and belief, Defendants Riot, Cipher, and Fortitude, each of which operates bitcoin mining facilities in the State of Texas, including in this District (*see* ¶¶ 150-152, *infra*) are members of the Foundry pool and contribute to Foundry's pool mining activities (*see* ¶¶ 51-65, *supra*).



Foundry USA Pool Hashrate Map: July 2023
https://medium.com/foundry-digital/foundry-usa-pool-hashrate-by-state-f9dc92e7bc3b

150.    On information and belief, Fortitude owns and/or operates bitcoin mining facilities in this Judicial District.  For example, Fortitude owns and/or operates a bitcoin mining facility at

---

https://x.com/FoundryServices/status/1908167012871725092 (touting Foundry Site Operations "deployment of 5,000+ brand-new T21s" in "West Texas")

[218] *See*, *e.g.*, https://medium.com/foundry-digital/foundry-usa-pool-hashrate-by-state-f9dc92e7bc3b (28.5% of Foundry's pool in Texas); https://www.theminermag.com/home/2024-01-16/bitcoin-hashrate-drop-texas-miner-curtail-grid (more than 28% of Foundry's pool hashrate in Texas).

[219] https://bitcoinmagazine.com/business/stratum-v2-will-save-bitcoin-mining ("In a recent interview, Gabriele Vernetti, a mining researcher and Stratum V2 developer, told Bitcoin Magazine that 'most of the miners located in Texas are under Foundry.'").

4143 US Hwy 285, Pecos, Texas 79772.[220]  Fortitude owns and/or operates additional bitcoin

mining equipment located in this District, for example, in Reeves County and Ward County.[221]

Fortitude also owns and/or operates bitcoin mining facilities in other cities in the State of Texas,

including Big Spring.[222]  On information and belief, Fortitude has also purposefully availed itself

of the laws of the State of Texas by, for example, owning and/or operating bitcoin mining facilities

and engaging in related conduct in the State of Texas, including West Texas.[223]

151.    On information and belief, Cipher owns and/or operates bitcoin mining facilities in

this District, including in Odessa, Texas ("Odessa"), Andrews, Texas ("Bear" and "Chief"), and

Winkler County, Texas ("Black Pearl").[224]  On information and belief, Cipher also owns and/or

operates bitcoin mining facilities in other cities in the State of Texas, including in Happy, Texas

("Alborz") and Colorado City, Texas ("Barber Lake").[225]  On information and belief, Cipher has

also purposefully availed itself of the laws of the State of Texas by, for example, owning and/or

---

[220] *See* https://www.reevescountytax.org/Statement/686046 (last accessed November 14, 2025) (identifying the Pecos, Texas address of Fortitude Mining in the Reeves County Tax Appraisal District).

[221] https://www.reevescountytax.org/Statement/90M-9900015-0718700-0 (Reeves County tax statement for "CRYPTO CURRENCY MINING MINING EQUIPMENT S21PRO 2024"); https://www.reevescountytax.org/Statement/90M-9900010-0718700-0 (Reeves County tax statement for "CRYPTO CURRENCY MINING MINING EQUIPMENT S21 2024").

[222] https://citizenportal.ai/articles/3625064/Big-Spring/Howard-County/Texas/City-Council-approves-lease-with-Fortitude-Mining-at-McMahan-Wrinkle-Airport ("The Big Spring City Council approved a three-year lease with Fortitude Mining LLC for Building 1B at 1600 First Avenue in the McMahon Winkle Airport industrial park and authorized termination and release of the prior Foundry Digital LLC lease."); https://www.facebook.com/KBestMedia/photos/big-spring-city-council-to-meet-for-a-regular-meeting-tonight-032525big-spring-t/1269388795187608/; *see also* https://medium.com/foundry-digital/operational-excellence-its-not-just-a-job-it-s-a-mission-155c0162e896 (noting a partnership between Foundry OptiFleet™ and Fortitude Mining in Texas).

[223] *Id.*

[224] https://www.ciphermining.com/sites

[225] *Id.*; *see also* Cipher 2025 10-K at 1-3.

operating bitcoin mining facilities and engaging in related conduct in the State of Texas.[226] For example, according to Cipher, "[c]urrently, our data centers are all located in Texas … because Texas, through its regulatory and economic incentives, has encouraged bitcoin mining companies, like ours, to locate their operations in the state."[227] As described in Cipher's most recent 10-K, Cipher "currently operate[s] approximately 327 MW of facilities across four bitcoin mining data centers in Texas," and "ha[s] a pipeline of seven additional sites in Texas."[228] And its "largest operational data center is [its] Odessa data center (the 'Odessa Facility') … located in Odessa, Texas."[229]

152.    On information and belief, Riot owns and/or operates bitcoin mining facilities in this District, including in Rockdale, Texas.[230] On information and belief, Riot also owns and/or operates bitcoin mining facilities in other cities in the State of Texas, including in Corsicana, Texas.[231] On information and belief, Riot has also purposefully availed itself of the laws of the State of Texas by, for example, owning and/or operating bitcoin mining facilities and engaging in related conduct in the State of Texas.[232] For example, as stated in Riot's most recent 10-K, Riot's "Rockdale Facility and the Corsicana Facility are both located in the State of Texas," and it

---

[226] *Id.*

[227] Cipher 2025 10-K at 8.

[228] *Id.* at 1.

[229] *Id.*

[230] https://www.riotplatforms.com/bitcoin-mining/rockdale/; *see also* Riot 2025 10-K at 4.

[231] https://www.riotplatforms.com/bitcoin-mining/corsicana/; *see also* Riot 2025 10-K at 4.

[232] *Id.*

"believe[s] the State of Texas is likely to remain one of the most favorable regulatory environments for Bitcoin miners."[233]

153.    Defendants are also members of the Texas Blockchain Council, an "industry association working to make the State of Texas the jurisdiction of choice for bitcoin, blockchain, and digital asset innovation."[234]    According to the Texas Blockchain Council, it "promote[s] blockchain technology initiatives such as bitcoin mining that drive growth and benefit the citizens of Texas" and "exist[s] to amalgamate the influence of our members, to advocate for blockchain-centric public policy initiatives and to educate members of government about the benefits of blockchain technology."[235]    The Texas Blockchain Council works to influence the state of the law in Texas as it relates to bitcoin, blockchain, and digital assets.[236]

154.    Defendants have infringed the Asserted Patents within this District and the State of Texas by making, using, selling, offering for sale, and/or importing or by having made, used, sold, offered for sale, and/or imported in or into this District and elsewhere in the State of Texas,

---

[233] Riot 2025 10-K at 10; see also id. at 36 ("We own and operate multiple Bitcoin mining sites in the United States with two locations in Texas, consisting of the Rockdale Facility and the Corsicana Facility ….").

[234] https://texasblockchaincouncil.org/about; https://texasblockchaincouncil.org/membership (identifying Foundry among its "Standard Partners", Riot and Cipher as "Executive Partners", and ); https://www.linkedin.com/posts/texas-blockchain-council_were-excited-to-welcome-fortitude-mining-activity-7309974106857160705-hFVn/ (announcing Fortitude Mining's Texas Blockchain Council membership).

[235] https://texasblockchaincouncil.org/.

[236] See, e.g., https://texasblockchaincouncil.org/policy-page ("The Texas Blockchain Council is a proud member of the Texas Innovation and Technology Caucus. Our members are actively working to provide subject matter expertise to this group of forward-thinking legislators with a focus on the following policy initiatives."); https://www.itcaucus.com/ ("Members of the Texas House of Representatives and Texas Senate formed the bipartisan Innovation and Technology Caucus of the Texas Legislature (IT Caucus) as a policy shop and industry partner to focus on educating and informing members on ways to further advance technology industry innovation, growth, and competitiveness here in Texas, and strengthening the already significant impact this sector has on the state's economy.").

products and services covered by claims in the Asserted Patents, including without limitation products that, when made or used, practice the claimed methods of the Asserted Patents. Defendants, directly and through intermediaries, have and continue to make, use, sell, offer for sale, import, ship, distribute, advertise, promote, and/or otherwise commercialize such infringing products and services in or into this District and the State of Texas. Defendants regularly conduct and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of Texas.

155.    This Court has personal jurisdiction over Defendants pursuant to TEX. CIV. PRAC. & REM. CODE § 17.041 *et seq*.

156.    Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

157.    Defendants are doing business, either directly or through respective agents, on an ongoing basis in this Judicial District and elsewhere in the United States, and have committed and continue to commit acts of infringement in this district.  On information and belief, Defendants have regular and established places of business in this Judicial District.  For example, on information and belief, Fortitude owns and/or operates facilities related to bitcoin mining within this District, including at 4143 US Hwy 285, Pecos, Texas 79772 (*see* ¶ 150, *supra*).  On information and belief, Riot owns and/or operates facilities related to bitcoin mining within this district, including in Odessa, Andrews, and Winkler County (*see* ¶ 152, *supra*).  On information and belief, Cipher owns and/or operates facilities related to bitcoin mining within this District, including in Rockdale (*see* ¶ 151, *supra*).  On information and belief, Foundry operates facilities related to bitcoin mining in cities within this district, including in Pecos, Pyote, Moore, and Rockdale (*see* ¶ 149, *supra*).  Additionally, on information and belief, members of Foundry's mining pool, including Riot, Cipher, and Fortitude, operate bitcoin mining facilities located in this

District. On information and belief, Defendants have and continue to make, use, sell, offer to sell, and/or import infringing products and services into and/or within this District, maintain a permanent and/or continuing presence within this District, and have the requisite minimum contacts with this District such that this venue is a fair and reasonable one. Upon information and belief, Defendants have transacted and, at the time of the filing of the Complaint, are continuing to transact business within this District.

## **JOINDER**

158.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

159.    Joinder is proper under 35 U.S.C. § 299 at least because certain of Defendants' infringing conduct alleged herein arises out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using (or inducing the use of), importing into the United States, offering for sale, or selling of some of the same accused products or processes, or portions thereof, and questions of fact common to all Defendants will arise in this action.  This is not a case where Plaintiffs seek joinder based "solely on allegations that [Defendants] each have infringed the patent or patents in suit." *In re Apple Inc.*, 650 F. App'x 771, 774 (Fed. Cir. 2015) (quoting 35 U.S.C. § 299(b)).  For example, as shown and alleged herein, certain of the accused activities are related through Foundry's own operations and its orchestration of—and Riot, Cipher, and Fortitude's participation and involvement in—the Foundry USA Pool.   Section 299's requirements are satisfied here because the Complaint includes allegations against Defendants of direct and/or indirect infringement for actions involving some of the same accused products or processes, and there is a "logical relationship" between those claims linking the underlying facts. *Id*. at 774-74.

160.    Examples of such products or processes include processes performed using bitcoin mining machines manufactured by Bitmain (such as Antminer S19 Pro, S19, S19 XP, S19J Pro, S19J XP, S21, and variations thereof) and other manufacturers that use similar processor architectures.  *See* Exhibits 16-19.  Other such products or processes include processes performed to mine and/or transact (*e.g.*, transfer) bitcoin according to the Bitcoin protocol, such as for verifying and/or generating digital signatures.  *See* Exhibits 7-10 and 12-15.

## **FIRST CLAIM**

### **(Infringement of the '827 Patent)**

161.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

162.    The '827 Patent is generally directed to improved techniques for use in cryptographic algorithms, and, in particular, to methods and apparatuses for generating a public key of the signer of a digital signature by computing $Q=r^{-1}(sR-eG)$, where G comprises a generator of an elliptic curve group that includes a first elliptic curve point R and a second elliptic curve point Q.

163.    Foundry has been on notice of the '827 Patent and a specific factual basis for its infringement of the '827 Patent since at least March 28, 2025. On information and belief, Foundry did not take any action to stop its infringement.

164.    Riot has been on notice of the '827 Patent and a specific factual basis for its infringement of the '827 Patent since at least March 28, 2025. On information and belief, Riot did not take any action to stop its infringement.

165.    Cipher has been on notice of the '827 Patent and a specific factual basis for its infringement of the '827 Patent since at least March 28, 2025. On information and belief, Cipher did not take any action to stop its infringement.

166.    Fortitude has been on notice of the '827 Patent and a specific factual basis for its infringement of the '827 Patent since at least the filing of this Complaint. On information and belief, Fortitude did not take any action to stop its infringement.

167.    Foundry has, under 35 U.S.C. § 271(a), directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '827 Patent, by making, using, testing, selling, offering for sale, and/or importing hardware and/or software including devices and software that comply with the Bitcoin protocol (excluding any products licensed under the '827 Patent), such as bitcoin mining equipment (including, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, nodes, miners, and software applications) and wallets (including hardware and software that functions as a bitcoin wallet). An exemplary claim chart showing one way in which Foundry infringes claim 1 of the '827 Patent is attached as Exhibit 6.

168.    Riot, Cipher, and Fortitude each also indirectly infringed, and continue to indirectly infringe, the '827 Patent under 35 U.S.C. § 271(b) by knowingly, intentionally actively aiding, abetting, and inducing others, including Foundry, to directly infringe at least claim 1 of the '827 Patent, and continue to do so, by, for example, encouraging others, including Foundry, to verify digital signatures associated with Bitcoin transactions according to the Bitcoin protocol to facilitate mining and/or transactions (*e.g.*, transferring) of bitcoin. *See* Exhibit 7 (Riot), and Exhibit 8 (Cipher), and 9 (Fortitude).

169.    Defendants' infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement.

## SECOND CLAIM

## (Infringement of the '197 Patent)

170.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

171.    The '197 Patent is generally directed to improved computational techniques for use in cryptographic algorithms, and, in particular, to methods and apparatuses for generating a digital signature of a message, the digital signature having first and second signature components, where the first is based on a first coordinate of an elliptic curve point representing an ephemeral public key, and generating an indicator to identify which value of multiple values recoverable from the first signature component is the ephemeral public key.

172.    Foundry has been on notice of the '197 Patent and a specific factual basis for its infringement of the '197 Patent since at least March 28, 2025. On information and belief, Foundry did not take any action to stop its infringement.

173.    Riot has been on notice of the '197 Patent and a specific factual basis for its infringement of the '197 Patent since at least March 28, 2025. On information and belief, Riot did not take any action to stop its infringement.

174.    Cipher has been on notice of the '197 Patent and a specific factual basis for its infringement of the '197 Patent since at least March 28, 2025. On information and belief, Cipher did not take any action to stop its infringement.

175.    Fortitude has been on notice of the '197 Patent and a specific factual basis for its infringement of the '197 Patent since at least the filing of this Complaint. On information and belief, Fortitude did not take any action to stop its infringement.

176.    Foundry has, under 35 U.S.C. § 271(a), directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without

limitation at least claim 1 of the '197 Patent, by making, using, testing, selling, offering for sale, and/or importing hardware and/or software including devices and software that comply with the Bitcoin protocol (excluding any products licensed under the '197 Patent), such as bitcoin mining equipment (including, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, nodes, miners, and software applications) and wallets (including hardware and software that functions as a bitcoin wallet). An exemplary claim chart concerning one way in which Foundry infringes claim 1 of the '197 Patent is attached as Exhibit 10 (Foundry).

177.    Riot, Cipher, and Fortitude each also indirectly infringed, and continue to indirectly infringe, the '197 Patent under 35 U.S.C. § 271(b) by knowingly, intentionally actively aiding, abetting, and inducing others, including Foundry, to directly infringe at least claim 1 of the '197 Patent, and continue to do so, by, for example, encouraging others, including Foundry, to sign Bitcoin transactions and/or generate digital signatures according to the Bitcoin protocol to transact (*e.g.*, transfer) bitcoin.  *See* Exhibit 11 (Riot), and Exhibit 12 (Cipher), and 13 (Fortitude).

178.    Defendants' infringements have been willful in view of the above and their failure to take any action, even after being put on notice, to stop their respective infringement.

## THIRD CLAIM

### (Infringement of the '062 Patent)

179.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

180.    The '062 Patent is generally directed to finite field engines and methods for use with cryptographic systems, and, in particular, techniques that enable the performance of finite field operations on elements of a finite field that include, among other things, obtaining a first set of instructions for performing the finite field operation on values representing the elements of the

finite field and executing it to generate an unreduced result, obtaining a second set of instructions for performing a modular reduction for a specific finite field and executing it to generate a reduced result, and providing the reduced result as an output for use in a cryptographic operation.

181.    Foundry has been on notice of the '062 Patent and a specific factual basis for its infringement of the '062 Patent since at least March 28, 2025.

182.    Foundry has, under 35 U.S.C. § 271(a), directly infringed, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '062 Patent, by having made, used, tested, sold, offered for sale, and/or imported hardware and/or software including devices and software that complied with the Bitcoin protocol (excluding any products licensed under the '062 Patent), such as bitcoin mining equipment (including, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, nodes, miners, and software applications) and wallets (including hardware and software that functions as a bitcoin wallet). An exemplary claim chart showing one way in which Foundry infringed claim 1 of the '062 Patent is attached as Exhibit 14 (Foundry).

## FOURTH CLAIM

### (Infringement of the '286 Patent)

183.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

184.    The '286 Patent is generally directed to systems and methods for reducing the computation and storage requirements for a Montgomery style reduction and, in particular, to techniques for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation that includes obtaining an operand for the cryptographic operation; computing a modified operand using a reduction value, instead of a modulus used in performing a

standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than per form a cancellation thereof, where the reduction value is a function of the modulus; and outputting the modified operand.

185.    Foundry has been on notice of the '286 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '286 Patent since at least April 11, 2025. On information and belief, Foundry did not take any action to stop its infringement.

186.    Riot has been on notice of the '286 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '286 Patent since at least April 11, 2025. On information and belief, Riot did not take any action to stop its infringement.

187.    Cipher has been on notice of the '286 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '286 Patent since at least April 15, 2025. On information and belief, Cipher did not take any action to stop its infringement.

188.    Fortitude has been on notice of the '286 Patent and a specific factual basis for its infringement of the '286 Patent since at least the filing of this Complaint. On information and belief, Fortitude did not take any action to stop its infringement.

189.    Foundry has, under 35 U.S.C. § 271(a), directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '286 Patent, by making, using, testing, selling, offering for sale, and/or importing hardware and/or software including devices and software that comply with the Bitcoin protocol (excluding any products licensed under the '286 Patent), such as bitcoin mining equipment (including, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, nodes, miners, and software applications) and wallets (including hardware and software that functions as a bitcoin

wallet). An exemplary claim chart showing one way in which Foundry infringes claim 1 of the '286 Patent is attached as Exhibit 15.

190.    Riot, Cipher, and Fortitude each have also indirectly infringed, and continue to indirectly infringe, the '286 Patent under 35 U.S.C. § 271(b) by knowingly, intentionally actively aiding, abetting, and inducing others, including Foundry, to directly infringe at least claim 1 of the '286 Patent, and continue to do so, by, for example, encouraging others, including Foundry to sign Bitcoin transactions and/or generate digital signatures according to the Bitcoin protocol to transact (*e.g.*, transfer) bitcoin, and/or to verify Bitcoin transactions and/or verify digital signatures according to the Bitcoin protocol to facilitate mining and/or transacting (*e.g.*, transferring) of bitcoin.  *See* Exhibit 16 (Riot), and Exhibit 17 (Cipher), and 18 (Fortitude).

191.    Defendants' infringements have been willful in view of the above and their failure to take any action, even after being put on notice, to stop their respective infringement.

## FIFTH CLAIM

### (Infringement of the '039 Patent)

192.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

193.    The '039 Patent is generally directed to systems and methods for efficient implementations of hash algorithms on a computer processor, including techniques for utilizing a processor's registers to efficiently perform multiple iterations of SHA-2 family secure hash algorithms and, in particular, to techniques for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, where the method includes categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations, reversing a sequence of computations in the even iterations to those in the odd iterations, said reversing resulting in an average number of words that need to be loaded into the registers per

iteration being reduced by at least one half compared to the original secure hash algorithm, and combining an even iteration and an odd iteration to provide a new iteration of a loop.

194.    Foundry has been on notice of the '039 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '039 Patent since at least the filing of this Complaint. On information and belief, Foundry did not take any action to stop its infringement.

195.    Riot has been on notice of the '039 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '039 Patent since at least the filing of this Complaint. On information and belief, Riot did not take any action to stop its infringement.

196.    Cipher has been on notice of the '039 Patent since at least March 28, 2025, and a specific factual basis for its infringement of the '039 Patent since at least the filing of this Complaint. On information and belief, Cipher did not take any action to stop its infringement.

197.    Fortitude has been on notice of the '039 Patent and a specific factual basis for its infringement of the '039 Patent since at least the filing of this Complaint. On information and belief, Fortitude did not take any action to stop its infringement.

198.    Defendants have, under 35 U.S.C. § 271(a), directly infringed, and Riot, Fortitude, and Cipher continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '039 Patent, by making, using, testing, selling, offering for sale, and/or importing hardware and/or software including devices and software for mining bitcoin (excluding any products licensed under the '039 Patent), such as, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, miners, firmware, and software applications. Exemplary claim chart showing one way in which Foundry directly infringed and Riot, Fortitude,

and Cipher directly infringe claim 1 of the '039 Patent are attached as Exhibit 19 (Foundry), Exhibit 20 (Riot), Exhibit 21 (Cipher) and Exhibit 22 (Fortitude).

199.    Foundry has also indirectly infringed, and continues to indirectly infringe, the '039 Patent under 35 U.S.C. § 271(b) and (c).

200.    Foundry has knowingly, intentionally actively aided, abetted, and induced others, including Riot, Cipher, and Fortitude, to directly infringe at least claim 1 of the '039 Patent, and continues to do so, by, for example, encouraging others to use bitcoin mining machines and compensating them for such use through pool "payouts."  *See* Exhibit 19.

201.    Foundry has also contributed to the direct infringement of at least claim 1 of the '039 Patent, and continues to do so, by, for example, supplying, with knowledge of the '039 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use. For example, Foundry has sold, repaired, procured, financed, and/or deployed hardware and/or software including devices and software for mining bitcoin (excluding any products licensed under the '039 Patent), such as, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, miners, firmware, and software applications that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See* Exhibit 19.

202.    Defendants' infringements have been willful in view of the above and their failure to take any action, even after being put on notice, to stop their respective infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

A.    That Foundry has infringed each of the Asserted Patents and will continue to infringe the '827 Patent, '197 Patent, '286 Patent, and '039 Patent unless enjoined;

B.      That Foundry's infringement of the '827 Patent, '197 Patent, '286 Patent, and '039 Patent has been willful;

C.      That Riot, Cipher, and Fortitude have infringed and will continue to infringe the '827 Patent, '197 Patent,'286 Patent, and '039 Patent unless enjoined;

D.      That Riot, Cipher, and Fortitude's infringements of the '827 Patent, '197 Patent, '286 Patent, and '039 Patent have been willful;

E.      That Defendants pay Plaintiffs damages adequate to compensate for their past infringement of each of the Asserted Patents as appropriate, and present and future infringement of the '827 Patent,' 197 Patent, '286 Patent, and '039 Patent as appropriate, together with interest and costs under 35 U.S.C. § 284;

F.      That Defendants pay prejudgment and post-judgment interest on the damages assessed;

G.      That Defendants pay Plaintiffs enhanced damages pursuant to 35 U.S.C. § 284;

H.      That Defendants be enjoined from infringing the '827 Patent, '197 Patent, '286 Patent, and '039 Patent as appropriate or if their infringement is not enjoined, that they be ordered to pay ongoing royalties to Plaintiffs for any post-judgment infringement of the '827 Patent, '197 Patent, '286 Patent, and '039 Patent as appropriate;

I.      That this is an exceptional case under 35 U.S.C. § 285; and that Defendants pay Plaintiffs' attorneys' fees and costs in this action; and

J.      That Plaintiffs be awarded such other and further relief, including equitable relief, as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demands a trial by jury on all issues triable to a jury.


Dated: December 12, 2025

*Of Counsel*:

Mark D. Siegmund
TX Bar No. 24117055
Shuya "Grace" Yang
TX Bar No. 24144144
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Rd, 2ⁿᵈ Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
gyang@cjsjlaw.com

William D. Ellerman
TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
8140 Walnut Hill Ln., Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
wellerman@cjsjlaw.com

Respectfully submitted,

*/s/ William D. Ellerman*_____
Khue V. Hoang
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*