# Exhibit 9

**Exhibit 9: U.S. Patent No. 8,788,827[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A computer-implemented method comprising: | To the extent the preamble of claim 1 is limiting, Fortitude Mining, LLC (hereinafter "Fortitude") induces others, including Foundry, to perform a computer-implemented method (*e.g.*, verification of Bitcoin transactions). *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, Fortitude induces the verification of signatures by operating bitcoin miners (*e.g.*, in a pool, such as in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining. *See*, *e.g.*:<br><br>**Fortitude Mining,** which has a 5-year history as the self-mining division of **Foundry,** has been spun out as a standalone business that is wholly-owned by **DCG.**<br><br>Fortitude Mining's Bitcoin fleet of miners is on par with the **best capitalized** public miners.<br><br>Source: https://fortitudemining.com/ |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated. All citations and evidence herein are exemplary and non-limiting.

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | **Fortitude Mining, which has a 5-year history as the self-mining division of Foundry, was spun out as a new standalone business that is a wholly-owned subsidiary of DCG.** Headquartered in Rochester, NY, Fortitude Mining has a foundation built on deep industry expertise, solid investor support, and the DCG network of brands.<br><br>Fortitude Mining approaches token mining with a venture mindset, focusing on digital assets with high long-term growth potential. Fortitude mines Bitcoin and other digital assets with its own fleet of machines, which is operated across various geographies in the United States.<br><br>Fortitude Mining's Bitcoin fleet of miners in on par with the best capitalized public miners, and through its partnerships, sits at the center of the mining ecosystem with unparalleled relationships and access to intel.<br><br>Source: https://fortitudemining.com/careers/<br><br>"Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024," said Barry Silbert, Founder & CEO, DCG. "With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent."<br><br>Source: https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | The new entity, Fortitude Mining, consists of Foundry's former self-mining operations and physical infrastructure, while Foundry will retain its pool operations and other bitcoin mining service business lines.<br><br>Source: https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/<br><br>"And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing orders … **We were placing order for the new M30S and the new S19's** … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it. So, we were the biggest bitcoin miner in 2021. … We put it everywhere. **I called everyone back up, they had rack space, and we plugged in machines everywhere.**"<br><br>Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 (emphasis added).<br><br>"I remember the first block we mined. November 3rd, 2020. I think we were like three days in. **At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground.**"<br><br>Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19 (emphasis added).<br><br>To complement its focus on high-growth assets, Fortitude Mining invested significant capital into new machines in 2024, ensuring a maintained best-in-class fleet efficiency. Looking ahead, Fortitude Mining plans to reinvest cash flows into new machine purchases and site acquisitions in 2025. These investments reflect the company's commitment to both long-term growth and vertical integration, solidifying its position as an industry leader. In addition, Fortitude Mining has a strong bench of talent who joined from Foundry. |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | Source:  https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

**REEVES CAD**
P.O. BOX 1229
PECOS, TX 79772
432-445-5122

**2025+ Tax Statement**
(Office Generated)

Property Account Number:

**90M-9900015-0718700-0**

| | |
|--|--|
| Statement Date: | 11/26/2025 |
| Owner: | FORTITUDE MINING |
| Mailing Address: | % ANDREA CHILDS |
| | 101 N TRYON ST STE 3800 |
| | CHARLOTTE NC 28202 |

Property Location:
Acres: 0
Legal Description: CRYPTO CURRENCY MINING
MINING EQUIPMENT S21PRO
2024

Exemptions:

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 828,770 | 0 | 828,770 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| P-B-T I.S.D | 0 | 828,770 | 1.000000 | 8287.70 |
| | | | TOTAL BASE TAX | 8,287.70 |
| | | | Total Amount Due | 8,287.70 |

Source: https://www.reevescountytax.org/Statement/90M-9900015-0718700-0

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|



Source: https://www.reevescountytax.org/Statement/90M-9900010-0718700-0

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://www.linkedin.com/posts/auradine_bitcoinmining-auradine-teraflux-activity-7346160777914945536-WqOa/ |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ## What is Foundry USA Pool's Payout Methodology?<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology<br><br>For example, by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Fortitude induces others (*e.g.*, Foundry) to verify digital signatures associated with Bitcoin transactions to generate blocks for Fortitude to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Fortitude. *See above*; *see also*, *e.g.*:<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Preliminary steps for all verification Algorithms**<br><br>1. Set *DecodedSignature = Base64Decode(Signature)*<br>2. Set *HeaderByte = DecodedSignature[0]*<br><br>   • If HeaderByte is between 27 and 30 inclusive, use "ECDSA verification, P2PKH uncompressed address".<br>   • Else, if HeaderByte is between 31 and 34 inclusive, use "ECDSA verification, P2PKH compressed address".<br>   • Else, if HeaderByte is between 35 and 38 inclusive, use "ECDSA verification, P2WPKH-P2SH compressed address".<br>   • Else, if HeaderByte is between 39 and 42 inclusive, use "ECDSA verification, P2WPKH compressed address".<br>   • Else, if HeaderByte is between 43 and 46 inclusive, use "Schnorr verification, P2TR (Taproot) compressed address".<br>   • Else, fail verification with an error similar to "Unknown signature type".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA verification, P2WPKH compressed address**<br><br>1. Set *r = DecodedSignature[1:33]*. If *r ≥ n* or *r == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>2. Set *s = DecodedSignature[33:65]*. If *s ≥ n* or *s == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>3. Set *z = SHA256(Message)*<br><br>4. Set *recID = Header AND 0x3*<br><br>5. If *recID AND 0x2 == 0*, set *x = r*, else set *x = r+n*.<br><br>6. Set *x = (x^3 + 7) mod p*<br><br>7. Set *y = x^((p+1)/4) mod p*<br><br>8. Calculate the correct parity of *y* using the 'recID':<br><br>    • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set *y = p-y*.<br><br>9. Set *R = (x,y)*<br><br>10. Set *e = (-int(z)) % n*<br><br>11. Set *PublicKey = (R*s + G*e) * modinv(r, n)*<br><br>12. If *is_even(y)*, compute *EncodedPublicKey = "02" || hex(x)*. Else, compute *EncodedPublicKey = "03" || hex(x)*<br><br>13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey)*<br><br>14. Compute *DerivedAddress = Bech32("bc", 0, AddressHash)*<br><br>15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/

Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.

Source: https://academy.binance.com/en/glossary/node.

This network seeks a solution to a computational puzzle, verifying the transaction.

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf<br><br>Source: https://mempool.space/block/0000000000000000001f9ee4f69cbc75ce61db5178175c2ad021fe1df5bad8f |

12

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | Within the Bitcoin network, transactions are grouped into sequential blocks, forming an immutable chain – thus the term 'blockchain'. These blocks are validated and appended to the ledger by a distributed network of nodes – computers running the Bitcoin Core software, or other compatible implementations. This software is freely available for download and installation. Consequently, any individual with internet access and a suitable device can run a node, enabling participation in the creation, validation, and propagation of blocks. This open and permissionless design ensures the ledger's decentralisation, transparency, and global accessibility.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Transaction selection and validation**<br><br>The process of block assembly in Bitcoin is central to its functionality as a secure, decentralised ledger. As illustrated in Figure 12, this begins with the selection of transactions from a node's memory pool (mempool), where unconfirmed transactions reside. Each transaction entering the mempool undergoes stringent validation against Bitcoin protocol rules, including verification of digital signatures, confirmation of sufficient sender balance, and a check to prevent double-spending. Only validated transactions proceed to the block assembly stage, where they are prioritised based on their associated fee rate (the fee paid relative to the transaction's weight or size). This fee-driven approach to transaction ordering, while not enforced by protocol, is widely adopted and standard in software implementations used to build block templates, as miners have an incentive to maximise their revenue.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 33 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Mining Pools**<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
|  | As another example, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.  *See above*; *see also*, *e.g.*: |

# Miner fees

**Miner fees** are a fee that spenders may include in any Bitcoin on-chain transaction. The fee may be collected by the miner who includes the transaction in a block.

Source:  https://en.bitcoin.it/wiki/Miner_fees

> Bitcoin transaction fees are a crucial component of the Bitcoin network, ensuring transactions are processed efficiently and miners are compensated for their work. When **Satoshi Nakamoto** created the Bitcoin **blockchain**, he implemented transaction fees to prevent spam transactions that could slow down and clog the network. Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable.

Source:  https://river.com/learn/how-bitcoin-fees-work/

## What are Bitcoin fees?

The fees paid to miners to get transactions confirmed

Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.

Source:  https://strike.me/en/learn/what-are-bitcoin-fees/

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[a]** receiving, from a signer, a signature on a message M, wherein the signature includes a first signature component r and a second signature component s; | Fortitude induces others (including Foundry) to receive, from a signer (*e.g.*, Bitcoin transferor or creator/sender of a signed message or transaction, whether directly or indirectly, through a peer-to-peer network, wide-area network, local-area network, or other data transfer), a signature (*e.g.*, an ECDSA signature) on a message M (*e.g.*, a signed message or transaction), wherein the signature includes a first signature component r (*e.g.*, an r-value) and a second signature component s (e.g., an s-value).  *See* 1[pre], *supra*; *see also, e.g.*:<br><br>For example, Fortitude induces the verification of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining.  For example, by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to verify digital signatures associated with Bitcoin transactions to generate blocks for Fortitude to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Fortitude.  As another example, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.  *See* 1[pre], *supra*; *see also, e.g.*:<br><br>Bitcoin transactions are broadcast to the network by the sender, and all peers trying to solve blocks collect the transaction records and add them to the block they are working to solve. Miners get incentive to include transactions in their blocks because of attached transaction fees.<br><br>Source: https://en.bitcoin.it/wiki/Block<br><br>A **transaction** is a transfer of Bitcoin value that is broadcast to the network and collected into blocks. A transaction typically references previous transaction outputs as new transaction inputs and dedicates all input Bitcoin values to new outputs. Transactions are not encrypted, so it is possible to browse and view every transaction ever collected into a block. Once transactions are buried under enough confirmations they can be considered irreversible.<br><br>Source: https://en.bitcoin.it/wiki/Transaction |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
|         | As illustrated in the figure above, the data Bob signs includes the txid and output index of the previous transaction, the previous output's pubkey script, the pubkey script Bob creates which will let the next recipient spend this transaction's output, and the amount of satoshis to spend to the next recipient. In essence, the entire transaction is signed except for any signature scripts, which hold the full public keys and secp256k1 signatures.<br><br>Source: https://developer.bitcoin.org/devguide/transactions.html<br><br>## Message signing<br><br>**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section. <br><br> 3 Algorithm for signing and verifying messages <br>   3.1 Definitions used in the algorithms <br>   3.2 Constants <br>   3.3 Message signing method <br>     3.3.1 ECDSA signing, with P2PKH uncompressed addresses <br>     3.3.2 ECDSA signing, with P2PKH compressed addresses <br>     3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses <br>     3.3.4 ECDSA signing, with P2WPKH compressed addresses <br><br> **Algorithm for signing and verifying messages** <br><br> Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm. <br><br> It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines. <br><br> Below is a list of steps for signing and verifying a message, for each supported address type. <br><br> Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | **Elliptic Curve Digital Signature Algorithm** or **ECDSA** is a cryptographic algorithm used by Bitcoin to ensure that funds can only be spent by their rightful owners. It is dependent on the curve order and hash function used. For bitcoin these are Secp256k1 and `SHA256(SHA256())` respectively. <br><br> A few concepts related to ECDSA: <br><br> • private key: A secret number, known only to the person that generated it. A private key is essentially a randomly generated number. In Bitcoin, someone with the private key that corresponds to funds on the blockchain can spend the funds. In Bitcoin, a private key is a single unsigned 256 bit integer (32 bytes). <br><br> • public key: A number that corresponds to a private key, but does not need to be kept secret. A public key can be calculated from a private key, but not vice versa. A public key can be used to determine if a signature is genuine (in other words, produced with the proper key) without requiring the private key to be divulged. In Bitcoin, public keys are either compressed or uncompressed. Compressed public keys are 33 bytes, consisting of a prefix either 0x02 or 0x03, and a 256-bit integer called `x`. The older uncompressed keys are 65 bytes, consisting of constant prefix (0x04), followed by two 256-bit integers called `x` and `y` (2 * 32 bytes). The prefix of a compressed key allows for the `y` value to be derived from the `x` value. <br><br> • signature: A number that proves that a signing operation took place. A signature is mathematically generated from a hash of something to be signed, plus a private key. The signature itself is two numbers known as `r` and `s`. With the public key, a mathematical algorithm can be used on the signature to determine that it was originally produced from the hash and the private key, without needing to know the private key. Resulting signatures are either 73, 72, or 71 bytes long (with approximate probabilities of 25%, 50%, and 25%, respectively--although sizes even smaller than that are possible with exponentially decreasing probability).[1] <br><br> Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm <br><br> For example, Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to receive a **signature** (*e.g.*, an ECDSA signature) on a **message M** (*e.g.*, a signed message, such as a message containing or representing a Bitcoin transaction), wherein the signature includes a **first signature component r** (*e.g.*, **the r-value**) and a **second signature component s** (*e.g.*, **the s-value**). *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | **Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value)<br><br>**Message verification method**<br><br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | "This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>```<br>/** Opaque data structure that holds a parsed ECDSA signature,<br> *  supporting pubkey recovery.<br> * ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** Recover an ECDSA public key from a signature.<br> *<br> *  Returns: 1: public key successfully recovered (which guarantees a correct signature).<br> *           0: otherwise.<br> *  Args:    ctx:       pointer to a context object.<br> *  Out:     pubkey:    pointer to the recovered public key.<br> *  In:      sig:       pointer to initialized signature that supports pubkey recovery.<br> *           msghash32: the 32-byte message hash assumed to be signed.<br> */<br>SECP256K1_API SECP256K1_WARN_UNUSED_RESULT int secp256k1_ecdsa_recover(<br>    const secp256k1_context *ctx,<br>    secp256k1_pubkey *pubkey,<br>    const secp256k1_ecdsa_recoverable_signature *sig,<br>    const unsigned char *msghash32<br>) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)<br>SECP256K1_ARG_NONNULL(4);<br>```<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/include/secp256k1_recovery.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
int secp256k1_ecdsa_recover(const secp256k1_context* ctx, secp256k1_pubkey *pubkey,
    const secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32
) {
    ...;
    secp256k1_ecdsa_recoverable_signature_load(ctx, &r, &s, &recid, signature);
    ...;
    secp256k1_scalar_set_b32(&m, msghash32, NULL);
    if (secp256k1_ecdsa_sig_recover(&r, &s, &q, &m, recid)) {
        secp256k1_pubkey_save(pubkey, &q);
        return 1;
    } ...
}
...
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,
    const secp256k1_scalar* sigs, secp256k1_ge *pubkey,
    const secp256k1_scalar *message, int recid
) {
    ...;
    secp256k1_gej xj;
    ...;
    secp256k1_scalar_get_b32(brx, sigr);
    r = secp256k1_fe_set_b32_limit(&fx, brx);
    ...;
    if (!secp256k1_ge_set_xo_var(&x, &fx, recid & 1)) { return 0; }
    secp256k1_gej_set_ge(&xj, &x);
    ...;
}
```

Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/master/src/modules/recovery/main_impl.h) |
| **1[b]** obtaining an elliptic curve point associated with the first signature component r; and | Fortitude induces others (including Foundry) to obtain an elliptic curve point (*e.g.*, R = (x,y)) associated with the first signature component r (*e.g.*, x is associated with r, and y is associated with x). *See* 1[pre]-1[a], *supra*; *see also*, *e.g.*:

For example, Fortitude induces the verification of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining. For example, by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to verify digital signatures |

24

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | associated with Bitcoin transactions to generate blocks for Fortitude to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Fortitude.  As another example, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.  *See* 1[pre]-1[a], *supra*; *see also*, *e.g.*: |

**ECDSA verification, P2WPKH compressed address**

1. Set $r$ = *DecodedSignature[1:33]*. If $r \geq n$ or $r == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".
2. Set $s$ = *DecodedSignature[33:65]*. If $s \geq n$ or $s == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".
3. Set $z$ = *SHA256(Message)*
4. Set *recID* = *Header AND 0x3*
5. If *recID AND 0x2 == 0*, set $x = r$, else set $x = r+n$.
6. Set $x = (x^3 + 7) \bmod p$
7. Set $y = x^{((p+1)/4)} \bmod p$
8. Calculate the correct parity of $y$ using the 'recID':
   - If *(is_even(beta) and is_odd(recID))* or *(is_odd(beta) and is_even(recID))*, set $y = p-y$.
9. Set $R = (x,y)$
10. Set $e$ = *(-int(z)) % n*
11. Set *PublicKey* = *(R\*s + G\*e) \* modinv(r, n)*
12. If *is_even(y)*, compute *EncodedPublicKey* = "02" || *hex(x)*. Else, compute *EncodedPublicKey* = "03" || *hex(x)*
13. Compute *AddressHash* = *RIPEMD160(SHA256(EncodedPublicKey))*
14. Compute *DerivedAddress* = *Bech32("bc", 0, AddressHash)*
15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".

Source: https://en.bitcoin.it/wiki/Message_signing.

For example, secp256k1 is an **elliptic curve**.  *See*, *e.g.*:

```
/** Opaque data structure that holds a parsed ECDSA signature,
 *  supporting pubkey recovery.
 *  ...
 */
typedef struct secp256k1_ecdsa_recoverable_signature {
    unsigned char data[65];
} secp256k1_ecdsa_recoverable_signature;
```

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | ... <br> (content below) |

```
...
/** Recover an ECDSA public key from a signature.
 *
 * Returns: 1: public key successfully recovered (which guarantees a correct signature).
 *          0: otherwise.
 * Args:    ctx:       pointer to a context object.
 * Out:     pubkey:    pointer to the recovered public key.
 * In:      sig:       pointer to initialized signature that supports pubkey recovery.
 *          msghash32: the 32-byte message hash assumed to be signed.
 */
SECP256K1_API SECP256K1_WARN_UNUSED_RESULT int secp256k1_ecdsa_recover(
    const secp256k1_context *ctx,
    secp256k1_pubkey *pubkey,
    const secp256k1_ecdsa_recoverable_signature *sig,
    const unsigned char *msghash32
) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)
SECP256K1_ARG_NONNULL(4);
```

Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/include/secp256k1_recovery.h)

# Secp256k1

**secp256k1** refers to the parameters of the elliptic curve used in Bitcoin's public-key cryptography, and is defined in *Standards for Efficient Cryptography (SEC)* (Certicom Research, http://www.secg.org/sec2-v2.pdf ). Currently Bitcoin uses secp256k1 with the ECDSA algorithm, though the same curve with the same public/private keys can be used in some other algorithms such as Schnorr.

Source: https://en.bitcoin.it/wiki/Secp256k1

For example, an **elliptic curve point** can be expressed in different coordinate systems, such as affine or Jacobian. *See*, *e.g.*:

```
/** A group element in affine coordinates on the secp256k1 curve,
```

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | ```
 *  or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 *  ...
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;
...
/** A group element of the secp256k1 curve, in jacobian coordinates.
 *  ...
 */
typedef struct {
    secp256k1_fe x; /* actual X: x/z^2 */
    secp256k1_fe y; /* actual Y: y/z^3 */
    secp256k1_fe z;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_gej;
```

Source: bitcoin/src/secp256k1/src/group.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/group.h)

For example, Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to obtain an **elliptic curve point** (*e.g.*, R = (x,y), such as secp256k1_gej) **associated with the first signature component r** (*e.g.*, x, such as "xj" or "x", is a coordinate of R, which is associated with r, such as "r" or "sigr"). *See*, *e.g.*:

```
int secp256k1_ecdsa_recover(const secp256k1_context* ctx, secp256k1_pubkey *pubkey,
  const secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32
) {
    ...;
    secp256k1_ecdsa_recoverable_signature_load(ctx, &r, &s, &recid, signature);
    ...;
    secp256k1_scalar_set_b32(&m, msghash32, NULL);
    if (secp256k1_ecdsa_sig_recover(&r, &s, &q, &m, recid)) {
        secp256k1_pubkey_save(pubkey, &q);
        return 1;
    } ...
}
...
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,
  const secp256k1_scalar* sigs, secp256k1_ge *pubkey,
  const secp256k1_scalar *message, int recid
``` |

27

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
) {
    ...;
    secp256k1_gej xj;
    ...;
    secp256k1_scalar_get_b32(brx, sigr);
    r = secp256k1_fe_set_b32_limit(&fx, brx);
    ...;
    if (!secp256k1_ge_set_xo_var(&x, &fx, recid & 1)) { return 0; }
    secp256k1_gej_set_ge(&xj, &x);
    ...;
}
```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/master/src/modules/recovery/main_impl.h) |
| **1[c]** generating, by operation of a cryptographic module comprising one or more processors, a public key of the signer based on the elliptic curve point and a hash value e computed from the message M; | Fortitude induces others (including Foundry) to generate, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations) comprising one or more processors (*e.g.*, CPU, GPU, ASIC, etc.), a public key (*e.g.*, PublicKey) of the signer based on the elliptic curve point (*e.g.*, R) and a hash value e (*e.g.*, e) computed from the message M.  *See* 1[pre]-1[b], *supra*; *see also*, *e.g.*:<br><br>For example, Fortitude induces the verification of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining.  For example, by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to verify digital signatures associated with Bitcoin transactions to generate blocks for Fortitude to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Fortitude.  As another example, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.  *See* 1[pre]-1[b], *supra*; *see also*, *e.g.*:<br><br>For example, Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to generate, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations, such as for verifying a digital signature from a Bitcoin transferor or creator/sender of a signed message or transaction, whether received directly or indirectly through a peer-to-peer network, wide-area network, local-area network, or other data transfer) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | comprising one or more processors (*e.g.*, CPUs, GPUs, ASICs, etc.), a **public key** (*e.g.*, PublicKey) of the signer based on the **elliptic curve point** (*e.g.*, R) and a **hash value e** (*e.g.*, e) **computed from the message M**.  *See* claim 1[pre]-1[b], *supra*; *see also*, *e.g.*: |

**ECDSA verification, P2WPKH compressed address**

1. Set *r = DecodedSignature[1:33]*. If *r ≥ n* or *r == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".

2. Set *s = DecodedSignature[33:65]*. If *s ≥ n* or *s == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".

3. Set *z = SHA256(Message)*

4. Set *recID = Header AND 0x3*

5. If *recID AND 0x2 == 0*, set *x = r*, else set *x = r+n*.

6. Set *x = (x^3 + 7) mod p*

7. Set *y = x^((p+1)/4) mod p*

8. Calculate the correct parity of *y* using the 'recID':

    • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set *y = p-y*.

9. Set *R = (x,y)*

10. Set *e = (-int(z)) % n*

11. Set *PublicKey = (R\*s + G\*e) \* modinv(r, n)*

12. If *is_even(y)*, compute *EncodedPublicKey = "02" || hex(x)*. Else, compute *EncodedPublicKey = "03" || hex(x)*

13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey))*

14. Compute *DerivedAddress = Bech32("bc", 0, AddressHash)*

15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".

Source: https://en.bitcoin.it/wiki/Message_signing

For example, the hash value e (*e.g.*, e) is computed from the message M using the formula e = (-int(z)) % n, where z is the hash value of the message (*e.g.*, SHA256) and n refers to the secp256k1 curve order.  *See*, *e.g.*:

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Constants**<br><br>The constant *Inf* shall refer to the point at infinity, of the secp256k1 curve.<br><br>The constant *p* shall refer to the secp256k1 field size, aka. curve characteristic, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE FFFFFC2F)*<br><br>The constant *n* shall refer to the secp256k1 curve order, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141)*<br><br>The constant *G* shall refer to the secp256k1 generator point, defined as *(79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798, 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to recover an ECDSA public key. *See*, *e.g.*:<br><br><pre>/** Opaque data structure that holds a parsed ECDSA signature,<br> *  supporting pubkey recovery.<br> *  ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** Recover an ECDSA public key from a signature.<br> *<br> *  Returns: 1: public key successfully recovered (which guarantees a correct signature).<br> *           0: otherwise.<br> *  Args:    ctx:      pointer to a context object.<br> *  Out:     pubkey:   pointer to the recovered public key.<br> *  In:      sig:      pointer to initialized signature that supports pubkey recovery.<br> *           msghash32: the 32-byte message hash assumed to be signed.</pre> |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
|  | (see below) |

```
*/
SECP256K1_API SECP256K1_WARN_UNUSED_RESULT int secp256k1_ecdsa_recover(
    const secp256k1_context *ctx,
    secp256k1_pubkey *pubkey,
    const secp256k1_ecdsa_recoverable_signature *sig,
    const unsigned char *msghash32
) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)
SECP256K1_ARG_NONNULL(4);
```

Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/include/secp256k1_recovery.h)

For example, Fortitude induces others (*e.g.*, Foundry, pool operators, miners, node operators, etc.) to generate a **public key** (*e.g.*, pubkey) of the signer based on the **elliptic curve point** (*e.g.*, R, such as secp256k1_gej) and a **hash value e** (*e.g.*, e) **computed from the message M**. *See*, *e.g.*:

```
int secp256k1_ecdsa_recover(const secp256k1_context* ctx, secp256k1_pubkey *pubkey,
  const secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32
) {
    ...;
    secp256k1_ecdsa_recoverable_signature_load(ctx, &r, &s, &recid, signature);
    ...;
    secp256k1_scalar_set_b32(&m, msghash32, NULL);
    if (secp256k1_ecdsa_sig_recover(&r, &s, &q, &m, recid)) {
        secp256k1_pubkey_save(pubkey, &q);
        return 1;
    } ...
}
...
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,
  const secp256k1_scalar* sigs, secp256k1_ge *pubkey,
  const secp256k1_scalar *message, int recid
) {
    ...;
    secp256k1_gej xj;
    ...;
    secp256k1_scalar_get_b32(brx, sigr);
    r = secp256k1_fe_set_b32_limit(&fx, brx);
    ...;
    if (!secp256k1_ge_set_xo_var(&x, &fx, recid & 1)) { return 0; }
    secp256k1_gej_set_ge(&xj, &x);
    ...;
```

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | ```<br>}<br>```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/master/src/modules/recovery/main_impl.h)<br><br>For example, generating the public key based on the elliptic curve point and a hash value e may involve **computing a second elliptic curve point** based on **the elliptic curve point** and **hash value e**.<br><br>```<br>static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,<br>  const secp256k1_scalar* sigs, secp256k1_ge *pubkey,<br>  const secp256k1_scalar *message, int recid<br>) {<br>    ...;<br>    secp256k1_scalar_inverse_var(&rn, sigr);<br>    secp256k1_scalar_mul(&u1, &rn, message);<br>    secp256k1_scalar_negate(&u1, &u1);<br>    secp256k1_scalar_mul(&u2, &rn, sigs);<br>    secp256k1_ecmult(&qj, &xj, &u2, &u1);<br>    secp256k1_ge_set_gej_var(pubkey, &qj);<br>    ...;<br>}<br>```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/modules/recovery/main_impl.h)<br><br>```<br>/** Double multiply: R = na*A + ng*G */<br>static void secp256k1_ecmult(secp256k1_gej *r, const secp256k1_gej *a,<br>  const secp256k1_scalar *na, const secp256k1_scalar *ng);<br>```<br><br>Source: bitcoin/src/secp256k1/src/ecmult.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecmult.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[d]** wherein the elliptic curve point comprises a first elliptic curve point R, the public key of the signer comprises a second elliptic curve point Q, generating the public key of the signer comprises computing Q=r$^{-1}$ (sR−eG), and G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q. | The elliptic curve point comprises a first elliptic curve point R, the public key of the signer comprises a second elliptic curve point Q, and generating the public key of the signer comprises computing Q=r$^{-1}$ (sR−eG), and G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q.  *See* 1[pre]-1[c], *supra*; *see also*, *e.g.*: <br><br> For example, verifying a signed message or transaction according to the Bitcoin protocol includes computing a second point on the elliptic curve used for ECDSA signature verification corresponding to the PublicKey.  The elliptic curve point comprises **a first elliptic curve point R** (*e.g.*, R = (x,y)).  *See* 1[b], *supra*.  The public key of the signer comprises **a second elliptic curve point Q**, which is the public key (a point on the elliptic curve secp256k1, *e.g.*, the PublicKey).  *See* 1[c], *supra*.  Generating the public key of the signer comprises computing **Q=r$^{-1}$** (**sR−eG**), where G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q.  *See, e.g.*: <br><br> ECDSA verification, P2WPKH compressed address <br> 1. Set *r = DecodedSignature[1:33]*. If *r ≥ n* or *r == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters". <br> 2. Set *s = DecodedSignature[33:65]*. If *s ≥ n* or *s == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters". <br> 3. Set *z = SHA256(Message)* <br> 4. Set *recID = Header AND 0x3* <br> 5. If *recID AND 0x2 == 0*, set *x = r*, else set *x = r+n*. <br> 6. Set *x = (x^3 + 7) mod p* <br> 7. Set *y = x^((p+1)/4) mod p* <br> 8. Calculate the correct parity of *y* using the 'recID': <br> • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta) and is_even(recID)*), set *y = p-y*. <br> 9. Set *R = (x,y)* <br> 10. Set *e = (-int(z)) % n* <br> 11. Set *PublicKey = (R*s + G*e) * modinv(r, n)* <br> 12. If *is_even(y)*, compute *EncodedPublicKey = "02" || hex(x)*. Else, compute *EncodedPublicKey = "03" || hex(x)* <br> 13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey))* <br> 14. Compute *DerivedAddress = Bech32("bc", 0, AddressHash)* <br> 15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature". <br><br> Source:  https://en.bitcoin.it/wiki/Message_signing. |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|

Because "e" is negative (due to "$e = (-int(z)) \%n$"), and because "$modinv(r,n)$" returns $r^{-1}$ (mod n), the PublicKey (which is the point Q) is computed as Q=$r^{-1}$(sR−eG).

The equation Q=$r^{-1}$ (sR−eG) is used to determine Q, which is the PublicKey (a point on the elliptic curve secp256k1), where G is the generator point for the curve secp256k1 that includes the points R and Q. *See*, *e.g.*:

<div>

**Constants**

The constant *Inf* shall refer to the point at infinity, of the secp256k1 curve.

The constant *p* shall refer to the secp256k1 field size, aka. curve characteristic, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE FFFFFC2F)*

The constant *n* shall refer to the secp256k1 curve order, defined as *int(FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141)*

The constant G shall refer to the secp256k1 generator point, defined as *(79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798, 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8)*

</div>

Source: https://en.bitcoin.it/wiki/Message_signing.

As another example, a **public key** (*e.g.*, pubkey) of the signer is generated based on the **elliptic curve point** (*e.g.*, R, such as secp256k1_gej) and a **hash value e** (*e.g.*, e) **computed from the message M**, where the public key comprises a second elliptic curve point Q (*e.g.*, "**q**" corresponding to pubkey) generated by computing **Q=$r^{-1}$** (**sR**−**eG**). *See*, *e.g.*:

```
int secp256k1_ecdsa_recover(const secp256k1_context* ctx, secp256k1_pubkey *pubkey,
  const secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32
) {
    ...;
    secp256k1_ecdsa_recoverable_signature_load(ctx, &r, &s, &recid, signature);
    ...;
    secp256k1_scalar_set_b32(&m, msghash32, NULL);
    if (secp256k1_ecdsa_sig_recover(&r, & s, &q, &m, recid)) {
        secp256k1_pubkey_save(pubkey, &q);
        return 1;
    } ...
}
...
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,
  const secp256k1_scalar* sigs, secp256k1_ge *pubkey,
  const secp256k1_scalar *message, int recid
) {
```

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
|  | ```<br>    ...;<br>    secp256k1_gej xj;<br>    ...;<br>    secp256k1_scalar_get_b32(brx, sigr);<br>    r = secp256k1_fe_set_b32_limit(&fx, brx);<br>    ...;<br>    if (!secp256k1_ge_set_xo_var(&x, &fx, recid & 1)) { return 0; }<br>    secp256k1_gej_set_ge(&xj, &x);<br>    ...;<br>}<br>```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/master/src/modules/recovery/main_impl.h)<br><br>The elliptic curve point comprises **a first elliptic curve point R** (*e.g.,* R = (x,y), such as secp256k1_gej)). *See* 1[b], *supra*.  The public key of the signer comprises **a second elliptic curve point Q**, which is the public key (a point on the elliptic curve secp256k1, *e.g.,* "pubkey").  *See* 1[c], *supra*.  Generating the public key of the signer comprises computing **Q**=r⁻¹ (**sR**−**eG**), where G comprises a generator of an elliptic curve group that includes the first elliptic curve point R and the second elliptic curve point Q.  *See, e.g.,*:<br><br>```<br>static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr,<br>  const secp256k1_scalar* sigs, secp256k1_ge *pubkey,<br>  const secp256k1_scalar *message, int recid<br>) {<br>    ...;<br>    secp256k1_scalar_inverse_var(&rn, sigr);<br>    secp256k1_scalar_mul(&u1, &rn, message);<br>    secp256k1_scalar_negate(&u1, &u1);<br>    secp256k1_scalar_mul(&u2, &rn, sigs);<br>    secp256k1_ecmult(&qj, &xj, &u2, &u1);<br>    secp256k1_ge_set_gej_var(pubkey, &qj);<br>    ...;<br>}<br>```<br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/modules/recovery/main_impl.h)<br><br>```<br>/** Double multiply: R = na*A + ng*G */<br>static void secp256k1_ecmult(secp256k1_gej *r, const secp256k1_gej *a,<br>  const secp256k1_scalar *na, const secp256k1_scalar *ng);<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | Source: bitcoin/src/secp256k1/src/ecmult.h (*see*, *e.g.*, <u>https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecmult.h</u>)<br><br>In the exemplary code cited above:<br><ul><li>`secp256k1_scalar_inverse_var(&`<u>`rn`</u>`, `<u>`sigr`</u>`)` produces $r^{-1}$.</li><li>`secp256k1_scalar_mul(&u1, &`<u>`rn`</u>`, `<u>`message`</u>`)` produces $er^{-1}$.</li><li>`secp256k1_scalar_negate(&u1, &u1)` produces u1= $-er^{-1}$.</li><li>`secp256k1_scalar_mul(&u2, &`<u>`rn`</u>`, `<u>`sigs`</u>`)` produces u2= $sr^{-1}$.</li><li>the operations described as `/** Double multiply: R = na*A + ng*G */` produce $Q = sr^{-1}R + (-er^{-1}G)$ which is $Q = r^{-1}(Rs - eG)$.</li></ul> |