# Exhibit 10

**Exhibit 10: U.S. Patent No. 8,806,197[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of generating a digital signature of a message, the method comprising: | To the extent the preamble of claim 1 is limiting, Foundry Digital LLC (hereinafter "Foundry") performs a method for generating a digital signature (e.g., ECDSA signature) of a message, for example, during the transfer of Bitcoin to an address. *See* claim 1[a]-1[b], *infra*; *see also*, *e.g.*:<br><br>For example, Foundry operates "The world's #1 Bitcoin mining pool" through Foundry USA. Foundry USA is a "U.S.-based, institutional-grade Bitcoin mining pool focused on security and reliability. Built by miners for miners, delivering best-in-class services for every step of the miner journey." According to Foundry, "we take on the risks associated with mining and provide stable payouts to miners through our FPPS payout mode. We also maintain SOC compliance and KYC for our Bitcoin mining pool members." *See* https://foundrydigital.com/enterprise-software/foundry-usa-pool/<br><br>Source: https://mempool.space/mining/pool/foundryusa<br><br>Foundry sends bitcoin as payout to its pool members (*e.g.*, TeraWulf, Riot Platforms, CleanSpark, Cipher Mining, etc.).<br><br>"We receive bitcoin rewards from our mining activity through a third-party mining pool operator, Foundry. Mining pools allow miners to combine their processing power, increasing their chances |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated. All citations and evidence herein are exemplary and non-limiting.

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | of solving a block and getting paid by the network. The rewards are distributed by the pool operators, proportionally to our contribution to the pool's overall mining power, after deducting the applicable pool fees, if any, used to solve a block on the bitcoin blockchain."<br><br>Source: TeraWulf Inc., Quarterly report, (Form 10-Q), available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001083301/000108330125000018/wulf-20241231.htm.<br><br><br><br>Source: https://intel.arkm.com/explorer/entity/riot-platforms |

2

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://intel.arkm.com/explorer/entity/riot-platforms<br><br>Source: https://intel.arkm.com/explorer/entity/cleanspark |

3

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | 
Source: https://intel.arkm.com/explorer/entity/cleanspark

Source: Cipher Mining Inc., Form 10-K (Feb. 25, 2025) at pp. 63, F-18
https://investors.ciphermining.com/static-files/e2a3f9ce-d55a-44f7-b5c9-45d202830a9b |

4

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://intel.arkm.com/explorer/entity/cipher-mining |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://intel.arkm.com/explorer/entity/cipher-mining |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology<br><br>Foundry signs Bitcoin transactions and messages according to the Bitcoin protocol, and supports the "core developers of the Bitcoin network."<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: Bitcoin core, https://github.com/bitcoin/bitcoin<br><br>Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.<br><br>Source: https://academy.binance.com/en/glossary/node. |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>Connecting to a full node<br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source:  https://en.bitcoin.it/wiki/Hardware_wallet<br><br>    "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: https://en.bitcoin.it/wiki/Main_Page. (Emphasis added) |

10

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | For example, file secp256k1_recovery.h contains struct secp256k1_ecdsa_recoverable_signature.<br><br>```
/** Opaque data structure that holds a parsed ECDSA signature,
 *  supporting pubkey recovery.
 *  ...
 */
typedef struct secp256k1_ecdsa_recoverable_signature {
    unsigned char data[65];
} secp256k1_ecdsa_recoverable_signature;
...
/** Create a recoverable ECDSA signature.
 *
 *  Returns: 1: signature created
 *           0: the nonce generation function failed, or the secret key was invalid.
 *  Args:    ctx:       pointer to a context object (not secp256k1_context_static).
 *  Out:     sig:       pointer to an array where the signature will be placed.
 *  In:      msghash32: the 32-byte message hash being signed.
 *           seckey:    pointer to a 32-byte secret key.
 *           ...:       ...,
 */
SECP256K1_API int secp256k1_ecdsa_sign_recoverable(
    ...,
) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)
  SECP256K1_ARG_NONNULL(4);
```<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/include/secp256k1_recovery.h) |
| **1[a]** by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature component and a second signature component, said first | Foundry, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), comprising one or more processors (*e.g.*, CPU, GPU, ASIC, etc.), generates a digital signature (*e.g.*, (r, s)) comprising a first signature component (*e.g.*, r-value) and a second signature component (*e.g.*, s-value), said first signature component based on a first coordinate (*e.g.*, 'x') of an elliptic curve point (*e.g.*, (x, y)) representing an ephemeral public key.  *See*, *e.g.*:<br><br>For example, Foundry generates a digital signature to send, transact, pay out, etc. bitcoin.  *See* claim 1[pre].  *See also*, *e.g.*: |

11

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| signature component based on a first coordinate of an elliptic curve point representing an ephemeral public key; and | A sender initiates a BTC transaction with a digital signature.<br><br>Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf<br><br>"**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section."<br><br>3.3 Message signing method<br>    3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>    3.3.2 ECDSA signing, with P2PKH compressed addresses<br>    3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>    3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Signing Algorithm**<br><br>The signing algorithm computes the signature pair $r$ and $s$ from $d_A$ and $z$.<br><br>- Obtain the group order $n$ of the curve. For Secp256k1 this is `FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141`.<br>- Generate a cryptographically secure random number $k$ between $1$ and $n-1$.<br><br>**Important:** Do not reuse $k$ after a signature is made with it because there are flaws that enable an attacker to derive private keys from signed messages if they know the shared nonce $k$ used in them.<br><br>- Compute $(x, y) = k*G$, where $G$ is the generator point of the secp256k1 curve, which is `04 79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8` in uncompressed form, however the compressed form can also be used.<br>- Compute $r = x \bmod n$. If $r=0$, generate another random $k$ and start over.<br>- Compute $s = k^{-1}(z + r*d_A) \bmod n$. If $s=0$, generate another random $k$ and start over.<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>For example, file main_impl.h implements secp256k1_ecdsa_sign_recoverable() invoking secp256k1_ecdsa_sign_inner().<br><br>```<br>int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,<br>    secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,<br>    const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata<br>) {<br>    ...<br>    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,<br>        noncefp, noncedata);<br>    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);<br>    return ret;<br>}<br>static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
secp256k1_scalar* s, int* recid, const unsigned char *msg32,
  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
    ...;
    while (1) {
      if (is_nonce_valid) {
            ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,
              &sec, &msg, &non, recid);
            ...;
            if (ret) { break; }
            ...;
```

Source: bitcoin/src/secp256k1/src/secp256k1.c (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/secp256k1.c)

Further, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.

```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    ...;
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    if (recid) {
        /* ... */
        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);
    }
    ...;
    secp256k1_scalar_cond_negate(sigs, high);
    if (recid) {
        *recid ^= high;
    }
    ...
}
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h) |
| **1[b]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | Foundry generates, for use with said digital signature, an indicator (e.g., recID) to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. *See*, *e.g.*: <br><br> For example, Foundry performs this element in connection with generating a digital signature to send, transact, pay out, etc. bitcoin. *See* claim 1[pre]-1[a]], *supra*. *See also*, *e.g.*: <br><br> **Detailed specification of the message signature** <br><br> ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes. <br><br> The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows: <br><br> (1 byte for header data)(32 bytes for r-value)(32 bytes for s-value) |

15

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br><br>- 0: even Y, r = r<br>- 1: odd Y, r = r<br>- 2: even Y, r = n+r<br>- 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.<br><br>```\nstatic int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,\n  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,\n  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid\n) {\n    ...;\n    secp256k1_ecmult_gen(ctx, &rp, nonce);\n    secp256k1_ge_set_gej(&r, &rp);\n    secp256k1_fe_normalize(&r.x);\n    ...;\n    secp256k1_fe_get_b32(b, &r.x);\n    secp256k1_scalar_set_b32(sigr, b, &overflow);\n    if (recid) {\n        /* ... */\n        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);\n    }\n    ...;\n    secp256k1_scalar_cond_negate(sigs, high);\n    if (recid) {\n        *recid ^= high;\n    }\n    ...\n``` |

16

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | `}`<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h)<br><br>Further, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h, *see supra*.<br><br>```
static void secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* sig,
   const secp256k1_scalar* r, const secp256k1_scalar* s, int recid
) {
    if (sizeof(secp256k1_scalar) == 32) {
        memcpy(&sig->data[0], r, 32);
        memcpy(&sig->data[32], s, 32);
    } else {
        secp256k1_scalar_get_b32 (&sig->data[0], r);
        secp256k1_scalar_get_b32 (&sig->data[32], s);
    }
    sig->data[64] = recid;
}
```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/modules/recovery/main_impl.h) |