# Exhibit 11

**Exhibit 11: U.S. Patent No. 8,806,197[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of generating a digital signature of a message, the method comprising: | To the extent the preamble of claim 1 is limiting, Riot Platforms, Inc. (hereinafter "Riot") induces others, including Foundry, to perform a method for generating a digital signature (e.g., ECDSA signature) of a message, for example, during the transfer of Bitcoin to an address.  *See* claim 1[a]-1[b], *infra*; *see also*, *e.g.*:<br><br>For example, Riot induces the generation of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts from the pool operator in the form of bitcoin.  *See*, *e.g.*:<br><br>"**Note 1. Organization and Description of Business**<br><br>Riot Platforms is a vertically integrated bitcoin mining company principally engaged in enhancing its power infrastructure to support efficient and large-scale Bitcoin mining operations in support of the Bitcoin blockchain. The Company is also in the process of developing a scalable data center platform intended to allocate its power capacity to support non-mining data center operations, including potential applications in AI and HPC, with the objective of maximizing the value of the Company's energy portfolio.<br><br>The Company provides comprehensive and critical infrastructure for bitcoin mining at its large-scale Bitcoin Mining facilities located in Rockdale, Texas (the "Rockdale Facility"), Navarro County, Texas (the "Corsicana Facility"), and two Bitcoin Mining sites in Kentucky (the "Kentucky Facility" and, together with the Rockdale Facility and the Corsicana Facility, the "Facilities"). The Rockdale Facility currently provides 700 megawatts ("MW") of total developed capacity. The Corsicana Facility is currently equipped to provide up to 400 MW of capacity for Bitcoin Mining. Upon completion of the Corsicana Facility, the Company expects to have approximately one gigawatt ("GW") of developed capacity available for Bitcoin Mining and other data center workloads."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 8 |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

1

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "We own and operate multiple data center facilities in Texas and Kentucky that currently provide comprehensive and critical infrastructure for our own Bitcoin Mining operations. The Rockdale Facility in Texas, with 700 MW of developed capacity, is believed to be one of the largest Bitcoin Mining facilities in North America, as measured by developed capacity. In 2024, we completed construction of 400 MW of developed capacity at our second large-scale data center in Texas, the Corsicana Facility. Upon completion, we expect the Corsicana Facility to have approximately one GW of developed capacity available for data center workloads." <br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 39 <br><br>"***Revenue recognition*** <br><br>*Bitcoin Mining* <br><br>The Company participates in digital asset mining pools by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. Currently, the Company only participates in a Full-Pay-Per-Share ("FPPS") mining pool. The Company decides when to provide hash calculation services under the agreements and the Company's enforceable right to compensation begins only when, and lasts as long as, the Company provides hash calculation services to the mining pool operator and is created as power is provided over time." <br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-11 <br><br>"We participate in a "Full-Pay-Per-Share" mining pool, which calculates Bitcoin payouts primarily based on the hash rate provided by us to the mining pool as a percentage of total network hash rate, along with other inputs. We currently derive a significant portion of our revenue from our mining pool participation, which accounted for 85.2% and 67.3% of our total revenue for the years ended December 31, 2024 and 2023, respectively. We own all of our miners and accompanying infrastructure, and the only connection between our assets and our mining pool is that the total hash rate capacity of our miners is currently allocated to our mining pool, which we are free to change |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | at any time, in our discretion. Further, the mining pool in which we participate, like most mining pools, is decentralized and has protections in place to prevent malicious actors or technical errors from affecting the pool's ability to operate; however, these protections are not foolproof, and we may lose access to the mining pool, perhaps permanently. Because of the monitoring systems we have in place, we would become aware within minutes if our mining pool were to suffer downtime or cease to exist altogether, and we would expect to be able to resume mining without a mining pool within minutes, or redirect our hash rate to another mining pool, within an hour of the downtime event. However, self-mining has, historically, been less successful in earning Bitcoin rewards than participating in a mining pool, and our Bitcoin Mining revenue would become more volatile and may decline–perhaps materially–as a result of the loss or unavailability of our mining pool. If such unanticipated circumstances associated with our mining pool arise, and we are unable to quickly switch to another pool, self-mine without a pool or otherwise diversify our sources of Bitcoin Mining revenue, our business, results of operations, and financial condition may suffer as a result."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 22; *see also id*. at F11–F12.<br><br>"We receive Bitcoin rewards from our mining activity through third-party mining pool operators. Mining pools enable miners to combine their processing power, increasing their chances of solving a block and earning Bitcoin rewards from the network. After deducting any applicable pool fees, the pool operator then distributes the rewards proportionally based on our contribution to the pool's overall mining power. Should the pool operator's system suffer downtime due to a cyber-attack, software malfunction or other issue, it could negatively impact our ability to mine and receive revenue; particularly if we are unable to quickly switch to another pool or to self-mining without a pool. Additionally, there is a risk that the mining pool operator could fail to accurately record the total processing power provided to the pool for a given Bitcoin mining application, which would inhibit our ability to verify our proportion of the pool's total processing power. While we track both our hash rate and the total hash rate used by the pool internally, the pool operator uses its own record-keeping system to determine our share of the rewards, which may not align with our calculation. If we are unable to consistently obtain accurate proportionate rewards from our mining pool operators, we may not receive accurate block rewards from the pool, with limited recourse to resolve such inaccuracies. This could lead us to reconsider our participation in a particular mining |

3

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | pool, or mining pools in general, which may affect the predictability of our mining returns and have an adverse effect on our business and operations." <br> Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 23. <br><br> The Company participates in a digital asset mining pool ("the mining pool") by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. The Company decides when to provide hash calculation services under the agreements and the Company's enforceable rights to compensation begins only when and lasts as long as the Company provides hash calculation services to the mining pool operator and is created as power is provided over time. In exchange for providing hash calculation services, the Company is entitled to a payout of Bitcoin based on a contractual formula, which primarily calculates the hash rate provided to the mining pool as a percentage of total network hash rate, and other inputs. Revenue is recognized on the same day that control of the contracted service transfers to the mining pool operator, which is the same day as contract inception. For the years ended December 31, 2024, and 2023, Bitcoin Mining revenue was $321.0 million, and $189.0 million, respectively. <br> Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-2. <br><br> "The Company's accounts receivable balance consists of amounts due from its mining pool operator and engineering customers." <br> Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-10. <br><br> During the years ended December 31, 2024 and 2023, aside from the Bitcoin Mining revenue generated as a result of the Company's participation in a mining pool, no single customer or related group of customers contributed 10% or more of the Company's total consolidated revenue. <br><br> During the year ended December 31, 2022, aside from the Bitcoin Mining revenue generated as a result of the Company's participation in a mining pool, the Company earned revenue of approximately $29.7 million from one customer, representing 11.4% of the Company's total |

4

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | consolidated revenue, in its Engineering segment. No other individual customer accounted for more than 10% of total revenue for the year ended December 31, 2022.<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-49.<br><br>**Bitcoin Mining Driving Strong Cashflows Supporting the Data Center Platform**<br>*Improvements in operational uptime and economies of scale continue to be realized*<br><br>| Period | | Q4 2024 | Q1 2025 | Q2 2025 | Q3 2025 | LTM |<br>|---|---|---|---|---|---|---|<br>| Global Network Hash Rate | (Avg.) | 728 EH/s | 801 EH/s | 876 EH/s | 948 EH/s | 838 EH/s |<br>| Riot Operating Hash Rate | (Avg.) | 26.1 EH/s | 29.7 EH/s | 30.2 EH/s | 31.3 EH/s | 29.3 EH/s |<br>| *Uptime / Utilization Rate* | (%) | 83% | 88% | 87% | 86% | 86% |<br>| Avg. BTC Price | ($/BTC) | $ 83,311 | $ 93,385 | $ 98,800 | $ 114,361 | $ 97,464 |<br>| **Avg. BTC Network Hash Price** | ($/PH/s/Day) | $ 54 | $ 54 | $ 51 | $ 56 | $ 54 |<br>| BTC Production | (# BTC) | 1,516 BTC | 1,530 BTC | 1,426 BTC | 1,406 BTC | 5,878 BTC |<br>| **BTC Mining Revenue** | ($m) | $ 126.3 | $ 142.9 | $ 140.9 | $ 160.8 | $ 570.9 |<br>| Total Direct Costs per BTC | ($) | $ 42,011 | $ 43,808 | $ 48,992 | $ 46,324 | $ 45,204 |<br>| **Gross Profit - Bitcoin Mining** [2] | ($m) | $ 62.6 | $ 75.9 | $ 71.0 | $ 95.7 | $ 305.2 |<br>| *Gross Margin - Bitcoin Mining* [2] | (%) | 50% | 53% | 50% | 59% | 53% |<br><br>Source: https://d2ghdaxqb194v2.cloudfront.net/2865/198620.pdf (Riot Q3 2025 Update) |

5

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://intel.arkm.com/explorer/entity/riot-platforms<br><br>Source: https://intel.arkm.com/explorer/entity/riot-platforms |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology<br><br>By operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts in the form of bitcoin (*e.g.*, bitcoin transactions to a wallet address), Riot induces the signing of Bitcoin transactions and messages according to the Bitcoin protocol. *See above*; *see also, e.g.*:<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network." <br><br> Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. <br><br> **Bitcoin Core** <br> menu <br><br> **About** <br><br> **About us** <br><br> Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core". <br><br> It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper. <br><br> Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub. <br><br> Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

8

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network. |

Source: https://en.bitcoin.it/wiki/Wallet

**Bitcoin Core**

The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.

The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.

Source: https://en.bitcoin.it/wiki/Wallet

**Connecting to a full node**

By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.

Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.

Source:  https://en.bitcoin.it/wiki/Hardware_wallet

**Secp256k1**

**secp256k1** refers to the parameters of the elliptic curve used in Bitcoin's public-key cryptography, and is defined in *Standards for Efficient Cryptography (SEC)* (Certicom Research, http://www.secg.org/sec2-v2.pdf). Currently Bitcoin uses secp256k1 with the ECDSA algorithm, though the same curve with the same public/private keys can be used in some other algorithms such as Schnorr.

Source: https://en.bitcoin.it/wiki/Secp256k1

9

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | For example, file secp256k1_recovery.h contains struct secp256k1_ecdsa_recoverable_signature.<br><br>```<br>/** Opaque data structure that holds a parsed ECDSA signature,<br> *  supporting pubkey recovery.<br> *  ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** Create a recoverable ECDSA signature.<br> *<br> *  Returns: 1: signature created<br> *           0: the nonce generation function failed, or the secret key was invalid.<br> *  Args:    ctx:       pointer to a context object (not secp256k1_context_static).<br> *  Out:     sig:       pointer to an array where the signature will be placed.<br> *  In:      msghash32: the 32-byte message hash being signed.<br> *           seckey:    pointer to a 32-byte secret key.<br> *           ...:       ...,<br> */<br>SECP256K1_API int secp256k1_ecdsa_sign_recoverable(<br>    ...,<br>) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)<br>  SECP256K1_ARG_NONNULL(4);<br>```<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/include/secp256k1_recovery.h) |
| **1[a]** by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature component and a | Riot induces others (including Foundry) to, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), comprising one or more processors (*e.g.*, CPU, GPU, ASIC, etc.), generate a digital signature (*e.g.*, (r, s)) comprising a first signature component (*e.g.*, r-value) and a second signature component (*e.g.*, s-value), said first signature component based on a first coordinate (*e.g.*, 'x') of an elliptic curve point (e.g., (x, y)) representing an ephemeral public key.  *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| second signature component, said first signature component based on a first coordinate of an elliptic curve point representing an ephemeral public key; and | For example, Riot induces the generation of digital signatures by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Riot's pool participation. *See* claim 1[pre]. *See also*, *e.g.*:<br><br>"**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section."<br><br>3.3 Message signing method<br>    3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>    3.3.2 ECDSA signing, with P2PKH compressed addresses<br>    3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>    3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Signing Algorithm**<br><br>The signing algorithm computes the signature pair $r$ and $s$ from $d_A$ and $z$.<br><br>- Obtain the group order $n$ of the curve. For Secp256k1 this is `FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141`.<br>- Generate a cryptographically secure random number $k$ between $1$ and $n-1$.<br><br>**Important:** Do not reuse $k$ after a signature is made with it because there are flaws that enable an attacker to derive private keys from signed messages if they know the shared nonce $k$ used in them.<br><br>- Compute $(x, y) = k*G$, where $G$ is the generator point of the secp256k1 curve, which is `04 79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8` in uncompressed form, however the compressed form can also be used.<br>- Compute $r = x \mod n$. If $r=0$, generate another random $k$ and start over.<br>- Compute $s = k^{-1}(z + r*d_A) \mod n$. If $s=0$, generate another random $k$ and start over.<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>For example, file main_impl.h implements secp256k1_ecdsa_sign_recoverable() invoking secp256k1_ecdsa_sign_inner().<br><br>```c<br>int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,<br>  secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,<br>  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata<br>) {<br>    ...<br>    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,<br>       noncefp, noncedata);<br>    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);<br>    return ret;<br>}<br>static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
secp256k1_scalar* s, int* recid, const unsigned char *msg32,
  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
    ...;
    while (1) {
      if (is_nonce_valid) {
          ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,
            &sec, &msg, &non, recid);
          ...;
          if (ret) { break; }
          ...;
```

Source: bitcoin/src/secp256k1/src/secp256k1.c (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/secp256k1.c)

Further, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.

```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    ...;
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    if (recid) {
        /* ... */
        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);
    }
    ...;
    secp256k1_scalar_cond_negate(sigs, high);
    if (recid) {
        *recid ^= high;
    }
    ...
}
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h) |
| **1[b]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | Riot induces others (including Foundry) to generate, for use with said digital signature, an indicator (*e.g.*, recID) to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. *See, e.g.*:<br><br>For example, Riot induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Riot's pool participation. *See* claim 1[pre]-1[a]], *supra*. *See also, e.g.*:<br><br>**Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value) |

14

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br><br>• 0: even Y, r = r<br>• 1: odd Y, r = r<br>• 2: even Y, r = n+r<br>• 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.<br><br>```\nstatic int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,\n  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,\n  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid\n) {\n    ...;\n    secp256k1_ecmult_gen(ctx, &rp, nonce);\n    secp256k1_ge_set_gej(&r, &rp);\n    secp256k1_fe_normalize(&r.x);\n    ...;\n    secp256k1_fe_get_b32(b, &r.x);\n    secp256k1_scalar_set_b32(sigr, b, &overflow);\n    if (recid) {\n        /* ... */\n        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);\n    }\n    ...;\n    secp256k1_scalar_cond_negate(sigs, high);\n    if (recid) {\n        *recid ^= high;\n    }\n    ...\n``` |

15

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | `}`<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h)<br><br>Further, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h, *see supra*.<br><br>```
static void secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* sig,
   const secp256k1_scalar* r, const secp256k1_scalar* s, int recid
) {
    if (sizeof(secp256k1_scalar) == 32) {
        memcpy(&sig->data[0], r, 32);
        memcpy(&sig->data[32], s, 32);
    } else {
        secp256k1_scalar_get_b32 (&sig->data[0], r);
        secp256k1_scalar_get_b32 (&sig->data[32], s);
    }
    sig->data[64] = recid;
}
```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/modules/recovery/main_impl.h) |

16