# Exhibit 12

**Exhibit 12: U.S. Patent No. 8,806,197[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of generating a digital signature of a message, the method comprising: | To the extent the preamble of claim 1 is limiting, Cipher Mining Inc. (hereinafter "Cipher") induces others, including Foundry, to perform a method for generating a digital signature (e.g., ECDSA signature) of a message, for example, during the transfer of Bitcoin to an address.  *See* claim 1[a]-1[b], *infra*; *see also*, *e.g.*:<br><br>For example, Fortitude induces the generation of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts from the pool operator in the form of bitcoin.  *See*, *e.g.*:<br><br>"Currently, our revenue is derived from mining bitcoin. Specifically, we purchase electrical power and use it to run miners that produce computing power. We contribute the computing power we produce to one or more mining pools verifying transactions on the Bitcoin blockchain in exchange for block rewards and transaction fees. This means that we send our computing power, or hashrate, to the mining pool in exchange for a proportionate share of bitcoin mined by the pool. We have no immediate plans to establish our own mining pool. We intend to periodically re-evaluate this as part of our overall strategy going forward and, in the future, we may also decide to stop using mining pools. To the extent that we can produce bitcoin through mining at a cost that is lower than the market price of bitcoin, over the long term we expect to generate profits … Block rewards are rewards paid in bitcoin that are programmed into the Bitcoin software and awarded to a miner, or a group of miners, for solving the cryptographic problem required to create a new block on the Bitcoin blockchain."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 4.<br><br>"Our revenue consists of bitcoin earned through mining activities at the Odessa Facility. We currently participate in third-party mining pools to mine bitcoin. The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator. We are entitled to a fractional share of the fixed cryptocurrency award from the mining pool operator (referred to as a "block reward") and |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

1

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | potentially transaction fees generated from blockchain users and distributed to individual miners by the mining pool operator.<br><br>Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. The block reward is pre-determined and hard coded into the protocol governing the relevant blockchain. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term. The transaction fees are the aggregate fees paid by parties whose transactions are included in the block. Bitcoin earned is measured at fair value at contract inception and is recognized in revenue over the contract term as hashrate is provided."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 52.<br><br>**Bitcoin Mining Portfolio Snapshot**<br><br>Odessa – 56% of BTC Production[1]<br>207 MW – Total Operating Power Capacity<br>~11.3 EH/s – Total Operating Hashrate<br>~17.6 J/TH – Fleet Efficiency<br>$25,414 – Q3 2025 All-In Electricity Cost per BTC[2]<br><br>Black Pearl – 36% of BTC Production[1]<br>150 MW – Total Operating Power Capacity<br>~10.1 EH/s – Total Operating Hashrate<br>~13.9 J/TH – Fleet Efficiency<br>$42,803 – Q3 2025 All-In Electricity Cost per BTC[3]<br><br>Alborz, Bear & Chief – 9% of BTC Production[1]<br>120 MW – Total Operating Power Capacity[4]<br>~4.4 EH/s – Total Operating Hashrate[4]<br>~25.7 J/TH – Fleet Efficiency<br>$58,427 – Q3 2025 All-In Electricity Cost per BTC[5]<br><br>Map annotations: Alborz 40 MW; Bear 40 MW; Chief 40 MW; Odessa 207 MW; Black Pearl 150 MW<br><br>Source: https://investors.ciphermining.com/static-files/f00c5ff3-78e0-4cbd-b8e9-b9c32edb13c9 at 9 |

2

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://www.ciphermining.com/sites |

3

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://intel.arkm.com/explorer/entity/cipher-mining |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://intel.arkm.com/explorer/entity/cipher-mining <br><br> "The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator, our customer. In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ("FPPS") approach. Under the FPPS approach, we are entitled to a fractional share of the fixed bitcoin award from the mining pool operator (referred to as a "block reward") and potentially transaction fees generated from (paid by) blockchain users and distributed (paid out) to individual miners by the mining pool operator. Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. |

5

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | We are entitled to our relative share of consideration even if a block is not successfully placed. In other words, we receive consideration once after the end of each 24-hour contract period, regardless of whether the pool successfully places a block. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-63.<br><br>"The mining pool operator calculates block rewards under the FPPS approach described above and may charge a pool fee for maintenance of the pool that reduces the amount of block rewards to which the Company is entitled. After every 24-hour contract term, the Company receives a payout and the pool transfers the bitcoin consideration to the Company's designated bitcoin wallet."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-17.<br><br>During the year ended December 31, 2024, the Company earned revenue of $151.3 million from pool operators Foundry USA Pool ("Foundry"), and Luxor Technology Corporation ("Luxor"), representing 100% of total consolidated revenue.<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-18. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.Foundrydigital.com/what-is-Foundry-usa-pools-payout-methodology<br><br>By operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts in the form of bitcoin (*e.g.*, bitcoin transactions to a wallet address), Cipher induces the signing of Bitcoin transactions and messages according to the Bitcoin protocol. *See above*; *see also*, *e.g.*:<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network." <br><br> Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. <br><br> **Bitcoin Core** <br><br> menu <br><br> **About** <br><br> **About us** <br><br> Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core". <br><br> It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper. <br><br> Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub. <br><br> Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br><br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br><br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>Connecting to a full node<br><br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br><br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source:  https://en.bitcoin.it/wiki/Hardware_wallet<br><br>For example, file secp256k1_recovery.h contains struct secp256k1_ecdsa_recoverable_signature.<br><br>```c<br>/** Opaque data structure that holds a parsed ECDSA signature,<br> *  supporting pubkey recovery.<br> *  ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** Create a recoverable ECDSA signature.<br> *<br> *  Returns: 1: signature created<br>``` |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | ```
*              0: the nonce generation function failed, or the secret key was invalid.
*   Args:    ctx:       pointer to a context object (not secp256k1_context_static).
*   Out:     sig:       pointer to an array where the signature will be placed.
*   In:      msghash32: the 32-byte message hash being signed.
*            seckey:    pointer to a 32-byte secret key.
*            ...:       ...,
*/
SECP256K1_API int secp256k1_ecdsa_sign_recoverable(
    ...,
) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)
  SECP256K1_ARG_NONNULL(4);
```  Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/include/secp256k1_recovery.h) |
| **1[a]** by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature component and a second signature component, said first signature component based on a first coordinate of an elliptic curve point representing an ephemeral public key; and | Cipher induces others, including Foundry, to, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), comprising one or more processors (*e.g.*, CPU, GPU, ASIC, etc.), generate a digital signature (*e.g.*, (r, s)) comprising a first signature component (*e.g.*, r-value) and a second signature component (*e.g.*, s-value), said first signature component based on a first coordinate (*e.g.*, 'x') of an elliptic curve point (e.g., (x, y)) representing an ephemeral public key.  *See*, *e.g.*:<br><br>For example, Cipher induces the generation of digital signatures by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Cipher's pool participation.  *See* claim 1[pre].  *See also*, *e.g.*:<br><br>"**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section." |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | 3.3 Message signing method<br>    3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>    3.3.2 ECDSA signing, with P2PKH compressed addresses<br>    3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>    3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>**Signing Algorithm**<br><br>The signing algorithm computes the signature pair $r$ and $s$ from $d_A$ and $z$.<br><br>- Obtain the group order $n$ of the curve. For Secp256k1 this is `FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141`.<br>- Generate a cryptographically secure random number $k$ between $1$ and $n-1$.<br><br>**Important:** Do not reuse $k$ after a signature is made with it because there are flaws that enable an attacker to derive private keys from signed messages if they know the shared nonce $k$ used in them.<br><br>- Compute $(x, y) = k*G$, where $G$ is the generator point of the secp256k1 curve, which is `04 79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8` in uncompressed form, however the compressed form can also be used.<br>- Compute $r = x \bmod n$. If $r=0$, generate another random $k$ and start over.<br>- Compute $s = k^{-1}(z + r*d_A) \bmod n$. If $s=0$, generate another random $k$ and start over.<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>For example, file main_impl.h implements secp256k1_ecdsa_sign_recoverable() invoking secp256k1_ecdsa_sign_inner(). |

11

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,
  secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,
  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
   ...
   ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,
      noncefp, noncedata);
   secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);
   return ret;
}
static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,
  secp256k1_scalar* s, int* recid, const unsigned char *msg32,
  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
   ...;
   while (1) {
      if (is_nonce_valid) {
         ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,
            &sec, &msg, &non, recid);
         ...;
      if (ret) { break; }
      ...;
```

Source: bitcoin/src/secp256k1/src/secp256k1.c (see, e.g., https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/secp256k1.c)

Further, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.

```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
   ...;
   secp256k1_ecmult_gen(ctx, &rp, nonce);
   secp256k1_ge_set_gej(&r, &rp);
   secp256k1_fe_normalize(&r.x);
   ...;
   secp256k1_fe_get_b32(b, &r.x);
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
secp256k1_scalar_set_b32(sigr, b, &overflow);
if (recid) {
    /* ... */
    *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);
}
...;
secp256k1_scalar_cond_negate(sigs, high);
if (recid) {
    *recid ^= high;
}
...
}
```<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h) |
| **1[b]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | Cipher induces others, including Foundry, to generate, for use with said digital signature, an indicator (e.g., recID) to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. *See*, *e.g.*:<br><br>For example, Cipher induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Cipher's pool participation. *See* claim 1[pre]-1[a]], *supra*. *See also*, *e.g.*:<br><br>**Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value) |

13

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br><br>- 0: even Y, r = r<br>- 1: odd Y, r = r<br>- 2: even Y, r = n+r<br>- 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.<br><br>```c<br>static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,<br>    secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,<br>    const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid<br>) {<br>    ...;<br>    secp256k1_ecmult_gen(ctx, &rp, nonce);<br>    secp256k1_ge_set_gej(&r, &rp);<br>    secp256k1_fe_normalize(&r.x);<br>    ...;<br>    secp256k1_fe_get_b32(b, &r.x);<br>    secp256k1_scalar_set_b32(sigr, b, &overflow);<br>    if (recid) {<br>        /* ... */<br>        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);<br>    }<br>    ...;<br>    secp256k1_scalar_cond_negate(sigs, high);<br>    if (recid) {<br>        *recid ^= high;<br>    }<br>``` |

14

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | ```
    ...
}
```<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h)<br><br>Further, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h, *see supra*.<br><br>```
static void secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* sig,
    const secp256k1_scalar* r, const secp256k1_scalar* s, int recid
) {
    if (sizeof(secp256k1_scalar) == 32) {
        memcpy(&sig->data[0], r, 32);
        memcpy(&sig->data[32], s, 32);
    } else {
        secp256k1_scalar_get_b32(&sig->data[0], r);
        secp256k1_scalar_get_b32(&sig->data[32], s);
    }
    sig->data[64] = recid;
}
```<br><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h (https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/modules/recovery/main_impl.h) |

15