# Exhibit 13

Exhibit 13: U.S. Patent No. 8,806,197[1]

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]**  A method of generating a digital signature of a message, the method comprising: | To the extent the preamble of claim 1 is limiting, Fortitude Mining, LLC. (hereinafter "Fortitude") induces others, including Foundry, to perform a method for generating a digital signature (e.g., ECDSA signature) of a message, for example, during the transfer of Bitcoin to an address.  *See* claim 1[a]-1[b], *infra*; *see also*, *e.g.*:<br><br>For example, Fortitude induces the generation of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts from the pool operator in the form of bitcoin.  *See*, *e.g.*:<br><br>**Fortitude Mining**, which has a 5-year history as the self-mining division of **Foundry**, has been spun out as a standalone business that is wholly-owned by **DCG**.<br><br>Fortitude Mining's Bitcoin fleet of miners is on par with the **best capitalized** public miners.<br><br>Source: https://fortitudemining.com/ |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Fortitude Mining, which has a 5-year history as the self-mining division of Foundry, was spun out as a new standalone business that is a wholly-owned subsidiary of DCG.** Headquartered in Rochester, NY, Fortitude Mining has a foundation built on deep industry expertise, solid investor support, and the DCG network of brands.<br><br>Fortitude Mining approaches token mining with a venture mindset, focusing on digital assets with high long-term growth potential. Fortitude mines Bitcoin and other digital assets with its own fleet of machines, which is operated across various geographies in the United States.<br><br>Fortitude Mining's Bitcoin fleet of miners in on par with the best capitalized public miners, and through its partnerships, sits at the center of the mining ecosystem with unparalleled relationships and access to intel.<br><br>Source: https://fortitudemining.com/careers/<br><br>"Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024," said Barry Silbert, Founder & CEO, DCG. "With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent."<br><br>Source: https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The new entity, Fortitude Mining, consists of Foundry's former self-mining operations and physical infrastructure, while Foundry will retain its pool operations and other bitcoin mining service business lines. <br><br> Source: https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/ <br><br> "And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing orders … **We were placing order for the new M30S and the new S19's** … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it. So, we were the biggest bitcoin miner in 2021. … We put it everywhere. **I called everyone back up, they had rack space, and we plugged in machines everywhere.**" <br> Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 (emphasis added). <br><br> "I remember the first block we mined. November 3[rd], 2020. I think we were like three days in. **At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground.**" <br> Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19 (emphasis added). <br><br> To complement its focus on high-growth assets, Fortitude Mining invested significant capital into new machines in 2024, ensuring a maintained best-in-class fleet efficiency. Looking ahead, Fortitude Mining plans to reinvest cash flows into new machine purchases and site acquisitions in 2025. These investments reflect the company's commitment to both long-term growth and vertical integration, solidifying its position as an industry leader. In addition, Fortitude Mining has a strong bench of talent who joined from Foundry. <br><br> Source: https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://www.reevescountytax.org/Statement/90M-9900015-0718700-0

Within the image:

**REEVES CAD**
P.O. BOX 1229
PECOS, TX 79772
432-445-5122

**2025+ Tax Statement**
**(Office Generated)**

**Property Account Number:**
**90M-9900015-0718700-0**

Statement Date: 11/26/2025
Owner: FORTITUDE MINING
Mailing Address: % ANDREA CHILDS
101 N TRYON ST STE 3800
CHARLOTTE NC 28202

Property Location:
Acres: 0
Legal Description: CRYPTO CURRENCY MINING
MINING EQUIPMENT S21PRO
2024

Exemptions:

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 828,770 | 0 | 828,770 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| P-B-T I.S.D | 0 | 828,770 | 1.000000 | 8287.70 |
| | | | TOTAL BASE TAX | 8,287.70 |
| | | | Total Amount Due | 8,287.70 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| |  Source: https://www.reevescountytax.org/Statement/90M-9900010-0718700-0 |

The image contains:

**REEVES CAD**
P.O. BOX 1229
PECOS, TX 79772
432-445-5122

**2025+ Tax Statement**
(Office Generated)

Property Account Number:
**90M-9900010-0718700-0**

Statement Date: 11/26/2025
Owner: FORTITUDE MINING
Mailing Address: % ANDREA CHILDS
101 N TRYON ST STE 3800
CHARLOTTE NC 28202

Property Location:
Acres: 0
Legal Description: CRYPTO CURRENCY MINING
MINING EQUIPMENT S21
2024

Exemptions:

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 4,310,730 | 0 | 4,310,730 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| P-B-T I.S.D | 0 | 4,310,730 | 1.000000 | 43107.30 |
| | | | TOTAL BASE TAX | 43,107.30 |
| | | | Total Amount Due | 43,107.30 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://www.linkedin.com/posts/auradine_bitcoinmining-auradine-teraflux-activity-7346160777914945536-WqOa/ |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?** |

Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.

Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time

Source: https://pool-faq.Foundrydigital.com/what-is-Foundry-usa-pools-payout-methodology

By operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts in the form of bitcoin (*e.g.*, bitcoin transactions to a wallet address), Fortitude induces the signing of Bitcoin transactions and messages according to the Bitcoin protocol. *See above*; *see also*, *e.g.*:

"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.

The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."

Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).

7

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br>Source: https://en.bitcoin.it/wiki/Main_Page.<br><br><br><br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network. |
| | Source: https://en.bitcoin.it/wiki/Wallet |
| | **Bitcoin Core** |
| | The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" ⬏ format. |
| | The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key. |
| | Source: https://en.bitcoin.it/wiki/Wallet |
| | Connecting to a full node |
| | By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments. |
| | Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy. |
| | Source: https://en.bitcoin.it/wiki/Hardware_wallet |
| | For example, file secp256k1_recovery.h contains struct secp256k1_ecdsa_recoverable_signature. |
| | ```<br>/** Opaque data structure that holds a parsed **ECDSA signature**,<br> *  **supporting pubkey recovery**.<br> *  ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** **Create a recoverable ECDSA signature**.<br> *<br> *  Returns: 1: signature created<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
*              0: the nonce generation function failed, or the secret key was invalid.
*  Args:   ctx:      pointer to a context object (not secp256k1_context_static).
*  Out:    sig:      pointer to an array where the signature will be placed.
*  In:     msghash32: the 32-byte message hash being signed.
*          seckey:   pointer to a 32-byte secret key.
*          ...:      ...,
*/
SECP256K1_API int secp256k1_ecdsa_sign_recoverable(
    ....
) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)
  SECP256K1_ARG_NONNULL(4);
```<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/include/secp256k1_recovery.h) |
| **1[a]** by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature component and a second signature component, said first signature component based on a first coordinate of an elliptic curve point representing an | Fortitude induces others, including Foundry, to, by operation of a cryptographic module (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), comprising one or more processors (*e.g.*, CPU, GPU, ASIC, etc.), generate a digital signature (*e.g.*, (r, s)) comprising a first signature component (*e.g.*, r-value) and a second signature component (*e.g.*, s-value), said first signature component based on a first coordinate (*e.g.*, 'x') of an elliptic curve point (e.g., (x, y)) representing an ephemeral public key. *See*, *e.g.*:<br><br>For example, Fortitude induces the generation of digital signatures by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Fortitude's pool participation. *See* claim 1[pre]. *See also*, *e.g.*:<br><br>"**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section." |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,
    secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,
    const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
    ...
    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,
       noncefp, noncedata);
    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);
    return ret;
}
static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,
    secp256k1_scalar* s, int* recid, const unsigned char *msg32,
    const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
    ...;
    while (1) {
        if (is_nonce_valid) {
             ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,
                &sec, &msg, &non, recid);
             ...;
             if (ret) { break; }
             ...;
``` |

Source: bitcoin/src/secp256k1/src/secp256k1.c (*see, e.g.,* https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/secp256k1.c)

Further, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.

```static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
    secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
    const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    ...;
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    if (recid) {
        /* ... */
        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);
```

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
}
...;
secp256k1_scalar_cond_negate(sigs, high);
if (recid) {
    *recid ^= high;
}
...
}
```<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h) |
| **1[b]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | Fortitude induces others, including Foundry, to generate, for use with said digital signature, an indicator (e.g., recID) to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. *See*, *e.g.*:<br><br>For example, Fortitude induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Fortitude's pool participation. *See* claim 1[pre]-1[a]], *supra*. *See also*, *e.g.*:<br><br>**Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value) |

13

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br><br>• 0: even Y, r = r<br>• 1: odd Y, r = r<br>• 2: even Y, r = n+r<br>• 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c.<br><br><pre>static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,<br>  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,<br>  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid<br>) {<br>    ...;<br>    secp256k1_ecmult_gen(ctx, &rp, nonce);<br>    secp256k1_ge_set_gej(&r, &rp);<br>    secp256k1_fe_normalize(&r.x);<br>    ...;<br>    secp256k1_fe_get_b32(b, &r.x);<br>    secp256k1_scalar_set_b32(sigr, b, &overflow);<br>    if (recid) {<br>        /* ... */<br>        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);<br>    }<br>    ...;<br>    secp256k1_scalar_cond_negate(sigs, high);<br>    if (recid) {<br>        *recid ^= high;<br>    }<br>    ...<br>}</pre> |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h (*see*, *e.g.*, [https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h](https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/ecdsa_impl.h))<br><br>Further, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h, *see supra*.<br><br><pre>static void secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* **sig**,<br>    const secp256k1_scalar* r, const secp256k1_scalar* s, int recid<br>) {<br>    if (sizeof(secp256k1_scalar) == 32) {<br>        memcpy(&**sig->data[0]**, **r**, 32);<br>        memcpy(&**sig->data[32]**, **s**, 32);<br>    } else {<br>        secp256k1_scalar_get_b32 (&**sig->data[0]**, **r**);<br>        secp256k1_scalar_get_b32 (&**sig->data[32]**, **s**);<br>    }<br>    **sig->data[64] = recid**;<br>}</pre><br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h ([https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/modules/recovery/main_impl.h](https://github.com/bitcoin-core/secp256k1/blob/b6c2a3cd7752085d46434921238401766c964c01/src/modules/recovery/main_impl.h)) |