# Exhibit 14

**Exhibit 14: U.S. Patent No. 8,666,062[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of performing a finite field operation on elements of a finite field, the method comprising a processor: | To the extent the preamble of claim 1 is limiting, Foundry Digital LLC (hereinafter "Foundry") performs a method for finite field operation on elements of a finite field during the transfer of Bitcoin to an address, which is a cryptographic operation, using a processor.  *See* claim 1[a]-1[e], *infra*; *see also*, *e.g.*:<br><br>For example, Foundry operates "The world's #1 Bitcoin mining pool" through the Foundry USA. Foundry USA is a "U.S.-based, institutional-grade Bitcoin mining pool focused on security and reliability. Built by miners for miners, delivering best-in-class services for every step of the miner journey." According to Foundry, "we take on the risks associated with mining and provide stable payouts to miners through our FPPS payout mode. We also maintain SOC compliance and KYC for our Bitcoin mining pool members."  *See* https://foundrydigital.com/enterprise-software/foundry-usa-pool/<br><br>[chart showing Hashrate and Pool Dominance over time, with tooltip: 2025-10-26 20:00:00, Hashrate: 343 EH/s, Pool Dominance: 30.46%]<br><br>Source: https://mempool.space/mining/pool/foundryusa<br><br>Foundry sends bitcoin as payout to its pool members (e.g. TeraWulf, Riot Platforms, CleanSpark, Cipher Mining, etc.).<br><br>"We receive bitcoin rewards from our mining activity through a third-party mining pool operator, Foundry.  Mining pools allow miners to combine their processing power, increasing their |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

1

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | chances of solving a block and getting paid by the network. The rewards are distributed by the pool operators, proportionally to our contribution to the pool's overall mining power, after deducting the applicable pool fees, if any, used to solve a block on the bitcoin blockchain."<br><br>Source: TeraWulf Inc., Quarterly report, (Form 10-Q), available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001083301/000108330125000018/wulf-20241231.htm.<br><br><br><br>Source: https://intel.arkm.com/explorer/entity/riot-platforms?_gl=1*9rzdj4*_gcl_au*MTE0OTkyNzY4Mi4xNzYzNDkwMjQ4 |

2

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://intel.arkm.com/explorer/entity/riot-platforms?_gl=1*9rzdj4*_gcl_au*MTE0OTkyNzY4Mi4xNzYzNDkwMjQ4<br><br>Source: https://intel.arkm.com/explorer/entity/cleanspark?_gl=1*112pyib*_gcl_au*NTk1MzY3MTQ3LjE3NjM0OTA0OTU. |

3

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://intel.arkm.com/explorer/entity/cleanspark?_gl=1*112pyib*_gcl_au*NTk1MzY3MTQ3LjE3NjM0OTA0OTU<br><br>Source: Cipher Mining Inc., Form 10-K (Feb. 25, 2025) at pp. 63, F-18 https://investors.ciphermining.com/static-files/e2a3f9ce-d55a-44f7-b5c9-45d202830a9b |

4

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology<br><br><br>Foundry signs Bitcoin transactions and messages according to the Bitcoin protocol, and supports the "core developers of the Bitcoin network."<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is** |

5

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section." |
| | Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |
| | A sender initiates a BTC transaction with a digital signature. |
| | Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf |
| | **Empower the Bitcoin Network** Foundry Donate connects miners on Foundry USA Pool with nonprofits that give back to the core developers of the Bitcoin network. Pool members can allocate an amount of their earnings to automatically transfer to the nonprofit of their choosing. Your participation will support developers, fueling the growth of the Bitcoin network. |
| | Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/ |

6

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network." <br><br> Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. <br><br> **Bitcoin Core** <br><br> menu <br><br> **About** <br><br> **About us** <br><br> Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core". <br><br> It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper. <br><br> Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub. <br><br> Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

7

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm. <br><br> Source: https://academy.binance.com/en/glossary/node. <br><br> A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network. <br><br> Source: https://en.bitcoin.it/wiki/Wallet <br><br> **Bitcoin Core** <br><br> The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format. <br><br> The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key. <br><br> Source: https://en.bitcoin.it/wiki/Wallet <br><br> Connecting to a full node <br><br> By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments. <br><br> Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy. <br><br> Source:  https://en.bitcoin.it/wiki/Hardware_wallet |

8

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>Foundry performs a finite field operation on **elements of a finite field**. A finite field operation may include a non-reducing operation. For example, in secp256k1, type secp256k1_fe (*e.g.*, representing elements of a finite field) consists of 5 or 10 machine words, depending on the machine's word size: "field_5x52.h" can apply to machines with 64bit word size and "field_10x32.h" can apply to machines with 32bit word size. Other representations of elements of fields are included, such as, for example, type secp256k1_scalar. The following code is optimized for machines with 64bit word size. *See*, *e.g.*:<br><br>```
/** This field implementation represents the value as 5 uint64_t limbs in base
 *  2^52. */
typedef struct {
    /* A field element f represents the sum(i=0..4, f.n[i] << (i*52)) mod p,
     * where p is the field modulus, 2^256 - 2^32 - 977.
     *
     * The individual limbs f.n[i] can exceed 2^52; the field's magnitude roughly
     * corresponds to how much excess is allowed. The value
     * sum(i=0..4, f.n[i] << (i*52)) may exceed p, unless the field element is
     * normalized. */
    uint64_t n[5];
    /*
     * Magnitude m requires:
     *     n[i] <= 2 * m * (2^52 - 1) for i=0..3
     *     n[4] <= 2 * m * (2^48 - 1)
     *
     * Normalized requires:
     *     n[i] <= (2^52 - 1) for i=0..3
     *     sum(i=0..4, n[i] << (i*52)) <= p
     *     (together these imply n[4] <= 2^48 - 1)
     */
    SECP256K1_FE_VERIFY_FIELDS
} secp256k1_fe;
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: bitcoin/src/secp256k1/src/field_5x52.h (*see, e.g.*, https://github.com/bitcoin/bitcoin/blob/b80ead8a7182b74002a6e32cfff173bd39c12995/src/secp256k1/src/field_5x52.h)<br><br>Points on an elliptic curve (*e.g.*, secp256k1) are or include finite field elements.<br><br>```
/** A group element in affine coordinates on the secp256k1 curve,
 *  or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 *  ...
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;
...
/** A group element of the secp256k1 curve, in jacobian coordinates.
 *  ...
 */
typedef struct {
    secp256k1_fe x; /* actual X: x/z^2 */
    secp256k1_fe y; /* actual Y: y/z^3 */
    secp256k1_fe z;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_gej;
```<br><br>Source: bitcoin/src/secp256k1/src/group.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/group.h)<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See, e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
    secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
    const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)<br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. The function `secp256k1_u128_accum_mul` is then invoked for each word of the above finite field element `r` (typed `secp256k1_ge`). *See, e.g.*:<br><br>```
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
   uint64_t a, uint64_t b);
```<br><br>Source: bitcoin/src/secp256k1/src/int128.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h) |
| 1[a] obtaining a first set of instructions for performing the finite field operation on values representing the elements of the finite field; | Foundry obtains a first set of instructions (*e.g.*, for executing `secp256k1_ge_set_gej`) for performing the finite field operation (e.g., multiplication) on values representing the elements of the finite field.<br><br>For example, in secp256k1, type secp256k1_fe (*e.g.*, representing elements of a finite field) consists of 5 or 10 machine words, depending on the machine's word size: "field_5x52.h" applies to machines with 64bit word size and "field_10x32.h" applies to machines with 32bit word size. The following code applies to machines of the former type; code applicable to the latter type is substantially similar. *See, e.g.*:<br><br>```
/** This field implementation represents the value as 5 uint64_t limbs in base
 *  2^52. */
typedef struct {
   /* A field element f represents the sum(i=0..4, f.n[i] << (i*52)) mod p,
    * where p is the field modulus, 2^256 - 2^32 - 977.
    *
    * The individual limbs f.n[i] can exceed 2^52; the field's magnitude roughly
    * corresponds to how much excess is allowed. The value
    * sum(i=0..4, f.n[i] << (i*52)) may exceed p, unless the field element is
    * normalized. */
   uint64_t n[5];
``` |

11

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
/*
 *  Magnitude m requires:
 *      n[i] <= 2 * m * (2^52 - 1) for i=0..3
 *      n[4] <= 2 * m * (2^48 - 1)
 *
 *  Normalized requires:
 *      n[i] <= (2^52 - 1) for i=0..3
 *      sum(i=0..4, n[i] << (i*52)) < p
 *      (together these imply n[4] <= 2^48 - 1)
 */
    SECP256K1_FE_VERIFY_FIELDS
} secp256k1_fe;
```

Source: bitcoin/src/secp256k1/src/field_5x52.h (*see*, *e.g.*, https://github.com/bitcoin/bitcoin/blob/b80ead8a7182b74002a6e32cfff173bd39c12995/src/secp256k1/src/field_5x52.h)

Points on an elliptic curve (e.g., secp256k1) are or include finite field elements.

```
/** A group element in affine coordinates on the secp256k1 curve,
 *  or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 *  ...
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;
...
/** A group element of the secp256k1 curve, in jacobian coordinates.
 *  ...
 */
typedef struct {
    secp256k1_fe x; /* actual X: x/z^2 */
    secp256k1_fe y; /* actual Y: y/z^3 */
    secp256k1_fe z;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_gej;
```

Source: bitcoin/src/secp256k1/src/group.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/group.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See*, *e.g.*: <br><br>```c
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
   secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
   const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
``` <br><br>Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h) <br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. The function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See*, *e.g.*: <br><br>```c
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
   uint64_t a, uint64_t b);
``` <br><br>Source: bitcoin/src/secp256k1/src/int128.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h) |
| 1[b] executing the first set of instructions to generate an unreduced result | Foundry executes the first set of instructions (e.g., for executing `secp256k1_ge_set_gej`) to generate an unreduced result completing the finite field operation. <br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See*, *e.g.*: <br><br>```c
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
   secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
``` |

13

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| completing the finite field operation; | ```
      const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```  Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)  The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. The function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See, e.g.*:  ```
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
   uint64_t a, uint64_t b);
```  Source: bitcoin/src/secp256k1/src/int128.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h) |
| **1[c]** obtaining a second set of instructions for performing a modular reduction for a specific finite field; | Foundry obtains a second set of instructions (*e.g.*, for executing `secp256k1_fe_normalize`) for performing a modular reduction for a specific finite field.  For example, Foundry **obtains a second set of instructions** (*e.g.*, for executing `secp256k1_fe_normalize`) **for performing a modular reduction for a specific finite field**.  For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See, e.g.*:  ```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
    secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
        const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```

Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)

The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. The function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See*, *e.g.*:

```
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
    uint64_t a, uint64_t b);
```

Source: bitcoin/src/secp256k1/src/int128.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h)

The function `secp256k1_fe_impl_normalize` ensures a field element does not exceed "`field modulus, 2^256 - 2^32 - 977`", per "`field_5x52.h`". *See*, *e.g.*:

```
SECP256K1_INLINE static void secp256k1_fe_normalize(secp256k1_fe *r) {
    ...; secp256k1_fe_impl_normalize(r); ...;
}
```

Source: bitcoin/src/secp256k1/src/field_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/field_impl.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
static void secp256k1_fe_impl_normalize(secp256k1_fe *r) {
    uint64_t t0 = r->n[0], t1 = r->n[1], t2 = r->n[2], t3 = r->n[3], t4 = r->n[4];
    /* Reduce t4 at the start so there will be at most a single carry from the first
       pass */ ...;
    /* The first pass ensures the magnitude is 1, ... */ ...;
    /* ... except for a possible carry at bit 48 of t4 (i.e. bit 256 of the field
       element) */ ...;
    /* At most a single final reduction is needed; check if the value is >= the
       field characteristic */ ...;
    /* Apply the final reduction (for constant-time behaviour, we do it always) */ ...;
    /* If t4 didn't carry to bit 48 already, then it should have after any final
       reduction */ ...;
    /* Mask off the possible multiple of 2^256 from the final reduction */ ...;
    r->n[0] = t0; r->n[1] = t1; r->n[2] = t2; r->n[3] = t3; r->n[4] = t4;
}
```<br><br>Source: bitcoin/src/secp256k1/src/field_5x52_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/field_5x52_impl.h) |
| **1[d]** executing the second set of instructions on the unreduced result to generate a reduced result; and | Foundry executes the second set of instructions (*e.g.*, for executing `secp256k1_fe_normalize`) on the unreduced result to generate a reduced result.<br><br>For example, the Foundry **executes the second set of instructions** (*e.g.*, for executing `secp256k1_fe_normalize`) **on the unreduced result to generate a reduced result**.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See*, *e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
secp256k1_scalar_set_b32(sigr, b, &overflow);
...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```

Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)

The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. The function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See, e.g.*:

```
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
    uint64_t a, uint64_t b);
```

Source: bitcoin/src/secp256k1/src/int128.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h)

The function `secp256k1_fe_impl_normalize` ensures a field element does not exceed "field modulus, 2^256 - 2^32 - 977", per "field_5x52.h". *See, e.g.*:

```
SECP256K1_INLINE static void secp256k1_fe_normalize(secp256k1_fe *r) {
    ...; secp256k1_fe_impl_normalize(r); ...;
}
```

Source: bitcoin/src/secp256k1/src/field_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/field_impl.h)

```
static void secp256k1_fe_impl_normalize(secp256k1_fe *r) {
    uint64_t t0 = r->n[0], t1 = r->n[1], t2 = r->n[2], t3 = r->n[3], t4 = r->n[4];
    /* Reduce t4 at the start so there will be at most a single carry from the first
       pass */ ...;
    /* The first pass ensures the magnitude is 1, ... */ ...;
    /* ... except for a possible carry at bit 48 of t4 (i.e. bit 256 of the field
       element) */ ...;
    /* At most a single final reduction is needed; check if the value is >= the
``` |

17

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | ```
field characteristic */ ...;
/* Apply the final reduction (for constant-time behaviour, we do it always) */ ...;
/* If t4 didn't carry to bit 48 already, then it should have after any final
   reduction */ ...;
/* Mask off the possible multiple of 2^256 from the final reduction */ ...;
r->n[0] = t0; r->n[1] = t1; r->n[2] = t2; r->n[3] = t3; r->n[4] = t4;
}
```<br><br>Source: bitcoin/src/secp256k1/src/field_5x52_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/field_5x52_impl.h) |
| **1[e]** providing the reduced result as an output for use in a cryptographic operation. | Foundry provides the reduced result as an output for use in a cryptographic operation.<br><br>For example, Foundry **provides the reduced result as an output for use in a cryptographic operation**, for example, during the transfer, sending, transmission, of bitcoin to an address (*e.g.*, spending bitcoin), which is or includes a cryptographic operation.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See*, *e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```<br><br>Source: bitcoin/src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See, e.g.*:<br><br>```/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
  uint64_t a, uint64_t b);```<br><br>Source: bitcoin/src/secp256k1/src/int128.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/int128.h) |

19