# Exhibit 16

**Exhibit 16: U.S. Patent No. 8,532,286[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | To the extent the preamble of claim 1 is limiting, Riot Platforms, Inc. (hereinafter "Riot") induces others, including Foundry, to perform a method for performing, on a cryptographic apparatus (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the signing of a Bitcoin transaction (*e.g.*, sale, transfer, transmission, sending, spending, paying out, etc. of bitcoin, generating a digital signature in accordance with the Bitcoin protocol, etc.), verification of a Bitcoin transaction (*e.g.*, mining bitcoin, verifying transactions, validating transactions, verifying digital signatures associated with transactions in accordance with the Bitcoin protocol), or transmission or receipt of a Bitcoin communication).  *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*: <br><br> For example, Riot induces the signing of bitcoin transactions by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts from a pool operator in the form of bitcoin.  As another example, Riot induces the verification of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining .*See*, *e.g.*: <br><br> <div style="border:1px solid">Riot Platforms is a Bitcoin mining and digital infrastructure company focused on a vertically integrated strategy. The Company has Bitcoin mining data center operations in central Texas and Kentucky, and electrical switchgear engineering and fabrication operations in Denver, Colorado.</div> <br> Source: https://www.riotplatforms.com/about/ |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.riotplatforms.com/bitcoin-mining/rockdale/<br><br>**"Note 1. Organization and Description of Business**<br><br>Riot Platforms is a vertically integrated bitcoin mining company principally engaged in enhancing its power infrastructure to support efficient and large-scale Bitcoin mining operations in support of the Bitcoin blockchain. The Company is also in the process of developing a scalable data center platform intended to allocate its power capacity to support non-mining data center operations, including potential applications in AI and HPC, with the objective of maximizing the value of the Company's energy portfolio.<br><br>The Company provides comprehensive and critical infrastructure for bitcoin mining at its large-scale Bitcoin Mining facilities located in Rockdale, Texas (the "Rockdale Facility"), Navarro County, Texas (the "Corsicana Facility"), and two Bitcoin Mining sites in Kentucky (the "Kentucky Facility" |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | and, together with the Rockdale Facility and the Corsicana Facility, the "Facilities"). The Rockdale Facility currently provides 700 megawatts ("MW") of total developed capacity. The Corsicana Facility is currently equipped to provide up to 400 MW of capacity for Bitcoin Mining. Upon completion of the Corsicana Facility, the Company expects to have approximately one gigawatt ("GW") of developed capacity available for Bitcoin Mining and other data center workloads." Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 8<br><br>"We own and operate multiple data center facilities in Texas and Kentucky that currently provide comprehensive and critical infrastructure for our own Bitcoin Mining operations. The Rockdale Facility in Texas, with 700 MW of developed capacity, is believed to be one of the largest Bitcoin Mining facilities in North America, as measured by developed capacity. In 2024, we completed construction of 400 MW of developed capacity at our second large-scale data center in Texas, the Corsicana Facility. Upon completion, we expect the Corsicana Facility to have approximately one GW of developed capacity available for data center workloads." Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 39<br><br>"***Revenue recognition***<br><br>*Bitcoin Mining*<br><br>The Company participates in digital asset mining pools by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. Currently, the Company only participates in a Full-Pay-Per-Share ("FPPS") mining pool. The Company decides when to provide hash calculation services under the agreements and the Company's enforceable right to compensation begins only when, and lasts as long as, the Company provides hash calculation services to the mining pool operator and is created as power is provided over time."<br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-11 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | "We participate in a "Full-Pay-Per-Share" mining pool, which calculates Bitcoin payouts primarily based on the hash rate provided by us to the mining pool as a percentage of total network hash rate, along with other inputs. We currently derive a significant portion of our revenue from our mining pool participation, which accounted for 85.2% and 67.3% of our total revenue for the years ended December 31, 2024 and 2023, respectively. We own all of our miners and accompanying infrastructure, and the only connection between our assets and our mining pool is that the total hash rate capacity of our miners is currently allocated to our mining pool, which we are free to change at any time, in our discretion. Further, the mining pool in which we participate, like most mining pools, is decentralized and has protections in place to prevent malicious actors or technical errors from affecting the pool's ability to operate; however, these protections are not foolproof, and we may lose access to the mining pool, perhaps permanently. Because of the monitoring systems we have in place, we would become aware within minutes if our mining pool were to suffer downtime or cease to exist altogether, and we would expect to be able to resume mining without a mining pool within minutes, or redirect our hash rate to another mining pool, within an hour of the downtime event. However, self-mining has, historically, been less successful in earning Bitcoin rewards than participating in a mining pool, and our Bitcoin Mining revenue would become more volatile and may decline–perhaps materially–as a result of the loss or unavailability of our mining pool. If such unanticipated circumstances associated with our mining pool arise, and we are unable to quickly switch to another pool, self-mine without a pool or otherwise diversify our sources of Bitcoin Mining revenue, our business, results of operations, and financial condition may suffer as a result." Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 22; *see also id.* at F11–F-12.<br><br>"We receive Bitcoin rewards from our mining activity through third-party mining pool operators. Mining pools enable miners to combine their processing power, increasing their chances of solving a block and earning Bitcoin rewards from the network. After deducting any applicable pool fees, the pool operator then distributes the rewards proportionally based on our contribution to the pool's overall mining power. Should the pool operator's system suffer downtime due to a cyber-attack, software malfunction or other issue, it could negatively impact our ability to mine and receive revenue; particularly if we are unable to quickly switch to another pool or to self-mining without a pool. Additionally, there is a risk that the mining pool operator could fail to accurately record the total processing power provided to the pool for a given Bitcoin mining application, which would |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | inhibit our ability to verify our proportion of the pool's total processing power. While we track both our hash rate and the total hash rate used by the pool internally, the pool operator uses its own record-keeping system to determine our share of the rewards, which may not align with our calculation. If we are unable to consistently obtain accurate proportionate rewards from our mining pool operators, we may not receive accurate block rewards from the pool, with limited recourse to resolve such inaccuracies. This could lead us to reconsider our participation in a particular mining pool, or mining pools in general, which may affect the predictability of our mining returns and have an adverse effect on our business and operations."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 23.<br><br>The Company participates in a digital asset mining pool ("the mining pool") by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. The Company decides when to provide hash calculation services under the agreements and the Company's enforceable rights to compensation begins only when and lasts as long as the Company provides hash calculation services to the mining pool operator and is created as power is provided over time. In exchange for providing hash calculation services, the Company is entitled to a payout of Bitcoin based on a contractual formula, which primarily calculates the hash rate provided to the mining pool as a percentage of total network hash rate, and other inputs. Revenue is recognized on the same day that control of the contracted service transfers to the mining pool operator, which is the same day as contract inception. For the years ended December 31, 2024, and 2023, Bitcoin Mining revenue was $321.0 million, and $189.0 million, respectively.<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-2.<br><br>"The Company's accounts receivable balance consists of amounts due from its mining pool operator and engineering customers."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-10. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | During the years ended December 31, 2024 and 2023, aside from the Bitcoin Mining revenue generated as a result of the Company's participation in a mining pool, no single customer or related group of customers contributed 10% or more of the Company's total consolidated revenue.<br><br>During the year ended December 31, 2022, aside from the Bitcoin Mining revenue generated as a result of the Company's participation in a mining pool, the Company earned revenue of approximately $29.7 million from one customer, representing 11.4% of the Company's total consolidated revenue, in its Engineering segment. No other individual customer accounted for more than 10% of total revenue for the year ended December 31, 2022.<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-49.<br><br>"In exchange for providing hash calculation services, the Company is entitled to a FPPS payout of Bitcoin based on a contractual formula, which primarily calculates the hash rate provided to the mining pool as a percentage of total network hash rate, and other inputs."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-12.<br><br>**Bitcoin Mining Driving Strong Cashflows Supporting the Data Center Platform**<br>*Improvements in operational uptime and economies of scale continue to be realized*<br><br>[table below]<br>Source: https://d2ghdaxqb194v2.cloudfront.net/2865/198620.pdf (Riot Q3 2025 Update) |

| Period | | Q4 2024 | Q1 2025 | Q2 2025 | Q3 2025 | LTM |
|---|---|---|---|---|---|---|
| Global Network Hash Rate | (Avg.) | 728 EH/s | 801 EH/s | 876 EH/s | 948 EH/s | 838 EH/s |
| Riot Operating Hash Rate | (Avg.) | 26.1 EH/s | 29.7 EH/s | 30.2 EH/s | 31.3 EH/s | 29.3 EH/s |
| *Uptime / Utilization Rate* | (%) | 83% | 88% | 87% | 86% | 86% |
| Avg. BTC Price | ($/BTC) | $ 83,311 | $ 93,385 | $ 98,800 | $ 114,361 | $ 97,464 |
| **Avg. BTC Network Hash Price** | **($/PH/s/Day)** | $ 54 | $ 54 | $ 51 | $ 56 | $ 54 |
| | | | | | | |
| BTC Production | (# BTC) | 1,516 BTC | 1,530 BTC | 1,426 BTC | 1,406 BTC | 5,878 BTC |
| **BTC Mining Revenue** | **($m)** | $ 126.3 | $ 142.9 | $ 140.9 | $ 160.8 | $ 570.9 |
| | | | | | | |
| Total Direct Costs per BTC | ($) | $ 42,011 | $ 43,808 | $ 48,992 | $ 46,324 | $ 45,204 |
| **Gross Profit - Bitcoin Mining [2]** | **($m)** | $ 62.6 | $ 75.9 | $ 71.0 | $ 95.7 | $ 305.2 |
| ***Gross Margin - Bitcoin Mining [2]*** | **(%)** | 50% | 53% | 50% | 59% | 53% |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | <br><br>Source: https://intel.arkm.com/explorer/entity/riot-platforms |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://intel.arkm.com/explorer/entity/riot-platforms |

### What is Foundry USA Pool's Payout Methodology?

Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.

Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time

Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology

For example, by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts in the form of bitcoin (*e.g.*, bitcoin transactions to a wallet address), Riot induces the signing of Bitcoin transactions and messages according to the Bitcoin protocol. *See above*; *see also*, *e.g.*:

"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.

The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page.<br><br><br><br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
|  | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br><br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" ⬀ format.<br><br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>Connecting to a full node<br><br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br><br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>As another example, by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Riot induces others (*e.g.*, Foundry) to verify digital signatures associated with Bitcoin transactions to generate blocks for Riot to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Riot. *See above*; *see also*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Preliminary steps for all verification Algorithms**<br><br>1. Set *DecodedSignature = Base64Decode(Signature)*<br>2. Set *HeaderByte = DecodedSignature[0]*<br><br>    • If HeaderByte is between 27 and 30 inclusive, use "ECDSA verification, P2PKH uncompressed address".<br>    • Else, if HeaderByte is between 31 and 34 inclusive, use "ECDSA verification, P2PKH compressed address".<br>    • Else, if HeaderByte is between 35 and 38 inclusive, use "ECDSA verification, P2WPKH-P2SH compressed address".<br>    • Else, if HeaderByte is between 39 and 42 inclusive, use "ECDSA verification, P2WPKH compressed address".<br>    • Else, if HeaderByte is between 43 and 46 inclusive, use "Schnorr verification, P2TR (Taproot) compressed address".<br>    • Else, fail verification with an error similar to "Unknown signature type".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA verification, P2WPKH compressed address**<br><br>1. Set $r$ = *DecodedSignature[1:33]*. If $r \geq n$ or $r == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>2. Set $s$ = *DecodedSignature[33:65]*. If $s \geq n$ or $s == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>3. Set $z$ = *SHA256(Message)*<br><br>4. Set *recID = Header AND 0x3*<br><br>5. If *recID AND 0x2 == 0*, set $x = r$, else set $x = r+n$.<br><br>6. Set $x = (x\char`\^3 + 7)\ mod\ p$<br><br>7. Set $y = x\char`\^((p+1)/4)\ mod\ p$<br><br>8. Calculate the correct parity of $y$ using the 'recID':<br><br>   • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set $y = p-y$.<br><br>9. Set $R = (x,y)$<br><br>10. Set $e = (-int(z))\ \% \ n$<br><br>11. Set *PublicKey* = $(R*s + G*e) * modinv(r, n)$<br><br>12. If *is_even(y)*, compute *EncodedPublicKey* = "02" \|\| *hex(x)*. Else, compute *EncodedPublicKey* = "03" \|\| *hex(x)*<br><br>13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey))*<br><br>14. Compute *DerivedAddress = Bech32("bc", 0, AddressHash)*<br><br>15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| |  |

Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/

> Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.

Source: https://academy.binance.com/en/glossary/node.

This network seeks a solution to a computational puzzle, verifying the transaction.

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  |  Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf <br><br> Source: https://mempool.space/block/00000000000000000001f9ee4f69cbc75ce61db5178175c2ad021fe1df5bad8f |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Within the Bitcoin network, transactions are grouped into sequential blocks, forming an immutable chain – thus the term 'blockchain'. These blocks are validated and appended to the ledger by a distributed network of nodes – computers running the Bitcoin Core software, or other compatible implementations. This software is freely available for download and installation. Consequently, any individual with internet access and a suitable device can run a node, enabling participation in the creation, validation, and propagation of blocks. This open and permissionless design ensures the ledger's decentralisation, transparency, and global accessibility.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Transaction selection and validation**<br><br>The process of block assembly in Bitcoin is central to its functionality as a secure, decentralised ledger. As illustrated in Figure 12, this begins with the selection of transactions from a node's memory pool (mempool), where unconfirmed transactions reside. Each transaction entering the mempool undergoes stringent validation against Bitcoin protocol rules, including verification of digital signatures, confirmation of sufficient sender balance, and a check to prevent double-spending. Only validated transactions proceed to the block assembly stage, where they are prioritised based on their associated fee rate (the fee paid relative to the transaction's weight or size). This fee-driven approach to transaction ordering, while not enforced by protocol, is widely adopted and standard in software implementations used to build block templates, as miners have an incentive to maximise their revenue.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 33 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ### Mining Pools<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This<br><br>concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | As another example, when Riot commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block. *See above*; *see also*, *e.g.*: <br><br>     "As the number of Bitcoin currency rewards granted for solving a block in the Bitcoin blockchain has decreased, transaction fees have increasingly been used to incentivize miners to continue to contribute to the Bitcoin network." <br> Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 20. <br><br>     "The Bitcoin mining industry recently experienced an increase in transaction fees on the Bitcoin network, as well as an increase in overall demand for Bitcoin. Various protocols on the Bitcoin network gained popularity during 2023, and at various times temporarily resulted in a significant increase in the transaction fees paid to add a certain Bitcoin transaction to the blockchain. These transaction fees are volatile in nature but are paid directly to miners and are representative of public interest in transacting in Bitcoin. Transaction fees are packaged with the block subsidy issued by the Bitcoin network to combine for the total reward paid to miners upon solving a block." <br> Source: Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 6. <br><br> <table><tr><td>**Miner fees**<br><br>**Miner fees** are a fee that spenders may include in any Bitcoin on-chain transaction. The fee may be collected by the miner who includes the transaction in a block.</td></tr></table> <br> Source:  https://en.bitcoin.it/wiki/Miner_fees |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Bitcoin transaction fees are a crucial component of the Bitcoin network, ensuring transactions are processed efficiently and miners are compensated for their work. When **Satoshi Nakamoto** created the Bitcoin **blockchain**, he implemented transaction fees to prevent spam transactions that could slow down and clog the network. Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable.<br><br>Source: https://river.com/learn/how-bitcoin-fees-work/<br><br>**What are Bitcoin fees?**<br><br>The fees paid to miners to get transactions confirmed<br><br>Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.<br><br>Source: https://strike.me/en/learn/what-are-bitcoin-fees/<br><br>For example, during signature generation and verification, a cryptographic operation (*e.g.*, associated with `secp256k1_scalar_mul`) is performed, the function `secp256k1_scalar_mul` is invoked by the cryptographic apparatus (*e.g.*, a processor), and a Montgomery-style reduction is performed. *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>```static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,   secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid) {     ...;     secp256k1_scalar_mul(&u2, &rn, sigs);     ...;     secp256k1_scalar_mul(&u2, &rn, sigs);``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | `...;`<br>`}`<br>Source:  src/secp256k1/src/modules/recovery/main_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/modules/recovery/main_impl.h)<br><br>`static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,`<br>`secp256k1_scalar *sigr,`<br>`  secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar`<br>`*message,`<br>`  const secp256k1_scalar *nonce, int *recid)`<br>`{`<br>`    ...;`<br>`    secp256k1_scalar_mul(&n, sigr, seckey);`<br>`    ...;`<br>`    secp256k1_scalar_mul(sigs, sigs, &n);`<br>`    ...;`<br>`}`<br><br>Source:  src/secp256k1/src/ecdsa_impl.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source:  src/secp256k1/src/scalar.h (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned`<br>`int v) {`<br>`    r->d[0] = v;` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | (continued below) |

```
        r->d[1] = 0;
        r->d[2] = 0;
        r->d[3] = 0;
        ...;
}
static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const
secp256k1_scalar *b) {
        uint64_t l[8];
        ...;
        secp256k1_scalar_mul_512(l, a, b);
        secp256k1_scalar_reduce_512(r, l);
        ...;
}
```

Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)

```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const
uint64_t *l) {
        secp256k1_uint128 c128;
        ...;
        uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
        ...;
        /* Reduce 512 bits into 385. */
        /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
        ...;
        /* Reduce 385 bits into 258. */
        /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
        ...;
        /* Reduce 258 bits into 256. */
        /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
        secp256k1_u128_from_u64(&c128, p0);
        secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
        r->d[0] = secp256k1_u128_to_u64(&c128); ...;
        r->d[1] = secp256k1_u128_to_u64(&c128); ...;
        r->d[2] = secp256k1_u128_to_u64(&c128); ...;
        r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1a]** obtaining an operand for the cryptographic operation; | Riot induces others, including Foundry, to perform: obtaining an operand for the cryptographic operation. For example, Riot induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Riot's pool participation.<br><br>For example, an operand, *e.g.*, a value (*e.g.*, "l") represented in multiple machine words (e.g., 8 machine words) is obtained. The operand is for the cryptographic operation (*see* [1pre], *supra*). *See*, *e.g.*:<br><br>```\n/* Limbs of the secp256k1 order. */\n#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)\n#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)\n#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)\n#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)\n\n/* Limbs of 2^256 minus the secp256k1 order. */\n#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)\n#define SECP256K1_N_C_1 (~SECP256K1_N_1)\n#define SECP256K1_N_C_2 (1)\n\nstatic void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {\n    uint64_t l[8];\n    ...;\n    secp256k1_scalar_mul_512(l, a, b);\n    secp256k1_scalar_reduce_512(r, l);\n    ...;\n}\n```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | For example, the operand is reduced until it fits in p[0..4], which is further reduced into r.  *See*, *e.g.*:<br><br>```<br>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    ...;<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}<br>```<br><br>Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1b]** computing a modified operand using a reduction value, instead of a modulus used in | Riot induces others, including Foundry, to perform: computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus.  For example, Riot induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Riot's pool participation. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus; and | For example, a modified operand (*e.g.*, a value represented in multiple machine words (e.g., "r")) is computed using a reduction value (*e.g.*, using `SECP256K1_N_C_0`), instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand (*e.g.*, to perform a replacement of a least significant word (*e.g.*, the value at index "0" of an array of `uint64_t`) of the operand), rather than perform a cancellation thereof, the reduction value being a function of the modulus (*e.g.*, being a function of a modulus, such as the curve order, *e.g.*, "the secp256k1 order").<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the `**`secp256k1 order`**`. */`<br>`#define `**`SECP256K1_N_C_0 (~SECP256K1_N_0 + 1`**`)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`static void `**`secp256k1_scalar_mul`**`(secp256k1_scalar *`**`r`**`, const secp256k1_scalar *a, const secp256k1_scalar *b) {`<br>`    uint64_t l[8];`<br>`    ...;`<br>`    `**`secp256k1_scalar_mul_512`**`(`**`l`**`, a, b);`<br>`    secp256k1_scalar_reduce_512(`**`r`**`, `**`l`**`);`<br>`    ...;`<br>`}`<br><br>Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>`SECP256K1_INLINE static int `**`secp256k1_scalar_reduce_512`**`(secp256k1_scalar *`**`r`**`, const uint64_t *`**`l`**`) {`<br>`    ...;` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
secp256k1_uint128 c128;
...;
uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
...;
/* Reduce 512 bits into 385. */
/* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
...;
/* Reduce 385 bits into 258. */
/* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
...;
/* Reduce 258 bits into 256. */
/* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
secp256k1_u128_from_u64(&c128, p0);
secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
r->d[0] = secp256k1_u128_to_u64(&c128); ...;
r->d[1] = secp256k1_u128_to_u64(&c128); ...;
r->d[2] = secp256k1_u128_to_u64(&c128); ...;
r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1c]** outputting the modified operand. | Riot induces others, including Foundry, to perform: outputting the modified operand.  For example, Riot induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Riot's pool participation.<br><br>For example, during signature generation, the modified operand (*e.g.*, the value "r") is output.<br><br>```
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
|         | ```

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
``` <br><br> Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) <br><br> ```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {
    ...;
    secp256k1_uint128 c128;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |