# Exhibit 17

**Exhibit 17: U.S. Patent No. 8,532,286[1]**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | To the extent the preamble of claim 1 is limiting, Cipher Mining Inc. (hereinafter "Cipher") induces others, including Foundry, to perform a method for performing, on a cryptographic apparatus (*e.g.*, a node in a peer-to-peer network, combination of processing hardware and software and/or firmware, or other device operable to perform cryptographic operations), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the signing of a Bitcoin transaction (*e.g.*, sale, transfer, transmission, sending, spending, paying out, etc. of bitcoin, generating a digital signature in accordance with the Bitcoin protocol, etc.), verification of a Bitcoin transaction (*e.g.*, mining bitcoin, verifying transactions, validating transactions, verifying digital signatures associated with transactions in accordance with the Bitcoin protocol), or transmission or receipt of a Bitcoin communication).  *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>For example, Cipher induces the signing of bitcoin transactions by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts from a pool operator in the form of bitcoin.  As another example, Cipher induces the verification of signatures by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) and encouraging, aiding and abetting, assisting, etc., others (*e.g.*, Foundry, pool operators, miners, etc.) to verify Bitcoin transactions according to the Bitcoin protocol to facilitate and/or enable bitcoin mining .*See*, *e.g.*:<br><br>"Currently, our revenue is derived from mining bitcoin. Specifically, we purchase electrical power and use it to run miners that produce computing power. We contribute the computing power we produce to one or more mining pools verifying transactions on the Bitcoin blockchain in exchange for block rewards and transaction fees. This means that we send our computing power, or hashrate, to the mining pool in exchange for a proportionate share of bitcoin mined by the pool. We have no immediate plans to establish our own mining pool. We intend to periodically re-evaluate this as part of our overall strategy going forward and, in the future, we may also decide to stop using mining pools. To the extent that we can produce bitcoin through mining at a cost that is lower than the market price of bitcoin, over the long term we expect to generate profits … Block rewards are rewards paid in bitcoin that are programmed into the Bitcoin software and awarded to a miner, or a group of |

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim 1 | Exemplary Evidence of Infringement |
|---------|------------------------------------|
|  | miners, for solving the cryptographic problem required to create a new block on the Bitcoin blockchain." <br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 4. <br><br> "Our revenue consists of bitcoin earned through mining activities at the Odessa Facility. We currently participate in third-party mining pools to mine bitcoin. The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator. We are entitled to a fractional share of the fixed cryptocurrency award from the mining pool operator (referred to as a "block reward") and potentially transaction fees generated from blockchain users and distributed to individual miners by the mining pool operator. <br><br> Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. The block reward is pre-determined and hard coded into the protocol governing the relevant blockchain. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term. The transaction fees are the aggregate fees paid by parties whose transactions are included in the block. Bitcoin earned is measured at fair value at contract inception and is recognized in revenue over the contract term as hashrate is provided." <br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 52. |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | <br>Source: https://investors.ciphermining.com/static-files/f00c5ff3-78e0-4cbd-b8e9-b9c32edb13c9 at 9 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| |  Source: [https://www.ciphermining.com/sites](https://www.ciphermining.com/sites) |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | <br><br>Source: https://intel.arkm.com/explorer/entity/cipher-mining |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | <br>Source: https://intel.arkm.com/explorer/entity/cipher-mining<br><br>"The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator, our customer. In exchange for providing computing power pursuant to Foundry's terms of service, we are entitled to noncash consideration in the form of bitcoin, measured under the Full Pay Per Share ("FPPS") approach. Under the FPPS approach, we are entitled to a fractional share of the fixed bitcoin award from the mining pool operator (referred to as a "block reward") and potentially transaction fees generated from (paid by) blockchain users and distributed (paid out) to individual miners by the mining pool operator. Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. |

6

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | We are entitled to our relative share of consideration even if a block is not successfully placed. In other words, we receive consideration once after the end of each 24-hour contract period, regardless of whether the pool successfully places a block. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term." <br><br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-63. <br><br> "The mining pool operator calculates block rewards under the FPPS approach described above and may charge a pool fee for maintenance of the pool that reduces the amount of block rewards to which the Company is entitled. After every 24-hour contract term, the Company receives a payout and the pool transfers the bitcoin consideration to the Company's designated bitcoin wallet." <br><br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-17. <br><br> During the year ended December 31, 2024, the Company earned revenue of $151.3 million from pool operators Foundry USA Pool ("Foundry"), and Luxor Technology Corporation ("Luxor"), representing 100% of total consolidated revenue. <br><br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-18. |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?** Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time Source: https://pool-faq.Foundrydigital.com/what-is-Foundry-usa-pools-payout-methodology For example, by operating bitcoin miners (*e.g.*, in the Foundry USA Pool) in exchange for payouts in the form of bitcoin (*e.g.*, bitcoin transactions to a wallet address), Cipher induces the signing of Bitcoin transactions and messages according to the Bitcoin protocol. *See above*; *see also*, *e.g.*: "**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding. The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP ... **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section." Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added). |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network." <br><br> Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. <br><br>  <br><br> Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>Connecting to a full node<br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>by offering to contribute, and contributing, hash power (*e.g.*, operating bitcoin miners in the Foundry USA Pool), Cipher induces others (*e.g.*, Foundry) to verify digital signatures associated with Bitcoin transactions to generate blocks for Cipher to hash and collect (and increase the odds of collecting) pool operator fees from any payouts made to Cipher.  *See above*; *see also*, *e.g.*:<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding. |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
|  | The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).<br><br>**Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Preliminary steps for all verification Algorithms**<br><br>1. Set *DecodedSignature = Base64Decode(Signature)*<br>2. Set *HeaderByte = DecodedSignature[0]*<br><br>    • If HeaderByte is between 27 and 30 inclusive, use "ECDSA verification, P2PKH uncompressed address".<br>    • Else, if HeaderByte is between 31 and 34 inclusive, use "ECDSA verification, P2PKH compressed address".<br>    • Else, if HeaderByte is between 35 and 38 inclusive, use "ECDSA verification, P2WPKH-P2SH compressed address".<br>    • Else, if HeaderByte is between 39 and 42 inclusive, use "ECDSA verification, P2WPKH compressed address".<br>    • Else, if HeaderByte is between 43 and 46 inclusive, use "Schnorr verification, P2TR (Taproot) compressed address".<br>    • Else, fail verification with an error similar to "Unknown signature type".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | **ECDSA verification, P2WPKH compressed address**<br><br>1. Set *r = DecodedSignature[1:33]*. If *r ≥ n* or *r == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>2. Set *s = DecodedSignature[33:65]*. If *s ≥ n* or *s == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>3. Set *z = SHA256(Message)*<br><br>4. Set *recID = Header AND 0x3*<br><br>5. If *recID AND 0x2 == 0*, set *x = r*, else set *x = r+n*.<br><br>6. Set *x = (x^3 + 7) mod p*<br><br>7. Set *y = x^((p+1)/4) mod p*<br><br>8. Calculate the correct parity of *y* using the 'recID':<br><br>    • If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta)* and *is_even(recID)*), set *y = p-y*.<br><br>9. Set *R = (x,y)*<br><br>10. Set *e = (-int(z)) % n*<br><br>11. Set *PublicKey = (R*s + G*e) * modinv(r, n)*<br><br>12. If *is_even(y)*, compute *EncodedPublicKey = "02" || hex(x)*. Else, compute *EncodedPublicKey = "03" || hex(x)*<br><br>13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey))*<br><br>14. Compute *DerivedAddress = Bech32("bc", 0, AddressHash)*<br><br>15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | <br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/

> Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.

Source: https://academy.binance.com/en/glossary/node.

This network seeks a solution to a computational puzzle, verifying the transaction.

14

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
|         |  |

Source: https://foundrydigital.com/wp-content/uploads/Bitcoin-Blockchain-101.pdf

Source:
https://mempool.space/block/00000000000000000001f9ee4f69cbc75ce61db5178175c2ad021fe1df5bad8f

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Within the Bitcoin network, transactions are grouped into sequential blocks, forming an immutable chain – thus the term 'blockchain'. These blocks are validated and appended to the ledger by a distributed network of nodes – computers running the Bitcoin Core software, or other compatible implementations. This software is freely available for download and installation. Consequently, any individual with internet access and a suitable device can run a node, enabling participation in the creation, validation, and propagation of blocks. This open and permissionless design ensures the ledger's decentralisation, transparency, and global accessibility.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | **Transaction selection and validation**<br><br>The process of block assembly in Bitcoin is central to its functionality as a secure, decentralised ledger. As illustrated in Figure 12, this begins with the selection of transactions from a node's memory pool (mempool), where unconfirmed transactions reside. Each transaction entering the mempool undergoes stringent validation against Bitcoin protocol rules, including verification of digital signatures, confirmation of sufficient sender balance, and a check to prevent double-spending. Only validated transactions proceed to the block assembly stage, where they are prioritised based on their associated fee rate (the fee paid relative to the transaction's weight or size). This fee-driven approach to transaction ordering, while not enforced by protocol, is widely adopted and standard in software implementations used to build block templates, as miners have an incentive to maximise their revenue.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 33 |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | **Mining Pools**<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | As another example, when Cipher commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.  *See above*; *see also*, *e.g.*: <br><br> "Bitcoin miners also collect transaction fees for each transaction they confirm. Miners validate unconfirmed transactions by adding the previously unconfirmed transactions to new blocks in the blockchain. Miners are not forced to confirm any specific transaction, but they are economically incentivized to confirm valid transactions as a means of collecting fees." <br><br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 4, 48. <br><br> **Miner fees** <br><br> **Miner fees** are a fee that spenders may include in any Bitcoin on-chain transaction. The fee may be collected by the miner who includes the transaction in a block. <br><br> Source: https://en.bitcoin.it/wiki/Miner_fees <br><br> Bitcoin transaction fees are a crucial component of the Bitcoin network, ensuring transactions are processed efficiently and miners are compensated for their work. When **Satoshi Nakamoto** created the Bitcoin **blockchain**, he implemented transaction fees to prevent spam transactions that could slow down and clog the network. Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable. <br><br> Source: https://river.com/learn/how-bitcoin-fees-work/ |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-------------------------------------|
| | <br><br>**What are Bitcoin fees?**<br><br>The fees paid to miners to get transactions confirmed<br><br><br><br>Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.<br><br>Source:  https://strike.me/en/learn/what-are-bitcoin-fees/<br><br>For example, during signature generation and verification, a cryptographic operation (*e.g.*, associated with `secp256k1_scalar_mul`) is performed, the function `secp256k1_scalar_mul` is invoked by the cryptographic apparatus (*e.g.*, a processor), and a Montgomery-style reduction is performed.  *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>```static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,   secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid) {     ...;      secp256k1_scalar_mul(&u2, &rn, sigs);     ...;      secp256k1_scalar_mul(&u2, &rn, sigs); ...; }```<br>Source:  src/secp256k1/src/modules/recovery/main_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/modules/recovery/main_impl.h)<br><br>```static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx, secp256k1_scalar *sigr,   secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar *message,    const secp256k1_scalar *nonce, int *recid) {     ...;``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | (content below) |

```
    secp256k1_scalar_mul(&n, sigr, seckey);
    ...;
    secp256k1_scalar_mul(sigs, sigs, &n);
    ...;
}
```

Source: src/secp256k1/src/ecdsa_impl.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/ecdsa_impl.h)

```
/** Set a scalar to an unsigned integer. */
static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);
```

Source: src/secp256k1/src/scalar.h (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar.h)

```
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)


SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned
int v) {
    r->d[0] = v;
    r->d[1] = 0;
    r->d[2] = 0;
    r->d[3] = 0;
    ...;
}
static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const
secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
```

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) <br><br> ```SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}``` <br><br> Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1a]**  obtaining an operand for the cryptographic operation; | Cipher induces others, including Foundry, to perform: obtaining an operand for the cryptographic operation.  For example, Cipher induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Cipher's pool participation. <br><br> For example, an operand, *e.g.*, a value (*e.g.*, "l") represented in multiple machine words (e.g., 8 machine words) is obtained.  The operand is for the cryptographic operation (*see* [1pre], *supra*).  *See*, *e.g.*: |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)


/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
```

Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)

For example, the operand is reduced until it fits in p[0..4], which is further reduced into r. *See*, *e.g.*:

```
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {
    ...;
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```<br>...;<br>/* **Reduce** 385 bits into 258. */<br>/* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>...;<br>/* **Reduce** 258 bits into 256. */<br>/* **r[0..3]** = p[0..3] + p[4] * SECP256K1_N_C. */<br>secp256k1_u128_from_u64(&c128, p0);<br>secp256k1_u128_accum_mul(&**c128**, **SECP256K1_N_C_0**, p4);<br>**r->d[0] =** secp256k1_u128_to_u64(&**c128**); ...;<br>r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}<br>```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1b]** computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value | Cipher induces others, including Foundry, to perform: computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus. For example, Cipher induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Cipher's pool participation.<br><br>For example, a modified operand (*e.g.*, a value represented in multiple machine words (e.g., "r")) is computed using a reduction value (*e.g.*, using SECP256K1_N_C_0), instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand (*e.g.*, to perform a replacement of a least significant word (*e.g.*, the value at index "0" of an array of uint64_t) of the operand), rather than perform a cancellation thereof, the reduction value being a function of the modulus (*e.g.*, being a function of a modulus, such as the curve order, *e.g.*, "the secp256k1 order").<br><br>```<br>/* Limbs of the secp256k1 order. */<br>#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)<br>#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)<br>#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| being a function of the modulus; and | ```<br>#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)<br><br>/* Limbs of 2^256 minus the secp256k1 order. */<br>#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)<br>#define SECP256K1_N_C_1 (~SECP256K1_N_1)<br>#define SECP256K1_N_C_2 (1)<br><br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}<br>```<br><br>Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see, e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>```<br>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    ...;<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 bits into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | <br>```<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}<br>```<br><br>Source:  src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |
| **[1c]** outputting the modified operand. | Cipher induces others, including Foundry, to perform: outputting the modified operand.  For example, Cipher induces the performance of this step by bitcoin mining pool operators (*e.g.*, Foundry) to pay out bitcoin in exchange for Cipher's pool participation.<br><br>For example, during signature generation, the modified operand (*e.g.*, the value "r") is output.<br><br>```<br>/* Limbs of the secp256k1 order. */<br>#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)<br>#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)<br>#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)<br>#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)<br><br>/* Limbs of 2^256 minus the secp256k1 order. */<br>#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)<br>#define SECP256K1_N_C_1 (~SECP256K1_N_1)<br>#define SECP256K1_N_C_2 (1)<br><br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}<br>``` |

| Claim 1 | Exemplary Evidence of Infringement |
|---------|-----------------------------------|
| | Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h)<br><br>```c\nSECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {\n    ...;\n    secp256k1_uint128 c128;\n    ...;\n    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];\n    ...;\n    /* Reduce 512 bits into 385. */\n    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */\n    ...;\n    /* Reduce 385 bits into 258. */\n    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */\n    ...;\n    /* Reduce 258 bits into 256. */\n    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */\n    secp256k1_u128_from_u64(&c128, p0);\n    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);\n    r->d[0] = secp256k1_u128_to_u64(&c128); ...;\n    r->d[1] = secp256k1_u128_to_u64(&c128); ...;\n    r->d[2] = secp256k1_u128_to_u64(&c128); ...;\n    r->d[3] = secp256k1_u128_to_u64(&c128); ...;\n}\n```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") (*see*, *e.g.*, https://github.com/bitcoin-core/secp256k1/blob/ad60ef7ea75c69a258a6b47ff3088260c224f9d5/src/scalar_4x64_impl.h) |