# Exhibit 19

## Exhibit 19: U.S. Patent No. 8,712,039[1]

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].**  A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, Foundry performed, induces others, including Riot, Cipher, and Fortitude, to perform, and/or contributes to the performance of others of, a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, e.g., when mining bitcoin.  *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, Foundry operates "The world's #1 Bitcoin mining pool" through Foundry USA.  Foundry USA is a "U.S.-based, institutional-grade Bitcoin mining pool focused on security and reliability. Built by miners, delivering best-in-class services for every step of the miner journey."  According to Foundry, "we take on the risks associated with mining and provide stable payouts to miners through our FPPS payout mode. We also maintain SOC compliance and KYC for our Bitcoin mining pool members."  *See* https://foundrydigital.com/enterprise-software/foundry-usa-pool/<br><br><br><br>Source: https://mempool.space/mining/pool/foundryusa<br><br>Foundry's CEO, Mike Colyer, recently described the Foundry USA Pool as "the biggest pool in the world." https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 21:07-12 ("We never anticipated being the biggest pool in the world, but here we are."). |

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Over the past year, the Foundry USA Pool has been responsible for over 30% of the global Bitcoin hashrate, amounting to over 290 exa-hashes per second (EH/s)—that's 290 quintillion (290,000,000,000,000,000,000) cryptographic calculations per second.  https://hashrateindex.com/hashrate/pools<br><br><br><br>Source: https://hashrateindex.com/hashrate/pools (accessed Nov. 20, 2025)<br><br>The Foundry USA Pool mines over 30% of the blocks on the Bitcoin network. *See, e.g.,* https://mempool.space/graphs/mining/pools; *see also* https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 26:34-38 ("I mine 30% of all the blocks every day." – Mike Colyer).  And Foundry has earned over 322,820 BTC in mining rewards since 2020.  https://mempool.space/mining/pool/foundryusa |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://mempool.space/graphs/mining/pools#1y<br><br>Foundry operated and/or operates specialized mining computers (*e.g.*, miners, mining machines, mining chips, ASICS, etc.) to mine bitcoin. *See*, *e.g.*:<br><br>Source: https://foundrydigital.com/site-operations/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Foundry, which has been operating below the radar since 2019, runs its own mining operations and also provides equipment and financing to crypto startups. |
| | The equipment in question, an example of which can be seen in the image below, consists of large banks of servers stuffed with specialized chips designed specifically to mine various cryptocurrencies. |
| |  An array of crypto-mining servers. PHOTO: COURTESY OF DCG |
| | The specialty chips in question are optimized to perform trial-and-error calculations to solve the random math problems that Bitcoin and many other cryptocurrencies use to allocate rewards to those who maintain their networks. In the case of Bitcoin, its software creates a new math problem every 10 minutes or so, and the current payout for solving one is 6.25 Bitcoin—worth around $70,000 at current prices. |
| | https://fortune.com/2020/08/27/bitcoin-mining-dcg-foundry-north-america-btc/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Digital Currency Group** (DCG) is moving into crypto mining. According to a release, DCG created a subsidiary called "**Foundry**" and 2019 and today the company is outing the mining firm with **Mike Colyer**, a former Core Scientific executive, being Foundry's Chief Executive Officer. Foundry claims to already be one of the largest Bitcoin miners in North America. |

Bitmain says they have been able to ship a significant number of machines into the US due to Foundry's activity.

Source: https://www.crowdfundinsider.com/2020/08/165819-time-to-mine-dcg-reveals-crypto-mining-subsidiary-foundry/

"We were the biggest bitcoin miner in 2021." – Mike Colyer
Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 18:45-48.

"Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024," said Barry Silbert, Founder & CEO, DCG. "With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent."

Source:  https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

ROCHESTER, N.Y., Nov. 22, 2022 /PRNewswire/ -- **Foundry Digital LLC** ("Foundry" or the "Company"), a wholly-owned subsidiary of **Digital Currency Group** ("DCG"), focused on digital asset mining and staking, announced today that it has entered into an asset purchase agreement to acquire two turnkey cryptocurrency mining facilities and other assets, and an option to acquire a third facility that is under development, from large-scale computing infrastructure company **Compute North**.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://www.prnewswire.com/news-releases/foundry-to-acquire-two-turnkey-mining-facilities-from-compute-north-plus-right-to-acquire-third-facility-under-development-301685734.html.<br><br>As part of the deal, Foundry will also have rights to completely build out and operate Compute North's facility in Minden, Neb. The deal will also include rights to a fleet of mining machines owned by the miner, as well as its intellectual property, the statement said.<br><br>Source: https://www.coindesk.com/business/2022/11/22/crypto-mining-and-staking-firm-foundry-buys-some-of-troubled-bitcoin-miner-compute-norths-assets.<br><br>Foundry has also expanded its own operations within Texas, acquiring mining sites from the bankruptcy estate of Compute North, a mining firm that collapsed due to bear market pressure last year.<br><br>Source: https://decrypt.co/198889/texas-top-us-state-for-bitcoin-mining-foundry-cambridge<br><br>"We're best known for our mining pool—Foundry USA Pool. We also do a bit of our own proprietary self mining."<br>Source: https://www.youtube.com/watch?v=Pyyasvlyo4M at 1:01-08.<br><br>"I remember the first block we mined. November 3rd, 2020. I think we were like three days in. At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground."<br>Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19<br><br>"And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | orders … We were placing order for the new M30S and the new S19's … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it. So, we were the biggest bitcoin miner in 2021. … We put it everywhere. I called everyone back up, they had rack space, and we plugged in machines everywhere.". |

Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20.

<div style="border:1px solid black; padding:10px;">

### Firmware List

BTC/BCH/BSV SHA256 ▾        ANTMINER S19 Pro ▾

Firmware

| FileName | FileSize | Description | Publish Date | Action |
|---|---|---|---|---|
| Antminer-S19-Pro-merge-release-20221226124238.bmu | 68.82MB | MD5:91cbf6f4a55698dba075a3a76748a07c S19 Pro merged firmware Updates: 1. Support S19 Pro low power mode. Please make sure the miner type and firmware type are the same before upgrading the miner firmware. | 2022-12-29 | ⬆ Download  ⤴ Share |

</div>

Source: https://service.bitmain.com/support/download

For example, Antminer S19 Pro[2] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules.  As one example, libcrypto.so.1.1 discloses relevant functions related to

---

[2] For purposes of this Complaint, Antminer S19 Pro is representative of other mining equipment models and variations (e.g., Antminer S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, WhatsMiner M2x, M3x, M5x, and M6x series, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | implementation of SHA256.  For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash.  Function SHA256() computes the SHA256 hash of input data d with length n bytes. SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H). SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations.  Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

```
00161f20 08 30 4f e2      adr        r3,FUN_00161f20
LAB_00163920
          vld1.32    {d0,d1,d2,d3},[param_1]
          sub        r3,r3,#0x120
          add        param_3,param_2,param_3, lsl #0
          b          LAB_00163930
                          ...
LAB_00163920
          vld1.32    {d0,d1,d2,d3},[param_1]
          sub        r3,r3,#0x120
          add        param_3,param_2,param_3, lsl #0:
          b          LAB_00163930
                          ...

          vadd.i32   q12,q12,q8
          sha256su... q8,q9
          vmov       q2,q0
          sha256h.... q0,q1,q12
          sha256h2... q1,q2,q12
          sha256su... q8,q10,q11
          vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                          ...
          vadd.i32   q13,q13,q9
          sha256su... q9,q10
          vmov       q2,q0
          sha256h.... q0,q1,q13
          sha256h2... q1,q2,q13
          sha256su... q9,q11,q8
          vld1.32    {d26,d27},[r3]=>DAT_00161e30!
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: libcrypto.so.1.1[3] |

Source: libcrypto.so.1.1[3]

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
76     pauVar10 = param_2 + param_3 * 4;
77     do {
78       auVar38 = *param_2;
                    ...
82       param_2 = param_2 + 4;
87       auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88       auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89       auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90       auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91       auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92       auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93       auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94       auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95       auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96       auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                    ...
157      auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158      auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
161    } while (param_2 != pauVar10);
166    return;
167  }
```

Source: libcrypto.so.1.1

---

[3] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction.

 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

|  | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

# Encoding

SHA256H <Qd>, <Qn>, <Vm>.4S

## Assembler Symbols

| <Qd> | Is the 128-bit name of the SIMD&FP source and destination, encoded in the "Rd" field. |
| <Qn> | Is the 128-bit name of the second SIMD&FP source register, encoded in the "Rn" field. |
| <Vm> | Is the name of the third SIMD&FP source register, encoded in the "Rm" field. |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

# Encoding

SHA256H2 <Qd>, <Qn>, <Vm>.4S

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>Foundry induces others, including Riot, Fortitude, and Cipher, and/or contributes to the performance of this element by others, for example, by providing the Foundry USA Pool[4], encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See, e.g.*:<br><br>**Foundry USA Pool Service Agreement**<br><br>The ownership and operation rights of the services provided by the Foundry USA Pool ("Pool") are owned by Foundry Digital LLC (collectively, "Foundry"). The Foundry Terms of Service specified herein ("Terms"), along with Foundry's Terms and Conditions ("Conditions") and Privacy Policy ("Privacy Policy") are the relevant rights and obligations required to be read and accepted by anyone that shall access and/or use the Pool ("User").<br><br>By accessing and using the Pool, User accepts and agrees to the Terms, Conditions, and Privacy Policy (collectively, the "Service Agreement"). As the operator of the Pool, Foundry shall provide a mining Pool Service (as defined below) to User under the Service Agreement.<br><br>User agrees that Foundry will have the right to modify the Service Agreement at any time. User agrees to be solely responsible for reviewing the Service Agreement and/or any modifications thereto. If User does not agree to the Service Agreement and/or any of its modifications, then User shall cease to use and will not be allowed further access to the Pool and Service.<br><br>Source: sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm |

---

[4] Foundry provides resources that teach and encourage the use of Foundry USA Poo.  *See, e.g.*, https://pool-faq.foundrydigital.com/.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | 3. **Services**<br>   a. Foundry uses its own system, through the Internet and other means to provide User with a digital currency mining Pool and other services/products that may be added based on the Pool site ("Service"). For the avoidance of doubt, the Pool and Service shall not include wallet or custodial services from Foundry to User.<br>   b. User shall be responsible for preparing the necessary equipment and bear the expenses related to using such necessary equipment to participate in the Pool and Service.<br>   c. User hereby authorizes Foundry to be fully responsible for disposal and distribution of the profit from such value-added Service.<br>   d. Foundry reserves the right to modify or interrupt the Service at any time without informing User and without liability to User or any third party not directly related.<br><br>Source: sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm<br><br>6. **Payouts to Users**<br>   a. Notwithstanding anything in the Service Agreement to the contrary, during the Pool's initial implementation phase, which shall continue until May 1st or as solely determined otherwise by Foundry ("Beta Phase"), Foundry shall provide either full payouts or full credits (where applicable) to the User (regardless of whether or not there has been a disruption in Service). After the Beta Phase has concluded, Foundry may, at its sole discretion, offer User payment or credits in the event of a disruption in Service.<br><br>Source: sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm<br><br>**Why Choose Foundry USA Pool™?**<br><br>Foundry USA Pool™ provides a trusted and reliable infrastructure that contributes to the decentralization of Bitcoin's hashrate.<br><br>Setting new standards of professionalism, trust, and transparency in the sector, we take on the risks associated with mining and provide stable payouts to miners through our FPPS payout mode. We also maintain SOC compliance and KYC for our Bitcoin mining pool members.<br><br>Designed with the end-user in mind, our feature-rich application and detailed product roadmap keep us delivering competitive and high-quality features aimed at helping miners succeed.<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Security & Permissions**<br><br>✅ Payouts enabled by a market-leading payment processor, with address whitelisting<br>✅ KYC/AML of Pool Members<br>✅ Tiered account permissions<br>✅ Enhanced account authentication<br><br>**Trust & Transparency**<br><br>✅ Clear & consistent fee structure<br>✅ US-based company with dedicated account managers<br>✅ Fully exportable data<br>✅ SOC 2 Type 1, SOC 2 Type 2, and SOC 1 Type 2 accreditation<br><br>**Reliability & Performance**<br><br>✅ Consistent FPPS Payouts<br>✅ Low rejected and stale share rates with servers and global relays across the world<br>✅ Robust API suite<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/<br><br>**Join the Pool**<br><br>Interested in joining Foundry USA Pool™? Get in touch today.<br><br>Join the Pool<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-usa-pool/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology<br><br>**Luck in Mining**<br><br>Bitcoin mining is probabilistic by nature, and your chance of mining a block depends on your hashrate relative to the global network. A common analogy used to explain the impact of luck in mining is the lottery. You can think of each computation as buying a lottery ticket.<br><br>For example, if your hash power represents 10% of the network, you would purchase 1 out of 10 tickets. Over time, you would be expected to find 1 out of every 10 blocks mined. However, in the short term, you will experience variance — for example, there is a 35% chance you would not mine a single block out of 10. Joining a mining pool may increase these odds.<br><br>Source: https://medium.com/foundry-digital/how-luck-impacts-bitcoin-miner-success-31d7f346ced6 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Mining Pools**<br><br>A mining pool is a group of miners who combine their computing power to solve the mathematical equations required to add new blocks to the blockchain. Using mining pools can significantly increase a miner's chance of successfully mining a block as a group and receiving a reward.<br><br>For example, with a network hashrate of 300 EH/s, a single 100Th S19j Pro has a 0.0048% chance of mining a block in a day. Put another way; it can be expected to mine a block only once every 57 years. By joining a pool, the miner aggregates their hashrate with others to earn rewards more consistently. Using the lottery analogy, you are pooling together with others to purchase more lottery tickets, and the rewards would be shared among everyone. However, although the increased computing power of a mining pool reduces the luck variance, it doesn't eliminate it altogether.<br><br>Source: https://medium.com/foundry-digital/how-luck-impacts-bitcoin-miner-success-31d7f346ced6 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Conclusion**<br><br>In conclusion, luck plays a crucial role in the success of a Bitcoin mining pool. While many factors contribute to a pool's performance, luck is the one element that cannot be controlled or predicted. It's important for miners to understand that luck can swing both ways — and even if a pool has been lucky in the past, it doesn't mean it will continue to be in the future. <u>Miners looking to minimize cash flow volatility should allocate their hashrate to a pool that utilizes FPPS payouts and has a solid financial position able to withstand potential large cash outflows due to luck</u>.<br><br>Source: https://medium.com/foundry-digital/how-luck-impacts-bitcoin-miner-success-31d7f346ced6<br><br>Foundry Site Operations is a fully integrated service with people at the core, handling all the unique challenges at your mining site so you don't have to. We provide trained staff to implement the processes, tools, and technology required to monitor, repair equipment, and oversee your site.<br><br>Source: https://foundrydigital.com/site-operations/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  High Performance in Diverse Climates >97% uptime and hashrate efficiency across Foundry-owned sites throughout North America. Source: https://foundrydigital.com/site-operations/  24/7 Monitoring We have eyes and alerts on your fleet, 24/7 — issuing remote reboots and remedies while in constant communication with on-site techs. Source: https://foundrydigital.com/site-operations/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://foundrydigital.com/site-operations/ <br><br> Source: https://foundrydigital.com/site-operations/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://foundrydigital.com/site-operations/<br><br><br>Source: https://foundrydigital.com/enterprise-software/foundry-optifleet/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Built with Bitcoin Miners' Needs in Mind**<br><br>Designed with valuable insights from bitcoin mining operators and on-site technicians, OptiFleet™ provides a comprehensive suite of features that prioritize site performance, enabling you to effectively scale your bitcoin mining operation.<br><br>Achieve real-time visibility into your mining activities through user-friendly interfaces such as Site Overview, Miner Stats, and Site Map. With automated tools including auto-reboot, curtailment controls, and real-time alerts, you can proactively address operational challenges to help you boost productivity, and ultimately focus on growing your business.<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-optifleet/<br><br>**White Glove Support**<br><br>Our dedicated team provides personalized support to ensure you maximize the benefits of OptiFleet™ crypto mining management software. Whether you're new to mining or a seasoned professional, we help streamline your crypto mining operations platform to drive efficiency and profitability.<br><br>Source: https://foundrydigital.com/enterprise-software/foundry-optifleet/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Despite the fierce competition for efficiency, mining has fostered a sense of cooperation that's rare in traditional industries. *"In our case, everybody wins,"* Foundry noted. *"Number goes up, everybody wins."*<br><br>Source: https://bitcoinnews.com/interviews/foundry-empowering-institutional-miners/<br><br>Foundry Digital LLC has launched a marketplace to match interested buyers and sellers of bitcoin mining machines, the company said in a statement sent to *Bitcoin Magazine*.<br><br>FoundryX seeks to cut down waiting times and bureaucracy for U.S.-based buyers looking to acquire new rigs, ensuring timely delivery of mining rigs compared to the lengthy process necessary to import them from Asia. Foundry's secondary market attempts to match the right buyers and sellers at competitive prices.<br><br>"Global semiconductor chips shortage and supply chain issues have made it difficult for North American mining businesses to procure machines from Asia on time," per the statement. "There has also been a sudden influx of new resellers that require significant wire deposits to reserve machines, which has made the process even more challenging."<br><br>Foundry said it works with major manufacturers and a network of resellers to acquire machines in big lots, later making it available for resale in its marketplace.<br><br>"With the industry's leading clients and partners, from machine manufacturers to mining companies, we have the market knowledge and data to match the right buyers and sellers, at the right price," Jeff Burkey, VP of business development at Foundry, said in a statement.<br><br>FoundryX leverages Foundry's network of more than 200 buyers and sellers of bitcoin mining equipment to reduce the time to buy and receive a bitcoin miner in the U.S.<br><br>Source: https://bitcoinmagazine.com/business/foundry-launches-marketplace-of-bitcoin-miners/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Foundry, which also operates a mining pool and runs machines of its own, says it has facilitated over $125 million in equipment sales in 2021, and that it has secured over 40,000 machines for delivery through 2022. In the early days of Bitcoin, people would mine it using home laptops or even cell phones. By 2015, however, Bitcoin's growing popularity required would-be miners to obtain additional computing power in the form of specialized machines built with custom chips. Today, those machines typically cost thousands or tens of thousands of dollars and are produced by two China-based manufacturers, Bitmain and MicroBT. According to Foundry CEO Mike Colyer, China's crackdown on crypto has targeted domestic activities but not the manufacture of machines for expert. <br><br> Source: https://decrypt.co/87751/foundry-bitcoin-mining <br><br> FoundryX will sell both new and second-hand bitcoin mining machines, said Burkey. The platform will cater to mid-and-large-sized miners, not small at-home miners. The minimum order size for mining machines is 50 units, according to the FoundryX website. <br><br> Foundry said it currently has over 40,000 units of the latest bitcoin mining machines from Bitmain and MicroBT available for delivery through next year. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://www.theblock.co/post/126773/dcg-foundry-foundryx-marketplace-bitcoin-mining-machines <br><br> ROCHESTER, NY, Dec. 8, 2021 /PRNewswire/ -- Foundry Digital LLC ("Foundry") today announced the launch of FoundryX, a marketplace that matches buyers and sellers of bitcoin mining machines. Buyers and sellers will have access to Foundry's robust business intelligence on inventory, pricing, and demand. Foundry has built relationships with 200+ buyers and sellers, including public mining companies, family offices, and energy companies. Working with the major manufacturers and a network of resellers, Foundry has secured over 40,000 of the latest generation machines from both MicroBT and Bitmain, for immediate delivery through 2022. <br><br> Source: https://www.prnewswire.com/news-releases/foundry-launches-foundryx-a-marketplace-to-match-buyers-and-sellers-of-bitcoin-mining-machines-completing-over-125m-in-sales-in-2021-301440131.html?utm_medium=email&_hsmi=2&_hsenc=p2ANqtz-_B4NThzRCvsWK_f8Mu9TtSghsbzcZsdTpdvC4766gadjopKxELpdlzUcMAgmsKxQiGCKu6PueZqRjQhKOIF5CbxUI2x7fK8MZd7-4WEIT3umftpoM&utm_content=2&utm_source=hs_email <br><br> The company has secured over 40,000 of the latest-generation mining machines from MicroBT and Bitmain for immediate delivery through 2022 for the new marketplace. For now, the company will be providing new machines only that it has sourced from manufacturers, Foundry's own inventory, its network of resellers and its existing clients, according to a statement emailed to CoinDesk. <br><br> Source: https://www.coindesk.com/business/2021/12/08/foundry-digital-launches-resale-marketplace-for-bitcoin-mining-machines. <br><br> Core Scientific will continue to use this financing to expand its mining fleet in its locations throughout North America. The financing being provided to Core Scientific helped play an important role in Core Scientific's substantial 17,000-unit order the company placed with Bitmain earlier this year, which at the time of purchase, was the largest order Bitmain had sent to the U.S. As only a finite number of mining machines are available, and many are located in places such as China or Southeast Asia, Core Scientific's ability to expand its fleet means more mining machines, and therefore more hashpower, will shift to being hosted in North America. <br><br> Source: https://www.prnewswire.com/news-releases/core-scientific-partners-with-foundry-in-financing-deal-up-to-23-million-301189563.html |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Additionally, Foundry acts as an agent for Bitmain and MicroBT in the United States and sells their miners to pool participants in the US.<br><br>Model<br>☐ NEW* Bitmain S21 Pro - 234Th<br>☐ NEW* Bitmain S21 - 200 Th<br>☐ NEW* Bitmain S21 Lower Hash Model - 175Th<br>☐ NEW* Bitmain S19k Pro - 115/130 Th<br>☐ NEW* MicroBT Whatsminer M50<br>☐ NEW* MicroBT Whatsminer M50S<br>☐ NEW* MicroBT M60S - 156/172 Th<br>☐ NEW/USED* Bitmain XP - 141 Th<br>☐ USED* MicroBT M30S - 90Th<br>☐ USED* MicroBT M30S+ - 100Th<br>☐ USED* Bitmain S19J Pro - 96/100/104 Th<br>☐ USED* Bitmain S19 - 95 Th<br>☐ NEW* Zcash Miner: Z15 Pro<br>☐ NEW* Bitmain T21- 190 Th<br><br>Source: https://services.foundrydigital.com/foundryx-machine-inventory-1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ## Foundry And MicroBT<br><br>In September 2020, Foundry negotiated a partnership with equipment manufacturer MicroBT in order to gain priority access for North American institutional buyers to new M30Ss as they came off the production line. (MicroBT is gaining ground as a leading ASIC manufacturer, although Beijing-based Bitmain is still the number-one manufacturer of mining equipment. According to *CoinDesk*, MicroBT sold 600,000 Whatsminer units, worth more than $500 million in 2019.)<br><br>As part of its partnership with Foundry, MicroBT set up shop in a country in Southeast Asia to act as a supplier and avoid the U.S. tariff of 25 percent on equipment imported from China. Bitmain also avoids U.S. tariffs by using a production facility in Malaysia.<br><br>Source: https://bitcoinmagazine.com/business/compute-north-foundry-digital-partner-to-bring-more-bitcoin-mining-to-north-america<br><br>*See also* https://www.accessnewswire.com/newsroom/en/computers-technology-and-internet/hive-buys-3-019-high-performance-bitcoin-miners-increasing-product-655064; https://www.einpresswire.com/article/539216284/bitfarms-partners-with-foundry-to-expand-bitcoin-mining-fleet-and-join-foundry-usa-pool-instantly-boost-hashrate-by-15; https://www.einpresswire.com/article/537329436/hut-8-to-join-foundry-usa-pool-adds-14-400-machines-with-5-000-more-to-follow; https://www.coindesk.com/markets/2021/01/22/hut-8-completes-118m-financing-for-new-bitcoin-mining-machines; https://www.coindesk.com/markets/2021/01/13/compute-north-foundry-team-up-to-target-north-american-bitcoin-miners. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Within the Bitcoin network, transactions are grouped into sequential blocks, forming an immutable chain – thus the term 'blockchain'. These blocks are validated and appended to the ledger by a distributed network of nodes – computers running the Bitcoin Core software, or other compatible implementations. This software is freely available for download and installation. Consequently, any individual with internet access and a suitable device can run a node, enabling participation in the creation, validation, and propagation of blocks. This open and permissionless design ensures the ledger's decentralisation, transparency, and global accessibility.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Transaction selection and validation**<br><br>The process of block assembly in Bitcoin is central to its functionality as a secure, decentralised ledger. As illustrated in Figure 12, this begins with the selection of transactions from a node's memory pool (mempool), where unconfirmed transactions reside. Each transaction entering the mempool undergoes stringent validation against Bitcoin protocol rules, including verification of digital signatures, confirmation of sufficient sender balance, and a check to prevent double-spending. Only validated transactions proceed to the block assembly stage, where they are prioritised based on their associated fee rate (the fee paid relative to the transaction's weight or size). This fee-driven approach to transaction ordering, while not enforced by protocol, is widely adopted and standard in software implementations used to build block templates, as miners have an incentive to maximise their revenue.<br><br>Source:        https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 33 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Mining Pools**<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the |
| | Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[a].** categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations; | Foundry performed, induces others, including Riot, Cipher, and Fortitude, to perform, and/or contributes to the performance of others of, categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations.<br><br>For example, Foundry executed (and induces and contributes to the execution of) ARM instructions included in corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below.  *See, e.g.*:<br><br><br>Source: https://service.bitmain.com/support/download<br><br>For example, Antminer S19 Pro firmware code includes a function **FUN_00161f20( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**). |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
| | ```
00161f20  08 30 4f e2    adr        r3, FUN_00161f20
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930

                ...

    vadd.i32   q12,q12,q8
    sha256su...  q8,q9
    vmov       q2,q0
    sha256h....  q0,q1,q12
    sha256h2...  q1,q2,q12
    sha256su...  q8,q10,q11
    vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
    vadd.i32   q13,q13,q9
    sha256su...  q9,q10
    vmov       q2,q0
    sha256h....  q0,q1,q13
    sha256h2...  q1,q2,q13
    sha256su...  q9,q11,q8
    vld1.32    {d26,d27},[r3]=>DAT_00161e30!
``` <br><br> Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6                                    ...
7  {
76     auVar10 = param_2 + param_3 * 4;
77     do {
78         auVar38 = *param_2;
                            ...
   Input Objects:
     q1, q12, q2, const:0x0, const:0xb7
   Result Objects:
     q1
87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94         auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96         auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                            ...
157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
   Instruction Summary
   Mnemonic | Number of Operands: shassnnn.32
   Number of Operands: 3
166        return;
167  }
```

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
| | instruction(**ARMinstructions.** <br><br><br>Input Objects: <br>  q0, q1, q12, const:0x1, const:0xb7 <br>Result Objects: <br>  q0 <br>instruction(ARMinstructions.sinc:1534) <br><br>Instruction Summary <br>------------------ <br>Mnemonic     : sha256h2.32 <br>Number of Operands: 3 <br><br>Instruction Summary <br>------------------ <br>Mnemonic     : sha256h2.32 <br>Number of Operands: 3 <br>instruction(ARMinstructions. <br><br>`00161f20 08 30 4f e2   adr     r3,FUN_00161f20` <br>`...` <br>`vadd.i32   q12,q12,q8` <br>`sha256su... q8,q9` <br>`vmov       q2,q0` <br>`sha256h.... q0,q1,q12` <br>`sha256h2... q1,q2,q12` <br>`sha256su... q8,q10,q11` <br>`vld1.32    {d24,d25},[r3]=>DAT_00161e20!` <br><br>**Source: libcrypto.so.1.1** |

Operand table (first):

| | Operand-0 | Operand-1 | Operand-2 |
|---|-----------|-----------|-----------|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |

Operand table (second):

| | Operand-0 | Operand-1 | Operand-2 |
|---|-----------|-----------|-----------|
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
| |  Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>For example, the function FUN_00161f20( ) in Antminer S19 Pro firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions.** SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd")**, as illustrated below. |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)  ...
6
7  {

76      pauVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                                  ...
87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                  ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

                                  ...
166     return;
167 }
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | File Name      File Size    Instruction      Update time<br><br>WhatsMiner-SDCard-Image-   79MB    1. **After that you must**    2025.11.26<br>h616-20251120.20.REL2.zip          **upgrade the latest firmware, if**<br>                        **the miner is not upgraded,**<br>                        **there would be error code**;<br>                        2. Applicable to regular miner<br>                        with M6X, M5x and M3x series<br><br>Source: https://www.whatsminer.com/src/views/firmware-download.html<br><br>Quad-core ARM CortexTM-a53 processor<br><br>Efficient 64-bit and 32-bit execution state of ARM V8 architecture<br><br>In order to achieve scalable and high-performance Trustzone technology supports 3 to 10 times the software encryption performance<br><br>Support NEON advanced SIMD (single instruction multiple data) instructions to accelerate media and signal processing functions<br><br>Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=404<br><br>The H616 chip is an integrated 4-core, 64-bit, high-performance CortexTM-A53 processor with a built-in NEON acceleration engine and powerful CPU processing capabilities to meet various differentiated business needs. It supports video decoders in multiple formats such as H.265, H.264, VP9, AVS2, AVS/AVS+, MPEG-1, MPEG-2, MPEG-4, VC1, VP8, and high-performance H.264 video encoders to meet the growing needs of multimedia playback and video communication. H616 also provides a wealth of peripheral interfaces, such as USB2.0, SDIO3.0, 1000Mbps EMAC, TSC, SPI, UART, CIR, etc.<br><br>Applicable to Whatsminer M6X, M5X, and M3X series miner.<br><br>Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=1678 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Foundry induces and/or contributes to the performance of this element by others, including Riot, Fortitude, and Cipher, for example, by providing the Foundry USA Pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See* claim 1[pre], *supra*. |
| **1[b].** reversing a sequence of computations in the even iterations to those in the odd iterations, | Foundry performed, induces others, including Riot, Cipher, and Fortitude, to perform, and/or contributes to the performance of others of, reversing a sequence of computations in the even iterations to those in the odd iterations.<br><br>For example, within each pair of SHA256hash calls in Antminer S19 Pro firmware code, the order of the input arguments is reversed.  In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See, e.g.*:<br><br> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                        ...
87      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96      auVar42 = SHA256ScheduleUpdate1(auVar44,auVar45,auVar41);

                        ...
166         return;
167     }
```

Source: libcrypto.so.1.1

```
Operation

AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |
| | Foundry induces and/or contributes to the performance of this element by others, including Riot, Fortitude, and Cipher, for example, by providing the Foundry USA Pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |
| **1[c]**. said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm; and | Foundry performed, induces others, including Riot, Cipher, and Fortitude, to perform, and/or contributes to the performance of others of, performing a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm.

For example, the original SHA-256 (SHA-2) algorithm, published by NIST (*see, e.g.,* https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average numbers of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S19 Pro firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | In one example, Antminer S19 Pro's firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2. <br><br> ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Core Scientific's Antminer S19 Pro's firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers. <br><br>  <br><br> Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Loading data into registers**<br><br>All data must be in a register before it an Arm assembly instruction can operate on it.<br><br>We can also move data around from one register to another to perform different operations. The `mov` instruction copies data from one register to another, as follows:<br><br>`mov   x3, x0`<br><br>Finally, we can also load registers with literal values. The following instruction loads register x2 with the integer value 7:<br><br>`mov   x2, #7`<br><br>https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers<br><br>Foundry induces and/or contributes to the performance of this element by others, including Riot, Fortitude, and Cipher, for example, by providing the Foundry USA Pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.  *See* claim 1[pre], *supra*. |
| **1[d].** combining an even iteration and an odd iteration to provide a new iteration of a loop. | Foundry performed, induces others, including Riot, Cipher, and Fortitude, to perform, and/or contributes to the performance of others of, combining an even iteration and an odd iteration to provide a new iteration of a loop.<br><br>For example, in the Accused Instrumentalities, Antminer S19 pro firmware combines an even iteration and an odd iteration to provide a new iteration of a loop.  *See*, *e.g.*:<br><br>Function **FUN_00161f20( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., "a new iteration of a loop"). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>Foundry induces and/or contributes to the performance of this element by others, including Riot, Fortitude, and Cipher, for example, by providing the Foundry USA Pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |