# Exhibit 20

Exhibit 20: U.S. Patent No. 8,712,039[1]

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].** A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, Riot performs a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, e.g., when mining bitcoin. *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, Riot Platforms, Inc. ("Riot") uses Bitcoin miners to mine bitcoin. *See*, *e.g.*:<br><br>**"Note 1. Organization and Description of Business**<br><br>Riot Platforms is a vertically integrated bitcoin mining company principally engaged in enhancing its power infrastructure to support efficient and large-scale Bitcoin mining operations in support of the Bitcoin blockchain. The Company is also in the process of developing a scalable data center platform intended to allocate its power capacity to support non-mining data center operations, including potential applications in AI and HPC, with the objective of maximizing the value of the Company's energy portfolio.<br><br>The Company provides comprehensive and critical infrastructure for bitcoin mining at its large-scale Bitcoin Mining facilities located in Rockdale, Texas (the "Rockdale Facility"), Navarro County, Texas (the "Corsicana Facility"), and two Bitcoin Mining sites in Kentucky (the "Kentucky Facility" and, together with the Rockdale Facility and the Corsicana Facility, the "Facilities"). The Rockdale Facility currently provides 700 megawatts ("MW") of total developed capacity. The Corsicana Facility is currently equipped to provide up to 400 MW of capacity for Bitcoin Mining. Upon completion of the Corsicana Facility, the Company expects to have approximately one gigawatt ("GW") of developed capacity available for Bitcoin Mining and other data center workloads."<br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 8 |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated. All citations and evidence herein are exemplary and non-limiting.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "We own and operate multiple data center facilities in Texas and Kentucky that currently provide comprehensive and critical infrastructure for our own Bitcoin Mining operations. The Rockdale Facility in Texas, with 700 MW of developed capacity, is believed to be one of the largest Bitcoin Mining facilities in North America, as measured by developed capacity. In 2024, we completed construction of 400 MW of developed capacity at our second large-scale data center in Texas, the Corsicana Facility. Upon completion, we expect the Corsicana Facility to have approximately one GW of developed capacity available for data center workloads."<br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001104659-25-104466.htm (Riot Platforms Inc., Q3 10-Q filed on October 30, 2025) at 39<br><br>"***Revenue recognition***<br><br>*Bitcoin Mining*<br><br>The Company participates in digital asset mining pools by executing agreements with mining pool operators for the provision of hash calculation services to the mining pool. Currently, the Company only participates in a Full-Pay-Per-Share ("FPPS") mining pool. The Company decides when to provide hash calculation services under the agreements and the Company's enforceable right to compensation begins only when, and lasts as long as, the Company provides hash calculation services to the mining pool operator and is created as power is provided over time."<br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at F-11 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

### Bitcoin Mining Driving Strong Cashflows Supporting the Data Center Platform
*Improvements in operational uptime and economies of scale continue to be realized*

| Period | | Q4 2024 | Q1 2025 | Q2 2025 | Q3 2025 | LTM |
|---|---|---|---|---|---|---|
| Global Network Hash Rate | (Avg.) | 728 EH/s | 801 EH/s | 876 EH/s | 948 EH/s | 838 EH/s |
| Riot Operating Hash Rate | (Avg.) | 26.1 EH/s | 29.7 EH/s | 30.2 EH/s | 31.3 EH/s | 29.3 EH/s |
| *Uptime / Utilization Rate* | (%) | 83% | 88% | 87% | 86% | 86% |
| Avg. BTC Price | ($/BTC) | $ 83,311 | $ 93,385 | $ 98,800 | $ 114,361 | $ 97,464 |
| **Avg. BTC Network Hash Price** | ($/PH/s/Day) | $ 54 | $ 54 | $ 51 | $ 56 | $ 54 |
| | | | | | | |
| BTC Production | (# BTC) | 1,516 BTC | 1,530 BTC | 1,426 BTC | 1,406 BTC | 5,878 BTC |
| **BTC Mining Revenue** | ($m) | $ 126.3 | $ 142.9 | $ 140.9 | $ 160.8 | $ 570.9 |
| | | | | | | |
| Total Direct Costs per BTC | ($) | $ 42,011 | $ 43,808 | $ 48,992 | $ 46,324 | $ 45,204 |
| **Gross Profit - Bitcoin Mining** [2] | ($m) | $ 62.6 | $ 75.9 | $ 71.0 | $ 95.7 | $ 305.2 |
| ***Gross Margin - Bitcoin Mining*** [2] | (%) | 50% | 53% | 50% | 59% | 53% |

Source: https://d2ghdaxqb194v2.cloudfront.net/2865/198620.pdf (Riot Q3 2025 Update)

**ARKHAM**    Intel    Exchange    Markets ⌄    Custom ⌄    Tools ⌄    Search for tokens

**Riot Platforms** ✓   (126 Addresses)

**$735,307,803.04** +1.17%   🌐 🐦   ⬈ Share

● BTC Treasury Company   NYDIG Custody

PORTFOLIO    HOLDINGS BY CHAIN    PORTFOLIO ARCHIVE

| ≂ ASSET | PRICE | HOLDINGS | VALUE |
|---|---|---|---|
| ● BTC 〰 | $91,304 +1.19% | 8.053K BTC | $735.31M +1.19% |

Source: https://intel.arkm.com/explorer/entity/riot-platforms

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://intel.arkm.com/explorer/entity/riot-platforms |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **What is Foundry USA Pool's Payout Methodology?**<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme.<br><br>Foundry USA Pool pays out to all pool members according to the Full-Pay-Per-Share (FPPS) payout scheme. Daily Earnings for the previous UTC day (00:00:00 UTC to 23:59:59 UTC) are calculated and credited daily to the subaccount at 01:00:00 UTC. If Auto-Withdrawal is on, earnings accrued in the Balance would be withdrawn to the selected whitelisted wallet addresses, once a day, during 9 AM to 5 PM UTC time<br><br>Source: https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://d2ghdaxqb194v2.cloudfront.net/2865/198620.pdf

Source: https://d2ghdaxqb194v2.cloudfront.net/2865/198620.pdf

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "The performance and reliability of our miners and technology is critical to both our reputation and operations. **We currently use Bitmain Technologies Limited ("Bitmain") <u>Antminer</u>, and <u>MicroBT WhatsMiner</u> type miners**, and if there are issues with those machines, such as design flaws in the ASIC chips they employ, our system could be substantially impacted."<br><br>Source: https://s3.amazonaws.com/sec.irpass.cc/2865/0001558370-25-001888.htm (Riot Platforms Inc., 10-K filed 2/28/2025) at 22 (emphasis added).<br><br><br>"Riot Blockchain, Inc. (NASDAQ: RIOT) ("Riot" or the "Company"), one of the few Nasdaq listed public cryptocurrency mining companies in the United States, announces the purchase of 1,000 next generation Bitmain S19 (110 TH) Pro Antminers for USD \$2.4 million from BitmainTech PTE. LTD. ("Bitmain")."<br>Source: https://www.riotplatforms.com/riot-blockchain-announces-purchase-of-1000-next-generation-bitmain-s19-pro-antminers/<br><br>"Riot Blockchain, Inc. (NASDAQ: RIOT) ("Riot", "Riot Blockchain" or the "Company"), announces the execution of a purchase agreement for 8,000 next generation Bitmain S19 Pro Antminers (110 TH) for USD \$17.7 million from BitmainTech PTE. LTD. ("Bitmain") for receipt and deployment starting in January 2021."<br>Source: https://www.riotplatforms.com/riot-blockchain-announces-milestone-purchase-of-8000-s19-pro-antminers-from-bitmain-with-delivery-starting-january-2021-resulting-in-1-45-eh-s-in-total-hash-rate/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

**Feb 27, 2024**

## Riot Purchases 31,500 Miners From MicroBT to Enhance and Expand Self-Mining Operations at Its Rockdale Facility

*Riot strengthens its self-mining operations by purchasing 31,500 WhatsMiner M60S miners from MicroBT. This strategic investment replaces underperforming machines, boosts mining efficiency, and adds additional hash rate capacity at the Rockdale Facility*

- Order is for 31,500 MicroBT miners with a combined total of 5.9 EH/s purchased for $97.4 million, equating to approximately $16.50/TH
- Approximately 14,500 miners in this order will add to self-mining capacity, the remaining 17,000 will replace currently under-performing miners at Riot's Rockdale Facility
- All miners will be deployed at the Rockdale Facility, increasing the Company's hash rate capacity at this facility to 15.1 EH/s by the end of July 2024
- In combination with hash rate growth at the new Corsicana Facility, Riot's new 2024 year-end hash rate target is 31 EH/s

Source: https://www.riotplatforms.com/riot-purchases-31500-miners-from-microbt-to-enhance-and-expand-self-mining-operations-at-its-rockdale-facility/

### Firmware List

| | BTC/BCH/BSV SHA256 | ANTMINER S19 Pro |

Firmware

| FileName | FileSize | Description | Publish Date | Action |
|---|---|---|---|---|
| Antminer-S19-Pro-merge-release-20221226124238.bmu | 68.82MB | MD5:91cbf6f4a55698dba075a3a76748a07c S19 Pro merged firmware Updates: 1. Support S19 Pro low power mode. Please make sure the miner type and firmware type are the same before upgrading the miner firmware. | 2022-12-29 | ⬆ Download<br>⤳ Share |

Source: https://service.bitmain.com/support/download

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | For example, Antminer S19 Pro[2] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules.  As one example, libcrypto.so.1.1 discloses relevant functions related to implementation of SHA256.  For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash.  Function SHA256() computes the SHA256 hash of input data d with length n bytes. SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H). SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations.  Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

[2] For purposes of this Complaint, Antminer S19 Pro is representative of other mining equipment models and variations (*e.g.*, Antminer S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, WhatsMiner M2x, M3x, M5x, and M6x series, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | ```
00161f20 08 30 4f e2      adr         r3,FUN_00161f20
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930

                    ...

    vadd.i32   q12,q12,q8
    sha256su...  q8,q9
    vmov       q2,q0
    sha256h....  q0,q1,q12
    sha256h2...  q1,q2,q12
    sha256su...  q8,q10,q11
    vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
    vadd.i32   q13,q13,q9
    sha256su...  q9,q10
    vmov       q2,q0
    sha256h....  q0,q1,q13
    sha256h2...  q1,q2,q13
    sha256su...  q9,q11,q8
    vld1.32    {d26,d27},[r3]=>DAT_00161e30!
```<br><br>Source: libcrypto.so.1.1[3] |

---

[3] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                            ...
76     pauVar10 = param_2 + param_3 * 4;
77     do {
78       auVar38 = *param_2;
                            ...
82       param_2 = param_2 + 4;

87       auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88       auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89       auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90       auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91       auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92       auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93       auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94       auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95       auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96       auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                            ...
157      auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158      auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

161    } while (param_2 != pauVar10);
166    return;
167  }
```

Source: libcrypto.so.1.1

Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

```
Instruction Summary
-------------------
Mnemonic         : sha256h2.32
Number of Operands: 3

Input Objects:
  q1, q12, q2, const:0x0, const:0xb7
Result Objects:
  q1
```

```
Instruction Summary
-------------------
Mnemonic         : sha256h.32
Number of Operands: 3

Input Objects:
  q0, q1, q12, const:0x1, const:0xb7
Result Objects:
  q0
```

instruction(ARMinstructions.instruction(ARMinstructions.sinc:1534)

```
00161f20 08 30 4f e2    adr        r3,FUN_00161f20
                        ...

vadd.i32   q12,q12,q8
sha256su... q8,q9
vmov       q2,q0
sha256h.... q0,q1,q12
sha256h2... q1,q2,q12
sha256su... q8,q10,q11
vld1.32    {d24,d25},[r3]=>DAT_00161e20!
```

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |
| | Operand-0 | Operand-1 | Operand-2 |
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

12

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  |  |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |

| File Name | File Size | Instruction | Update time |
|---|---|---|---|
| WhatsMiner-SDCard-Image-h616-20251120.20.REL2.zip | 79MB | 1. **After that you must upgrade the latest firmware, if the miner is not upgraded, there would be error code**;<br>2. Applicable to regular miner with M6X, M5x and M3x series | 2025.11.26 |

Source: https://www.whatsminer.com/src/views/firmware-download.html

Quad-core ARM CortexTM-a53 processor

Efficient 64-bit and 32-bit execution state of ARM V8 architecture

In order to achieve scalable and high-performance Trustzone technology supports 3 to 10 times the software encryption performance

Support NEON advanced SIMD (single instruction multiple data) instructions to accelerate media and signal processing functions

Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=404

The H616 chip is an integrated 4-core, 64-bit, high-performance CortexTM-A53 processor with a built-in NEON acceleration engine and powerful CPU processing capabilities to meet various differentiated business needs. It supports video decoders in multiple formats such as H.265, H.264, VP9, AVS2, AVS/AVS+, MPEG-1, MPEG-2, MPEG-4, VC1, VP8, and high-performance H.264 video encoders to meet the growing needs of multimedia playback and video communication. H616 also provides a wealth of peripheral interfaces, such as USB2.0, SDIO3.0, 1000Mbps EMAC, TSC, SPI, UART, CIR, etc.

Applicable to Whatsminer M6X, M5X, and M3X series miner.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=1678 |
| **1[a].** categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations; | Riot categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations.<br><br>For example, Riot executes ARM instructions included in corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below. *See*, *e.g.*: |

<table>
<tr><td>File Name</td><td>File Size</td><td>Instruction</td><td>Update time</td></tr>
<tr><td>WhatsMiner-SDCard-Image-h616-20251120.20.REL2.zip</td><td>79MB</td><td>1. <b><u>After that you must upgrade the latest firmware, if the miner is not upgraded, there would be error code</u></b>;<br>2. Applicable to regular miner with M6X, M5x and M3x series</td><td>2025.11.26</td></tr>
</table>

Source: https://www.whatsminer.com/src/views/firmware-download.html

Quad-core ARM CortexTM-a53 processor

Efficient 64-bit and 32-bit execution state of ARM V8 architecture

In order to achieve scalable and high-performance Trustzone technology supports 3 to 10 times the software encryption performance

Support NEON advanced SIMD (single instruction multiple data) instructions to accelerate media and signal processing functions

Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=404

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

The H616 chip is an integrated 4-core, 64-bit, high-performance CortexTM-A53 processor with a built-in NEON acceleration engine and powerful CPU processing capabilities to meet various differentiated business needs. It supports video decoders in multiple formats such as H.265, H.264, VP9, AVS2, AVS/AVS+, MPEG-1, MPEG-2, MPEG-4, VC1, VP8, and high-performance H.264 video encoders to meet the growing needs of multimedia playback and video communication. H616 also provides a wealth of peripheral interfaces, such as USB2.0, SDIO3.0, 1000Mbps EMAC, TSC, SPI, UART, CIR, etc.

Applicable to Whatsminer M6X, M5X, and M3X series miner.

Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=1678

**Firmware List**

BTC/BCH/BSV SHA256          ANTMINER S19 Pro

Firmware

| FileName | FileSize | Description | Publish Date | Action |
|---|---|---|---|---|
| Antminer-S19-Pro-merge-release-20221226124238.bmu | 68.82MB | MD5:91cbf6f4a55698dba075a3a76748a07c S19 Pro merged firmware Updates: 1. Support S19 Pro low power mode. Please make sure the miner type and firmware type are the same before upgrading the miner firmware. | 2022-12-29 | ⬇ Download ⟨ Share |

Source: https://service.bitmain.com/support/download

For example, Antminer S19 Pro firmware code includes a function **FUN_00161f20( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**).

16

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | ```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                          ...
76      auVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                          ...
Input Objects:
  q1, q12, q2, const:0x0, const:0xb7
Result Objects:
  q1

87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                          ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
Instruction Summary
mnemonic: phaddsw.ss
Number of Operands: 3

166     return;
167  }
```

Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | instruction(ARMinstructions.<br><br><br>Input Objects:<br>    q0, q1, q12, const:0x1, const:0xb7<br>Result Objects:<br>    q0<br>instruction(ARMinstructions.sinc:1534)<br><br>Instruction Summary                 00161f20 08 30 4f e2    adr      r3,FUN_00161f20<br>-------------------                              ...<br>Mnemonic        : sha256h2.32       vadd.i32   q12,q12,q8<br>Number of Operands: 3               sha256su... q8,q9<br><br>Instruction Summary                 vmov       q2,q0<br>-------------------                  sha256h.... q0,q1,q12<br>Mnemonic        : sha256h2.32       sha256h2... q1,q2,q12<br>Number of Operands: 3               sha256su... q8,q10,q11<br>instruction(ARMinstructions.        vld1.32    {d24,d25},[r3]=>DAT_00161e20! <br><br><table><tr><td></td><td>Operand-0</td><td>Operand-1</td><td>Operand-2</td></tr><tr><td>Operand</td><td>q0</td><td>q1</td><td>q12</td></tr><tr><td>Labeled</td><td>q0</td><td>q1</td><td>q12</td></tr><tr><td>Type</td><td>REG</td><td>REG</td><td>REG</td></tr><tr><td></td><td>Operand-0</td><td>Operand-1</td><td>Operand-2</td></tr><tr><td>Operand</td><td>q1</td><td>q2</td><td>q12</td></tr><tr><td>Labeled</td><td>q1</td><td>q2</td><td>q12</td></tr><tr><td>Type</td><td>REG</td><td>REG</td><td>REG</td></tr></table><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>For example, the function FUN_00161f20( ) in Antminer S19 Pro firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions.** SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd"),** as illustrated below.<br><br><br><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
Instruction Summary
-------------------
Mnemonic         : sha256h2.32
Number of Operands: 3
``` <br><br> Source: https://www.whatsminer.com/src/views/firmware-download.html <br><br> Quad-core ARM CortexTM-a53 processor <br><br> Efficient 64-bit and 32-bit execution state of ARM V8 architecture <br><br> In order to achieve scalable and high-performance Trustzone technology supports 3 to 10 times the software encryption performance <br><br> Support NEON advanced SIMD (single instruction multiple data) instructions to accelerate media and signal processing functions <br><br> Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=404 <br><br> The H616 chip is an integrated 4-core, 64-bit, high-performance CortexTM-A53 processor with a built-in NEON acceleration engine and powerful CPU processing capabilities to meet various differentiated business needs. It supports video decoders in multiple formats such as H.265, H.264, VP9, AVS2, AVS/AVS+, MPEG-1, MPEG-2, MPEG-4, VC1, VP8, and high-performance H.264 video encoders to meet the growing needs of multimedia playback and video communication. H616 also provides a wealth of peripheral interfaces, such as USB2.0, SDIO3.0, 1000Mbps EMAC, TSC, SPI, UART, CIR, etc. <br><br> Applicable to Whatsminer M6X, M5X, and M3X series miner. <br><br> Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=1678 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[b].** reversing a sequence of computations in the even iterations to those in the odd iterations, | Riot reverses a sequence of computations in the even iterations to those in the odd iterations.<br><br>For example, within each pair of SHA256hash calls in Antminer S19 Pro firmware code, the order of the input arguments is reversed.  In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See, e.g.*: |

```
00161f20 08 30 4f e2      adr        r3,FUN_00161f20

                          ...

        vadd.i32    q12,q12,q8
        sha256su...  q8,q9
        vmov        q2,q0
        sha256h....  q0,q1,q12
        sha256h2...  q1,q2,q12
        sha256su...  q8,q10,q11
        vld1.32     {d24,d25},[r3]=>DAT_00161e20!
                          ...
        vadd.i32    q13,q13,q9
        sha256su...  q9,q10
        vmov        q2,q0
        sha256h....  q0,q1,q13
        sha256h2...  q1,q2,q13
        sha256su...  q9,q11,q8
        vld1.32     {d26,d27},[r3]=>DAT_00161e30!
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                        ...
87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar44,auVar44,auVar41);

                        ...
166       return;
167  }
```

Source: libcrypto.so.1.1

### Operation

```
AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ## Operation <br><br> ```<br>AArch64.CheckFPAdvSIMDEnabled();<br><br>constant boolean part1 = FALSE;<br>V[d, 128] = SHA256hash(V[n, 128], V[d, 128], V[m, 128], part1);<br>```<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |
| **1[c].** said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm; and | Riot performs a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm. <br><br> For example, the original SHA-256 (SHA-2) algorithm, published by NIST (*see*, *e.g.*, https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average number of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S19 Pro firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below. <br><br> In one example, Antminer S19 Pro's firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2. <br><br> ARM instructions (**SHA256H and SHA256H2**) require loading only four words (A–D) into the q2 register. Therefore, **per iteration** Core Scientific's Antminer S19 Pro's firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: libcrypto.so.1.1<br><br>https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers |
| **1[d].** combining an even iteration and an odd iteration to | Riot combines an even iteration and an odd iteration to provide a new iteration of a loop.<br><br>For example, Antminer S19 pro firmware combines an even iteration and an odd iteration to provide a new iteration of a loop. *See, e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
| provide a new iteration of a loop. | Function **FUN_00161f20( )** operates with multiple pairs of <span style="color:orange">**SHA256h**</span> and <span style="color:green">**SHA256h2**</span> iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a <span style="color:blue">**paired iteration**</span> (e.g., "a new iteration of a loop").

```
00161f20 08 30 4f e2          adr        r3,FUN_00161f20
                       ...

        vadd.i32    q12,q12,q8
        sha256su... q8,q9
        vmov        q2,q0
        sha256h.... q0,q1,q12
        sha256h2... q1,q2,q12
        sha256su... q8,q10,q11
        vld1.32     {d24,d25},[r3]=>DAT_00161e20!
                       ...
        vadd.i32    q13,q13,q9
        sha256su... q9,q10
        vmov        q2,q0
        sha256h.... q0,q1,q13
        sha256h2... q1,q2,q13
        sha256su... q9,q11,q8
        vld1.32     {d26,d27},[r3]=>DAT_00161e30!
``` |

27

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>```<br>5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)<br>6<br>7  {<br>                              ...<br>87      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);<br>88      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);<br>89      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);<br>90      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);<br>91      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);<br>92      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);<br>93      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);<br>94      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);<br>95      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);<br>96      auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);<br><br>166     return;            ...<br>167  }<br>```<br>Source: libcrypto.so.1.1<br><br>**Operation**<br><br>```<br>AArch64.CheckFPAdvSIMDEnabled();<br><br>constant boolean part1 = TRUE;<br>V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);<br>```<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  |  Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |