# Exhibit 21

**Exhibit 21: U.S. Patent No. 8,712,039[1]**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].** A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, Cipher performs a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, *e.g.*, when mining bitcoin.  *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, Cipher Mining Inc. ("Cipher") uses Bitcoin miners to mine bitcoin.  *See*, *e.g.*:<br><br>    "Currently, our revenue is derived from mining bitcoin. Specifically, we purchase electrical power and use it to run miners that produce computing power. We contribute the computing power we produce to one or more mining pools verifying transactions on the Bitcoin blockchain in exchange for block rewards and transaction fees. This means that we send our computing power, or hashrate, to the mining pool in exchange for a proportionate share of bitcoin mined by the pool. We have no immediate plans to establish our own mining pool. We intend to periodically re-evaluate this as part of our overall strategy going forward and, in the future, we may also decide to stop using mining pools. To the extent that we can produce bitcoin through mining at a cost that is lower than the market price of bitcoin, over the long term we expect to generate profits … Block rewards are rewards paid in bitcoin that are programmed into the Bitcoin software and awarded to a miner, or a group of miners, for solving the cryptographic problem required to create a new block on the Bitcoin blockchain."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 4.<br><br>    "Our revenue consists of bitcoin earned through mining activities at the Odessa Facility. We currently participate in third-party mining pools to mine bitcoin. The provision of computing power in accordance with the mining pool operator's terms of service is the only performance obligation in our contract with the mining pool operator. We are entitled to a fractional share of the fixed cryptocurrency award from the mining pool operator (referred to as a "block reward") and potentially transaction fees generated from blockchain users and distributed to individual miners by the mining pool operator. |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
|  | Our fractional share of the block reward is based on the proportion of computing power we contributed to the mining pool operator to the total computing power contributed by all mining pool participants in solving the current algorithm, over the contract term. The block reward is pre-determined and hard coded into the protocol governing the relevant blockchain. Our proportionate share of transaction fees is based on our contributed share of hashrate as a percentage of total network hashrate during the contract term. The transaction fees are the aggregate fees paid by parties whose transactions are included in the block. Bitcoin earned is measured at fair value at contract inception and is recognized in revenue over the contract term as hashrate is provided." <br><br> Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 52. <br><br>  <br><br> Source: https://investors.ciphermining.com/static-files/f00c5ff3-78e0-4cbd-b8e9-b9c32edb13c9 at 9 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://www.ciphermining.com/sites

**"Data Center Portfolio**

As of January 31, 2025, we operated an aggregate hashrate capacity of approximately 15.7 exahash per second ("EH/s"), deploying approximately 327 megawatts ("MW") of electricity, of which we owned an aggregate hashrate capacity of approximately 13.5 EH/s, deploying approximately 266 MW of electricity. As further discussed in "—*Our Strategy*", we plan to deploy an additional

3

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | approximately 150 MW for a total of approximately 477 MW of electrical capacity by the end of 2025, and a corresponding hashrate of at least approximately 25.2 EH/s, of which we expect to own approximately 23.0 EH/s, with the remainder being owned by WindHQ, our JV partner. For further details on our joint ventures, see "—*Business Agreements—Joint Ventures*."<br><br>*Odessa Facility*<br><br>Our largest operational data center is our Odessa data center (the "Odessa Facility"), which is our wholly-owned 207 MW facility located in Odessa, Texas. The Odessa Facility is an approximately 52 acre site, located next to a natural gas power production facility. We began bitcoin mining operations on this site in November 2022 and completed the build out of the site in September 2023. As of January 31, 2025, the Odessa Facility is capable of producing approximately 11.3 EH/s of hashrate capacity. We have developed, and continue to refine, proprietary technology to increase the efficiency of our mining activity and associated curtailment due to changes in local electrical power prices at the Odessa Facility."<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 1.<br><br>" ***Miner Purchases***<br><br>The substantial majority of our capital expenditures to date have been devoted to the development and construction of our bitcoin mining data centers and the acquisition of mining hardware. **We have purchased miners from Bitmain, SuperAcme, and Canaan.**"<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 5 (emphasis added).<br><br>On January 31, 2025, **we executed our option** as part of the Amendment Agreement, further described in *Note 6. Deposits on equipment*, **with Bitmain to obtain Antminer S21 XP miners for delivery between May and June 2025. We intend to use these machines at the Black Pearl Facility.** As of February 25, 2025, we owe $139 million remaining for these machine purchases.<br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at 47 (emphasis added). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "**In June 2024, the Company entered into agreements with Bitmain Technologies Delaware Limited ("Bitmain") and Canaan Creative Global Pte. Ltd. ("Canaan") to purchase the new miners, which were delivered and deployed in the fourth quarter of 2024**. As more efficient machines were available earlier than anticipated, this prompted a shift in the Company's planned use of the existing miners. The Company used these new miners to replace less efficient machines at the Odessa Facility instead of deploying at the Black Pearl Facility."<br><br>Source: https://investors.ciphermining.com/node/9686/html (Cipher 2025 10-K) at F-22 (emphasis added).<br><br>"BITMAIN and the Purchaser have entered into a *Future Sales and Purchase Agreement (ANTMINER T21)* (BM Ref: T21-XS-00120231216005) dated December 16th, 2023 (as amended by the *Supplemental Agreement* (BM Ref: SALES-20240602-01) dated June 5, 2024, the "**Original Agreement**") in respect of (1) HASH Super Computing Servers (Model: S21 Pro) of a reference quantity of 30,364 to be delivered in September and October 2024 with an estimated total purchase price of US\$134,287,826.40 and (2) a right to purchase additional HASH Super Computing Servers (Model: T21) of a maximum quantity of 45,706 by December 31, 2024, with an estimated total price of US\$121,577,960."<br>Source: https://www.sec.gov/Archives/edgar/data/1819989/00009501702409795/cifr-ex10_3.htm |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

Source: https://www.sec.gov/Archives/edgar/data/1819989/000095017024095795/cifr-ex10_2.htm

**"1. Information of Products.**

*1.1 The specifications of the Products are as follows:*

| Type | Details |
|---|---|
| Product Name | HASH Super Computing Server |
| Model | S21 Pro |
| Rated Hashrate per Unit, T | 234.00 ±10% |
| Rated power per Unit, W | 3,510.00 |
| J/T | 15.00 |
| Contracted Hashrate, T | 7,105,176.00 |
| Quantity of the Products | 30,364 |

### Firmware List

| | BTC/BCH/BSV SHA256 | ANTMINER S21 Pro |
|---|---|---|

Firmware

| FileName | FileSize | Description | Publish Date | Action |
|---|---|---|---|---|
| FR-1.76(251015-S21-Pro).bmu | 15.99MB | MD5:b7ac94e7e288eb375a5fccaf95603749 Updates: 1. Optimized firmware. Please make sure the miner type and firmware type are the same before upgrading the miner firmware. | 2025-11-04 | Download  Share |

Source: https://service.bitmain.com/support/download

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | For example, Antminer S21 Pro[2] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules.  As one example, libcrypto.so.1.1 discloses relevant functions related to implementation of SHA256.  For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash.  Function SHA256() computes the SHA256 hash of input data d with length n bytes.  SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H).  SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations.  Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

---

[2] For purposes of this Complaint, Antminer S21 Pro is representative of other Antminer S19 and Antminer S21 models and variations (e.g., Antminer S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
| | ```
00161f20 08 30 4f e2    adr         r3,FUN_00161f20
LAB_00163900
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930

                    ...

    vadd.i32   q12,q12,q8
    sha256su...   q8,q9
    vmov       q2,q0
    sha256h....   q0,q1,q12
    sha256h2...   q1,q2,q12
    sha256su...   q8,q10,q11
    vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
    vadd.i32   q13,q13,q9
    sha256su...   q9,q10
    vmov       q2,q0
    sha256h....   q0,q1,q13
    sha256h2...   q1,q2,q13
    sha256su...   q9,q11,q8
    vld1.32    {d26,d27},[r3]=>DAT_00161e30!
``` Source: libcrypto.so.1.1[3] |

---

[3] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                                      ...
76       pauVar10 = param_2 + param_3 * 4;
77       do {
78         auVar38 = *param_2;
                                      ...
82         param_2 = param_2 + 4;
87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94         auVar38 = SHA256hash(auVar40,auVar45,1);
95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96         auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                      ...
157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
161      } while (param_2 != pauVar10);
166      return;
167  }
```

Source: libcrypto.so.1.1

Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>*(see detail below)* |

```
Instruction Summary
-------------------
Mnemonic          : sha256h2.32
Number of Operands: 3

Input Objects:
   q1, q12, q2, const:0x0, const:0xb7
Result Objects:
   q1
```

```
Instruction Summary
-------------------
Mnemonic          : sha256h.32
Number of Operands: 3

Input Objects:
   q0, q1, q12, const:0x1, const:0xb7
Result Objects:
   q0
```

instruction(ARMinstructions.instruction(ARMinstructions.sinc:1534)

```
00161f20 08 30 4f e2    adr        r3,FUN_00161f20
                      ...

vadd.i32   q12,q12,q8
sha256su…  q8,q9
vmov       q2,q0
sha256h.…  q0,q1,q12
sha256h2…  q1,q2,q12
sha256su…  q8,q10,q11
vld1.32    {d24,d25},[r3]=>DAT_00161e20!
```

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |
| | Operand-0 | Operand-1 | Operand-2 |
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | 

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[a].** categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations; | Cipher categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations.<br><br>For example, Cipher executes ARM instructions included in corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below. *See, e.g.*:<br><br><br><br>Source: https://service.bitmain.com/support/download<br><br>For example, Antminer S21 Pro firmware code includes a function **FUN_00161f20( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
00161f20  08 30 4f e2    adr        r3,FUN_00161f20
LAB_00163930
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...
LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930

                    ...


 vadd.i32   q12,q12,q8
 sha256su... q8,q9
 vmov       q2,q0
 sha256h.... q0,q1,q12
 sha256h2... q1,q2,q12
 sha256su... q8,q10,q11
 vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
 vadd.i32   q13,q13,q9
 sha256su... q9,q10
 vmov       q2,q0
 sha256h.... q0,q1,q13
 sha256h2... q1,q2,q13
 sha256su... q9,q11,q8
 vld1.32    {d26,d27},[r3]=>DAT_00161e30!
```

Source: libcrypto.so.1.1

13

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>```<br>5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)<br>6<br>7  {<br>                              ...<br>76     auVar10 = param_2 + param_3 * 4;<br>77     do {<br>78         auVar38 = *param_2;<br>                              ...<br>87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);<br>88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);<br>89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);<br>90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);<br>91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);<br>92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);<br>93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);<br>94         auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);<br>95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);<br>96         auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);<br>                              ...<br>157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);<br>158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);<br><br>166    return;<br>167  }<br>```<br><br>Input Objects:<br>  q1, q12, q2, const:0x0, const:0xb7<br>Result Objects:<br>  q1<br><br>Instruction Summary<br>-------------------<br>Mnemonic          : sha256h2.32<br>Number of Operands: 3<br><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
|           | instruction(ARMinstructions. <br><br> Input Objects: <br> q0, q1, q12, const:0x1, const:0xb7 <br> Result Objects: <br> q0 <br> instruction(ARMinstructions.sinc:1534) <br><br> Instruction Summary <br> ------------------- <br> Mnemonic         : sha256h2.32 <br> Number of Operands: 3 <br><br> Instruction Summary <br> ------------------- <br> Mnemonic         : sha256h2.32 <br> Number of Operands: 3 <br> instruction(ARMinstructions. <br><br> 00161f20 08 30 4f e2    adr       r3,FUN_00161f20 <br> ... <br> vadd.i32   q12,q12,q8 <br> sha256su...  q8,q9 <br> vmov       q2,q0 <br> sha256h.... q0,q1,q12 <br> sha256h2... q1,q2,q12 <br> sha256su...  q8,q10,q11 <br> vld1.32    {d24,d25},[r3]=>DAT_00161e20! |

|         | Operand-0 | Operand-1 | Operand-2 |
|---------|-----------|-----------|-----------|
| Operand | q0        | q1        | q12       |
| Labeled | q0        | q1        | q12       |
| Type    | REG       | REG       | REG       |
|         | Operand-0 | Operand-1 | Operand-2 |
| Operand | q1        | q2        | q12       |
| Labeled | q1        | q2        | q12       |
| Type    | REG       | REG       | REG       |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | For example, the function FUN_00161f20( ) in Antminer S21 Pro firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions.**  SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd")**, as illustrated below.<br><br>```\n5 void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)\n6\n7 {\n76     pauVar10 = param_2 + param_3 * 4;\n77     do {\n78         auVar38 = *param_2;\n            ...\n87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);\n88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);\n89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);\n90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);\n91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);\n92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);\n93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);\n94         auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);\n95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);\n96         auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);\n            ...\n157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);\n158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);\n\n166    return;\n167 }\n```<br>Source: libcrypto.so.1.1 |
| **1[b].** reversing a sequence of computations in | Cipher reverses a sequence of computations in the even iterations to those in the odd iterations. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| the even iterations to those in the odd iterations, | For example, within each pair of SHA256hash calls in Antminer S21 Pro firmware code, the order of the input arguments is reversed.  In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See, e.g.*: |

```
00161f20 08 30 4f e2     adr         r3,FUN_00161f20
                  ...

 vadd.i32   q12,q12,q8
 sha256su...  q8,q9
 vmov       q2,q0
 sha256h....  q0,q1,q12
 sha256h2...  q1,q2,q12
 sha256su...  q8,q10,q11
 vld1.32     {d24,d25},[r3]=>DAT_00161e20!
                  ...
 vadd.i32   q13,q13,q9
 sha256su...  q9,q10
 vmov       q2,q0
 sha256h....  q0,q1,q13
 sha256h2...  q1,q2,q13
 sha256su...  q9,q11,q8
 vld1.32     {d26,d27},[r3]=>DAT_00161e30!
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>```<br> 5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)<br> 6<br> 7 {<br>                              ...<br>87      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);<br>88      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);<br>89      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);<br>90      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);<br>91      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);<br>92      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);<br>93      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);<br>94      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);<br>95      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);<br>96      auVar42 = SHA256ScheduleUpdate1(auVar44,auVar44,auVar41);<br>                              ...<br>166      return;<br>167 }<br>```<br><br>Source: libcrypto.so.1.1<br><br>**Operation**<br><br>```<br>AArch64.CheckFPAdvSIMDEnabled();<br><br>constant boolean part1 = TRUE;<br>V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);<br>```<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  |  Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |
| **1[c].** said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm; and | Cipher performs a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm.

For example, the original SHA-256 (SHA-2) algorithm, published by NIST (*see*, *e.g.*, https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average number of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S21 Pro firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below.

In one example, Antminer S21 Pro's firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2.

ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Core Scientific's Antminer S21 Pro's firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: libcrypto.so.1.1 |
| **1[d].** combining an even iteration and an odd iteration to | Cipher combines an even iteration and an odd iteration to provide a new iteration of a loop.

For example, Antminer S21 pro firmware combines an even iteration and an odd iteration to provide a new iteration of a loop.  *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| provide a new iteration of a loop. | Function **FUN_00161f20( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., "a new iteration of a loop").<br><br>`00161f20 08 30 4f e2    adr      r3,FUN_00161f20`<br>`...`<br><br>`vadd.i32   q12,q12,q8`<br>`sha256su... q8,q9`<br>`vmov       q2,q0`<br>`sha256h.... q0,q1,q12`<br>`sha256h2... q1,q2,q12`<br>`sha256su... q8,q10,q11`<br>`vld1.32    {d24,d25},[r3]=>DAT_00161e20!`<br>`...`<br>`vadd.i32   q13,q13,q9`<br>`sha256su... q9,q10`<br>`vmov       q2,q0`<br>`sha256h.... q0,q1,q13`<br>`sha256h2... q1,q2,q13`<br>`sha256su... q9,q11,q8`<br>`vld1.32    {d26,d27},[r3]=>DAT_00161e30!` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
5 void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7 {
                              ...
87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44)
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);

                              ...
166        return;
167 }
```

Source: libcrypto.so.1.1

```
Operation

AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |