# Exhibit 22

**Exhibit 22: U.S. Patent No. 8,712,039[1]**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].**  A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, Fortitude performs a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, *e.g.*, when mining bitcoin.  *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*: <br><br> For example, Fortitude Mining LLC ("Fortitude") uses Bitcoin miners to mine bitcoin.  *See*, *e.g.*: <br><br> Fortitude Mining, with deep expertise in Bitcoin mining, is uniquely positioned to institutionalize mining in emerging ecosystems with attractive return profiles. <br><br> Source: https://fortitudemining.com/ <br><br> **Fortitude Mining**, which has a 5-year history as the self-mining division of **Foundry**, has been spun out as a standalone business that is wholly-owned by **DCG**. <br><br> Fortitude Mining's Bitcoin fleet of miners is on par with the **best capitalized** public miners. <br><br> Source: https://fortitudemining.com/ |

---

[1] All website sources accessed November 18, 2025, unless otherwise indicated.  All citations and evidence herein are exemplary and non-limiting.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | **Fortitude Mining, which has a 5-year history as the self-mining division of Foundry, was spun out as a new standalone business that is a wholly-owned subsidiary of DCG.** Headquartered in Rochester, NY, Fortitude Mining has a foundation built on deep industry expertise, solid investor support, and the DCG network of brands.<br><br>Fortitude Mining approaches token mining with a venture mindset, focusing on digital assets with high long-term growth potential. Fortitude mines Bitcoin and other digital assets with its own fleet of machines, which is operated across various geographies in the United States.<br><br>Fortitude Mining's Bitcoin fleet of miners in on par with the best capitalized public miners, and through its partnerships, sits at the center of the mining ecosystem with unparalleled relationships and access to intel.<br><br>Source: https://fortitudemining.com/careers/<br><br>"Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024," said Barry Silbert, Founder & CEO, DCG. "With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent."<br><br>Source: https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The new entity, Fortitude Mining, consists of Foundry's former self-mining operations and physical infrastructure, while Foundry will retain its pool operations and other bitcoin mining service business lines. <br><br> Source: https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/ <br><br> "And, again, to Barry's credit, he said, 'Hey, Mike, if you're going to do equipment financing, you should probably buy some machines.' And I'm like, 'Oh, yeah, yeah, good idea. So how many do you want me to buy?' And he goes 'Id' buy all you can buy.' … So we bought—we started placing orders … **We were placing order for the new M30S and the new S19's** … What was tough was Barry said 'the only thing I don't want to be is was bitcoin miner.' And, I remember … we got on a Teams call and he said—I'm like, 'Nobody took me up on my offer and I got a lot of machines coming.' And he goes, 'Well, I guess we'll be a bitcoin miner.' So that was the beginning of it. So, we were the biggest bitcoin miner in 2021. … We put it everywhere. **I called everyone back up, they had rack space, and we plugged in machines everywhere.**" <br> https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 17:10-19:20 (emphasis added). <br><br> "I remember the first block we mined. November 3[rd], 2020. I think we were like three days in. **At that point in time, I think we had like 1%--we were 1% of the whole network ourselves as a miner, right, we were a pretty big miner, relatively speaking, at that time. And we threw all of it at trying to get the pool off the ground**." <br> Source: https://digital-gold.simplecast.com/episodes/the-un-gameable-network-bitcoin-minings-self-regulation-and-grid-integration-with-mike-colyer-jSjltuMH at 23:55-24:19 (emphasis added). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | To complement its focus on high-growth assets, Fortitude Mining invested significant capital into new machines in 2024, ensuring a maintained best-in-class fleet efficiency. Looking ahead, Fortitude Mining plans to reinvest cash flows into new machine purchases and site acquisitions in 2025. These investments reflect the company's commitment to both long-term growth and vertical integration, solidifying its position as an industry leader. In addition, Fortitude Mining has a strong bench of talent who joined from Foundry.<br><br>Source: https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets |

**REEVES CAD**
P.O. BOX 1229
PECOS, TX 79772
432-445-5122

**2025+ Tax Statement**
(Office Generated)

**Property Account Number:**

**90M-9900015-0718700-0**

| | |
|---|---|
| Statement Date: | 11/26/2025 |
| Owner: | FORTITUDE MINING |
| Mailing Address: | % ANDREA CHILDS<br>101 N TRYON ST STE 3800<br>CHARLOTTE NC 28202 |

| | |
|---|---|
| Property Location: | 0 |
| Acres: | |
| Legal Description: | CRYPTO CURRENCY MINING<br>MINING EQUIPMENT S21PRO<br>2024 |

**Exemptions:**

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 828,770 | 0 | 828,770 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| P-B-T I.S.D | 0 | 828,770 | 1.000000 | 8287.70 |
| | | | **TOTAL BASE TAX** | **8,287.70** |
| | | | **Total Amount Due** | **8,287.70** |

Source: https://www.reevescountytax.org/Statement/90M-9900015-0718700-0

4

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  |

**REEVES CAD**
P.O. BOX 1229
PECOS, TX 79772
432-445-5122

## 2025+ Tax Statement
**(Office Generated)**

Property Account Number:

**90M-9900010-0718700-0**

Statement Date: 11/26/2025
Owner: FORTITUDE MINING
Mailing Address: % ANDREA CHILDS
101 N TRYON ST STE 3800
CHARLOTTE NC 28202

Property Location:
Acres: 0
Legal Description: CRYPTO CURRENCY MINING
MINING EQUIPMENT S21
2024

Exemptions:

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 4,310,730 | 0 | 4,310,730 |

| Taxing Entities | | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|---|
| P-B-T I.S.D | | 0 | 4,310,730 | 1.000000 | 43107.30 |
| | | | | **TOTAL BASE TAX** | **43,107.30** |
| | | | | **Total Amount Due** | **43,107.30** |

Source: https://www.reevescountytax.org/Statement/90M-9900010-0718700-0

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | <br>Source: https://www.linkedin.com/posts/auradine_bitcoinmining-auradine-teraflux-activity-7346160777914945536-WqOa/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Firmware List<br><br>BTC/BCH/BSV SHA256 ▾    ANTMINER S21 Pro ▾<br><br>Firmware<br><br>| FileName | FileSize | Description | Publish Date | Action |<br>FR-1.76(251015-S21-Pro).bmu · 15.99MB · MD5:b7ac94e7e288eb375a5fccaf95603749 Updates: 1. Optimized firmware. Please make sure the miner type and firmware type are the same before upgrading the miner firmware. · 2025-11-04 · Download / Share<br><br>Source: https://service.bitmain.com/support/download<br><br>For example, Antminer S21 Pro[2] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules.  As one example, libcrypto.so.1.1 discloses relevant functions related to implementation of SHA256.  For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash.  Function SHA256() computes the SHA256 hash of input data d with length n bytes. SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H). SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations.  Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

[2] For purposes of this Complaint, Antminer S21 Pro is representative of other Antminer S19 and Antminer S21 models and variations (e.g., Antminer S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```
00161f20 08 30 4f e2      adr        r3,FUN_00161f20
LAB_00163850
     vld1.32    {d0,d1,d2,d3},[param_1]
     sub        r3,r3,#0x120
     add        param_3,param_2,param_3, lsl #0
     b          LAB_00163930
                    ...
LAB_00163920
     vld1.32    {d0,d1,d2,d3},[param_1]
     sub        r3,r3,#0x120
     add        param_3,param_2,param_3, lsl #0:
     b          LAB_00163930

                    ...

     vadd.i32   q12,q12,q8
     sha256su...  q8,q9
     vmov       q2,q0
     sha256h....  q0,q1,q12
     sha256h2...  q1,q2,q12
     sha256su...  q8,q10,q11
     vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
     vadd.i32   q13,q13,q9
     sha256su...  q9,q10
     vmov       q2,q0
     sha256h....  q0,q1,q13
     sha256h2...  q1,q2,q13
     sha256su...  q9,q11,q8
     vld1.32    {d26,d27},[r3]=>DAT_00161e30!
``` <br><br> Source: libcrypto.so.1.1[3] |

---

[3] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  Source: libcrypto.so.1.1<br><br>Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction. |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                                              ...
76       pauVar10 = param_2 + param_3 * 4;
77       do {
78         auVar38 = *param_2;
                                              ...
82         param_2 = param_2 + 4;
87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94         auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96         auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                              ...
157        auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158        auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
161        } while (param_2 != pauVar10);
166      return;
167  }
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
Instruction Summary                          Instruction Summary
-------------------                          -------------------
Mnemonic          : sha256h2.32              Mnemonic          : sha256h.32
Number of Operands: 3                        Number of Operands: 3

Input Objects:                               Input Objects:
  q1, q12, q2, const:0x0, const:0xb7           q0, q1, q12, const:0x1, const:0xb7
Result Objects:                              Result Objects:
  q1                                           q0
```

instruction(ARMinstructions.instruction(ARMinstructions.sinc:1534)

```
00161f20 08 30 4f e2    adr        r3,FUN_00161f20
                        ...

vadd.i32    q12,q12,q8
sha256su... q8,q9
vmov        q2,q0
sha256h.... q0,q1,q12
sha256h2... q1,q2,q12
sha256su... q8,q10,q11
vld1.32     {d24,d25},[r3]=>DAT_00161e20!
```

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |
| | Operand-0 | Operand-1 | Operand-2 |
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

10

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|
|  |  |

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |
| **1[a].** categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations; | Fortitude categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations.<br><br>For example, Fortitude executes ARM instructions included in corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below. *See, e.g.*:<br><br><br><br>Source: https://service.bitmain.com/support/download<br><br>For example, Antminer S21 Pro firmware code includes a function **FUN_00161f20( )**, which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., **sha256h.32** and **sha256h2.32**). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | <pre>00161f20 08 30 4f e2    adr        r3,FUN_00161f20

LAB_00163930
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0
    b          LAB_00163930
                    ...

LAB_00163920
    vld1.32    {d0,d1,d2,d3},[param_1]
    sub        r3,r3,#0x120
    add        param_3,param_2,param_3, lsl #0:
    b          LAB_00163930

                    ...


    vadd.i32   q12,q12,q8
    sha256su...  q8,q9
    vmov       q2,q0
    sha256h....  q0,q1,q12
    sha256h2...  q1,q2,q12
    sha256su...  q8,q10,q11
    vld1.32    {d24,d25},[r3]=>DAT_00161e20!
                    ...
    vadd.i32   q13,q13,q9
    sha256su...  q9,q10
    vmov       q2,q0
    sha256h....  q0,q1,q13
    sha256h2...  q1,q2,q13
    sha256su...  q9,q11,q8
    vld1.32    {d26,d27},[r3]=>DAT_00161e30!</pre>

Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                                    ...
76      auVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                                    ...
87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                    ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

166     return;
167  }
```

```
Input Objects:
   q1, q12, q2, const:0x0, const:0xb7
Result Objects:
   q1
```

```
Instruction Summary
-------------------
Mnemonic        : sha256h2.32
Number of Operands: 3
```

Source: libcrypto.so.1.1

14

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | instruction(ARMinstructions.<br><br>Input Objects:<br>    q0, q1, q12, const:0x1, const:0xb7<br>Result Objects:<br>    q0<br>instruction(ARMinstructions.sinc:1534)<br><br>Instruction Summary<br>-------------------<br>Mnemonic       : sha256h2.32<br>Number of Operands: 3<br><br>Instruction Summary<br>-------------------<br>Mnemonic       : sha256h2.32<br>Number of Operands: 3<br>instruction(ARMinstructions.<br><br>`00161f20 08 30 4f e2     adr      r3,FUN_00161f20`<br>`...`<br>`vadd.i32   q12,q12,q8`<br>`sha256su... q8,q9`<br>`vmov       q2,q0`<br>`sha256h.... q0,q1,q12`<br>`sha256h2... q1,q2,q12`<br>`sha256su... q8,q10,q11`<br>`vld1.32    {d24,d25},[r3]=>DAT_00161e20!`<br><br>|  | Operand-0 | Operand-1 | Operand-2 |<br>|---|---|---|---|<br>| Operand | q0 | q1 | q12 |<br>| Labeled | q0 | q1 | q12 |<br>| Type | REG | REG | REG |<br>|  | Operand-0 | Operand-1 | Operand-2 |<br>| Operand | q1 | q2 | q12 |<br>| Labeled | q1 | q2 | q12 |<br>| Type | REG | REG | REG |<br><br>Source: libcrypto.so.1.1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>For example, the function FUN_00161f20( ) in Antminer S21 Pro firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions.** SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd")**, as illustrated below. |

```
 5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
 6                                              ...
 7  {

76      pauVar10 = param_2 + param_3 * 4;
77      do {
78          auVar38 = *param_2;
                                    ...
87          auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88          auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89          auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90          auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91          auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43);
92          auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93          auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94          auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95          auVar40 = SHA256hash(auVar38,auVar40,auVar45,0);
96          auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                    ...
157         auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
158         auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);


166     return;
167  }
```

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[b].** reversing a sequence of computations in the even iterations to those in the odd iterations, | Fortitude reverses a sequence of computations in the even iterations to those in the odd iterations.<br><br>For example, within each pair of SHA256hash calls in Antminer S21 Pro firmware code, the order of the input arguments is reversed.  In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See, e.g.*:<br><br>`00161f20 08 30 4f e2      adr       r3,FUN_00161f20`<br><br>`                  ...`<br><br>`vadd.i32  q12,q12,q8`<br>`sha256su...  q8,q9`<br>`vmov      q2,q0`<br>`sha256h. ...  q0,q1,q12`<br>`sha256h2...  q1,q2,q12`<br>`sha256su...  q8,q10,q11`<br>`vld1.32   {d24,d25},[r3]=>DAT_00161e20!`<br>`                  ...`<br>`vadd.i32  q13,q13,q9`<br>`sha256su...  q9,q10`<br>`vmov      q2,q0`<br>`sha256h. ...  q0,q1,q13`<br>`sha256h2...  q1,q2,q13`<br>`sha256su...  q9,q11,q8`<br>`vld1.32   {d26,d27},[r3]=>DAT_00161e30!` |

18

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
|  | *(see code and figures below)* |

```
5  void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7  {
                              ...
87         auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88         auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89         auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90         auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91         auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92         auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93         auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94         auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95         auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96         auVar42 = SHA256ScheduleUpdate1(auVar44,auVar43,auVar41);

                              ...
166        return;
167  }
```

Source: libcrypto.so.1.1

## Operation

```
AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ## Operation<br><br>```<br>AArch64.CheckFPAdvSIMDEnabled();<br><br>constant boolean part1 = FALSE;<br>V[d, 128] = SHA256hash(V[n, 128], V[d, 128], V[m, 128], part1);<br>```<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |
| **1[c].** said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm; and | Fortitude performs a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm.<br><br>For example, the original SHA-256 (SHA-2) algorithm, published by NIST (*see, e.g.,* https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average number of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S21 Pro firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below.<br><br>In one example, Antminer S21 Pro's firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2.<br><br>ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Core Scientific's Antminer S21 Pro's firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: libcrypto.so.1.1<br><br>https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers |
| **1[d].** combining an even iteration and an odd iteration to | Fortitude combines an even iteration and an odd iteration to provide a new iteration of a loop.<br><br>For example, Antminer S21 pro firmware combines an even iteration and an odd iteration to provide a new iteration of a loop.  *See, e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| provide a new iteration of a loop. | Function **FUN_00161f20( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., "a new iteration of a loop").<br><br>`00161f20 08 30 4f e2      adr      r3,FUN_00161f20`<br><br>`...`<br><br>`vadd.i32   q12,q12,q8`<br>`sha256su... q8,q9`<br>`vmov       q2,q0`<br>`sha256h.... q0,q1,q12`<br>`sha256h2... q1,q2,q12`<br>`sha256su... q8,q10,q11`<br>`vld1.32    {d24,d25},[r3]=>DAT_00161e20!`<br>`...`<br>`vadd.i32   q13,q13,q9`<br>`sha256su... q9,q10`<br>`vmov       q2,q0`<br>`sha256h.... q0,q1,q13`<br>`sha256h2... q1,q2,q13`<br>`sha256su... q9,q11,q8`<br>`vld1.32    {d26,d27},[r3]=>DAT_00161e30!` |

22

| Claim No. | Exemplary Evidence of Infringement |
|-----------|-----------------------------------|

```
5 void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
6
7 {
                          ...
87        auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
88        auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
89        auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
90        auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
91        auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
92        auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
93        auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
94        auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
95        auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
96        auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);

166       return;                    ...
167 }
```

Source: libcrypto.so.1.1

```
Operation

AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en |