## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

Malikie Innovations Ltd. and
Key Patent Innovations Ltd.
vs.                                                     Case No.: 7:25-cv-00567
Foundry Digital LLC; Fortitude Mining, LLC;
Riot Platforms, Inc.; and Cipher Mining Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Philip J. Eklem, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Reichman Jorgensen Lehman & Feldberg LLP with offices at:

   Mailing address: 1909 K Street, NW, Suite 800

   City, State, Zip Code: Washington, DC 20006

   Telephone: (202) 894-7451        Facsimile: (650) 560-3501

2. Since April 13, 2018, Applicant has been and presently is a member of and in good standing with the Bar of the State of Virginia. Applicant's bar license number is 92895.

3. Applicant has been admitted to practice before the following courts:

   Court:                                   Admission date:

   See Attachment A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: 6:22-cv-200 on the 22 day of February, 2022.
Number: 7:25-cv-222 on the 16 day of May, 2025.
Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.
Yes

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: William D. Ellerman

Mailing address: 8140 Walnut Hill Ln., Suite 105

City, State, Zip Code: Dallas, TX 75231

Telephone: (254) 732-2242

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Philip J. Eklem to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Philip J. Eklem
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th day of December, 2025.

Philip J. Eklem
[printed name of Applicant]

[signature of Applicant]

## Attachment A

Motion for Admission Pro Hac Vice

U.S. District Court – Western District of Texas – Midland-Odessa Division

| Title of Court | Date Admitted |
|---|---|
| Virginia State Courts | 4/13/2018 |
| United States District Court for the Eastern District of Virginia | 5/18/2018 |
| District of Columbia | 9/14/2020 |
| United States Court of Appeals for the Federal Circuit | 8/31/2022 |
| Indiana State Courts | 4/15/2025 |