IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **Malikie Innovations Ltd. and** § <br> **Key Patent Innovations Ltd.,** § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **Foundry Digital LLC; Fortitude Mining,** § <br> **LLC,; Riot Platforms, Inc.; and Cipher** § <br> **Mining Inc.,** § <br> § <br> **Defendants.** § | **Civil Action No. 7:25-CV-00567** <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER, MOVE, OR
OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL COMPLAINT**

Defendants Foundry Digital LLC ("Foundry"), Fortitude Mining, LLC ("Fortitude"), and Riot Platforms, Inc. ("Riot") move the Court for an order extending the time for Foundry, Fortitude, and Riot to answer, move, or otherwise plead to Plaintiffs' Original Complaint an additional thirty days.

1. Plaintiffs filed their Original Complaint on December 12, 2025. (Dkt. 1). Plaintiffs served Fortitude on December 15, 2025. Riot and Foundry were served on December 16, 2025.

2. Fortitude's current deadline to answer, move, or otherwise respond to the Original Complaint is January 5, 2026. Riot and Foundry's current deadline to answer, move, or otherwise respond to the Original Complaint is January 6, 2026.

2. Due to the intervening holidays between the dates of services and answer deadlines, Foundry, Fortitude, and Riot require additional time to gather and assess the information required to respond to Plaintiffs' Original Complaint.

1

3. Foundry, Fortitude, and Riot therefore request an extension of thirty days for the deadline for them to answer, move, or otherwise respond, without prejudice to any claims, objections, or defenses, in law or in equity, that Foundry, Fortitude, and Riot may choose to assert.

4. Foundry, Fortitude, and Riot's counsel conferred with Plaintiffs' counsel about the requested extension on December 29, 2025. Plaintiffs' counsel does not oppose the requested extension.

5. This is Foundry, Fortitude, and Riot's first request for an extension of time to plead. This motion is filed in good faith for the purpose of enabling Foundry, Fortitude, and Riot's attorneys to secure information needed to properly respond to the Complaint, is not intended for purposes of delay, and will not cause any prejudice.

6. Foundry, Fortitude, and Riot's therefore ask the Court to grant this motion and enter an order approving the requested extension to February 4, 2026.

Date: January 2, 2026.

Respectfully submitted,

/s/ *Justin S. Cohen*
Justin S. Cohen
  State Bar No. 24078356
Morgan J. Delabar
  State Bar No. 24116625
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 964-9501
Email: justin.cohen@hklaw.com
Email: morgan.delabar@hklaw.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on December 29, 2025, I conferred with counsel for Plaintiffs and he stated that that Plaintiffs were unopposed to this motion.

/s/ *Justin S. Cohen*
Justin S. Cohen

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Morgan J. Delabar*
Morgan J. Delabar