IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MALIKIE INNOVATIONS LTD., et al.,** § § § | |
| *Plaintiff,* § | |
| v. § | CASE NO. 7:25-CV-00567-DC-DTG |
| **FOUNDRY DIGITAL LLC, et al.,** § § § | |
| *Defendants,* § | |

### ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 23)

Before the Court is the defendant's first unopposed motion for an extension of time to respond to the complaint (Dkt. No. 23). The defendant, Cipher Mining, Inc, requests a forty-five (45) day extension of time to respond to the plaintiff's complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant, Cipher Mining, Inc., shall respond to the complaint on or before February 27, 2026.

**SIGNED** this 8th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE