IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD.** and **KEY PATENT INNOVATIONS LTD.**, <br><br>     *Plaintiff,*<br><br>v.<br><br>**FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC.; AND CIPHER MINING INC.**,<br><br>     *Defendant,* | § § § § § § § § § § § § § § | **CASE NO. 7:25-CV-00567-DC-DTG** |

**ORDER GRANTING UNOPPOSED
MOTION TO AMEND CASE CAPTION (DKT. NO. 52)**

Before the Court is the defendant, Cipher Mining Inc.'s unopposed motion to amend case caption (Dkt. No. 52). The defendant Cipher Mining Inc. represents to the Court that it filed an amended and restated certificate of incorporation with the Delaware Secretary of State that changed Cipher's name to Cipher Digital Inc. Thus, the defendant Cipher Mining Inc. moves to amend the case caption by replacing "Cipher Mining Inc." with "Cipher Digital Inc. f/k/a Cipher Mining Inc." The defendant represents that it conferred with counsel for the plaintiffs', and they do not opposed this motion. Having considered the motion, the motion is **GRANTED**.

The Clerk of the Court is **INSTRUCTED** to amend the case caption and party name by replacing "Cipher Mining Inc." with "Cipher Digital Inc. f/k/a Cipher Mining Inc."

**SIGNED** this 10th day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE