# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION ▾

Malikie Innovations Ltd. and Key Patent
Innovations Ltd.,

vs.

Foundry Digital LLC; Fortitude Mining, LLC;
Riot Platforms, Inc.; and Cipher Mining Inc.

Case No.: 7:25-cv-00567-DC-DTG

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Michael Caulkins , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Plaintiffs in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    Reichman Jorgensen Lehman & Feldberg LLP   with offices at:

    Mailing address: 100 Marine Parkway, Suite 300

    City, State, Zip Code: Redwood Shores, CA 94065

    Telephone: (650) 623-1401          Facsimile: (650) 560-3501

2.  Since 11/16/2021 , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of California .

    Applicant's bar license number is 340087 .

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | Northern District of California | 01/12/2024 |
    | United States Court of Appeals for the Federal | 10/31/2024 |
    |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _William D. Ellerman_____

Mailing address: _8140 Walnut Hill Ln., Suite 105_____

City, State, Zip Code: _Dallas, TX 75231_____

Telephone: _(254) 732-2242_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Michael Caulkins_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_Michael Caulkins_____
[printed name of Applicant]

_Michael Caulkins_ (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _16_ day of _March_____, _2026_.

_Michael Costello-Caulkins_____
[printed name of Applicant]

_Michael Caulkins_ (signature)
[signature of Applicant]