# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY DIGITAL LLC, FORTITUDE MINING, LLC, RIOT PLATFORMS, INC. AND CIPHER DIGITAL INC. F/K/A CIPHER MINING INC., <br><br> Defendants. | NO. 7:25-CV-00567-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF VENUE DISCOVERY

Under Section III of the Standing Order Governing Patent Proceedings, Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") hereby provide notice that they will serve venue discovery requests upon Defendants Foundry Digital LLC, Fortitude Mining LLC, and Riot Platforms, Inc., and that this venue discovery will delay their response to each Defendant's respective Motion to Transfer Venue for Convenience.[1]  *See* Dkt. Nos. 64, 65, 66. Under Section III, the venue discovery period runs for 10 weeks, from April 10, 2026 through June 19, 2026, and the deadline for Plaintiffs to respond to the motion is thus delayed to July 3, 2026.

---

[1] On March 5, 2026, Plaintiffs file a first Notice of Venue Discovery related to Foundry's and Fortitude's respective Motion to Dismiss for Improver Venue, filed on February 27, 2026.  Dkt. 50.  Defendants filed their motions to transfer for convenience 6 weeks later, necessitating this second Notice.  Plaintiffs reserve all rights to challenge the propriety of Defendants' second venue motion, as appropriate.

Dated: April 14, 2026

Respectfully submitted,

/s/ *Mark D. Siegmund*_____
William D. Ellerman
Texas Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (254) 732-2242
wellerman@cjsjlaw.com

Mark D. Siegmund
Texas Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76720
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

Khue V. Hoang
Patrick R. Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800

2

Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on this 14th day of April 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

3