IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY DIGITAL LLC, FORTITUDE MINING, LLC, RIOT PLATFORMS, INC. AND CIPHER DIGITAL INC. F/K/A CIPHER MINING INC., <br><br> Defendants. | NO. 7:25-CV-00567-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO CIPHER DIGITAL INC.'S MOTION TO DISMISS**

On February 27, 2026, Defendant Cipher Digital Inc. ("Cipher" or "Defendant") filed its Motion to Dismiss Pursuant to Rule 12(b)(6). Dkt. 42. Plaintiffs filed their response in opposition on March 26. Dkt. 60 ("Opposition"). Cipher filed its reply on April 9. Dkt. 62 ("Reply"). Plaintiffs submit this motion for leave to file a sur-reply (Ex. A) to address Cipher's incorrect and misleading characterizations of Plaintiffs' arguments regarding nature of the inventions claimed in the Asserted Patents. Counsel for Plaintiffs and Defendant conferred on April 13, 2026, and Defendant opposes this motion.

Plaintiffs' Opposition details how the Asserted Patents claim improvements over prior methods of elliptic curve cryptography that make cryptographic systems more efficient. *See* Dkt. 60. Defendant's Reply employs a strawman strategy that misleadingly limits Plaintiffs' patentability arguments to *only* the "mathematical calculations" in the claims. This false premise allows Defendant to attack the just the "math" and ignore that the claims *as a whole* recite non-

1

routine and non-conventional technological improvements that are far more than mere math.

More particularly, Plaintiffs' Opposition details the '827 and '197 patents' improved digital signature techniques—computer-centric technology, not mere mathematical formulas—that yield technological improvements and efficiencies in cryptographic systems. Dkt. 60 at 3-11. Plaintiffs also explained the '286 patent's improvements over then-conventional Montgomery-style reduction techniques, *i.e.*, improved computer processes—not merely new math—that enhance computer performance by decreasing memory and processor utilization. *Id*. at 11-16. And for the '039 patent, Plaintiffs showed the claims capture novel methods of utilizing computer hardware—specifically, how data is loaded into registers—to solve problems related to performing hash operations using advanced processor architectures, such as ARM processors. *Id*. at 16-20. Defendant ignores Plaintiffs' analysis and instead resets the stage by claiming that Plaintiffs' "only purported improvements … are in the mathematical calculations themselves," and that "the only aspects of the claims that Plaintiffs allege are non-conventional are the abstract mathematical calculations themselves." Dkt. 62 at 1.

Plaintiffs request leave to file the attached sur-reply to expose and correct Defendant's ruse. *Lumintec, LLC v. Motorola Mobility LLC*, No. W-21-CV-00402-ADA, 2022 WL 22878089, at *1 (W.D. Tex. May 10, 2022) (Albright, J.) (citation omitted) ("[A] Motion for Leave to File a Surreply may be granted if the party requesting leave demonstrates exceptional or extraordinary circumstances.").

Dated: April 16, 2026

Respectfully Submitted,

 /s/ Khue V. Hoang
Khue V. Hoang
Patrick R. Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

William D. Ellerman
Texas Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (254) 732-2242
wellerman@cjsjlaw.com

Mark D. Siegmund
Texas Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76720
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 16, 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

**CERTIFICATE OF SERVICE**

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant Cipher Digital Inc. regarding the relief requested herein and Defendant is opposed.

*/s/ Mark D. Siegmund*
Mark D. Siegmund