**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY DIGITAL LLC, FORTITUDE MINING, LLC, RIOT PLATFORMS, INC. AND CIPHER DIGITAL INC. F/K/A CIPHER MINING INC., <br><br> Defendants. | NO. 7:25-CV-00567-DC-DTG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively "Malikie" or "Plaintiffs") and Defendants Foundry Digital LLC, Fortitude Mining, LLC, Riot Platforms, Inc., and Cipher Digital Inc. f/k/a/ Cipher Mining Inc. (collectively "Defendants") respectfully submit this Joint Motion for Entry of Agreed Protective Order, which is attached hereto as Exhibit 1.

1

Dated: May 28, 2026

Respectfully submitted,

/s/ *Mark D. Siegmund*
Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmankjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Mark D. Siegmund, TX Bar No. 24117055
William D. Ellerman, TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
wellerman@cjsjlaw.com

*Attorneys for Plaintiffs*

2

/s/ Andrew J. Danford
John V. Hobgood (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
john.hobgood@wilmerhale.com
andrew.danford@wilmerhale.com

Ben S. Fernandez (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3163
ben.fernandez@wilmerhale.com

Laura E. Powell (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6294
laura.powell@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel:  (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Cipher Digital Inc.*

/s/  Justin S. Cohen
Justin S. Cohen
State Bar No. 24078356
  justin.cohen@hklaw.com
Robert S. Hill
State Bar No. 276056
  robert.hill@hklaw.com
Morgan Delabar
State Bar No. 24116625
  morgan.delabar@hklaw.com

3

**Holland & Knight LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (fax)

Amy Simpson (*admitted pro hac vice*)
CA State Bar No. 241090
   amy.simpson@hklaw.com
**Holland & Knight LLP**
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA  90067
310.201.8900

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suire 430
Tyler, Texas 75701
903.705.1117

*Attorneys for Defendants*
*Foundry Digital LLC,*
*Fortitude Mining, LLC, and*
*Riot Platforms, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 28, 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund