UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD. | § § § | NO:  MO:25-CV-00567-DC-DTG |
| vs. | § § | |
| FOUNDRY DIGITAL LLC, ET AL. | § | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for

DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 6/18/26 on

Wednesday, June 24, 2026 at 11:00 AM (30 min time block) before the Honorable Derek T.

Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 22nd day of June, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE