UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC.; AND CIPHER DIGITAL INC. F/K/A CIPHER MINING INC., <br><br> Defendants. | Civil Action No. 7:25-CV-00567 <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING CLAIM CONSTRUCTION

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. and Defendants Foundry Digital LLC, Fortitude Mining, LLC, Riot Platforms, Inc., and Cipher Digital Inc. (Plaintiffs and Defendants are collectively the "Parties") hereby jointly file this stipulation regarding certain disputed terms for claim construction.

The Parties have proposed the following claim constructions for certain terms from U.S. Patent Nos. 8,532,286 ("'286 patent") and 8,666,062 ("'062 patent"):

| Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| '286 Patent (Claim 1) <br><br> "perform a replacement of a least significant word of the operand" | Plain and ordinary meaning | "add a modular equivalent of the operand's least significant word to the more significant words of the operand such that the result is shifted down to drop the least significant word" |

1

| Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| '286 Patent (Claim 1) "perform a cancellation thereof" | "add a multiple of the modulus to the operand to zero out the least significant word of the operand" | "add a multiple of the modulus to the operand such that the least significant word of the result is zero and the result is shifted down to drop the least significant word" |
| '062 Patent (Claim 1) "unreduced result" | Plain-and-ordinary meaning. | "result without any reduction to a specific finite field or word size reduction" |

Plaintiffs have already gone through the *Markman* process for the '286 and '062 Patents in a separate case, *Malikie Innovations Ltd. v. Mara Holdings, Inc.*, No. 7:25-cv-222, (W.D. Tex. March 12, 2026) (the "Mara Case"). *See* Exhibits 1-6 (claim construction briefing and order). In the Mara Case, the defendant proposed the same constructions as Defendants propose in this action. And after briefing and oral argument, the Court in the Mara Case provided the following claim constructions for terms the '286 and '062 patents:

| Term | Court's Construction |
|---|---|
| '286 Patent (Claim 1) "perform a replacement of a least significant word of the operand" | Plain and ordinary meaning of "replace a word that makes the smallest contribution to the value of the operand" |
| '286 Patent (Claim 1) "perform a cancellation thereof" | "add a multiple of the modulus to the operand to zero out the least significant word of the operand" |
| '062 Patent (Claim 1) "unreduced result" | "result without any reduction to a specific finite field or wordsize reduction" |

2

To avoid relitigating claim construction disputes that the Court has already addressed, the Parties hereby stipulate and agree to adopt the briefing and the Court's claim construction Order from the Mara Case (Dkt. Nos. 52, 53, 59, 65, 68, and 80) and to incorporate that briefing and Order into this action. In other words, Plaintiffs adopt Plaintiffs' briefing from the Mara Case, and Defendants adopt Mara's briefing from that case.  And based on the Court's ruling from the Mara case, the Parties stipulate to and adopt the Court's constructions set forth above for "perform a replacement of a least significant word of the operand" ('286 patent, claim 1), "perform a cancellation thereof" ('286 patent, claim 1), and "unreduced result" ('062 patent, claim 1). The Parties agree that each preserves their right to challenge those constructions on appeal, consistent with their respective positions on the meanings of those terms as set forth above, as well as the arguments in the *Markman* briefing from the Mara Case.

Dated:  June 30, 2026

Respectfully submitted,

*/s/ Andrew J. Danford*
John V. Hobgood (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
john.hobgood@wilmerhale.com
andrew.danford@wilmerhale.com

Ben S. Fernandez (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3163
ben.fernandez@wilmerhale.com

Laura E. Powell (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6294
laura.powell@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel:  (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Cipher Digital Inc.*

/s/  *Justin S. Cohen*
Justin S. Cohen
State Bar No. 24078356
   justin.cohen@hklaw.com
Robert S. Hill
State Bar No. 276056
   robert.hill@hklaw.com
Morgan Delabar
State Bar No. 24116625
   morgan.delabar@hklaw.com
**Holland & Knight LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (fax)

Amy Simpson (*admitted pro hac vice*)
CA State Bar No. 241090
   amy.simpson@hklaw.com
**Holland & Knight LLP**
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA  90067
310.201.8900

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**

4

821 ESE Loop 323, Suire 430
Tyler, Texas 75701
903.705.1117

*Attorneys for Defendants*
*Foundry Digital LLC,*
*Fortitude Mining, LLC, and*
*Riot Platforms, Inc.*

/s/ *Khue V. Hoang*

Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg
  LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg
  LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmankjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg
  LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Mark D. Siegmund, TX Bar No. 24117055
William D. Ellerman, TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
wellerman@cjsjlaw.com


*Attorneys for Plaintiffs Malikie Innovations
Ltd. and Key Patent Innovations Ltd.*


## CERTIFICATE OF CONFERENCE

I hereby certify that the counsel for Defendants conferred with counsel for Plaintiffs regarding the foregoing Joint Stipulation Regarding Claim Construction.   The foregoing stipulation is filed jointly.

*/s/ Andrew J. Danford*
Andrew J. Danford


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by CM/ECF on June 30, 2026.

*/s/ Andrew J. Danford*
Andrew J. Danford