**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD., et al.,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **No. 7:25-CV-00567-DC-DTG** |
| **FOUNDRY DIGITAL LLC, et al.,** | § | |
| **Defendants.** | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

After consideration of the Opening Claim Construction brief (Dkt. No. 100), the Court hereby appoints Dr. Joshua J. Yi as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between the plaintiff and the defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form on a USB drive, and the claim construction briefs in paper form to:

Dr. Joshua J. Yi

13492 Research Blvd; Ste. 120 – #445

Austin, TX 78750-2254

E-mail: josh@joshuayipatentlaw.com

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi no later than July 9, 2026. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi no later than one business day after filing.

**SIGNED** this 2nd day of July, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE