IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD., *Plaintiffs*, | § § § § § § § § | |
| v. | § § § § § | MO:25-CV-00567-DC |
| FOUNDRY DIGITAL LLC, FORTITUDE MINING, LLC, RIOT PLATFORMS, INC., CIPHER DIGITAL INC., F/K/A CIPHER MINING INC.; *Defendants.* | § § § § § § § § | |

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Derek T. Gilliland concerning Defendant Cipher Digital Inc. f/k/a Cipher Mining Inc.'s motion to dismiss for ineligibility under 35 U.S.C. §101.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on June 18, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

---

[1] Doc. 42.
[2] Doc. 86.

report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Defendant Cipher Digital Inc. f/k/a Cipher Mining Inc.'s motion[4] is **DENIED** without prejudice to raising patent ineligibility at the summary judgment stage.

It is so **ORDERED**.

SIGNED this 7th day of July, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Doc. 42.