**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAD/ODESSA DIVISION**

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD., et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00567-DC-DTG** |
| | § | |
| **FOUNDRY DIGITAL LLC, et al.,** | § | |
| *Defendant,* | § | |

## ORDER GRANTING UNOPPOSED MOTION TO INTERVENE (DKT. NO. 98)

Before the Court is non-party Shenzhen MicroBT Electronics Technology Co., Ltd.'s Motion to Intervene. Dkt. No. 98. Shenzhen MicroBT Electronics Technology Co., Ltd. moves pursuant to Federal Rule of Civil Procedure 24 to intervene as of right, or alternatively by permission, to defend against allegations that its product infringes the plaintiffs' asserted cryptographic patents. Having considered the motion, the applicable law, and the fact that no party is opposed, the motion is **GRANTED**.

It is therefore **ORDERED** that Shenzhen MicroBT Electronics Technology Co., Ltd.'s Motion to Intervene is **GRANTED**. The Clerk of the Court is **DIRECTED** to file Intervenor's Answer to Plaintiffs' Complaint for Patent Infringement (Dkt. No. 98-3) on the docket in this case and title it as such.

**SIGNED** this 24th day of July, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE