# EXHIBIT 1



## Planet Depos
### We Make It Happen™

# Transcript of Paul Martin, Ph.D.

**Date:** July 31, 2026
**Case:** Malikie Innovations, Ltd., et al. -v- Foundry Digital LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

- - - - - - - - - - - - x

MALIKIE INNOVATIONS          :

LTD., KEY PATENT             :

INNOVATIONS LTD.             :    Case No.

  Plaintiffs,              :    7:25-CV-00567-DC-DTG

v.                           :

FOUNDRY DIGITAL LLC,

FORTITUDE MINING,

LLC, RIOT PLATFORMS,

INC., CIPHER DIGITAL

INC. F/K/A/ CIPHER

MINING INC.,

    Defendant.

- - - - - - - - - - - - x

Videotaped Deposition of PAUL MARTIN, Ph.D.,

CONDUCTED VIRTUALLY

Friday, July 31, 2026

9:00 a.m.

Job No.: 644079

Pages: 1 - 118

Stenographically Reported By:

Brooklyn E. Schweitzer, RPR, CRR, CA CSR No. 14612

Videotaped Deposition of PAUL MARTIN, Ph.D., conducted virtually.

*** ALL PARTIES ATTENDED REMOTELY VIA ZOOM VIDEOCONFERENCE. **

Pursuant to Notice, before Brooklyn E. Schweitzer, Registered Professional Reporter, Certified Realtime Reporter, California CSR No. 14612, and Notary Public in and for the Commonwealth of Pennsylvania.

A P P E A R A N C E S


   ON BEHALF OF THE PLAINTIFFS:

        KHUE V. HOANG, ESQUIRE

        REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

        650 Fifth Avenue, Suite 2320

        New York, NY 10019


   ON BEHALF OF DEFENDANT CIPHER DIGITAL INC.

f/k/a CIPHER MINING INC:

        ANDREW J. DANFORD, ESQUIRE

        LAURA POWELL, ESQUIRE

        STEVE SU, ESQUIRE

        WILMER CUTLER PICKERING HALE AND DORR LLP

        2100 Pennsylvania Avenue NW

        Washington, DC 20037


   ON BEHALF OF DEFENDANTS RIOT PLATFORMS, FOUNDRY

DIGITAL, AND FORTITUDE MINING:

        AMY SIMPSON, ESQUIRE

        HOLLAND & KNIGHT

        1901 Avenue of the Stars, Suite 1200

        Los Angeles, CA 90067

A P P E A R A N C E S


ON BEHALF OF DEFENDANT SHENZHEN MICROBT

ELECTRONICS TECHNOLOGY COMPANY, LIMITED:

TIMOTHY WANG, ESQUIRE

NI WANG & MASSAND, PLLC

8140 Walnut Hill Lane, Suite 615

Dallas, TX 75231


ALSO PRESENT:

Kieran Morrison, Technician

Merdina Evans, Videographer

C O N T E N T S

EXAMINATION                                    PAGE

By Mr. Danford                                  7


                    E X H I B I T S

EXHIBIT                             PAGE

Exhibit 1   Declaration                          9

Exhibit 2   Deposition Transcript of

            Paul Martin, Ph.D., 1/22/26     24

Exhibit 3   '286 Patent                         29

Exhibit 4   Mathematical Expression            43

Exhibit 5   Mathematical Algorithm             45

Exhibit 6   '039 Patent                         55

P R O C E E D I N G S

VIDEOGRAPHER:  Here begins Media Number 1 in the videotaped deposition of Paul Martin, Ph.D., in the matter of Malikie Innovations Limited, et al., versus Foundry Digital, LLC, et al., in the United States District Court for the Western District of Texas, Midland/Odessa Division, Case Number 7:23-cv-00567-DC-DTG.

Today's date is July 31st, 2026, and the time on the video monitor is 9:01 a.m. Eastern Standard Time.  The videographer today is Merinda Evans representing Planet Depos, headquartered at 451 Hungerford Drive, Suite 400, Rockville, Maryland 20850.

All parties of this video deposition are attending remotely.  Would counsel please voice-identify themselves and state who you represent.

MR. DANFORD:  Andrew Danford of WilmerHale on behalf of Defendant Cipher, joined by my colleague, Laura Powell, also of WilmerHale.

MR. WANG:  Timothy Wang from Ni Wang & Massand representing Defendant Shenzhen MicroBT Electronics Technology Company, Limited.

MS. HOANG:  Khue Hoang --

MS. SIMPSON:  Amy Simpson -- I'm sorry.

MS. HOANG:  Go ahead.

MS. SIMPSON:  Amy Simpson of Holland &
Knight representing Riot Platforms, Foundry
Digital, and Fortitude.

MS. HOANG:  Khue Hoang, Reichman Jorgensen
Lehman & Feldberg, on behalf of Plaintiffs and the
deponent, Dr. Martin.

VIDEOGRAPHER:  Our court reporter today is
Brooklyn Schweitzer representing Planet Depos.
The witness will now be sworn in.

PAUL MARTIN, Ph.D.,
was called, and having been duly sworn,
testified as follows:
EXAMINATION
BY MR. DANFORD:

Q  Good morning, Dr. Martin.

A  Good morning.

Q  As I said, I'm Andrew Danford.  I'm one of
the lawyers representing Cipher in this case.

Could you please state your name for the
record?

A  Certainly.  Paul Daniel Martin.

Q  Dr. Martin, where are you located today?

A  I'm in Potomac, Maryland.

Q   Is that at your home?

A   Yes.

Q   Is there anyone there with you?

A   Upstairs is our nanny and my son.

Q   Okay.  No one related to this case is with you?

A   Correct.  Also a dog somewhere in the house.

Q   Now, besides this videoconference, do you have any other programs open on your computer?

A   No.

Q   And are you in communication with anyone in a manner that's not on the record in this deposition?

A   No.

Q   Do you have any materials relating to this case with you?

A   Yes.  I have an electronic copy of my declaration.

Q   And that's a clean copy?  It's not marked up or anything?

A   Yes, as far as I know.

Q   Okay.  Do you have any notes with you?

A   No.

Q   Is there any reason that you cannot

provide complete and accurate testimony today?

A No.

MR. DANFORD: So if we could mark the first exhibit, which was Tab 1 in the documents that I previously provided, as Exhibit 1.

TECHNICIAN: And just to confirm, this is the one labeled 1 and 2 or is it --

MR. DANFORD: Correct.

TECHNICIAN: Okay.

MR. DANFORD: Yeah.

TECHNICIAN: Marking that now.

(Exhibit 1 was marked for identification and is attached to the transcript.)

TECHNICIAN: All right. You should see that in the chat.

THE WITNESS: I do see it. I have a copy of it.

BY MR. DANFORD:

Q Do you recognize Exhibit 1?

A Yes, I do.

Q Exhibit 1's the declaration that you submitted in this case, correct?

A Yes, it is.

Q And you prepared this declaration?

A Yes, des.

Q  And the declaration contains your opinions relating to two patents at issue in this case, correct?

A  Correct.

Q  You stand by the opinions that are in this declaration?

A  Yes, I do.

Q  Have you reviewed your declaration since signing it?

A  Yes, I have.

Q  And are you aware of anything that needs to be corrected or changed?

A  No, I am not.

Q  How long did you spend preparing this declaration?

A  Just before I answer any questions about it, I'm going to just say for the record that I will use this copy of the declaration as opposed to the copy that I had to go through, not that I think there's a difference.

Q  Okay.  Yeah, if you see any difference, I believe that we've just provided what was provided to us, so it should be the same.

A  Yeah.  I'm just doing it because the copy you provided is probably the proper one to use for

the depo.

Q  Okay.  So how long did you spend preparing this declaration?

A  I'm not sure.  I spent quite a few hours on it, though.  Quite a while.

Q  Was it more than 50 hours?

A  Maybe.  It might have been.

Q  And when did you begin working on the declaration?

A  Sometime after receiving Plaintiff's -- sorry, Defendant's claim construction positions.  Possibly started working on the opinions, I went into it before then.

Q  Now, at the end of your declaration, you attached a copy of your CV, correct?

A  Yes.

Q  And that CV is an accurate summary of your education and work experience, correct?

A  It should be, at least up until when it was submitted.  I don't know --

Q  You're --

A  -- exactly when that was.

Q  Okay.  You were --

A  Might have been -- probably is up to date.

Q  Okay.  You received your bachelor of

science degree in 2011, correct?

A  Yes.

Q  Do you recall when in 2011 you received your bachelor's degree?

A  Probably May.

Q  And after you completed your bachelor's degree, you went to graduate school, correct?

A  Correct.

Q  What was the focus of your graduate studies?

A  It was computer security and cryptography.

Q  Did you do any research as a graduate student?

A  Yes.

Q  What was the focus of that research?

A  Computer security research, cryptography research.

Q  Now, did your graduate studies involve any work in elliptic curve cryptography?

A  Certainly my studies did.  I believe that my -- yeah, my research did as well.  Yes.

Q  What aspects of your research involved -- well, let me ask it differently.

How did -- how was elliptic curve cryptography involved in your research as a

graduate student?

A  So a lot of my applied crypto research relating to elliptic curve cryptography.

So, for instance, I did a project about OpenSSL implementations on web servers where I looked at how they had configured different aspects, including elliptic curve cryptography, in order to figure out if I could determine what versions of cryptographic libraries were running on the web servers.

By the way, if you need me to slow down, please tell me to do so.  I know that I tend to talk quickly.

In addition, I also use -- can't remember what ultimate crypto scheme we used for our -- our KBID Kerberos bracelet identifications work.  I can't remember what the actual protocols were, but I designed multiple cryptographic protocols as part of my Ph.D.

I also did internships in the summer where I also did cryptographic work.

Q  If I'm looking at your CV, on the second page, there's a list of publications, correct?

A  Yes.

Q  And you have five publications listed

there, correct?

A   Correct.

Q   Those are your only five academic publications, correct?

A   That's right.

Q   And none of those five publications involved elliptic curve cryptography, correct?

A   The Classifying Network Protocol Implementation publication does involve elliptic curve cryptography because it looks at how that's configured on web servers.

KBID -- I can't remember if it involves elliptic curve schemes or some other schemes.  I can't remember what we ended up implementing there.

I believe that's right.  Yeah.

Q   So what was the first time, just in terms of the year, that you did any research involving elliptic curve cryptography?

A   Any research or any work involving elliptic curve cryptography?

Q   Let's start with research.

A   Probably 2011.

No, wait, that's not right.  Might have been 2010.  I did some research as a student with

-- related to different types of cryptographic schemes in medical records.

Q   This is while you were still an undergraduate?

A   Correct.

Q   What was the nature of that research?

A   We were looking at encrypting different parts of electronic medical records because they were still new at the time in order to enable, if I remember correctly, health information exchanges.

So, basically, this concept where you could store a medical record in the cloud and other providers or different doctors could access the medical record and you could allow them to encrypt parts of the record to preserve patient privacy.

Q   And after that work, what -- what did you next do any -- when did you next do any research involving elliptic curve cryptography?

A   That was the Classifying Network Protocol Implementation work.  That started, I believe, in 2011.  There was another project before that, that was unsuccessful, where we were looking at using different cryptographic algorithms in order to

essentially force biometric authentication cryptographically. It was unsuccessful because other work came out before we published that was the same thing.

That would have been 2011, and then this Classifying Network Protocol Implementation was 2011 or 2012 and finished in 2013.

Q Coming back to your CV, is it right that all of the publications you have listed are publications resulting from your graduate work?

A Yes.

Q And if I go down further on your CV, you've got a list of patents.

Do you see that?

A Yes.

Q There are five patents listed there, correct?

A Correct.

Q Do any of those patents involve elliptic curve cryptography?

A No. None of these patents are specific to elliptic curve cryptography, though one of the systems that the patents came from did work with elliptic curve cryptography.

Q And are these patents the result of work

that you did as a graduate student?

A   Some are, some are not.

Q   Which are?

A   The network traffic profile and visualization was work that I did as a graduate intern, and healthcare privacy breach prevention was also work that I did as a graduate intern. Each of those resulted in two patents.  System and method for automatically extracting information was not.  That was actually a product that we launched.

Q   When did you do the work related to that patent?

A   Maybe 2018, 2019 time frame, into 2020, and then work from a -- it was kind of -- so that was one -- that was a novel aspect of the system that we patented, but the entire work on that system continued until recently.  The company was selling that system until it folded two months ago, I think.

Q   What was the name of that company?

A   Harbor Labs.

Q   Harbor Labs no longer exists?

A   Correct.  It split into two companies, and the lab side closed.

Q  Now, under your -- on your CV, you also have a heading called Current Research.

Do you see that?

A  Yes, I do.

Q  Does any of that current research involve elliptic curve cryptography?

A  Nothing directly, no.

Q  Do you consider yourself an expert on elliptic curve cryptography?

A  Absolutely.

Q  And what is that expertise based on?

A  So in addition to the research that I do, I actually teach elliptic curve cryptography at Johns Hopkins, it's my class, and I have -- I currently review research in elliptic curve cryptography.

So, yes, I'm an expert on elliptic curve cryptography.  I've certainly used it in products. I've designed crypto systems for products that use elliptic curve cryptography.  So, yeah.

Q  After completing your graduate studies, what did you do?

A  I went to work for a company called Harbor Labs.

Q  And what was Harbor Labs?

A   Harbor Labs is a company -- was a company, I guess -- I'm not sure if it officially closed, but I believe that it has -- that did a combination of things.  Three broad types of things.

Q   What were those things?

A   The first thing that we did was we would be hired by companies to perform different types of analysis work for them.  This included everything from finding vulnerability in systems to designing cryptographic protocols, which we did a whole lot of, actually.

The second part was -- a whole lot of them.

The second part was designing a product and developing a product called Firmware IQ.  The third part was legal work, essentially supporting litigation through analysis and sometimes testimony.

Q   Were you involved in all aspects of that work --

A   Yes.

Q    -- those three things?

A   I was involved in all aspects of that work at different times.  Some more than others.

Q   Now, you currently work at a company called Harbor Experts, correct?                                          09:15:43 / 09:15:47

A   Correct.                                              09:15:49

Q   When did you begin working at Harbor Experts?                                              09:15:50 / 09:15:52

A   I think it split off of Harbor Labs at the very end of 2024.                                 09:15:52 / 09:15:59

Q   That was actually my next question.  What is the relationship between Harbor Labs and Harbor Experts?                                         09:16:01 / 09:16:03 / 09:16:07

A   So at one time, Harbor Labs was being considered for -- they were trying to sell it, and specifically it's medical device security and regulatory compliance business, which became a rather large part of their work.                     09:16:07 / 09:16:10 / 09:16:12 / 09:16:14 / 09:16:18

So they split the company into two, with that being one company and Harbor Experts doing the rest of the work.  The analysis work continued at Harbor Experts, as well as the legal work.                           09:16:20 / 09:16:23 / 09:16:25 / 09:16:28

Q   What do you do at Harbor Experts?                    09:16:29

A   I'm the chief scientist at Harbor Experts.           09:16:31

Q   And as the chief scientist, what are your responsibilities?                                   09:16:34 / 09:16:38

A   Design and manage experiments, design products to the extent that we plan to launch                09:16:39 / 09:16:43

products in different spaces.  But nothing publicly announced there.

And then, finally, I advise clients in different types of issues, and I do legal work like today.

Q  And is it correct that Harbor Experts currently has no products on the market?

A  Correct.  We are exploring launching products, but we do not have it.

Q  And the majority of your work at Harbor Experts relates to litigation consulting, correct?

A  I'd say 70 to 80 percent of it, maybe.

Q  You testified before that over 90 percent of your work is litigation consulting, correct?

A  That might have been 90 percent of my work at Harbor Experts.  I also teach at Johns Hopkins, and I'm involved in committees on the IEEE.  But at Harbor Experts, that is not the case right now. It's about 70 to 80 percent.  It changes.

Q  In your CV, you list the cases in which you've been engaged as an expert, correct?

A  Yes.

Q  And how many litigation matters have you been engaged as an expert?

A  As a testifying expert, I haven't counted

09:16:46
09:16:51
09:16:52
09:16:56
09:16:58
09:16:59
09:17:03
09:17:07
09:17:09
09:17:10
09:17:15
09:17:17
09:17:21
09:17:25
09:17:27
09:17:29
09:17:32
09:17:36
09:17:39
09:17:42
09:17:48
09:17:50
09:17:52
09:17:55
09:17:57

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

how many times I've been engaged as a testifying
expert.  In terms of a combination of testifying
and consulting, over the last ten years, it is
more than 100.  I counted it some time ago.

Q  Now, you provided a list of materials that
you considered in forming your opinions in
Paragraph 31 of your report, correct?

A  One moment.

I have it.

Q  That list in Paragraph 31 is a complete
description of the materials that you considered
for this case, correct?

A  I tried to include all of the materials
that I considered specifically up to this point in
this case.

Q  In forming your opinions, you did not
speak with anybody other than counsel for
Plaintiffs, correct?

A  Not that I recall.  I don't believe so.

Q  You've served as an expert on behalf of
Malikie in a prior litigation, correct?

A  Yes, I did.

Q  And that litigation involved Malikie
elliptic curve cryptography patents; is that
correct?

09:18:05
09:18:07
09:18:10
09:18:13
09:18:16
09:18:20
09:18:22
09:18:24
09:18:28
09:18:43
09:18:47
09:18:49
09:18:49
09:18:51
09:18:54
09:18:54
09:18:59
09:19:03
09:19:04
09:19:05
09:19:09
09:19:11
09:19:14
09:19:17
09:19:17

A   That's correct.

Q   And prior to your involvement in that litigation, had you ever heard of Malikie?

A   Not Malikie directly, but I have heard of the company that made the patents.

Q   Okay.

A   Malikie --

Q   So you hadn't heard of the Plaintiff Malikie, correct?

A   Correct.

Q   And prior to your involvement in that litigation, had you ever heard of Key Patent Innovations?

A   No.

Q   Have -- prior to your involvement in that litigation, were you familiar with any of Malikie's patents?

A   Not the patents directly, though -- actually, after looking at the patents, it then was interesting because I discovered that some of the technologies that I was familiar with were actually captured in the patents because the technology was invented by the authors of the patents, which was interesting.

MR. DANFORD:  So let's mark Tab 5 as

09:19:21
09:19:22
09:19:24
09:19:27
09:19:33
09:19:35
09:19:36
09:19:37
09:19:39
09:19:40
09:19:40
09:19:44
09:19:48
09:19:48
09:19:49
09:19:56
09:19:58
09:19:59
09:20:04
09:20:08
09:20:10
09:20:13
09:20:15
09:20:17
09:20:25

Exhibit 2.

TECHNICIAN:  Exhibit 2 is loading.  You should see it shortly.

(Exhibit 2 was marked for identification and is attached to the transcript.)

THE WITNESS:  I have it up on my screen.

BY MR. DANFORD:

Q  Do you recognize Exhibit 2?

A  Yes.

Q  You gave a deposition in Malikie versus Mara Holdings, correct?

A  Correct.

Q  And Exhibit 2 is a transcript of that deposition, correct?

A  Correct.

Q  The testimony that you gave in that deposition was truthful and accurate, correct?

A  Correct.

Q  And you stand by that testimony today, correct?

A  Correct.

Q  Now, if we go back to your declaration, you describe beginning at Paragraph 38 the level of the ordinary skill in the art of the two patents that you addressed, correct?

A  Correct.

Q  And a person of ordinary skill in the art would have had at least a bachelor's degree as of the priority dates for the '286 and '039 patents, correct?

A  Say that one more time.

Q  Under the definition of a person of ordinary skill in the art that you applied, that person of ordinary skill would have had at least a bachelor's degree as of the priority dates for the '286 and '039 patents, correct?

A  Correct.

Q  Okay.  You assumed that the priority date for the '286 patent was July 17th, 2009, correct?

A  Correct.

Q  And you did not have a bachelor's degree as of July 17th, 2009, correct?

A  Correct.

Q  You assumed the priority date of the '039 patent was April 6th, 2011, correct?

A  Correct.

Q  You did not have a bachelor's degree as of April 6th, 2011, correct?

A  Correct.

Q  Okay.  So you did not have the

09:21:38
09:21:39
09:21:42
09:21:45
09:21:49
09:21:49
09:21:50
09:21:52
09:21:57
09:21:59
09:22:03
09:22:05
09:22:05
09:22:11
09:22:14
09:22:14
09:22:17
09:22:19
09:22:21
09:22:24
09:22:26
09:22:27
09:22:31
09:22:32
09:22:33

qualifications of a person with ordinary skill in the art as of the priority date for either the '286 or '039 patents, correct?

A  Correct.

Q  You did not possess the qualifications of a person of ordinary skill in the art until years after the priority date for the '286 and '039 patents, correct?

A  Correct.

Q  What did you do to inform your opinions so they could be from the perspective of a person of ordinary skill in the art as of the priority date for the '286 and '039 patents?

A  So a few things.  First, even though I had not completed my undergraduate work as of the dates of these patents, I was actually doing a lot of internship work on cryptography.  I did some work breaking cryptographic protocols.  I had quite a bit of knowledge of cryptography, actually.

So while I may not meet the official definition of a person of skill in the art, I was at least quite aware of what was going on in the space.

With my current experience and expertise,

and because I have to deal with a lot of literature review as part of my Ph.D., I put myself back at those time periods and think about what was happening in those spaces and what a person of skill in the art would have been familiar with based on my research back into those years and also, like, my research looking back into those years, and also having been part of the industry at that time.

The second thing that I did was applying the educational standard. How do I do that? Well, I teach master students, right, and I teach other graduates. So I gave some thought to where those students are when they graduate or where they will be when they graduate and have about one years of experience.

I hire people for our company that have those exact qualifications, and I ask them to do things. So I gave some thought to what their capabilities are now and what they would have been at the time that these patents were followed.

Combining that knowledge together, I feel very confident that I was able to adequately put myself in the shoes of a person of skill in the art.

Q   That work that you undertook to put yourself in that perspective, that was work that you did for this litigation, correct?

A   Yes, that's correct.

Q   Now --

A   And with respect to this particular litigation.  That's true.

Q   Okay.  Now, you didn't speak to anyone who had the qualifications of a person of ordinary skill in the art as of the priority date for the '286 or '039 patents to inform your opinions for this case, correct?

A   I mean, my Ph.D. advisor, who I literally still work with and discuss cryptography with all the time, I talk to him all the time.

So, I mean, I didn't speak specifically about this case, but I certainly know many people that were practicing in the field at that time. I'm good friends with many of them.

Q   All right.  But you haven't discussed the issues for this case with your Ph.D. advisor, correct?

A   I certainly discussed elliptic curve cryptography with him.  I haven't discussed this case specifically with him, as it were.

Q   Okay.  And you haven't discussed the claim terms that you address in your declaration with your Ph.D. advisor, correct?

A   Correct.  Correct.

Q   So --

A   Also in the context of this patent.  Some of the terms, of course, are terms that I might have discussed with him over the years, and with other people as well:  mentors, friends, co-researchers, et cetera.

Q   Right.  But in the context of forming the opinions that you set forth in this declaration addressing those particular claim terms that are at issue in this case, you didn't have any discussions with your Ph.D. advisor or anyone else, correct?

A   Correct.

MR. DANFORD:  All right.  Let's mark Tab 3 as Exhibit 3, please.

(Exhibit 3 was marked for identification and is attached to the transcript.)

TECHNICIAN:  Exhibit 3 is in the chat.

THE WITNESS:  Exhibit 3 has loaded.

BY MR. DANFORD:

Q   Do you have Exhibit 3 before you?

A   I do.  One issue with Exhibit 3 is that it is not OCRed.  Is it okay if I get an OCRed copy of this?

Q   That's fine.

A   All right.  Let me do that now.

Q   Just for the record, Exhibit 3 is the '286 patent, correct?

A   Correct.

Q   And you're looking at the '286 patent right now, correct?

A   Yes.

Q   You're familiar with the '286 patent?

A   Definitely.

Q   You've read the '286 patent many times, correct?

A   Yes, that's fair to say.

Q   In your own words, what's the '286 patent about?

A   It's about, in general, modular reduction.

Q   Now, the '286 patent doesn't claim every way of performing modular reduction, correct?

A   It does not.

Q   Okay.  And what is modular reduction?

A   It is taking a value and reducing it to a fixed range between 1 and a modulus.

Q  What is a modulus?

A  It is the end of that range that you want to reduce the value to, in plain language.

Q  And modular reduction existed before the '286 patent, correct?

A  Yes, it did.

Q  And you're familiar with the term "Montgomery reduction"?

A  Yes.

Q  What is a Montgomery reduction?

A  It's an optimized or efficient method for performing modular reductions in large quantities.

Q  Before getting involved in litigations on behalf of Malikie, were you familiar with Mont- -- with Montgomery reduction?

A  Yes.

Q  How?

A  Through classes or work -- I can't remember which -- during my Ph.D. or slightly before.  Sometime around there.

Q  Have you ever performed a Montgomery reduction?

A  By hand?  No.

Q  Have you ever performed --

A  Not that I -- well, mainly for this

litigation.  Before this litigation, no.

Q  All right.  Before this litigation, did you perform any Montgomery reductions using a computer?

A  Possibly.  A lot of computer crypto libraries use Montgomery reduction for optimization.

Q  For what purpose would you have used a Montgomery reduction before this case?

A  When performing cryptographic operations.

Q  Now, if you turn to Paragraph 67 in your declaration, back to Exhibit 1, you describe a Montgomery reduction, correct?

A  One moment.

Yes.

Q  A Montgomery reduction has the form A times R to the minus 1 mod n, correct?

A  For standard Montgomery reductions, just general nature.

Q  Okay.  Now, R is a value called the radix, correct?

A  Yes.

Q  R is the power of 2, correct?

A  Correct.

Q  What does the radix value represent?

A   That's the basis at which you're going to do your divisions, at a high level.

Q   All Montgomery reductions utilize a radix value, correct?

MS. HOANG:  Objection; form.

A   Standard Montgomery reduction utilizes a radix value.

Q   Okay.  N is a value called the modulus, correct?

A   Yes.  At least with respect to the examples, I should say, because of course the numbers -- you know, the values n and R are arbitrary labeled on the contents, but yes.

Q   Sure.  And if we're talking about A times R to the minus 1 mod n, n in that expression is the modulus, correct?

A   Yes.  If it's okay with you, can we just use the values n and R to represent those concepts without having to qualify that going forward?

Q   That should be fine for the Montgomery reduction.

A   Excellent.

Q   What does the modulus represent?

A   The modulus -- one second.  Should be precise.

Q  Just so I have it for the record, where are you looking for that answer?

A  I'm just looking at what I said in my declaration to make sure that any high-level answer I give is precise enough.

So it's the largest value in your final set of elements, is how I would describe it at a high level.

Q  How does a Montgomery reduction relate to elliptic curve cryptography?

A  So Montgomery reductions are used to accelerate the performance of modular arithmetic, and elliptic curve cryptography make heavy use of modular arithmetic.  So that's at a high level how those two things are related.

Q  Montgomery reductions existed long before the '286 patent, correct?

A  It's existed for -- my recollection is approximately 20 years before the '286 patent.

Q  Now, the '286 patent describes an alternative way to perform Montgomery reductions, correct?

A  It describes what it calls Montgomery-style reductions.  So I don't know if you would characterize that as an alternative way

09:32:34
09:32:35
09:32:36
09:32:38
09:32:41
09:33:05
09:33:08
09:33:13
09:33:23
09:33:26
09:33:28
09:33:35
09:33:38
09:33:44
09:33:46
09:33:47
09:33:51
09:33:53
09:33:59
09:34:01
09:34:06
09:34:10
09:34:23
09:34:25
09:34:28

to perform a Montgomery reduction.

Is there language in the patent to that?

Q Well, let me ask you this: The '286 patent doesn't claim performing a standard Montgomery reduction, correct?

A That's correct.

Q And the '286 patent claims an alternative way to perform a Montgomery reduction, correct?

MS. HOANG: Objection; asked and answered.

A So, for instance, in column 3, the patent says that, In the following embodiments, the system and method are utilize that provide an alternative way in which to produce a Montgomery reduction from below by storing new precomputing value -- by storing a new precomputing value used to substantially replace the u and n values used in Montgomery reduction with a single value.

So I would say that they are characterizing it as an alternative way to produce a Montgomery reduction, but I think that that is sort of just how they're characterizing it. I think they're just giving you a way to perform modular reduction generally. It's Montgomery-style.

Q Then the -- the particular way that is

09:34:30
09:34:32
09:34:34
09:34:37
09:34:39
09:34:40
09:34:40
09:34:45
09:34:50
09:34:59
09:35:03
09:35:06
09:35:08
09:35:11
09:35:14
09:35:17
09:35:22
09:35:24
09:35:26
09:35:30
09:35:34
09:35:37
09:35:39
09:35:42
09:35:43

claimed in the performing modular -- let me strike that.

The particular way of performing modular arithmetic claimed in the '286 patent is a Montgomery-style reduction, correct?

A  Yes, I believe that's what the patentees call it.

Q  All right.  And the '286 patent does not claim every way of performing a Montgomery reduction, correct?

A  Correct.

Q  Now, if you look at the language of claim 1 of the '286 patent -- so I'm just flipping to the end of the patent and looking at the claims.  Claim 1 relates to a method of performing a cryptographic operation, correct?

A  Yes.  Well, sure.  A Montgomery-style reduction in a cryptographic operation.

Q  That's right.  So the cryptographic operation that's claimed includes a Montgomery-style reduction, correct?

A  Correct.

Q  Okay.  And what is a Montgomery-style reduction?

A  A Montgomery-style reduction is the things

the claim says.  So it starts with -- it tells you what the steps are, right?  Obtaining, computing, and outputting.  So those three things together are a Montgomery-style reduction.

Q  All Montgomery-style reductions can be expressed as A times R to the minus 1 mod n, correct?

MS. HOANG:  Objection; form.

A  The claim doesn't say that.

Q  Well, you, as a person of ordinary skill in the art, would understand that all Montgomery-style reductions can be expressed as A times R to the minus 1 mod n, correct?

MS. HOANG:  Objection to the form.

A  That is not correct.

MS. HOANG:  Paul, give me -- give me a second to interject and interrupt with an objection if I need to.  Okay?  So --

THE WITNESS:  Yes, apologies.

MS. HOANG:  -- we can keep this clean.

BY MR. DANFORD:

Q  Okay.  Well, how would you, as a person of ordinary skill in the art, express a Montgomery-style reduction?  What is the mathematical expression for a Montgomery-style

reduction?

A   Well, a Montgomery --

MS. HOANG:  Objection; form.

A   A Montgomery-style reduction is outlined in the claim right here.  That's exactly how you would express it.  You would obtain an operand for the cryptographic operation and perform the rest of these steps.

Q   Can you tell me what the mathematical expression is that defines that Montgomery-style reduction?

A   A Montgomery-style reduction is an algorithm and is defined in claim 1.

Q   Yeah.  And I'm asking you, what's the mathematical expression that defines that algorithm?  Can you tell me?

A   I don't understand the basis -- I don't understand your question.  A Montgomery-style reduction is a name for something.  The thing it's a name for is claim 1.  And it is not a mathematical expression.

Q   All right.  Your opinion is that the Montgomery-style reduction is not a mathematical expression, correct?

MS. HOANG:  Objection; form.

A  Montgomery-style reduction is what claim 1 says it is.  It's these three steps.

Q  Is a Montgomery-style reduction a mathematical expression or not?

MS. HOANG:  Objection to form.

A  It's a sequence of steps, and mathematical expressions can possibly satisfy these steps, but it is an algorithm.

Q  And you can't tell me sitting here what the mathematical expression is that defines a Montgomery-style reduction, correct?

MS. HOANG:  Objection; form.

A  There isn't just one.  Any mathematical operation that performs these three steps -- which, by the way, include non-mathematical operation language, like obtaining an operand, and modifying/outputting an operand would be a Montgomery-style reduction.  And computing.

Q  I see.  So your -- your opinion is that a Montgomery-style reduction is not related to any particular type of mathematical expression of a reduction, correct?

MS. HOANG:  Objection; form.

A  A Montgomery-style reduction is an algorithm that can use a mathematical -- what was

the word you used?  Mathematical operation?  09:40:21

Q  Mathematical expression.  09:40:24

A  Mathematical expression.  Correct.  Sorry,  09:40:26
not correct, but correct what I was just saying to  09:40:29
myself.  09:40:31

It can use a mathematical expression, but  09:40:32
it is an algorithm as outlined in claim 1.  09:40:36

Q  Do all Montgomery-style reductions utilize  09:40:40
a radix?  09:40:47

MS. HOANG:  Objection; form.  09:40:49

A  I don't see the word "radix" in claim 1.  09:40:58

Q  The '286 doesn't describe any  09:41:02
Montgomery-style reductions without a radix,  09:41:06
correct?  09:41:08

A  I don't recall off the top of my head, but  09:41:09
claim 1 certainly doesn't use the word "radix."  09:41:15
It doesn't require it.  09:41:18

Q  All right.  So it's your opinion that the  09:41:19
Montgomery-style reduction claimed in claim 1  09:41:21
doesn't require a radix; is that right?  09:41:23

A  I don't see claim 1 requiring a radix.  09:41:30

Q  Okay.  And the term "Montgomery-style  09:41:34
reduction" is broader than a Montgomery reduction,  09:41:37
correct?  09:41:39

MS. HOANG:  Objection; form, calls for a  09:41:40

legal conclusion.

A  It is different than a Montgomery reduction.

Q  Okay.  It's broader than a Montgomery reduction, correct?

MS. HOANG:  Same objection.

A  I haven't really thought about which is broader.  I think that that's kind of a -- what's the word I'm looking for?  That's -- that's sort of an imprecise word, right?  It's kind of a judgment call as to whether something is broad or not unless you perform a full analysis, which I have not.

Q  Right.  Determining the scope of a Montgomery-style reduction is a judgment call, correct?

A  Not quite right, no.

Q  All right.  Well, you would agree that a Montgomery reduction is an example of a Montgomery-style reduction, correct?

MS. HOANG:  Objection; form.

A  No.  A Mont- -- standard Montgomery reduction is not a Montgomery-style reduction.

Q  All right.  So a Montgomery-style reduction is different from a standard Montgomery

reduction, correct?                                    09:42:47

A  Yes.                                                09:42:48

MS. HOANG:  Objection; form.                           09:42:49

Q  What is the defining characteristic of a            09:42:50
Montgomery-style reduction?                            09:42:53

MS. HOANG:  Objection; form.                           09:42:56

A  The defining characteristic is what the             09:42:57
claim 1 says.  So there's not one specific             09:43:03
characteristic.  It's -- you have to do the whole      09:43:05
process.  That is what makes a particular thing a      09:43:07
Montgomery-style reduction.                            09:43:10

Q  How many different ways are there to                09:43:11
perform a Montgomery-style reduction?                  09:43:15

MS. HOANG:  Objection; form.                           09:43:18

A  You have to do all of the things in                 09:43:19
claim 1 to perform a Montgomery-style reduction.       09:43:23

Q  There's only one way to do a                        09:43:27
Montgomery-style reduction?                            09:43:29

MS. HOANG:  Objection; mischaracterizes               09:43:31
testimony.                                             09:43:33

A  If you do all of the things in claim 1,             09:43:33
you have done a Montgomery-style reduction.            09:43:35

Q  Right.  And I just want to know, what               09:43:37
is -- how many different mathematical expressions      09:43:39
are encompassed by this Montgomery-style reduction     09:43:42

that is recited in claim 1?  Do you know?

MS. HOANG:  Objection; form.

A  Any mathematical expression that is part of an algorithm that performs these steps would be a Montgomery-style reduction.  And I don't know what that universe looks like, but if you show me one, I might be able to think of it.

Q  Well, why don't we -- why don't we look at some examples, then.

MR. DANFORD:  Could we mark Tab 14 as the next exhibit, please?

(Exhibit 4 was marked for identification and is attached to the transcript.)

THE WITNESS:  Okay.  I have it open.

BY MR. DANFORD:

Q  Exhibit 4 provides a mathematical expression, correct?

A  Yes.

Q  And the particular mathematical expression shown in Exhibit 4 is A mod p where p=2 to the m minus c and c is a small integer, correct?

A  Yep, that's what it says.

Q  Okay.  Is the mathematical expression shown in Exhibit 4 a Montgomery-style reduction?

MS. HOANG:  Objection; form.

I'm also going to interpose a general objection here.  This is way outside the scope of claim construction.  This seems very much to be some sort of validity challenge or infringement challenge.  I'm going to -- I'm going to object to the line of questioning on that basis.

MR. DANFORD:  This goes squarely to the scope of -- of the indefiniteness challenge.  If he can't tell me whether this is a Montgomery-style reduction or not, that just demonstrates his ability to --

MS. HOANG:  Sure.

A  Okay.  Well, you gave me a mathematical expression, and a mathematical expression does not obtain, compute, or output.  So it is not an algorithm.  So this mathematical expression is not a Montgomery-style reduction.

Q  Okay.  So you can say definitively that what is shown in Exhibit 4 is not a Montgomery-style reduction, correct?

MS. HOANG:  Objection; form.

A  Certainly not by itself.

MR. DANFORD:  All right.  Let's mark Tab 16 as the next exhibit.

THE WITNESS:  Can we go off for one

moment, please?  09:46:51

MS. HOANG:  Do you need a minute?  09:46:54

THE WITNESS:  Something happened to the  09:46:57
doorbell.  Can we go off the record for a second?  09:46:58

MR. DANFORD:  Okay.  That's fine.  We can  09:47:01
take a break.  09:47:02

VIDEOGRAPHER:  We are going off the  09:47:02
record.  The time is 9:47.  09:47:04

(A recess was taken.)  09:47:06

VIDEOGRAPHER:  We are now back on the  09:50:43
record.  The time is 9:50.  You may proceed.  09:50:46

BY MR. DANFORD:  09:50:49

Q  Dr. Martin, before we took that break, we  09:50:49
had just marked an Exhibit 5.  09:50:51

(Exhibit 5 was marked for identification  09:50:54
and is attached to the transcript.)  09:50:55

Q  Do you have Exhibit 5 before you?  09:50:55

A  Not yet.  09:50:56

All right.  Now I do.  09:51:02

Q  All right.  Now, Exhibit 5 shows a  09:51:04
mathematical algorithm, correct?  09:51:06

A  Yes.  09:51:08

Q  Is the algorithm shown in Exhibit 5 a  09:51:12
Montgomery-style reduction?  09:51:15

MS. HOANG:  Objection to form.  This is  09:51:17

well outside the scope of his expert declaration,                    09:51:18
outside the scope of claim construction.  I                    09:51:22
maintain my general objection to this line of                    09:51:24
questioning.                    09:51:27

A  I feel like there is absolutely no way I'm                    09:51:28
going to be able to analyze this with respect to                    09:51:30
claim 1 on the fly and give you an answer on that.                    09:51:33
It's not something I considered.  That is -- I                    09:51:35
can't -- yeah, I just can't sit here and, like, do                    09:51:37
math and claim math in that way.  I'm sorry.                    09:51:40

Q  I've got time.  What -- what would you                    09:51:43
need to know to determine whether this is a                    09:51:45
Montgomery-style reduction?                    09:51:48

MS. HOANG:  Same objection.  This is an                    09:51:49
inappropriate line of questioning.                    09:51:51

A  I would need to look carefully at claim 1                    09:51:55
and at this algorithm here and determine whether                    09:51:57
or not it met the elements of claim 1.  If it                    09:52:01
does, it's a Montgomery-style reduction, and if it                    09:52:04
does not, it is not.                    09:52:06

But I can't actually do that sitting here                    09:52:08
because that's time-consuming, and I have to be                    09:52:10
very careful when issuing opinions, and I would                    09:52:14
need to check my work and everything else.  Can't                    09:52:16
do that.                    09:52:18

Q  Okay.  Well, claim 1, one of the elements is obtaining an operand for the cryptographic operation.

Do you see that?

A  Yes.

MS. HOANG:  Objection.

Q  Is what is shown in Exhibit 5 illustrate obtaining an operand for the cryptographic operation?

MS. HOANG:  Same objection.

A  I don't even know if this is a cryptographic operation from what you've shown me. It's not clear what this is.

Q  Does what is shown in Exhibit 5 describe computing a modified operand using a reduction in value instead of a modulus used in performing a standard Montgomery reduction to perform a replacement of the least significant word in the operand rather than perform a cancellation thereof?

MS. HOANG:  Same objection.  Counsel, this is really inappropriate.  Dr. Martin has already told you he's not going to sit here and speculate about a hypothetical that you put in front of him for the very first time.  Well outside the bounds.

09:52:18
09:52:21
09:52:24
09:52:25
09:52:25
09:52:26
09:52:27
09:52:32
09:52:35
09:52:35
09:52:36
09:52:38
09:52:41
09:52:42
09:52:48
09:52:51
09:52:55
09:52:58
09:53:00
09:53:03
09:53:04
09:53:06
09:53:08
09:53:10
09:53:13

This has been going on for minutes now. I'm going to maintain this objection, and if this continues, I will seriously consider stopping this deposition.

So use it appropriately, or we're going to go to the Court.

BY MR. DANFORD:

Q   Dr. Martin, you can't tell me whether this is a Montgomery-style reduction or not, correct?

A   Not without analyzing this carefully, and I do not analyze things carefully in the middle of depositions that are complicated mathematical algorithms.  That is not a smart thing to do if I need to give you a reliable opinion.

Q   So sitting here, you can't tell me whether this is a Montgomery-style reduction or not, correct?

MS. HOANG:   Same objection.

A   I have not performed that analysis.

Q   Okay.  Now, if we could go back to the claim language, claim 1 of the '286 patent includes the phrase "instead of a modulus used in performing a standard Montgomery reduction," correct?

A   Yes, I see that.

Q   What does that phrase mean?

A   So I talk about this in my report, Paragraph 69, and I say that it's clear that a POSITA would understand that using a reduction value instead of a modulus means that the reduction value, while it functions as a modulus, is not itself the modulus.

Q   Does the phrase require that to perform the claim method you have a modulus used in performing a standard Montgomery reduction and then decide not to use it?

MS. HOANG:  Objection; form.

A   No, I don't think that the claim said that.  The claim says that whatever modulus you would have used if you had performed a standard Montgomery reduction, you can't use that modulus.

Q   Okay.  So does that mean that you have to have whatever that modulus would be for a standard Montgomery reduction in order to perform this claim element?

MS. HOANG:  Objection; form.

A   So in performing a standard Montgomery reduction, the modulus would be $n$, as we discussed using that as a representative number for the modulus.

In the inventions alternative way, you're going to use a modified operand, which is not n.

Q  Right.  I understand that's what's used, but if you wanted to practice this method, do you have to have n?

MS. HOANG:  Objection; form.

A  You would know the value of n in performing this -- this algorithm.

Q  Does the claim element instead of a modulus used in performing a standard Montgomery reduction require that to perform that claim step you have that value n and then decide not to use it?

MS. HOANG:  Objection; form.

A  I think you're asking me if the claim language on its face requires an affirmative determination as to what n is, like there's a comparison step of what you're going to use versus what n was.

It doesn't say that.  It says that you can't use that instead of a modulus used in performing a standard Montgomery reduction.  So I think the claim language is clear, and I'll just stick to that.

Q  Does the phrase "instead of a modulus used

in performing a standard Montgomery reduction"
require doing anything at all?

MS. HOANG:  Objection; form.

A  Well, it requires not using the modulus
that would be used if you had performed a standard
Montgomery reduction.

Q  Okay.  So apart from not using the
standard modulus n, is there anything else
required by this claim element?

MS. HOANG:  Objection to form.

A  When you say "this claim element," please
read me the full language of what you're talking
about --

Q  Yeah.

A  -- just so I can understand the boundaries
of where we are in the claim.

Q  The claim element "instead of a modulus
used in performing a standard Montgomery
reduction," does that require using anything other
than just n?

A  The words "instead of a modulus used in
performing a standard Montgomery reduction"
specify that you cannot use the modulus you would
have used if you had performed a standard
Montgomery reduction.

Q   Now, would the scope of claim 1 be the same if you omitted the phrase "instead of a modulus used in performing a standard modulus" -- instead of a -- sorry.

Would the scope of claim 1 be the same if you omitted the phrase "instead of a modulus used in performing a standard Montgomery reduction"?

MS. HOANG:  Objection; form, scope, legal conclusion.

A   If you removed those words from the claim, the claim would be different.

Q   How would it be different?

A   It would not require that you do not use a modulus used in performing a standard Montgomery reduction.

I think I said that correctly, but because this terminology -- the wording is getting a little bit --

Q   Yeah.

A   Let me just restate that to make sure.

You would not be -- you would be allowed to use a modulus used in performing a standard Montgomery reduction if the language of the claim did not prohibit that, is a better way to say it.

Q   And so I'm just looking -- maybe we can

look at the claim together and -- and talk through this.

So the -- the paragraph in which this phrase that we've been discussing here begins with the word "computing." Do you see that?

A Yes.

Q And the word -- the paragraph begins, "Computing a modified operand using a reduction value," correct?

A Yes.

Q And then we have the phrase, "instead of a modulus used in performing a standard Montgomery reduction."

Do you see that?

A Yes.

Q Okay. Then it continues, "to perform a replacement of a least significant word of the operand."

Do you see that?

A Yes.

Q "Rather than perform a cancellation thereof," correct?

A Correct.

Q Now, if the claim were written instead computing a modified operand using a reduction

value to perform a replacement of a least
significant word of the operand rather than
perform a cancellation thereof, the steps
performed by this claim would be the same as if --
under your broad interpretation of -- I'm sorry.

You would be performing the same steps
that you just described with or without
that "instead of" language, correct?

MS. HOANG:  Objection to form;
mischaracterizes his prior testimony.

A   No, that is not what I said.  That's not
quite correct.

Q   What's wrong with that?

A   So you see the language here, the
reduction value being a function of the modulus?

Q   Yes.  We see that language.  That's part
of the claim.  What is the significance of that?

A   So what this tells you, when you have the
language "instead of a modulus used in performing
a standard Montgomery reduction," is it tells you
something about the function you can choose for
the reduction value being a function of the
modulus.

In particular, it is telling you that you
cannot choose the identity function; however, if

this language were not present, then there would
be nothing in this claim to prohibit you from
choosing the identity function.

Q   So you would interpret the claim without
this language to mean that the modified operand
could include the modulus n, correct?

A   I'm sorry.  Please say that one more time.

Q   You would interpret the claim without this
language to mean that the modified operand could
include the modulus, correct?

MS. HOANG:  Objection, form.

A   I haven't analyzed the claim without this
sentence in it, but I do observe that if you were
to choose the reduction value -- I'm sorry, the
identity function as the function of the modulus,
so, for instance, $f$ of $n = m$, you would have a
reduction value that is a function of the modulus
that would be the same modulus used in performing
a standard Montgomery reduction, but the claim
doesn't say that you can do that.  So I haven't
thought about it.

MR. DANFORD:  Let's mark Tab 4 as the next
exhibit.

(Exhibit 6 was marked for identification
and is attached to the transcript.)

Q  Dr. Martin, do you have Exhibit 6 before you?

A  Yes.

THE WITNESS:  May I pause?  If we're going to move on to another patent, can we just take, like, a ten-minute break so I can stretch my legs and grab some water?

MR. DANFORD:  That's fine.

THE WITNESS:  Thank you.

VIDEOGRAPHER:  We're going off the record. The time is now 10:05.

(A recess was taken.)

VIDEOGRAPHER:  We are now back on the record.  The time is 10:15.  You may proceed.

BY MR. DANFORD:

Q  Before the break, we were looking at Exhibit 6.  Do you have Exhibit 6 in front of you?

A  Yes.  May I please -- I forgot to ask this.  May I have an OCRed copy of this as well?

Q  That's fine.  Exhibit 6 is the '039 patent, just for the record, correct?

A  Correct.

Q  Okay.  You've read the '039 patent many times, correct?

A  At this point, it's fair to say that.

Q  You're very familiar with what the '039 patent claims, correct?

A  Yes.

Q  In your own words, what is the '039 patent about?

A  One moment.

Okay.  At a high level, it's about an efficient way to implement hash algorithms on processors.

Q  And the hash algorithms that are discussed in the '039 patent are SHA-2 algorithms; is that correct?

A  The '039 specification discusses SHA-2 algorithms in its example embodiment.

Q  And the '039 patent discusses what you describe as a classical SHA-2 algorithm, correct?

A  Where do I say that in my report?

Q  Paragraph 84.

A  Okay.

Sure.  A part of the '039 patent discusses the classical implementation of SHA-2 algorithm.

Q  But you agree that the '039 patent does not claim the classical implementation of an SHA-2 algorithm, correct?

A  It does not claim the classical

implementation that it describes.  That is an

example that it provides of what it is doing --

not doing, essentially what it's changing, like,

what's going to change.

Q  Right.  So if a device performs the

classical implementation of the SHA-2 algorithm,

it would not infringe the '039 patent, correct?

A  As long as you are referring to a

classical implementation in the same way that the

patent specification is, then the patent is not

using the classical implementation as an example

of something that infringes.

Q  Now, the '039 patent uses a bunch of

different terminologies, but I just want to get on

the same page with you about a few of those.

The '039 patent discusses load operations,

correct?

A  Yes.

Q  A load operation is used by the processor

to bring data from memory into a register,

correct?

A  Yes, that is one common type of load

operation.

Q  And what is a register?

A  They're smaller units of memory that sit

on the top of the memory hierarchy within the
processor.  Essentially, at a high level, they're
bits of storage in the processor that are very
fast.

Q  And a load operation requires going out to
the memory stack to obtain a value, correct?

A  Generally --

MS. HOANG:  Objection.

A  -- true.

THE WITNESS:  I'm sorry.

MS. HOANG:  Objection; form.

Q  And when that value is obtained from the
memory stack, then it is brought into the register
on the processor, correct?

MS. HOANG:  Same objection.

A  Say that one more time.

Q  Sure.  For -- to complete the load
operation, when the value is obtained from the
memory stack, that value is then brought into the
register that's on the processor, correct?

MS. HOANG:  Objection.

A  Two things.  So, one, that is one type of
a load operation, but the other thing is let's not
use the word "memory stack," because you're
probably not intentionally doing this, but you're

kind of referring to something specific.

You could say it loads from a memory
address into a register, and some loads do that.

Q  Well, the '039 patent uses the
term "memory stack," correct?

A  Where does it use that?

Q  For example, if you go to column 3,
line 49.

A  Okay.  Yep.

Q  You see that it refers to all the values,
A-H, Ki, and the ws require load operations from
the stack into the registers, correct?

A  Correct.  That is one place that you could
load from.  It's a specific type of location in
memory, but there are other locations you could
load from, for instance, that are not the stack.

Q  What are those other locations that you
can load from that are not the stack?

A  Well, it depends an awful lot on how you
configure your system.  So, for instance, you
could load from the heap.  If you're operating a
program, you can load from the code storage
segment.  There are a whole bunch of different
ways that memory gets carved up, and the regions
have different names.

So generic load operation, it loads from a memory address into the processor.  The address might be on the stack; it might be elsewhere.

Q  Okay.  A load operation --

A  In general.

Q  -- does not include -- I'm sorry?

A  In a general load operation.

Q  Okay.  A load operation does not include shifting values between registers, correct?

MS. HOANG:  Objection to form.

A  I want to be careful here.  I don't know necessarily that that is true for every computer architecture.  So not necessarily is my answer.

Q  The '039 patent doesn't describe any load operation that involves shifting values between registers, correct?

MS. HOANG:  Objection; form.

A  I don't recall, actually, if it does or not.

Q  Okay.  Sitting here today, you can't point me to any disclosure of shifting values between registers counting as a load operation in the '039 patent, correct?

A  Right.  I just don't have the specification memorized, and it would take me a

10:21:36
10:21:40
10:21:44
10:21:47
10:21:47
10:21:49
10:21:50
10:21:52
10:21:54
10:21:57
10:21:57
10:22:20
10:22:22
10:22:28
10:22:34
10:22:37
10:22:38
10:22:39
10:22:44
10:22:44
10:22:46
10:22:50
10:22:55
10:22:55
10:22:57

while to go through and find it if it were there.

Q  Now, when the '039 -- when claim 1 of the '039 patent describes words that need to be loaded into the registers, it's referring to values that need to be obtained from a memory address, correct?

MS. HOANG:  Objection; form.

A  In some instances, that's what it's referring to at the very least.

Q  So it doesn't -- it's not referring to -- words that need to be loaded into the registers does not refer to words that are already in the registers, correct?

MS. HOANG:  Objection; form.

A  I am not sure if the specification gives an example of that or not.

Q  You can't tell me sitting here today whether there's an example of that in the '039 patent, correct?

A  That is not something that I memorized from the specification or anything like that.  I don't know.

Q  All right.  Now, the '039 patent also uses the term of "words," correct?

A  Yes.

Q  What are words in the context of the '039 patent?

A  All right.  Give me one moment here.

At a high level, since I don't see a definition for "word" in my report, at a high level, a word is a data that is a fixed link that the processor can operate on.

Q  The '039 patent also uses the term "state words," correct?

A  It does use that term.

Q  What is a state word?

A  At a high level, state word is a word that tracks the state of something or associates with something.

Q  When you're -- when you're referring to "the state of something," what do you mean?

A  For example, the state of a computation could be represented using a state word.  You might have multiple state words that represent different aspects of the computation in progress.

Q  How is a state word different from a word?

A  A state word is a word that does something specific.  It tracks the state of something.  You can always think of it as associated with a state of something, generally speaking.

Q   So the concept of words is broader than state words, correct?

MS. HOANG:  Objection; form.

A   All state words are words, but not all words are state words.

Q   Right.  That's what I'm getting at.  So the -- the universe of words includes state words, correct?

A   Correct.

Q   But not the other way around?

A   I think that's right.

Q   All right.  Now, just coming back to this question of registers and when things are loaded into registers, the example we looked at -- there's an example given at columns 3 and 4 of the '039 patent, correct?

A   Correct.

Q   And you're familiar with this example, correct?

A   Yes.

Q   And there's a pseudocode and description of the SHA-2 algorithm in its original form, correct?

A   Correct.  Well, it's also part of the SHA-2 algorithm, yes.

Q  Right.  And then there's a pseudocode description of the new implementation of the SHA-2 algorithm, correct?

A  Correct.

Q  All right.  And if you look at the pseudocode -- what does the pseudocode describe?

A  It describes -- well, which pseudocode? There -- you pointed me to two.

Q  I guess the question I have is more generic than that.  What is pseudocode?

A  Pseudocode is code that is not written in any particular programming language that is used to describe an algorithm.  So it's sort of, like -- if you know a bunch of programming languages, it's kind of like many of them are really similar.  So you just kind of write as a shorthand without having to worry about any particular syntax.

Q  Okay.  And so this is describing the functions that are performed as part of this operation, correct?

A  Well, let's not use the word "functions," because actually in programming function has a unique meaning a lot of times.  It puts -- it's describing operations.

10:28:54
10:28:57
10:29:01
10:29:02
10:29:02
10:29:05
10:29:09
10:29:13
10:29:14
10:29:16
10:29:19
10:29:22
10:29:24
10:29:29
10:29:31
10:29:33
10:29:35
10:29:38
10:29:39
10:29:41
10:29:44
10:29:44
10:29:50
10:29:53
10:29:55

Q   Okay.  Describing the operations that are part of the algorithm, correct?

A   Yes.  At a high level.

Q   All right.  All right.

And if you look at line 2.13 in the pseudocode 2 that's on column 4 around line 15.

Do you see that?

A   Yes.

Q   The values -- it says the values E through H, A are in registers, no need to load them.

Do you see that?

A   Yes.

Q   What does that mean?

A   So it's described in the following paragraph.  It says, At the end of this even iteration, the values found in registers are E through H and A, according to their updated R -- hold on.  Let me read it again.

At the end of this even iteration, the values found in value R, E through E, A according to their updated names.  Then it says, These values are used in their odd audited iteration, i=1, to calculate u first and update the new E.

So it's basically saying that they are already loaded in the end of the registers in the

iteration, and you do not need to -- you do not need to load them again.

Q   Okay.  So there's -- under the '039 patent, the values that are already in the registers do not need to be loaded, correct?

MS. HOANG:  Objection; form.

A   Can you be more specific to what part of the '039 patent you are referring?

Q   Sure.  So I'm looking at claim 1, where claim 1 describes an average number of words that need to be loaded into the registers per iteration.

Do you see that?

A   Sorry.  I'm just trying to -- maybe I'll just make this bigger.

Okay.  I'm sorry.  Please ask your question again.  It just took me a little while to navigate.

Q   Sure.  Claim 1 describes an average number of words that need to be loaded into the registers per iteration.

Do you see that?

A   Yes.

Q   And when the claim is talking about words that need to be loaded into the registers, it's

not describing values that are already in the registers, correct?

MS. HOANG:  Objection; form.

A  So it's saying that the words that need to be loaded into the registers per iteration are reduced by at least one-half.  So it's saying that the reduction of the words that need to be loaded is less than -- is one-half or less.

Q  Right.  And I'm just trying to understand what --

A  I don't --

Q  -- was right.  And I'm just trying to understand what those words are that need to be loaded into the registers.  Words that are already in the registers don't count as words that need to be loaded into the registers under claim 1, correct?

MS. HOANG:  Objection; form.

A  Claim 1 doesn't say whether or if you need to load words that are in registers a second time, and I can imagine situations where you might need to do that depending on if you're moving between different types of registers.

So I don't think claim 1 actually specifies where the loads come from.  It just says

that the number of words that need to be loaded into the registers per iteration are reduced by at least one-half compared to the original.

Q Okay. But in the example that's provided in the patent, the patent says there's no need to load words that are already recorded in the registers, correct?

A The example says that values E through H, A are in registers, no need to load them. That's right.

Q So when there's values that are already in the registers, no need to load them, correct?

MS. HOANG: Objection; form.

A In this particular example, the way they implemented it, that is correct, and this architecture with all these specifics. Yeah.

Q And you agree that that example given in columns 3 and 4 is an embodiment of claim 1 of the '039 patent, correct, the example that is the new implementation?

A Yes.

Q Now, I want to ask you about this concept of the average number of words that need to be loaded per iteration.

You did some calculations in your

declaration of the number of words that need to be loaded per iteration using this example at columns 3 and 4, correct?

A  Correct.

Q  Okay.  And you describe those calculations in Tables 1 to 4 of your declaration, correct?

A  Correct.

Q  And you prepared Tables 1 to 4 yourself, correct?

A  I worked with counsel, but I did the calculations myself, yes.  I don't know who literally created the diagram.

Q  All right.  But these tables reflect your opinions, correct?

A  Correct.

Q  All right.  So let me look at Table 1, which is at the end of Paragraph 86.

Are you there?

A  Yes.

Q  Now, you list out the first ten iterations of the algorithm in Table 1, correct?

A  Yes.

Q  But there are more iterations of the algorithm that you haven't shown here, correct?

A  Yes.

Q  Okay.  There are a total of 80 iterations to the algorithm, correct?

A  In the example?  There are 80 iterations to the particular SHA-2 output algorithm they chose, yes.

Q  Okay.  And you didn't include any of the iterations after Iteration 10, which, I guess, is i=9 in the table, correct?

A  Correct.

Q  And you didn't do any analysis of how including iterations i=16 through i=79 would affect the average number of words per iteration that need to be loaded, correct?

A  I don't think that is correct.  I seem to recall doing that.  I put 0 through 10 in here -- 0 through 9 in here, so ten examples, simply because it gets repetitive.

Q  The calculations that are done in the algorithm for i=16 through i=79 are different for -- from the first 16 iterations of the algorithm, correct?

A  Correct.

Q  Okay.  And you didn't take into account those -- the number of words that need to be loaded for i=16 through i=79 in calculating the

average number of words loaded per iteration, correct?

MS. HOANG: Objection; form.

A  So I gave you an example of the average number of words loaded for the first ten iterations, since I'm just giving an example here. It's not that I didn't take into account how things occurred or did not occur. I just provide an example to illustrate my point.

Q  All right. But you didn't include in your calculation the number of words that need to be loaded for i=16 through i=79, correct?

A  My example was the first ten, or the first -- yeah, the first ten.

Q  And you agree that the average number of words per iteration changes depending on which iterations you include in the average, correct?

MS. HOANG: Objection; form.

A  What do you mean?

Q  Well, if you include i=0, you would get a different average number of iterations -- of words that need to be loaded per iteration than if you excluded i=0, correct?

A  So you can't include i=0, though, because there's no reversal. And so it doesn't meet the

rest -- it doesn't meet the claim language.

Q   Okay.  We'll get to that in just a minute.
But you agree that the average -- the computation
of the average depends on which iterations are
included, correct?

A   The only iterations you can include are
the ones that meet the claim language.

Q   Okay.  You agree that the -- you know, it
depends on which -- the average requires dividing
by the total number of iterations included in the
average, correct?

A   The average doesn't require dividing by
the total number of iterations included in the
average that you take.

Q   Okay.

A   Or an average, the definition of average.

Q   And each iteration provides a different
number of words that need to be loaded, correct?

MS. HOANG:  Objection; form.

A   In this particular example, the odd/even
iterations load alternately three or five words.

Q   So the average is different depending upon
which -- wherever you decide to cut off the --
which iterations to include, correct?

A   The average number of loads changes

depending on how many iterations you include in the average, and the number of iterations you include, if it results in, say, reduction of at least half compared to the original secure algorithm, then it meets the claim limit.

Q  Okay.  So coming back to your table, you've categorized the iterations in the algorithm as even iterations and odd iterations, correct?

A  Yes.

Q  So i=0 is an even iteration, correct?

A  Correct.

Q  And i=1 is an odd iteration, correct?

A  Yes.

Q  i=2 is an even iteration, correct?

A  Yes.

Q  i=3 is an odd iteration, correct?

A  Yes.

Q  And it goes on like that, going back and forth between evens and odds, correct?

A  Right.

Q  All right.  Now, the next column over you've titled Reversed.

Do you see that?

A  Yes.

Q  What does Reversed mean?

A  Reversed means -- actually, give me one moment.  I want to see what I said specifically.

Reversed means whether the sequence of computations is a reversal of any prior sequence.

Q  So that's how you did the accounting, whether -- you looked at whether or not the sequence was a reversal of the prior sequence, correct?

A  Correct.

Q  Okay.  In your column, you say that i=0 is not reversed, correct?

A  Yes.

Q  And so in your accounting, the even iteration i=0 is not reversed, correct?

A  Correct.

Q  But then every iteration after i=0 is reversed, correct?

A  Correct.

Q  So the odd iteration i=1 is reversed in your opinion, correct?

A  Yes.

Q  And the even iteration, i=2, is also reversed in your opinion, correct?

A  Yes.

Q  And the odd iteration, i=3, is also

reversed in your opinion, correct?

A   Yes.

Q   And that would be the case for all of the
iterations i=1 through i=15, correct?

A   Yes.

Q   So all of i=1 and i=15 are reversed in
your accounting, correct?

A   Yes.

Q   Now, in Table 1, you also have a column
labeled Sequence, correct?

A   Yes.

Q   What does "Sequence" refer to?

A   Okay.  So if you go to the specification
and go to column 4 and go to lines 45 through 63,
it's referring to these values u and t that are
computed at each iteration.

Q   And when you have the -- the denotion
t arrow u, what are you indicating?

A   You have the value u and you're
calculating value t.

Q   Do you indicate in the sequence of
operation such that t is computed first and then u
is computed?

A   I don't necessarily follow.  What are
you -- what are you saying?

Q   When you have t arrow u, are you indicating the sequence of computations is that t is computed first and then u is computed?

A   So it's referring to -- outside of the -- the first instance, what you already have, and then what you're computing.

Q   So what this column is indicating is the sequence of computations in each iteration; is that right?

A   Correct.  I believe that is correct based on my understanding of your question.

Q   Okay.  Now, in the original algorithm -- not the new implementation, but the original algorithm that's shown in column 3 of the '039 patent, the sequence of computations for each of the first 16 iterations is u then t, correct?

A   Correct.

Q   Now -- and as you're showing in this table, iteration i=1 has the same sequence of operations as the original algorithm, correct?

A   Say that one more time, please.

Q   For iteration i=1, the sequence of u then t is the same as the sequence of computations in the original algorithm, correct?

A   I believe that's correct.  I think that

was my intention.

Q   And then the sequence of operations in
i=1 -- I -- i=0 -- sorry.  Let me start over.

The sequence of computations in i=0 is
reversed from the original algorithm, correct?

MS. HOANG:  Objection; form.

A   Can you point me to where you are seeing
that?

Q   Sure.  So if we go to pseudocode in the
patent.

A   Okay.  Which one?

Q   I'm looking at Pseudocode 2.

A   Okay.

Q   And the first operation -- the first
computation described at 2.1 describes t, correct?

A   I see that.  2.1 describes t.

Q   Okay.  And then the computations at 2.14
and 2.15 describe the computation of u, correct?

A   I'm not sure that those encompass the full
computation of u, but they would at least be part
of the computation of u, at the very least.

Q   2.3 to 2.6 are the computation of u,
correct?

A   Which numbers?

Q   2.3 to 2.6 are u, correct?

I'm sorry.  2.14 to 2.18 are u, and 2.21 to 2.22 are t; is that correct?

A  I see.  Your question?

Okay.  Say that one more time, please?

Q  The lines that are 2.14 to 2.18 are the computation of u, correct?

A  I would need to work that out by hand to be certain.  It's, at the very least, part of the computation, I believe.  I just can't tell you if that's actually where it ends.

I think -- yeah.  I would need to -- I would need to work this all out by hand to give you a definitive answer on that.

Q  Okay.  Well, why don't we just go back to your table where you have the denotions of u and the sequence of operations I've already specified, since you've done that work already.

A  Sure.

Q  If we go back to that Table 1, which I believe is after Paragraph 86, we've got the sequence of i= -- for i=1 is u followed by t, correct?

A  Yes.

Q  And that's the same sequence of computations as in the original algorithm,

correct?

A   What do you mean?

Q   If you had the original SHA-2 algorithm, each step is computated -- is computed as u followed by t, correct?

A   I am not sure that that's the case, actually.  I'm not sure.

Q   Okay.  But you would agree that claim 1 requires reversing a sequence of computations in the even iterations to those in the odd iteration, correct?

A   Yes.

Q   And you would agree that i=1 -- I'm sorry, that the combination of i=0 and i=1 in the new implementation meet the requirement of reversing a sequence of computations in the even iteration to those in the odd iteration, correct?

MS. HOANG:  Objection; form.

A   So i=1 reverses a sequence of computations that were done in i=0, but i=0 does not reverse any computations.

Q   So it is your -- is it your opinion that i=0 and i=1 together meet the claim element in reversing a sequence of computations in the even iteration to those in the odd iteration?

MS. HOANG:  Objection to form.    10:56:37

A  The reversing doesn't result in average number of words that need to be loaded in the registers per iteration being reduced by at least one-half.  So, no, it doesn't meet that.    10:56:38  10:56:41  10:56:42  10:56:45

Q  Just focusing on the claim language, putting aside the -- whether there's a reduction by half and the number of -- average number of words that need to be loaded, does the combination of i=0 and i=1 include a series of computations in the even to those and the odd iteration?    10:56:50  10:57:36  10:57:38  10:57:41  10:57:44  10:57:51

MS. HOANG:  Objection; form.    10:57:54

A  The sequence of computations for i=1, which is u first then t, is the reverse of the previous i=0 iteration.    10:57:55  10:58:11  10:58:15

Q  So in your opinion, does the combination of i=0 and i=1 meet the claim element of reversing the sequence of computations to the even iterations to those in the odd iterations?    10:58:17  10:58:27  10:58:32  10:58:34

MS. HOANG:  Objection to form.    10:58:38

A  So I haven't analyzed any of these limitations in a vacuum, so I don't know.  I'd have to put it in the context of the whole claim, and it doesn't meet that.  I can tell you that.    10:58:40  10:58:43  10:58:44  10:58:46

Q  Okay.  Well, going on to -- in Table 1,    10:58:49

you've got a column titled Words Loaded, correct?

A Yes.

Q What does "Words Loaded" refer to?

A Any words that have been loaded without particular iteration. The ones that you didn't reuse.

Q So you counted a word as loaded -- I'm sorry.

If a -- I'm going to start over.

You counted a word as loaded if it was fetched from the stack or other memory and loaded into a register; is that correct.

MS. HOANG: Objection to form.

A I went with what they did in their example here, since that's what I'm referring to, and so I counted the word as loaded if the example said that I was loading the words from memory, sure.

Q So you counted a record as loaded if it was loaded from memory, correct?

MS. HOANG: Objection; form, asked and answered.

A I'm just looking to see -- to make sure that that specification says that it was loaded from memory specifically.

I believe in the context of the example in

the specification it's talking about loads from
the stack because it says that in column 3.

Q   And you did not count words as loaded if
they were already in the registers, correct?

A   I -- if the words were reused, I did not
count them as loaded.  Correct.

Q   Okay.

A   From this example.

Q   And a person of ordinary skill in the art
would have understood that the words that need to
be loaded or cited in claim 1 does not include
words that could be reused that are already in
registers, correct?

MS. HOANG:  Objection; form.

A   I don't think that -- that distinction
matters.  I think it matters as to whether you
actually did the load or not compared to what you
were doing before.  So I don't think a POSITA
would care about that.  I think they would care
about whether a word was loading or not.

Q   Okay.

A   Not where it's from.

Q   And a word is not loaded if it's already
in the registers, correct?

A   It depends on the architecture, the

registers, and the algorithm, actually.

Q   In the example that you use, you didn't count words as loaded if they were already in the registers, correct?

A   Correct.  I used the same example that they used in the patent specification, that the authors used.

Q   Now, you counted up the number of words loaded for each iteration, correct?

A   Yes.

Q   And you used that number of words loaded for each iteration to calculate the average number of words loaded per iteration, correct?

A   Correct, if the iteration was reversed iteration.

Q   And in counting the number of words loaded per iteration, you only included the values A through H, correct?

A   I included the values A through H that was used in the example.  I don't think there were any other values used in the example.

Q   Why don't we look at the example.  If we go to column 3, lines 49 through 51.

A   Okay.

Q   You see that that sentence describes the

11:01:31
11:01:34
11:01:41
11:01:43
11:01:44
11:01:48
11:01:52
11:01:53
11:01:56
11:01:58
11:02:06
11:02:09
11:02:11
11:02:14
11:02:24
11:02:25
11:02:29
11:02:32
11:02:52
11:02:55
11:02:57
11:02:59
11:03:03
11:03:17
11:03:18

values A through H, Ki, and the ws?

A  Yes.

Q  Ki is a word, correct?

A  I'm trying to see where Ki is referenced.

It looks like column 5 says the Ki values are constant hard coded.  They would be -- yeah.  It looks like they're constant and hard-coded values.

Q  I'm looking at column 4.

A  Okay.

Q  Lines 64 through 66.

A  All right.

Q  And so you see that it states, In each of the first 16 iterations, a new Ki is loaded and a new w is formed by loading 8 bytes of the input data 1 byte at a time into registers?

A  Let me see here.  It says, a new Ki is loaded and a new w is formed by loading 8 bytes of the input data 1 byte at a time into registers.  I see that.

Q  Okay.  A Ki is something that is loaded each time for the first 16 iterations of the algorithm, correct?

A  It says, a new Ki is loaded and a new w is formed by loading 8 bytes of the input data 1 byte

at a time into registers.  So 8 bytes of input data and a Ki is loaded.

Q  Okay.  A Ki is a word, correct?

A  I am not certain if Ki is the word size of this architecture or not.  Do we see anywhere else in the spec where it describes Ki?

Q  Sure.  If you go to column 3, lines 12 through --

A  Okay.

Q  -- 14.

A  Other contributing values to A and E are the 64-bit words Ki.

Okay.  Yep, it says Ki is a 64-bit word.

Q  Okay.  So Ki is a word, correct?

A  Correct.

Q  And Ki is a word that is loaded for each of the first 16 iterations of the algorithm, correct?

A  It says, In each of the first 16 iterations, a new Ki is loaded.

Q  And you didn't include Ki in your calculation of words that need to be loaded for each iteration, correct?

A  Ki is loaded into H.  So I think I did include Ki.  Right?  Because I have H right here

in the columns.

Q   Okay.  So your opinion is that H -- that the Ki is part of H, correct?

A   So just looking at it sitting here now, it looks like Ki is loaded into H in Step 1.2.  Perhaps it's loaded into a different register elsewhere.  I don't see that, but I see Ki loaded into H.  So without having thought about this particular question before, it looks to me like it's loaded into H.

Q   Ki is added into H.  It's not loaded into H, correct?

A   You can -- you can load by doing add from a memory location on those architectures.

Q   All right.  But the column 3 of the -- at line 49 describes Ki as a separate value from H that is required to be loaded into the stack -- from the stack into registers to undergo the specified functions, correct?

A   Where are we?  I'm sorry.  On column 3?

Q   Column 3, line 49.

A   One moment.  All the values A through H, Ki and ws require load operations from the stack into the registers to undergo the specific -- specified functions.

Q   So the specification of the '039 patent describes Ki as a separate value from H that is loaded, correct?

A   The specification is referring to the original SHA-2 algorithm, and it is saying that Ki and WS require load operations from the stack into the registers in the original SHA-2 iteration.

Q   And Ki is used in the new implementation, correct?

A   Where is that?

Q   Column 8.

A   Okay.  Yep, I see that H+=Ki in the new implementation in 2.18.

Q   All right.  Now, there are other values called w that are also used in the SHA-2 algorithm, correct?

A   Yes.

Q   And --

A   I saw that in -- right here.  All the values A through H, Ki, and the ws.  So I see that.

Q   Okay.  And w is a word that's loaded from the stack into the registers in each iteration of the algorithm, correct?

MS. HOANG:  Objection; form.

11:09:37
11:09:40
11:09:44
11:09:45
11:09:49
11:09:56
11:09:59
11:10:03
11:10:14
11:10:15
11:10:21
11:10:34
11:10:40
11:10:44
11:10:50
11:10:54
11:10:55
11:10:56
11:10:57
11:11:02
11:11:06
11:11:06
11:11:09
11:11:13
11:11:15

A   Where are you getting either of these are loaded for each iteration of the algorithm?  I can see that it says that the values A through H, Ki, and ws require load operations from the stack into the registers to undergo the specified functions. Where is the per iteration coming from?

Q   Wasn't that how the algorithm works?

A   It's not clear to me that it does load these for every iteration.  I'm not sure.

Q   But you agree that w is a word, correct?

A   The specification says that w is a word where?  So the remaining 64 -- where in the specification does it describe w as a word?

Q   If you go to column 2, line 32 to 34.

A   Column 2, line 32 to 34.  The current w word, pointer to the current w word.  In certain embodiments in the last 64 iterations, the offset is kept constant between the location of the current 8 state words and the pointer to the current w word, which is one of the 16 w words where the input block was originally copied in the stack and are constantly being updated.  That's what it says.

Q   So w is a word, correct?

A   There is a pointer to a current w word.

So w -- I don't know that w itself is a word, but it at the very least contains words, is what this says.

No. It says one of the 16 w words. So a particular w is a word.

Q And you didn't include w in your count of the words that are loaded per iteration, correct?

A Where does it say w is loaded per iteration into a register? In either the original or in the pseudocode? I don't see where that necessarily occurs.

Q At lines -- line -- at column 3, line 49, it identifies w as something that is loaded from the stack into the registers, correct?

A In the original SHA-2 implementation, it says that the ws and -- require load operation from the stack into the registers to undergo the specified function. It doesn't say that's per iteration. It also doesn't say that that happens in the new SHA-2 implementation either.

Q I'm looking at line 2.17 in the Pseudocode 2. Do you see that?

A One moment.

Yep.

Q And that w is utilized in that

computation, correct?

A  I see a w being used in that computation since it represents -- looks like it says the next 8 bytes of the input.

Q  You didn't include w in your computation of the words loaded, correct?

A  I looked at the words loaded A through H, is what I included.  It's not clear if this is a load or not.  It's not described as one over here in the new computation from what I can see.

Q  Okay.  Claim 1 of the '039 patent recites maximizing a number of registers, right?

A  It does.

THE WITNESS:  Can we take a short break? It's been an hour.

MR. DANFORD:  That's fine.

THE WITNESS:  Okay.  Thank you.

MR. DANFORD:  Can we take ten minutes?

THE WITNESS:  Yeah.

MR. DANFORD:  All right.

MS. HOANG:  One second.  Do you mind -- do you mind if we break for lunch?  I have a couple calls I need to make, plus I'm hungry.

MR. DANFORD:  That's fine.  I'm -- I'm hoping that I can take a break at 12:30, if

possible, so how -- how long are you planning for here?

MS. HOANG:  Well, you know what?  Why don't we just do ten minutes, then.  I'll just grab something really quick, and then we can break for lunch at 12:30.

MR. DANFORD:  Okay.  That would be great. Let's plan for that.

MS. HOANG:  Okay.

VIDEOGRAPHER:  We're going off the record. The time is 11:17.

(A recess was taken.)

VIDEOGRAPHER:  We are now back on the record.  The time is now 11:26.  You may proceed.

BY MR. DANFORD:

Q  Dr. Martin, going back to claim 1 of the '039 patent, it describes maximizing a number of registers, correct?

A  Yes.

Q  What does the term "maximizing" mean?

A  So maximizing a number of registers is the goal of claim 1.

Q  I'm sorry.  I didn't catch that.

A  Maximizing the number of registers is the goal of claim 1.

Q  Maximizing is not the same thing as increasing, correct?

A  In a vacuum, those two words are different.  Sure.

Q  And in the context of claim 1, maximizing doesn't mean the same thing as increasing, correct?

A  Claim 1 is describing a goal.  So maximizing a number of registers just means, like, that's the goal of it, is to make available, you know, the most possible registers is the goal.

Q  All right.  And you would agree with me that in the context of claim 1, maximizing means something different from increasing, correct?

MS. HOANG:  Objection to form.

A  I think that they could just as easily have made the goal increasing the number of registers.

Q  Okay.  But you agree that you can increase the number of registers without maximizing the number of registers, correct?

MS. HOANG:  Objection; form.

A  The process describes how you're going to maximize the number of registers, so the process tells you what you're going to do.

Q  It's your opinion that if you perform all the steps -- I'm sorry.

Is it possible to perform all the steps recited in claim 1 and yet fail to maximize the number of registers?

MS. HOANG:  Objection; form.

A  Maximizing the number of registers is just what they call their goal.  They could have called it something different, but if you perform all the steps, you're doing the thing that claim 1 says you're doing.

Q  So in your view, maximizing imposes no requirement beyond performing the steps recited in the body of the claim, correct?

A  Maximizing just means what occurs from performing this.  That's how you define maximizing.

Q  And in your review, maximizing imposes no additional requirement beyond what the steps in the body of the claim require, correct?

A  It -- yes.  It just tells you how the -- it tells you that that's what you achieve by doing the steps.

Q  And in your opinion, claim 1 would mean exactly the same thing if the word "maximizing"

were deleted, correct?

A  I think that a POSITA would understand that if you do the steps, you are maximizing.

Q  And so if the word "maximizing" were not part of the claim, a person of ordinary skill in the art could interpret the claim to mean exactly the same thing, correct?

A  A person of ordinary skill in the art would understand that they are performing the exact same steps, and therefore making available a maximized number of registers as the authors of the patent use the term.

So, yes, there are no additional requirements.

Q  Now, does the patent define the term "maximizing"?

A  So the patent describes how to maximize the number of registers.  So literally it says, for instance, on column 2, on line 8, a method, system and computable -- computer-usable medium are provided for maximizing the number of registers.

And then it in the next sentence says, This is achieved by, and then it describes what the patent is doing to maximize.

Q  So it's your opinion that the term -- that the patent redefines "maximized" from its ordinary usage?

MS. HOANG:  Objection; form.

A  I think the patent describes maximizing through -- for its invention.

Q  Are you saying that the patent uses a unique definition of "maximizing" that is different from the typical understanding of maximizing?

MS. HOANG:  Objection; form; mischaracterizes his testimony.

A  I'm saying the patent attaches the word "maximizing" the number of registers to the product that it exports because that's its goal.

Q  Now, in Table 1 of your declaration, you describe the number of words that are loaded or not loaded in each iteration of the algorithm, correct?

A  Yes.

Q  The number of words is different from the number of physical registers, correct?

A  You mean in the processor?

Q  Correct.

A  Yeah, and our processor has more than

11:31:38
11:31:42
11:31:47
11:31:47
11:32:10
11:32:13
11:32:15
11:32:18
11:32:21
11:32:23
11:32:25
11:32:29
11:32:30
11:32:33
11:32:35
11:32:39
11:32:45
11:32:51
11:32:58
11:32:58
11:32:59
11:33:03
11:33:05
11:33:10
11:33:10

eight registers, generally.

Q  Right.  And the -- when you -- when you're referring to three words or five words that need to be loaded, that's not referring to the number of registers that are filled by those words, correct?

A  In this example, some words are loaded into registers.

Q  Right.  But it -- if you -- if you are loading three words, that's not covering three registers, correct?

A  I don't understand your question.

Q  So, I guess, words are different from registers, correct?

A  Words are values that can be stored in registers in many instances.

Q  And there's -- there's not a one-to-one correlation between the number of words and the number of registers that you need to store them, correct?

A  The number of words in what?

Q  To say that you've got three words, that doesn't mean that you need three registers to store those words, correct?

A  It depends on what word size you're

working with and what types of registers you're working with in a general situation.  I'm not really sure what that has to do with this, though.

Q  Well, if you go to your declaration, in Paragraph 81.

A  Okay.

Q  You see that they -- you have a sentence that sort of spans the bottom of Page 32 over to Page 33 that says, The number of registers can vary from iteration to iteration (an even iteration can load 3 registers while the next loads 5 registers), but that does not change the fact that "maximizing" the number of registers is achieved by performing the steps of claim 1.

Correct?

A  Yeah, I see that.  I see that.

Q  Okay.  And -- but you actually didn't do any calculations of the number of registers that are available at the end of each iteration, correct?

A  I don't follow.  The example is pseudocode describing registers A through H that are loaded, and I use that example in my calculation because that's the example that they used.

Q  Well, those A through H are words,

correct?  They're not necessarily registers?

A  They're loaded into registers.  Where are you seeing that they're not?  I'm confused.

Q  Well, it's my understanding that the working registers in the processor describe -- well, what's the size of the working registers in the processor that's described in the '039 patent?

A  The pseudocode in the '039 patent doesn't have a particular register because it's a pseudocode describing a generic processor.

Q  And the number of registers that are available depends on the size of the words and the size of the registers, correct?

A  In a specific processor, sure, but in their generic pseudocode example, no.  It's clearly referring to words being loaded into registers.

Is it saying -- I'm -- I'm just confused, because I -- I -- are you -- are you seeing this somewhere in the specification?  Like, where are you getting this from?

Q  The specification doesn't describe a particular type of processor, correct?

A  Earlier in the specification, not referring to the pseudocode, it describes ARM

processors.

Q  Right.  And those ARM processors have specific word sizes and sizes for the registers, correct?

A  Sure.  Any particular processor does. It's just that the pseudocode isn't ARM assembly language.  Right?  It's just generic pseudocode for a generic processor, which is I think why I'm confused.  That's not how pseudocode words.

Q  We can put that aside.

Claim 3 describes advanced processor architecture, correct.

A  Correct.

Q  What's an advanced processor architecture in the context of the '039 patent?

A  The specification tells you what it is. It says in column 5, line 30 to 34.  Originally the register assignment -- hold on a second.  I'm sorry.  Let me read it to myself.

Okay.  Yeah, yeah, yeah.

It says, The register assignment takes into consideration the possibility of leveraging the capabilities of more advanced processor features, specifically load/store doubleword, i.e., 64-bit word, which is found in ARM

architectures starting from ARMv5te.

Q  It's your opinion -- well, what makes a processor architecture advanced?

A  An advanced processor has the specified advanced processor features.

Q  Is every processor -- so in this context, your opinion is that any processor that can process load/store doublewords is an advanced processor architecture?

A  Yes.  I.e., 64-bit words.  Yes.  So it would have to be at least 64 bits.

Q  Okay.  But so long as that processor can process 64-bit words, it's an advanced processor architecture in the context of claim 3 of the '039 patent, correct?

A  Yes, I think so.  Specifically, it has to be able to load/store doublewords, which are 64-bit words, or greater, of course.  That's the floor.

Q  Okay.  And you would agree that a processor that is not capable of loading or storing doublewords is not an advanced processor, correct?

A  Not in this context.

Q  Okay.  And a processor that is not capable

of loading or storing doublewords would not be capable of infringing claim 3 of the '039 patent, correct?

MS. HOANG:  Objection; scope, form.

A  So claim 3 says, assigning state words to registers within an advanced processor architecture and the advanced processor architecture has to have advanced processor features, and specifically has to be able to load/store doublewords, i.e. 64-bit words, is what it requires.

Q  And a processor that's not capable of loading or storing doublewords couldn't be used to infringe claim 3 of the '039 patent, correct?

MS. HOANG:  Same objection; outside the scope of the deposition.

A  So I haven't performed any infringement analysis, but you said a processor that is not capable of loading/storing doublewords, i.e., 64-bit words, it would not have advanced processor features, as I understand it, is what your question is.  That would be the case, from what it appears.

Q  Okay.  Now, the '039 patent describes other features of processors with advanced

processor architectures, correct?

MS. HOANG:  Objection; form.

A   Where?

Q   In column 2, line 16 to 20.

A   Okay.

Wait.  I see.

Okay.  The sentence is, Furthermore, the capabilities of some more advanced architectures such as the ARM- -- ARMv5te are leveraged, including data preloading and doubleword loading/storing by carefully assigning the state words to the registers, is what it says.

Q   Okay.  And is identifying data preloading as a feature of advanced processors, correct?

MS. HOANG:  Objection; form.

A   So here it's describing some -- what it calls more advanced architectures.  I don't know that more advanced and advanced are necessarily just the same thing.

It does use ARMv5T [sic] as the example -- I'm sorry.  It is ARMv5te as the example.

Q   But it's your opinion that an advanced processor architecture in the context of claim 3 of the '039 patent does not need to possess data preloading as a capability, correct?

MS. HOANG:  Objection; form.

A  It can possess it, but it is not required to.

Q  And why is it that you believe that it is not a requirement that the processor have data preloading whereas a doubleword load storing is a requirement?

A  So it describes -- just looking here.

Because in column 5 it refers only to the load/store or doubleword, 64-bit word.  It doesn't require it to also have any other features.

Q  Your opinion hinges on the word "specifically," correct?

A  Correct.

Q  Now, "specifically" is just identifying an example, correct?

A  I'm sorry.  Hold on.

Yes, it says "specifically."

Q  Right.  And your opinion that it is a requirement is because the patent uses the word "specifically," correct?

A  Okay.  What was your question again?  I'm sorry.  I just needed to get some context.

Q  Your opinion that the load/store doubleword feature is a requirement of advanced

processor architectures is because the patent uses the word "specifically" to describe that feature, correct?

A  Yes.  Well, because it uses "specifically" and "i.e."

Q  Now, the i.e. is -- is referring to what load/store doublewords are, correct?

A  64-bit words.

Q  Correct.  So i.e. is defining what load/store doublewords are, correct?

A  Correct.

Q  I.e. is not defining what the features of an advanced processor are, correct?

A  Incorrect.

MS. HOANG:  Object to form.

Q  The -- the sentence isn't written, advanced processor features, i.e., 64-bit word, correct?

A  It is written, advanced processor features, specifically load/store doubleword, i.e., 64-bit word.  So I think the 64-bit word is describing what the advanced processor features are.

Q  Right.  It's describing what the advanced processor features are, but it's not using the

words -- the phrase "i.e." to describe those advanced processor features, correct?

A  It is definitely using the word "i.e." to describe the advanced processor features because the advanced processor features are to load/store doublewords.

Q  Okay.  Now, your -- your interpretation of this claim hinges on this single sentence in the patent, correct?

A  That is where it describes what an advanced processor contains.

Q  All right.  And the term "advanced processor architecture" is not actually contained in that sentence, correct?

A  It says advanced processor features.

Q  Right.  And the claim language is advanced processor architecture, correct?

A  It then says advanced architecture.  So it says, referring to those features, it is also worth noting that if such advanced architecture is available, and that would refer back to the load/store doubleword, because it says here, in order to use the load store doubleword instruction, the registers -- and then it goes into that.  And then it says, It is also worth

noting that such advanced architecture is available.

So it's really using advanced architecture, advanced processor features and to refer to an advanced processor architecture here in 30 to 40 of column 5.

Q  But what's described in column 5 of the '039 patent is just an example of the alleged invention, correct?

A  It is the embodiment in the specification, but it is referring to the features that make a processor advanced.

Q  And you understand that patent claim terms are not limited to the specific embodiment of the specification, correct?

A  Absolutely.  It is just that this example that they chose for the specification has the advanced processor features, and that is why they are using it in this context.

Q  Are there any other features of a processor architecture that a person with ordinary skill in the art would consider advanced in the context of claim 3 of the '039 patent?

A  Not in the context of claim 3.  Certainly there are lots of features that people might

consider advanced, but the context of claim 3 is talking about something specific.

Q  But you agree that a person of ordinary skill in the art would consider that there are many possible features of an advanced processor architecture, correct?

A  So an advanced processor architecture will have many features, but the features that make an advanced processor architecture are defined here, and that is specifically the loading/storing doubleword, i.e., 64-bit word language.  Any processor will have a lot of features.

Q  Now, the ARMv5te architecture is an example of an advanced processor architecture, correct?

A  Yes, in this context.

Q  The ARMv5te architecture was known before the '039 patent, correct?

A  Yes.

Q  The '039 patent does not purport to have invented advanced processor architectures, correct?

A  It did not.

Q  Advanced processor architectures were already known before the '039 patent, correct?

A   Yes.

Q   Claim 4 of the '039 patent uses the term "ARM-type processor," correct?

A   Yes.

Q   What is an ARM-type processor?

A   It's a processor that has the ARM architecture.

Q   And you interpret ARM-type processor to be synonymous with ARM processor, correct?

A   Yes.

Q   And the term "ARM-type processor" is not broader than the term "ARM processor," correct?

MS. HOANG:  Objection; form.

A   It's a processor with the ARM architecture.  So it depends what you mean by ARM processor.  What I mean by ARM processor -- ARM processor is a processor with the ARM architecture.

If you're referring to something like ARM-branded processors, then no, I disagree.

Q   The claim would mean the same thing if it were drafted as ARM processor instead of ARM-type processor in your opinion, correct?

MS. HOANG:  Objection; form.

A   Well, it's not drafted that way.  If it

11:52:23
11:52:23
11:52:33
11:52:35
11:52:35
11:52:38
11:52:43
11:52:44
11:52:49
11:52:52
11:52:52
11:53:00
11:53:05
11:53:07
11:53:10
11:53:13
11:53:17
11:53:20
11:53:20
11:53:22
11:53:24
11:53:28
11:53:31
11:53:34
11:53:34

were -- could, to me, mean the same thing, but it's drafted as ARM-type processor, which is more precise, actually.

Q  So just so I have it, what is the defining feature of an ARM-type processor?

A  Conformed to the ARM architecture.

Q  A processor that does not conform to the ARM architecture is not an ARM-type processor, correct?

A  I think that's fair to say.

Q  Okay.

A  I can't think of an example of a processor that does not conform to ARM architecture that is not an ARM-type processor sitting here today.  If there's some edge case or something, I don't know about it right now.

Q  How do you know whether a processor has the ARM architecture?  What is the defining feature of having the ARM architecture?

A  The ARM architecture is described in standards.  A process that conforms to the ARM architecture will be software compatible with the ARM -- and ARM architecture, I should say.

Q  Okay.  I'd like to go back to claim 6 of the '039 patent, if you could.

A   Certainly.          11:55:36

Okay.          11:55:43

Q   Now, claim 6 recites, Consuming state values residing in the registers at the end of an iteration at the beginning of a following iteration.          11:55:44

Correct?          11:55:53

A   Correct.          11:55:53

Q   And there are several propositional phrases in that claim term, correct?          11:55:54

A   Correct.          11:56:08

Q   And the term uses the word "consuming," correct?          11:56:13

A   Yes.          11:56:17

Q   And there's a question presented by this claim term as to what is consumed, correct?          11:56:18

A   No.   What is the question?          11:56:25

Q   Well --          11:56:32

A   Where the word "question" is?   The word "question" is throwing me off.          11:56:32

Q   Okay.   This claim construction describes the word "consumed," correct?          11:56:39

A   Correct.          11:56:43

Q   Okay.   And what is consumed are state values residing in the registers, correct?          11:56:44

A   State values residing in the registers and at the end of an iteration at a beginning of a following iteration.

Q   Okay.  But you would agree with me at an end of an iteration at a beginning of a following iteration could be referring to the consuming step, correct?

MS. HOANG:  Objection; form.

A   What do you mean?

Q   Well, the -- there are two things that we need to answer here.  We need to know when those state values are consumed and, you know, where they reside, correct?

A   Okay.  Let's break it down.

Q   You agree with me that those are two things that you need to know in order to understand this claim term, correct?

A   Well, that's your question.  So I understand the claim term as it's written pretty clearly.  Right?  So there are state values.  The residing registers at the end of an iteration, they're going to be consumed at the beginning of the following iteration.  That's pretty clear.

So I'm not sure I understand your question, actually.  Where -- where is your

confusion? Maybe I -- yeah. I could help, I think, answer something more specific.

Q There are two temporal elements recited in this claim element, right? There's at an end of an iteration and at a beginning of a following iteration, correct?

A Right. The values are residing in the registers at the end of an iteration, and they're going to be consumed at the beginning of a following iteration.

Q And another way to interpret this claim would be that the values are consumed at the end of an iteration, correct?

MS. HOANG: Objection to form.

A No. How would you possibly interpret it that way? I don't understand how you're reading this. What do you mean?

Q The values are residing in the registers and they are consumed at the end of an iteration and at a beginning of a following iteration.

A The iterations don't overlap. You can't consume something at the end of an iteration and at the beginning of a following iteration, so I don't under- -- that makes no sense.

There's no such thing as an overlapping

iteration.  That doesn't actually functionally make any sense.  It's not possible.

Q  Claim 6 refers to the beginning of a following iteration, correct?

A  Yes.

Q  And the claim doesn't specify which following iteration it refers to, correct?

A  Well, it's talking about the following iteration that's going to consume the state value. And so in SHA that's going to be the immediate next following iteration.

Q  It doesn't say the immediately following iteration, correct?

A  Well, claim 6 depends on claim 3, which depends on claim 1, which describes SHA iterations, or it describes the secure hash algorithm operations.  So it does essentially say that, because there's no -- you don't consume state values in nonconsecutive iterations in SHA.

Q  Okay.  Now, claim 6 uses the term "state values," correct?

A  Yes.

Q  And what does state values mean?

A  They are values that represent the state of the computation.

Q   And those values are residing in the registers, correct?

A   Yes.

Q   Now, we've taken several breaks during today's deposition.  Have you spoken with anyone during those breaks?

A   Yes.

Q   Who did you speak with?

A   I spoke with Ms. Hoang and some in the room.

Q   Okay.  What did you speak about?

A   She asked about the package and if everything was okay, which it was.  I had to pay customs on a package.  And reminded me to talk more slowly for the benefit of the court reporter, which I apologize to profusely.

Q   Did you discuss the substance of your testimony --

A   No.

Q   -- with anyone?

A   I did not, no.

MR. DANFORD:  I have no further questions at this time.

THE WITNESS:  Thank you.

MS. HOANG:  I have no redirect.

VIDEOGRAPHER:  Okay.  We're going off the record.  The time is 12:02 p.m.

(Off the record at 12:02 p.m.)

ACKNOWLEDGMENT OF DEPONENT


        I, PAUL MARTIN, Ph.D., do hereby

acknowledge that I have read and examined the

foregoing testimony, and the same is a true,

correct and complete transcription of the

testimony given by me and any corrections appear

on the attached errata sheet signed by me.




_____    _____

(DATE)            (SIGNATURE)

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Brooklyn E. Schweitzer, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 3rd day of August, 2026. My commission expires: May 20th, 2030.

_____

Brooklyn E. Schweitzer, RPR, CRR

| A | | | |
|---|---|---|---|

**a-h**
60:11

**ability**
44:11

**able**
27:23, 43:7,
46:6, 101:17,
102:9

**about**
10:16, 13:4,
21:19, 27:3,
27:15, 28:17,
30:18, 30:19,
33:14, 41:7,
47:24, 49:2,
51:13, 54:21,
55:21, 57:5,
57:7, 58:15,
65:17, 67:24,
69:22, 83:1,
83:19, 83:20,
87:8, 108:2,
110:16, 114:8,
115:11, 115:12

**absolutely**
18:10, 46:5,
107:16

**academic**
14:3

**accelerate**
34:12

**access**
15:14

**according**
66:17, 66:20

**account**
71:23, 72:7

**accounting**
75:5, 75:13,
76:7

**accurate**
9:1, 11:17,
24:17

**achieve**
94:22

**achieved**
95:24, 98:14

**acknowledge**
117:4

**acknowledgment**
117:1

**actual**
13:17

**actually**
17:10, 18:13,
19:12, 20:8,
23:19, 23:22,
26:16, 26:20,
46:21, 61:18,
65:23, 68:24,
75:1, 79:10,
80:7, 83:17,
84:1, 98:17,
106:13, 110:3,
112:25, 114:1

**add**
87:13

**added**
87:11

**addition**
13:14, 18:12

**additional**
94:19, 95:13

**address**
29:2, 60:3,
61:2, 62:5

**addressed**
24:25

**addressing**
29:13

**adequately**
27:23

**advanced**
100:11, 100:14,
100:23, 101:3,
101:4, 101:5,
101:8, 101:13,
101:22, 102:6,
102:7, 102:8,
102:20, 102:25,
103:8, 103:14,
103:17, 103:18,
103:22, 104:25,
105:13, 105:17,
105:19, 105:22,

105:24, 106:2,
106:4, 106:5,
106:11, 106:12,
106:15, 106:16,
106:18, 106:20,
107:1, 107:3,
107:4, 107:5,
107:12, 107:18,
107:22, 108:1,
108:5, 108:7,
108:9, 108:14,
108:21, 108:24

**advise**
21:3

**advisor**
28:13, 28:21,
29:3, 29:15

**affect**
71:12

**affirmative**
50:16

**affixed**
118:15

**after**
11:10, 12:6,
15:18, 18:21,
23:19, 26:7,
71:7, 75:16,
79:20

**again**
66:18, 67:2,
67:17, 104:22

**ago**
17:20, 22:4

**agree**
41:18, 57:22,
69:17, 72:15,
73:3, 73:8,
80:8, 80:13,
89:10, 93:12,
93:19, 101:20,
108:3, 112:4,
112:15

**ahead**
7:2

**al**
6:5, 6:6

**algorithm**
5:13, 38:13,

38:16, 39:8,
39:25, 40:7,
43:4, 44:16,
45:21, 45:23,
46:17, 50:8,
57:16, 57:21,
57:24, 58:6,
64:22, 64:25,
65:3, 65:13,
66:2, 70:21,
70:24, 71:2,
71:4, 71:19,
71:21, 74:5,
74:7, 77:12,
77:14, 77:20,
77:24, 78:5,
79:25, 80:3,
84:1, 85:23,
86:17, 88:5,
88:16, 88:24,
89:2, 89:7,
96:18, 114:17

**algorithms**
15:25, 48:13,
57:8, 57:10,
57:11, 57:14

**all**
2:5, 6:15,
9:14, 16:9,
19:20, 19:24,
22:13, 28:14,
28:15, 28:20,
29:18, 30:5,
32:2, 33:3,
36:8, 37:5,
37:11, 38:22,
40:8, 40:18,
41:18, 41:24,
42:15, 42:21,
44:23, 45:19,
45:20, 51:2,
60:10, 62:23,
63:3, 64:4,
64:12, 65:5,
66:4, 69:16,
70:13, 70:16,
72:10, 74:21,
76:3, 76:6,

79:12, 85:12,
87:15, 87:22,
88:14, 88:19,
91:20, 93:12,
94:1, 94:3,
94:9, 106:12
**alleged**
107:8
**allow**
15:15
**allowed**
52:21
**already**
47:22, 62:12,
66:25, 67:4,
68:1, 68:14,
69:6, 69:11,
77:5, 79:16,
79:17, 83:4,
83:12, 83:23,
84:3, 108:25
**also**
4:11, 6:21,
8:7, 13:14,
13:20, 13:21,
17:7, 18:1,
21:16, 27:7,
27:8, 29:6,
44:1, 62:23,
63:8, 64:24,
75:22, 75:25,
76:9, 88:15,
90:19, 104:11,
106:19, 106:25
**alternately**
73:21
**alternative**
34:21, 34:25,
35:7, 35:13,
35:19, 50:1
**always**
63:24
**amy**
3:20, 7:1, 7:3
**analysis**
19:9, 19:18,
20:18, 41:12,
48:19, 71:10,

102:18
**analyze**
46:6, 48:11
**analyzed**
55:12, 81:21
**analyzing**
48:10
**andrew**
3:11, 6:19,
7:19
**angeles**
3:23
**announced**
21:2
**another**
15:23, 56:5,
113:11
**answer**
10:16, 34:2,
34:5, 46:7,
61:13, 79:13,
112:11, 113:2
**answered**
35:9, 82:21
**any**
8:10, 8:16,
8:23, 8:25,
10:16, 10:21,
12:12, 12:18,
14:18, 14:20,
15:19, 16:19,
18:5, 23:16,
29:14, 32:3,
34:4, 39:13,
39:20, 40:12,
43:3, 61:14,
61:21, 65:12,
65:17, 71:6,
71:10, 75:4,
80:21, 81:21,
82:4, 84:20,
98:18, 100:5,
101:7, 102:17,
104:11, 107:20,
108:11, 114:2,
117:7, 118:11
**anybody**
22:17

**anyone**
8:3, 8:12,
28:8, 29:15,
115:5, 115:20
**anything**
8:21, 10:11,
51:2, 51:8,
51:19, 62:21
**anywhere**
86:5
**apart**
51:7
**apologies**
37:19
**apologize**
115:16
**appear**
117:7
**appears**
102:23
**applied**
13:2, 25:8
**applying**
27:10
**appropriately**
48:5
**approximately**
34:19
**april**
25:20, 25:23
**arbitrary**
33:13
**architecture**
61:13, 69:16,
83:25, 86:5,
100:12, 100:14,
101:3, 101:9,
101:14, 102:7,
102:8, 103:23,
106:13, 106:17,
106:18, 106:20,
107:1, 107:4,
107:5, 107:21,
108:6, 108:7,
108:9, 108:13,
108:14, 108:17,
109:7, 109:15,
109:18, 110:6,

110:8, 110:13,
110:18, 110:19,
110:20, 110:22,
110:23
**architectures**
87:14, 101:1,
103:1, 103:8,
103:17, 105:1,
108:21, 108:24
**arithmetic**
34:12, 34:14,
36:4
**arm**
99:25, 100:2,
100:6, 100:25,
103:9, 109:6,
109:9, 109:12,
109:14, 109:15,
109:16, 109:17,
109:22, 110:6,
110:8, 110:13,
110:18, 110:19,
110:20, 110:21,
110:23
**arm-branded**
109:20
**arm-type**
109:3, 109:5,
109:8, 109:11,
109:22, 110:2,
110:5, 110:8,
110:14
**armv5t**
103:20
**armv5te**
101:1, 103:9,
103:21, 108:13,
108:17
**around**
31:20, 64:10,
66:6
**arrow**
76:18, 77:1
**art**
24:24, 25:2,
25:8, 26:2,
26:6, 26:12,
26:22, 27:5,

27:25, 28:10,
37:11, 37:23,
83:9, 95:6,
95:8, 107:22,
108:4

**aside**
81:7, 100:10

**asked**
35:9, 82:20,
115:12

**asking**
38:14, 50:15

**aspect**
17:16

**aspects**
12:22, 13:7,
19:20, 19:24,
63:20

**assembly**
100:6

**assigning**
102:5, 103:11

**assignment**
100:18, 100:21

**associated**
63:24

**associates**
63:13

**assumed**
25:13, 25:19

**attached**
9:13, 11:15,
24:5, 29:21,
43:13, 45:16,
55:25, 117:8

**attaches**
96:13

**attended**
2:5

**attending**
6:16

**audited**
66:22

**august**
118:16

**authentication**
16:1

**authors**
23:23, 84:7,

95:11

**automatically**
17:9

**available**
93:10, 95:10,
98:19, 99:12,
106:21, 107:2

**avenue**
3:6, 3:15, 3:22

**average**
67:10, 67:19,
69:23, 71:12,
72:1, 72:4,
72:15, 72:17,
72:21, 73:3,
73:4, 73:9,
73:11, 73:12,
73:14, 73:16,
73:22, 73:25,
74:2, 81:2,
81:8, 84:12

**aware**
10:11, 26:23

**awful**
60:19

**B**

**bachelor**
11:25

**bachelor's**
12:4, 12:6,
25:3, 25:10,
25:16, 25:22

**back**
16:8, 24:22,
27:3, 27:6,
27:7, 32:12,
45:10, 48:20,
56:13, 64:12,
74:6, 74:18,
79:14, 79:19,
92:13, 92:16,
106:21, 110:24

**based**
18:11, 27:6,
77:10

**basically**
15:12, 66:24

**basis**
33:1, 38:17,
44:6

**became**
20:14

**because**
10:24, 14:10,
15:8, 16:2,
23:20, 23:22,
27:1, 33:11,
46:22, 52:16,
59:24, 65:23,
71:17, 72:24,
83:2, 86:25,
96:15, 98:23,
99:9, 99:19,
104:9, 104:20,
105:1, 105:4,
106:4, 106:22,
114:18

**been**
7:13, 11:7,
11:24, 14:25,
16:5, 21:15,
21:21, 21:24,
22:1, 27:5,
27:8, 27:20,
48:1, 53:4,
82:4, 91:15

**before**
2:9, 10:16,
11:13, 15:23,
16:3, 21:13,
29:25, 31:4,
31:13, 31:20,
32:1, 32:2,
32:9, 34:16,
34:19, 45:13,
45:17, 56:1,
56:16, 83:18,
87:9, 108:17,
108:25, 118:4

**begin**
11:8, 20:4

**beginning**
24:23, 111:5,
112:2, 112:5,
112:22, 113:5,

113:9, 113:20,
113:23, 114:3

**begins**
6:2, 53:4, 53:7

**behalf**
3:3, 3:9, 3:18,
4:3, 6:20, 7:7,
22:20, 31:14

**being**
20:11, 20:17,
54:15, 54:22,
81:4, 89:22,
91:2, 99:16

**believe**
10:22, 12:20,
14:16, 15:22,
19:3, 22:19,
36:6, 77:10,
77:25, 79:9,
79:20, 82:25,
104:4

**below**
35:14

**benefit**
115:15

**besides**
8:9

**better**
52:24

**between**
20:9, 30:25,
61:9, 61:15,
61:21, 68:22,
74:19, 89:18,
97:18

**beyond**
94:13, 94:19

**bigger**
67:15

**biometric**
16:1

**bit**
26:19, 52:18,
86:12, 86:13,
100:25, 101:10,
101:13, 101:18,
102:10, 102:20,
104:10, 105:8,

105:17, 105:21, 108:11

**bits**
59:3, 101:11

**block**
89:21

**body**
94:14, 94:20

**bottom**
98:8

**boundaries**
51:15

**bounds**
47:25

**bracelet**
13:16

**breach**
17:6

**break**
45:6, 45:13, 56:6, 56:16, 91:14, 91:22, 91:25, 92:5, 112:14

**breaking**
26:18

**breaks**
115:4, 115:6

**bring**
58:20

**broad**
19:4, 41:11, 54:5

**broader**
40:23, 41:4, 41:8, 64:1, 109:12

**brooklyn**
1:25, 2:9, 7:10, 118:3, 118:22

**brought**
59:13, 59:19

**bunch**
58:13, 60:23, 65:14

**business**
20:14

**byte**
85:16, 85:19, 85:25

**bytes**
85:15, 85:18, 85:25, 86:1, 91:4

**C**

**ca**
1:25, 3:23

**calculate**
66:23, 84:12

**calculating**
71:25, 76:20

**calculation**
72:11, 86:22, 98:23

**calculations**
69:25, 70:5, 70:11, 71:18, 98:18

**california**
2:11

**call**
36:7, 41:11, 41:15, 94:8

**called**
7:13, 18:2, 18:23, 19:16, 20:2, 32:20, 33:8, 88:15, 94:8

**calls**
34:23, 40:25, 91:23, 103:17

**came**
16:3, 16:23

**can't**
13:14, 13:17, 14:12, 14:14, 31:18, 39:9, 44:9, 46:9, 46:21, 46:24, 48:8, 48:15, 49:16, 50:21, 61:20, 62:17, 72:24, 79:9,

110:12, 113:21

**cancellation**
47:19, 53:21, 54:3

**cannot**
8:25, 51:23, 54:25

**capabilities**
27:20, 100:23, 103:8

**capability**
103:25

**capable**
101:21, 101:25, 102:2, 102:12, 102:19

**captured**
23:22

**care**
83:19

**careful**
46:23, 61:11

**carefully**
46:16, 48:10, 48:11, 103:11

**carved**
60:24

**case**
1:7, 6:8, 7:20, 8:5, 8:17, 9:22, 10:2, 21:18, 22:12, 22:15, 28:12, 28:17, 28:21, 28:25, 29:14, 32:9, 76:3, 80:6, 102:22, 110:15, 118:12

**cases**
21:20

**catch**
92:23

**categorized**
74:7

**certain**
79:8, 86:4, 89:16

**certainly**
7:23, 12:20,

18:18, 28:17, 28:23, 40:16, 44:22, 107:24, 111:1

**certificate**
118:1

**certified**
2:11

**certify**
118:5

**cetera**
29:10

**challenge**
44:4, 44:5, 44:8

**change**
58:4, 98:12

**changed**
10:12

**changes**
21:19, 72:16, 73:25

**changing**
58:3

**characteristic**
42:4, 42:7, 42:9

**characterize**
34:25

**characterizing**
35:19, 35:21

**chat**
9:15, 29:22

**check**
46:24

**chief**
20:21, 20:22

**choose**
54:21, 54:25, 55:14

**choosing**
55:3

**chose**
71:5, 107:17

**cipher**
1:13, 1:14, 3:9, 3:10, 6:20, 7:20

| | | | |
|---|---|---|---|
| **cited** | 83:2, 84:23, | **complete** | 53:8, 53:25, |
| 83:11 | 85:5, 85:9, | 9:1, 22:10, | 77:6 |
| **claimed** | 86:7, 87:15, | 59:17, 117:6 | **concept** |
| 36:1, 36:4, | 87:20, 87:21, | **completed** | 15:12, 64:1, |
| 36:20, 40:19 | 88:11, 89:14, | 12:6, 26:15 | 69:22 |
| **claims** | 89:15, 90:12, | **completing** | **concepts** |
| 35:7, 36:15, | 95:19, 100:17, | 18:21 | 33:18 |
| 57:2 | 103:4, 104:9, | **compliance** | **conclusion** |
| **class** | 107:6, 107:7 | 20:14 | 41:1, 52:9 |
| 18:14 | **columns** | **complicated** | **conducted** |
| **classes** | 64:15, 69:18, | 48:12 | 1:19, 2:2 |
| 31:18 | 70:3, 87:1 | **computable** | **confident** |
| **classical** | **combination** | 95:20 | 27:23 |
| 57:16, 57:21, | 19:4, 22:2, | **computated** | **configure** |
| 57:23, 57:25, | 80:14, 81:9, | 80:4 | 60:20 |
| 58:6, 58:9, | 81:16 | **computation** | **configured** |
| 58:11 | **combining** | 63:17, 63:20, | 13:6, 14:11 |
| **classifying** | 27:22 | 73:3, 78:15, | **confirm** |
| 14:8, 15:21, | **come** | 78:18, 78:20, | 9:6 |
| 16:6 | 68:25 | 78:21, 78:22, | **conform** |
| **clean** | **coming** | 79:6, 79:9, | 110:7, 110:13 |
| 8:20, 37:20 | 16:8, 64:12, | 91:1, 91:2, | **conformed** |
| **clear** | 74:6, 89:6 | 91:5, 91:10, | 110:6 |
| 47:13, 49:3, | **commission** | 114:25 | **conforms** |
| 50:23, 89:8, | 118:16 | **computations** | 110:21 |
| 91:8, 112:23 | **committees** | 75:4, 77:2, | **confused** |
| **clearly** | 21:17 | 77:8, 77:15, | 99:3, 99:18, |
| 99:16, 112:20 | **common** | 77:23, 78:4, | 100:9 |
| **clients** | 58:22 | 78:17, 79:25, | **confusion** |
| 21:3 | **commonwealth** | 80:9, 80:16, | 113:1 |
| **closed** | 2:13 | 80:19, 80:21, | **consider** |
| 17:25, 19:2 | **communication** | 80:24, 81:10, | 18:8, 48:3, |
| **cloud** | 8:12 | 81:13, 81:18 | 107:22, 108:1, |
| 15:13 | **companies** | **compute** | 108:4 |
| **co-researchers** | 17:24, 19:8 | 44:15 | **consideration** |
| 29:10 | **company** | **computed** | 100:22 |
| **code** | 4:4, 6:24, | 76:16, 76:22, | **considered** |
| 60:22, 65:11 | 17:18, 17:21, | 76:23, 77:3, | 20:12, 22:6, |
| **coded** | 18:23, 19:1, | 80:4 | 22:11, 22:14, |
| 85:6 | 20:1, 20:16, | **computer** | 46:8 |
| **colleague** | 20:17, 23:5, | 8:10, 12:11, | **constant** |
| 6:21 | 27:17 | 12:16, 32:4, | 85:6, 85:7, |
| **column** | **compared** | 32:5, 61:12 | 89:18 |
| 35:10, 60:7, | 69:3, 74:4, | **computer-usable** | **constantly** |
| 66:6, 74:21, | 83:17 | 95:20 | 89:22 |
| 75:10, 76:9, | **comparison** | **computing** | **construction** |
| 76:14, 77:7, | 50:18 | 37:2, 39:18, | 11:11, 44:3, |
| 77:14, 82:1, | **compatible** | 47:15, 53:5, | 46:2, 111:21 |
| | 110:22 | | |

consulting
21:11, 21:14,
22:3
consume
113:22, 114:9,
114:18
consumed
111:16, 111:22,
111:24, 112:12,
112:22, 113:9,
113:12, 113:19
consuming
111:3, 111:12,
112:6
contained
106:13
contains
10:1, 90:2,
106:11
contents
33:13
context
29:6, 29:11,
63:1, 81:23,
82:25, 93:5,
93:13, 100:15,
101:6, 101:14,
101:24, 103:23,
104:23, 107:19,
107:23, 107:24,
108:1, 108:16
continued
17:18, 20:18
continues
48:3, 53:16
contributing
86:11
copied
89:21
copy
8:18, 8:20,
9:16, 10:18,
10:19, 10:24,
11:15, 30:2,
56:19
corrected
10:12
corrections
117:7

correctly
15:10, 52:16
correlation
97:18
could
7:21, 9:3,
13:8, 15:13,
15:14, 15:15,
26:11, 43:10,
48:20, 55:6,
55:9, 60:2,
60:13, 60:15,
60:21, 63:18,
83:12, 93:16,
94:8, 95:6,
110:1, 110:25,
112:6, 113:1
couldn't
102:13
counsel
6:16, 22:17,
47:21, 70:10,
118:11
count
68:15, 83:3,
83:6, 84:3, 90:6
counted
21:25, 22:4,
82:7, 82:10,
82:16, 82:18,
84:8
counting
61:22, 84:16
couple
91:22
course
29:7, 33:11,
101:18
court
1:1, 6:6, 7:9,
48:6, 115:15
covering
97:10
created
70:12
crr
1:25, 118:22
crypto
13:2, 13:15,

18:19, 32:5
cryptographic
13:9, 13:18,
13:21, 15:1,
15:25, 19:11,
26:18, 32:10,
36:16, 36:18,
36:19, 38:7,
47:2, 47:8,
47:12
cryptographically
16:2
cryptography
12:11, 12:16,
12:19, 12:25,
13:3, 13:7,
14:7, 14:10,
14:19, 14:21,
15:20, 16:20,
16:22, 16:24,
18:6, 18:9,
18:13, 18:16,
18:18, 18:20,
22:24, 26:17,
26:19, 28:14,
28:24, 34:10,
34:13
csr
1:25, 2:11
current
18:2, 18:5,
26:25, 89:15,
89:16, 89:19,
89:20, 89:25
currently
18:15, 20:1,
21:7
curve
12:19, 12:24,
13:3, 13:7,
14:7, 14:10,
14:13, 14:19,
14:21, 15:20,
16:20, 16:22,
16:24, 18:6,
18:9, 18:13,
18:15, 18:17,
18:20, 22:24,

28:23, 34:10,
34:13
customs
115:14
cut
73:23
cutler
3:14
cv
11:15, 11:17,
13:22, 16:8,
16:12, 18:1,
21:20

**D**

dallas
4:8
danford
3:11, 5:3,
6:19, 7:16,
7:19, 9:3, 9:8,
9:10, 9:18,
23:25, 24:7,
29:18, 29:24,
37:21, 43:10,
43:15, 44:7,
44:23, 45:5,
45:12, 48:7,
55:22, 56:8,
56:15, 91:16,
91:18, 91:20,
91:24, 92:7,
92:15, 115:22
daniel
7:23
data
58:20, 63:6,
85:16, 85:19,
85:25, 86:2,
103:10, 103:13,
103:24, 104:5
date
6:9, 11:24,
25:13, 25:19,
26:2, 26:7,
26:12, 28:10,
117:13
dates
25:4, 25:10,

26:16
**day**
118:15
**dc**
3:16
**deal**
27:1
**decide**
49:11, 50:12,
73:23
**declaration**
5:8, 8:19,
9:21, 9:24,
10:1, 10:6,
10:8, 10:15,
10:18, 11:3,
11:9, 11:14,
24:22, 29:2,
29:12, 32:12,
34:4, 46:1,
70:1, 70:6,
96:16, 98:4
**defendant**
1:16, 3:9, 4:3,
6:20, 6:23
**defendant's**
11:11
**defendants**
3:18
**define**
94:16, 95:15
**defined**
38:13, 108:9
**defines**
38:10, 38:15,
39:10
**defining**
42:4, 42:7,
105:9, 105:12,
110:4, 110:18
**definitely**
30:13, 106:3
**definition**
25:7, 26:22,
63:5, 73:16,
96:8
**definitive**
79:13

**definitively**
44:18
**degree**
12:1, 12:4,
12:7, 25:3,
25:10, 25:16,
25:22
**deleted**
95:1
**demonstrates**
44:11
**denotion**
76:17
**denotions**
79:15
**depending**
68:22, 72:16,
73:22, 74:1
**depends**
60:19, 73:4,
73:9, 83:25,
97:25, 99:12,
109:15, 114:14,
114:15
**depo**
11:1
**deponent**
7:8, 117:1
**depos**
6:12, 7:10
**deposition**
1:18, 2:1, 5:9,
6:3, 6:15, 8:14,
24:10, 24:14,
24:17, 48:4,
102:16, 115:5,
118:4
**depositions**
48:12
**des**
9:25
**describe**
24:23, 32:12,
34:7, 40:12,
47:14, 57:16,
61:14, 65:6,
65:13, 70:5,
78:18, 89:13,

96:17, 99:5,
99:22, 105:2,
106:1, 106:4
**described**
54:7, 66:14,
78:15, 91:9,
99:7, 107:7,
110:20
**describes**
34:20, 34:23,
58:1, 62:3,
65:7, 67:10,
67:19, 78:15,
78:16, 84:25,
86:6, 87:16,
88:2, 92:17,
93:23, 95:17,
95:24, 96:5,
99:25, 100:11,
102:24, 104:8,
106:10, 111:21,
114:15, 114:16
**describing**
65:19, 65:25,
66:1, 68:1,
93:8, 98:22,
99:10, 103:16,
105:22, 105:24
**description**
22:11, 64:21,
65:2
**design**
20:24
**designed**
13:18, 18:19
**designing**
19:11, 19:15
**determination**
50:17
**determine**
13:8, 46:12,
46:17
**determining**
41:14
**developing**
19:16
**device**
20:13, 58:5

**diagram**
70:12
**difference**
10:20, 10:21
**different**
13:6, 15:1,
15:7, 15:14,
15:25, 19:8,
19:25, 21:1,
21:4, 41:2,
41:25, 42:12,
42:24, 52:11,
52:12, 58:14,
60:23, 60:25,
63:20, 63:21,
68:23, 71:19,
72:21, 73:17,
73:22, 87:6,
93:4, 93:14,
94:9, 96:9,
96:21, 97:13
**differently**
12:23
**digital**
1:10, 1:13,
3:9, 3:19, 6:5,
7:5
**direction**
118:9
**directly**
18:7, 23:4,
23:18
**disagree**
109:20
**disclosure**
61:21
**discovered**
23:20
**discuss**
28:14, 115:17
**discussed**
28:20, 28:23,
28:24, 29:1,
29:8, 49:23,
57:10
**discusses**
57:13, 57:15,
57:20, 58:16

**discussing**
53:4
**discussions**
29:15
**distinction**
83:15
**district**
1:1, 1:2, 6:6,
6:7
**dividing**
73:9, 73:12
**division**
1:3, 6:8
**divisions**
33:2
**doctors**
15:14
**documents**
9:4
**dog**
8:7
**doing**
10:24, 20:17,
26:16, 51:2,
58:2, 58:3,
59:25, 71:15,
83:18, 87:13,
94:10, 94:11,
94:22, 95:25
**done**
42:22, 71:18,
79:17, 80:20
**doorbell**
45:4
**dorr**
3:14
**doubleword**
100:24, 103:10,
104:6, 104:10,
104:25, 105:20,
106:22, 106:23,
108:11
**doublewords**
101:8, 101:17,
101:22, 102:1,
102:10, 102:13,
102:19, 105:7,
105:10, 106:6

**down**
13:11, 16:12,
112:14
**dr**
7:8, 7:17,
7:24, 45:13,
47:22, 48:8,
56:1, 92:16
**drafted**
109:22, 109:25,
110:2
**drive**
6:13
**duly**
7:13
**during**
31:19, 115:4,
115:6

**E**

**each**
17:8, 73:17,
76:16, 77:8,
77:15, 80:4,
84:9, 84:12,
85:13, 85:22,
86:16, 86:19,
86:23, 88:23,
89:2, 96:18,
98:19
**earlier**
99:24
**easily**
93:16
**eastern**
6:10
**edge**
110:15
**education**
11:18
**educational**
27:11
**efficient**
31:11, 57:8
**eight**
97:1
**either**
26:2, 89:1,

90:9, 90:20
**electronic**
8:18, 15:8
**electronics**
4:4, 6:24
**element**
49:20, 50:9,
51:9, 51:11,
51:17, 80:23,
81:17, 113:4
**elements**
34:7, 46:18,
47:1, 113:3
**elliptic**
12:19, 12:24,
13:3, 13:7,
14:7, 14:9,
14:13, 14:19,
14:21, 15:20,
16:19, 16:22,
16:24, 18:6,
18:9, 18:13,
18:15, 18:17,
18:20, 22:24,
28:23, 34:10,
34:13
**else**
29:16, 46:24,
51:8, 86:5
**elsewhere**
61:3, 87:7
**embodiment**
57:14, 69:18,
107:10, 107:14
**embodiments**
35:11, 89:17
**employed**
118:11
**enable**
15:9
**encompass**
78:19
**encompassed**
42:25
**encrypt**
15:16
**encrypting**
15:7

**end**
11:14, 20:7,
31:2, 36:14,
66:15, 66:19,
66:25, 70:17,
98:19, 111:4,
112:2, 112:5,
112:21, 113:4,
113:8, 113:12,
113:19, 113:22
**ended**
14:14
**ends**
79:10
**engaged**
21:21, 21:24,
22:1
**enough**
34:5
**entire**
17:17
**errata**
117:8
**esquire**
3:4, 3:11,
3:12, 3:13,
3:20, 4:5
**essentially**
16:1, 19:17,
58:3, 59:2,
114:17
**et**
6:5, 29:10
**evans**
4:13, 6:12
**even**
26:14, 47:11,
66:15, 66:19,
73:20, 74:8,
74:10, 74:14,
75:13, 75:22,
80:10, 80:16,
80:24, 81:11,
81:18, 98:10
**evens**
74:19
**ever**
23:3, 23:12,

31:21, 31:24
**every**
30:20, 36:9,
61:12, 75:16,
89:9, 101:6
**everything**
19:10, 46:24,
115:13
**exact**
27:18, 95:10
**exactly**
11:22, 38:5,
94:25, 95:6
**examination**
5:2, 7:15
**examined**
117:4
**example**
41:19, 57:14,
58:2, 58:11,
60:7, 62:16,
62:18, 63:17,
64:14, 64:15,
64:18, 69:4,
69:8, 69:14,
69:17, 69:19,
70:2, 71:3,
72:4, 72:6,
72:9, 72:13,
73:20, 82:14,
82:16, 82:25,
83:8, 84:2,
84:5, 84:20,
84:21, 84:22,
97:7, 98:21,
98:23, 98:24,
99:15, 103:20,
103:21, 104:16,
107:8, 107:16,
108:14, 110:12
**examples**
33:11, 43:9,
71:16
**excellent**
33:22
**exchanges**
15:11
**excluded**
72:23

**exhibit**
5:7, 5:8, 5:9,
5:11, 5:12,
5:13, 5:14, 9:4,
9:5, 9:12, 9:19,
9:21, 24:1,
24:2, 24:4,
24:8, 24:13,
29:19, 29:20,
29:22, 29:23,
29:25, 30:1,
30:6, 32:12,
43:11, 43:12,
43:16, 43:20,
43:24, 44:19,
44:24, 45:14,
45:15, 45:17,
45:20, 45:23,
47:7, 47:14,
55:23, 55:24,
56:1, 56:17,
56:20
**existed**
31:4, 34:16,
34:18
**exists**
17:23
**experience**
11:18, 26:25,
27:16
**experiments**
20:24
**expert**
18:8, 18:17,
21:21, 21:24,
21:25, 22:2,
22:20, 46:1
**expertise**
18:11, 26:25
**experts**
20:2, 20:5,
20:10, 20:17,
20:19, 20:20,
20:21, 21:6,
21:11, 21:16,
21:18
**expires**
118:16

**exploring**
21:8
**exports**
96:15
**express**
37:23, 38:6
**expressed**
37:6, 37:12
**expression**
5:12, 33:15,
37:25, 38:10,
38:15, 38:21,
38:24, 39:4,
39:10, 39:21,
40:2, 40:3,
40:6, 43:3,
43:17, 43:19,
43:23, 44:14,
44:16
**expressions**
39:7, 42:24
**extent**
20:25
**extracting**
17:9

**F**

**face**
50:16
**fact**
98:13
**fail**
94:4
**fair**
30:16, 56:25,
110:10
**familiar**
23:16, 23:21,
27:6, 30:12,
31:7, 31:14,
57:1, 64:18
**far**
8:22
**fast**
59:4
**feature**
103:14, 104:25,
105:2, 110:5,

110:19
**features**
100:24, 101:5,
102:9, 102:21,
102:25, 104:11,
105:12, 105:17,
105:20, 105:22,
105:25, 106:2,
106:4, 106:5,
106:15, 106:19,
107:4, 107:11,
107:18, 107:20,
107:25, 108:5,
108:8, 108:12
**feel**
27:22, 46:5
**feldberg**
3:5, 7:7
**fetched**
82:11
**few**
11:4, 26:14,
58:15
**field**
28:18
**fifth**
3:6
**figure**
13:8
**filled**
97:5
**final**
34:6
**finally**
21:3
**financial**
118:13
**find**
62:1
**finding**
19:10
**fine**
30:4, 33:20,
45:5, 56:8,
56:20, 91:16,
91:24
**finished**
16:7

| | | | |
|---|---|---|---|
| **firmware**<br>19:16<br>**first**<br>9:4, 14:17,<br>19:7, 26:14,<br>47:25, 66:23,<br>70:20, 71:20,<br>72:5, 72:13,<br>72:14, 76:22,<br>77:3, 77:5,<br>77:16, 78:14,<br>81:14, 85:14,<br>85:22, 86:17,<br>86:19<br>**five**<br>13:25, 14:3,<br>14:6, 16:16,<br>73:21, 97:3<br>**fixed**<br>30:25, 63:6<br>**flipping**<br>36:13<br>**floor**<br>101:19<br>**fly**<br>46:7<br>**focus**<br>12:9, 12:15<br>**focusing**<br>81:6<br>**folded**<br>17:19<br>**follow**<br>76:24, 98:21<br>**followed**<br>27:21, 79:21,<br>80:5<br>**following**<br>35:11, 66:14,<br>111:5, 112:3,<br>112:5, 112:23,<br>113:5, 113:10,<br>113:20, 113:23,<br>114:4, 114:7,<br>114:8, 114:11,<br>114:12<br>**follows**<br>7:14 | **force**<br>16:1<br>**foregoing**<br>117:5, 118:4,<br>118:5<br>**forgot**<br>56:18<br>**form**<br>32:16, 33:5,<br>37:8, 37:14,<br>38:3, 38:25,<br>39:5, 39:12,<br>39:23, 40:10,<br>40:25, 41:21,<br>42:3, 42:6,<br>42:14, 43:2,<br>43:25, 44:21,<br>45:25, 49:12,<br>49:21, 50:6,<br>50:14, 51:3,<br>51:10, 52:8,<br>54:9, 55:11,<br>59:11, 61:10,<br>61:17, 62:7,<br>62:14, 64:3,<br>64:22, 67:6,<br>68:3, 68:18,<br>69:13, 72:3,<br>72:18, 73:19,<br>78:6, 80:18,<br>81:1, 81:12,<br>81:20, 82:13,<br>82:20, 83:14,<br>88:25, 93:15,<br>93:22, 94:6,<br>96:4, 96:11,<br>102:4, 103:2,<br>103:15, 104:1,<br>105:15, 109:13,<br>109:24, 112:8,<br>113:14<br>**formed**<br>85:15, 85:18,<br>85:25<br>**forming**<br>22:6, 22:16,<br>29:11<br>**forth**<br>29:12, 74:19 | **fortitude**<br>1:11, 3:19, 7:5<br>**forward**<br>33:19<br>**found**<br>66:16, 66:20,<br>100:25<br>**foundry**<br>1:10, 3:18,<br>6:5, 7:4<br>**frame**<br>17:14<br>**friday**<br>1:20<br>**friends**<br>28:19, 29:9<br>**front**<br>47:24, 56:17<br>**full**<br>41:12, 51:12,<br>78:19<br>**function**<br>54:15, 54:21,<br>54:22, 54:25,<br>55:3, 55:15,<br>55:17, 65:23,<br>90:18<br>**functionally**<br>114:1<br>**functions**<br>49:6, 65:20,<br>65:22, 87:19,<br>87:25, 89:5<br>**further**<br>16:12, 115:22<br>**furthermore**<br>103:7<br><hr>**G**<br><hr>**gave**<br>24:10, 24:16,<br>27:13, 27:19,<br>44:13, 72:4<br>**general**<br>30:19, 32:19,<br>44:1, 46:3,<br>61:5, 61:7, 98:2<br>**generally**<br>35:23, 59:7, | 63:25, 97:1<br>**generic**<br>61:1, 65:10,<br>99:10, 99:15,<br>100:7, 100:8<br>**getting**<br>31:13, 52:17,<br>64:6, 89:1,<br>99:21<br>**give**<br>34:5, 37:16,<br>46:7, 48:14,<br>63:3, 75:1,<br>79:12<br>**given**<br>64:15, 69:17,<br>117:7, 118:6<br>**gives**<br>62:15<br>**giving**<br>35:22, 72:6<br>**go**<br>7:2, 10:19,<br>16:12, 24:22,<br>44:25, 45:4,<br>48:6, 48:20,<br>60:7, 62:1,<br>76:13, 76:14,<br>78:9, 79:14,<br>79:19, 84:23,<br>86:7, 89:14,<br>98:4, 110:24<br>**goal**<br>92:22, 92:25,<br>93:8, 93:10,<br>93:11, 93:17,<br>94:8, 96:15<br>**goes**<br>44:7, 74:18,<br>106:24<br>**going**<br>10:17, 26:23,<br>33:1, 33:19,<br>44:1, 44:5,<br>45:7, 46:6,<br>47:23, 48:1,<br>48:2, 48:5,<br>50:2, 50:18, |

56:4, 56:10,
58:4, 59:5,
74:18, 81:25,
82:9, 92:10,
92:16, 93:23,
93:25, 112:22,
113:9, 114:9,
114:10, 116:1

**good**
7:17, 7:18,
28:19

**grab**
56:7, 92:5

**graduate**
12:7, 12:9,
12:12, 12:18,
13:1, 16:10,
17:1, 17:5,
17:7, 18:21,
27:14, 27:15

**graduates**
27:13

**great**
92:7

**greater**
101:18

**guess**
19:2, 65:9,
71:7, 97:13

**H**

**h+=ki**
88:12

**hale**
3:14

**half**
74:4, 81:8

**hand**
31:23, 79:7,
79:12, 118:15

**happened**
45:3

**happening**
27:4

**happens**
90:19

**harbor**
17:22, 17:23,

18:23, 18:25,
19:1, 20:2,
20:4, 20:6,
20:9, 20:11,
20:17, 20:19,
20:20, 20:21,
21:6, 21:10,
21:16, 21:18

**hard**
85:6

**hard-coded**
85:7

**hash**
57:8, 57:10,
114:16

**head**
40:15

**heading**
18:2

**headquartered**
6:12

**health**
15:10

**healthcare**
17:6

**heap**
60:21

**heard**
23:3, 23:4,
23:8, 23:12

**heavy**
34:13

**help**
113:1

**here**
6:2, 38:5,
39:9, 44:2,
46:9, 46:17,
46:21, 47:23,
48:15, 53:4,
54:14, 61:11,
61:20, 62:17,
63:3, 70:24,
71:15, 71:16,
72:6, 82:15,
85:17, 86:25,
87:4, 88:19,
91:9, 92:2,

103:16, 104:8,
106:22, 107:5,
108:9, 110:14,
112:11

**hereby**
117:3, 118:5

**hereunto**
118:14

**hierarchy**
59:1

**high**
33:2, 34:8,
34:14, 57:7,
59:2, 63:4,
63:5, 63:12,
66:3

**high-level**
34:4

**hill**
4:7

**hinges**
104:12, 106:8

**hire**
27:17

**hired**
19:8

**hoang**
3:4, 6:25, 7:2,
7:6, 33:5, 35:9,
37:8, 37:14,
37:16, 37:20,
38:3, 38:25,
39:5, 39:12,
39:23, 40:10,
40:25, 41:6,
41:21, 42:3,
42:6, 42:14,
42:19, 43:2,
43:25, 44:12,
44:21, 45:2,
45:25, 46:14,
47:6, 47:10,
47:21, 48:18,
49:12, 49:21,
50:6, 50:14,
51:3, 51:10,
52:8, 54:9,
55:11, 59:8,

59:11, 59:15,
59:21, 61:10,
61:17, 62:7,
62:14, 64:3,
67:6, 68:3,
68:18, 69:13,
72:3, 72:18,
73:19, 78:6,
80:18, 81:1,
81:12, 81:20,
82:13, 82:20,
83:14, 88:25,
91:21, 92:3,
92:9, 93:15,
93:22, 94:6,
96:4, 96:11,
102:4, 102:15,
103:2, 103:15,
104:1, 105:15,
109:13, 109:24,
112:8, 113:14,
115:9, 115:25

**hold**
66:18, 100:18,
104:17

**holdings**
24:11

**holland**
3:21, 7:3

**home**
8:1

**hoping**
91:25

**hopkins**
18:14, 21:16

**hour**
91:15

**hours**
11:4, 11:6

**house**
8:8

**however**
54:25

**hungerford**
6:13

**hungry**
91:23

**hypothetical**
47:24

**I**

**i=**
71:11, 71:19, 71:25, 72:12, 76:4, 76:6, 79:21

**i=0**
72:20, 72:23, 72:24, 74:10, 75:10, 75:14, 75:16, 78:3, 78:4, 80:14, 80:20, 80:23, 81:10, 81:15, 81:17

**i=1**
66:23, 74:12, 75:19, 76:4, 76:6, 77:19, 77:22, 78:3, 79:21, 80:13, 80:14, 80:19, 80:23, 81:10, 81:13, 81:17

**i=2**
74:14, 75:22

**i=3**
74:16, 75:25

**i=9**
71:8

**identification**
9:12, 24:4, 29:20, 43:12, 45:15, 55:24

**identifications**
13:16

**identifies**
90:13

**identifying**
103:13, 104:15

**identity**
54:25, 55:3, 55:15

**ieee**
21:17

**illustrate**
47:7, 72:9

**imagine**
68:21

**immediate**
114:10

**immediately**
114:12

**implement**
57:8

**implementation**
14:9, 15:22, 16:6, 57:21, 57:23, 58:1, 58:6, 58:9, 58:11, 65:2, 69:20, 77:13, 80:15, 88:8, 88:13, 90:15, 90:20

**implementations**
13:5

**implemented**
69:15

**implementing**
14:14

**imposes**
94:12, 94:18

**imprecise**
41:10

**inappropriate**
46:15, 47:22

**inc**
1:13, 1:14, 1:15, 3:9, 3:10

**include**
22:13, 39:15, 55:6, 55:10, 61:6, 61:8, 71:6, 72:10, 72:17, 72:20, 72:24, 73:6, 73:24, 74:1, 74:3, 81:10, 83:11, 86:21, 86:25, 90:6, 91:5

**included**
19:9, 73:5, 73:10, 73:13,

84:17, 84:19, 91:8

**includes**
36:20, 48:22, 64:7

**including**
13:7, 71:11, 103:10

**incorrect**
105:14

**increase**
93:19

**increasing**
93:2, 93:6, 93:14, 93:17

**indefiniteness**
44:8

**indicate**
76:21

**indicating**
76:18, 77:2, 77:7

**industry**
27:9

**inform**
26:10, 28:11

**information**
15:10, 17:9

**infringe**
58:7, 102:14

**infringement**
44:4, 102:17

**infringes**
58:12

**infringing**
102:2

**innovations**
1:5, 1:7, 6:4, 23:13

**input**
85:15, 85:19, 85:25, 86:1, 89:21, 91:4

**instance**
13:4, 35:10, 55:16, 60:16, 60:20, 77:5, 95:19

**instances**
62:8, 97:16

**instead**
47:16, 48:22, 49:5, 50:9, 50:21, 50:25, 51:17, 51:21, 52:2, 52:4, 52:6, 53:11, 53:24, 54:8, 54:19, 109:22

**instruction**
106:24

**integer**
43:21

**intention**
78:1

**intentionally**
59:25

**interest**
118:12

**interesting**
23:20, 23:24

**interject**
37:17

**intern**
17:6, 17:7

**internship**
26:17

**internships**
13:20

**interpose**
44:1

**interpret**
55:4, 55:8, 95:6, 109:8, 113:11, 113:15

**interpretation**
54:5, 106:7

**interrupt**
37:17

**invented**
23:23, 108:21

**invention**
96:6, 107:9

**inventions**
50:1

**involve**
12:18, 14:9,

16:19, 18:5

**involved**
12:22, 12:25,
14:7, 19:20,
19:24, 21:17,
22:23, 31:13

**involvement**
23:2, 23:11,
23:15

**involves**
14:12, 61:15

**involving**
14:18, 14:20,
15:20

**iq**
19:16

**issue**
10:2, 29:14,
30:1

**issues**
21:4, 28:21

**issuing**
46:23

**iteration**
66:16, 66:19,
66:22, 67:1,
67:12, 67:21,
68:5, 69:2,
69:24, 70:2,
71:7, 71:12,
72:1, 72:16,
72:22, 73:17,
74:10, 74:12,
74:14, 74:16,
75:14, 75:16,
75:19, 75:22,
75:25, 76:16,
77:8, 77:19,
77:22, 80:10,
80:16, 80:17,
80:25, 81:4,
81:11, 81:15,
82:5, 84:9,
84:12, 84:13,
84:14, 84:15,
84:17, 86:23,
88:7, 88:23,
89:2, 89:6,

89:9, 90:7,
90:9, 90:19,
96:18, 98:10,
98:11, 98:19,
111:5, 111:6,
112:2, 112:3,
112:5, 112:6,
112:21, 112:23,
113:5, 113:6,
113:8, 113:10,
113:13, 113:19,
113:20, 113:22,
113:23, 114:1,
114:4, 114:7,
114:9, 114:11,
114:13

**iterations**
70:20, 70:23,
71:1, 71:3,
71:7, 71:11,
71:20, 72:6,
72:17, 72:21,
73:4, 73:6,
73:10, 73:13,
73:21, 73:24,
74:1, 74:2,
74:7, 74:8,
76:4, 77:16,
80:10, 81:19,
85:14, 85:22,
86:17, 86:20,
89:17, 113:21,
114:16, 114:19

**itself**
44:22, 49:7,
90:1

**J**

**job**
1:22

**johns**
18:14, 21:16

**joined**
6:20

**jorgensen**
3:5, 7:6

**judgment**
41:11, 41:15

**july**
1:20, 6:9,
25:14, 25:17

**K**

**kbid**
13:16, 14:12

**keep**
37:20

**kept**
89:18

**kerberos**
13:16

**key**
1:6, 23:12

**khue**
3:4, 6:25, 7:6

**ki**
60:11, 85:1,
85:3, 85:4,
85:5, 85:14,
85:17, 85:21,
85:24, 86:2,
86:3, 86:4,
86:6, 86:12,
86:13, 86:14,
86:16, 86:20,
86:21, 86:24,
86:25, 87:3,
87:5, 87:7,
87:11, 87:16,
87:23, 88:2,
88:5, 88:8,
88:20, 89:3

**kieran**
4:12

**kind**
17:15, 41:8,
41:10, 60:1,
65:15, 65:16

**knight**
3:21, 7:4

**know**
8:22, 11:20,
13:12, 28:17,
33:12, 34:24,
42:23, 43:1,
43:5, 46:12,

47:11, 50:7,
61:11, 62:22,
65:14, 70:11,
73:8, 81:22,
90:1, 92:3,
93:11, 103:17,
110:15, 110:17,
112:11, 112:12,
112:16

**knowledge**
26:19, 27:22

**known**
108:17, 108:25

**L**

**lab**
17:25

**labeled**
9:7, 33:13,
76:10

**labs**
17:22, 17:23,
18:24, 18:25,
19:1, 20:6,
20:9, 20:11

**lane**
4:7

**language**
31:3, 35:2,
36:12, 39:16,
48:21, 50:16,
50:23, 51:12,
52:23, 54:8,
54:14, 54:16,
54:19, 55:1,
55:5, 55:9,
65:12, 73:1,
73:7, 81:6,
100:7, 106:16,
108:11

**languages**
65:15

**large**
20:15, 31:12

**largest**
34:6

**last**
22:3, 89:17

**launch**
20:25
**launched**
17:11
**launching**
21:8
**laura**
3:12, 6:21
**lawyers**
7:20
**least**
11:19, 25:3,
25:9, 26:23,
33:10, 47:18,
53:17, 54:1,
62:9, 68:6,
69:3, 74:4,
78:20, 78:21,
79:8, 81:4,
90:2, 101:11
**legal**
19:17, 20:19,
21:4, 41:1, 52:8
**legs**
56:6
**lehman**
3:5, 7:7
**less**
68:8
**let's**
14:22, 23:25,
29:18, 44:23,
55:22, 59:23,
65:22, 92:8,
112:14
**level**
24:23, 33:2,
34:8, 34:14,
57:7, 59:2,
63:4, 63:6,
63:12, 66:3
**leveraged**
103:9
**leveraging**
100:22
**libraries**
13:9, 32:6
**limit**
74:5

**limitations**
81:22
**limited**
4:4, 6:5, 6:24,
107:14
**line**
44:6, 46:3,
46:15, 60:8,
66:5, 66:6,
87:16, 87:21,
89:14, 89:15,
90:12, 90:21,
95:19, 100:17,
103:4
**lines**
76:14, 79:5,
84:23, 85:11,
86:7, 90:12
**link**
63:6
**list**
13:23, 16:13,
21:20, 22:5,
22:10, 70:20
**listed**
13:25, 16:9,
16:16
**literally**
28:13, 70:12,
95:18
**literature**
27:2
**litigation**
19:18, 21:11,
21:14, 21:23,
22:21, 22:23,
23:3, 23:12,
23:16, 28:3,
28:7, 32:1, 32:2
**litigations**
31:13
**little**
52:18, 67:17
**llc**
1:10, 1:12, 6:5
**llp**
3:5, 3:14
**load**
58:16, 58:19,

58:22, 59:5,
59:17, 59:23,
60:11, 60:14,
60:16, 60:18,
60:21, 60:22,
61:1, 61:4,
61:7, 61:8,
61:14, 61:22,
66:10, 67:2,
68:20, 69:6,
69:9, 69:12,
73:21, 83:17,
87:13, 87:23,
88:6, 89:4,
89:8, 90:16,
91:9, 98:11,
100:24, 101:8,
101:17, 102:10,
104:6, 104:10,
104:24, 105:7,
105:10, 105:20,
106:5, 106:22,
106:23
**loaded**
29:23, 62:3,
62:11, 64:13,
66:25, 67:5,
67:11, 67:20,
67:25, 68:5,
68:7, 68:14,
68:16, 69:1,
69:24, 70:2,
71:13, 71:25,
72:1, 72:5,
72:12, 72:22,
73:18, 81:3,
81:9, 82:1,
82:3, 82:4,
82:7, 82:10,
82:11, 82:16,
82:18, 82:19,
82:23, 83:3,
83:6, 83:11,
83:23, 84:3,
84:9, 84:11,
84:13, 84:16,
85:14, 85:18,
85:21, 85:24,

86:2, 86:16,
86:20, 86:22,
86:24, 87:5,
87:6, 87:7,
87:10, 87:11,
87:17, 88:3,
88:22, 89:2,
90:7, 90:8,
90:13, 91:6,
91:7, 96:17,
96:18, 97:4,
97:7, 98:22,
99:2, 99:16
**loading**
24:2, 82:17,
83:20, 85:15,
85:18, 85:25,
97:10, 101:21,
102:1, 102:13,
102:19, 103:11,
108:10
**loads**
60:2, 60:3,
61:1, 68:25,
73:25, 83:1,
98:12
**located**
7:24
**location**
60:14, 87:14,
89:18
**locations**
60:15, 60:17
**long**
10:14, 11:2,
34:16, 58:8,
92:1, 101:12
**longer**
17:23
**look**
36:12, 43:8,
46:16, 53:1,
65:5, 66:5,
70:16, 84:22
**looked**
13:6, 64:14,
75:6, 91:7
**looking**
13:22, 15:7,

**looks**
15:24, 23:19,
27:7, 30:9,
34:2, 34:3,
36:14, 41:9,
52:25, 56:16,
67:9, 78:12,
82:22, 85:9,
87:4, 90:21,
104:8
14:10, 43:6,
85:5, 85:7,
87:5, 87:9, 91:3
**los**
3:23
**lot**
13:2, 19:12,
19:13, 26:16,
27:1, 32:5,
60:19, 65:24,
108:12
**lots**
107:25
**lunch**
91:22, 92:6

**M**

**made**
23:5, 93:17
**mainly**
31:25
**maintain**
46:3, 48:2
**majority**
21:10
**make**
34:4, 34:13,
52:20, 67:15,
82:22, 91:23,
93:10, 107:11,
108:8, 114:2
**makes**
42:10, 101:2,
113:24
**making**
95:10
**malikie**
1:5, 6:4,

22:21, 22:23,
23:3, 23:4,
23:7, 23:9,
24:10, 31:14
**malikie's**
23:17
**manage**
20:24
**manner**
8:13
**many**
21:23, 22:1,
28:17, 28:19,
30:14, 42:12,
42:24, 56:23,
65:15, 74:1,
97:16, 108:5,
108:8
**mara**
24:11
**mark**
9:3, 23:25,
29:18, 43:10,
44:23, 55:22
**marked**
8:20, 9:12,
24:4, 29:20,
43:12, 45:14,
45:15, 55:24
**market**
21:7
**marking**
9:11
**martin**
1:18, 2:1,
5:10, 6:3, 7:8,
7:12, 7:17,
7:23, 7:24,
45:13, 47:22,
48:8, 56:1,
92:16, 117:3
**maryland**
6:14, 7:25
**massand**
4:6, 6:23
**master**
27:12
**materials**
8:16, 22:5,

22:11, 22:13
**math**
46:10
**mathematical**
5:12, 5:13,
37:25, 38:9,
38:15, 38:21,
38:23, 39:4,
39:6, 39:10,
39:13, 39:21,
39:25, 40:1,
40:2, 40:3,
40:6, 42:24,
43:3, 43:16,
43:19, 43:23,
44:13, 44:14,
44:16, 45:21,
48:12
**matter**
6:4
**matters**
21:23, 83:16
**maximize**
93:24, 94:4,
95:17, 95:25
**maximized**
95:11, 96:2
**maximizing**
91:12, 92:17,
92:20, 92:21,
92:24, 93:1,
93:5, 93:9,
93:13, 93:20,
94:7, 94:12,
94:15, 94:17,
94:18, 94:25,
95:3, 95:4,
95:16, 95:21,
96:5, 96:8,
96:10, 96:14,
98:13
**maybe**
11:7, 17:14,
21:12, 52:25,
67:14, 113:1
**mean**
28:13, 28:16,
49:1, 49:17,

55:5, 55:9,
63:16, 66:13,
72:19, 74:25,
80:2, 92:20,
93:6, 94:24,
95:6, 96:23,
97:23, 109:15,
109:16, 109:21,
110:1, 112:9,
113:17, 114:23
**meaning**
65:24
**means**
49:5, 75:1,
75:3, 93:9,
93:13, 94:15
**media**
6:2
**medical**
15:2, 15:8,
15:13, 15:15,
20:13
**medium**
95:20
**meet**
26:21, 72:25,
73:1, 73:7,
80:15, 80:23,
81:5, 81:17,
81:24
**meets**
74:5
**memorized**
61:25, 62:20
**memory**
58:20, 58:25,
59:1, 59:6,
59:13, 59:19,
59:24, 60:2,
60:5, 60:15,
60:24, 61:2,
62:5, 82:11,
82:17, 82:19,
82:24, 87:14
**mentors**
29:9
**merdina**
4:13

merinda
6:11
met
46:18
method
17:9, 31:11,
35:12, 36:15,
49:9, 50:4,
95:19
microbt
4:3, 6:23
middle
48:11
midland
6:7
midland-odessa
1:3
might
11:7, 11:24,
14:24, 21:15,
29:7, 43:7,
61:3, 63:19,
68:21, 107:25
mind
91:21, 91:22
mining
1:11, 1:15,
3:10, 3:19
minus
32:17, 33:15,
37:6, 37:13,
43:21
minute
45:2, 73:2
minutes
48:1, 91:18,
92:4
mischaracterizes
42:19, 54:10,
96:12
mod
32:17, 33:15,
37:6, 37:13,
43:20
modified
47:15, 50:2,
53:8, 53:25,
55:5, 55:9

modifying
39:17
modular
30:19, 30:21,
30:23, 31:4,
31:12, 34:12,
34:14, 35:23,
36:1, 36:3
modulus
30:25, 31:1,
33:8, 33:16,
33:23, 33:24,
47:16, 48:22,
49:5, 49:6,
49:7, 49:9,
49:14, 49:16,
49:18, 49:23,
49:25, 50:10,
50:21, 50:25,
51:4, 51:8,
51:17, 51:21,
51:23, 52:3,
52:6, 52:14,
52:22, 53:12,
54:15, 54:19,
54:23, 55:6,
55:10, 55:15,
55:17, 55:18
moment
22:8, 32:14,
45:1, 57:6,
63:3, 75:2,
87:22, 90:23
monitor
6:10
mont
31:14, 41:22
montgomery
31:8, 31:10,
31:15, 31:21,
32:3, 32:6,
32:9, 32:13,
32:16, 32:18,
33:3, 33:6,
33:20, 34:9,
34:11, 34:16,
34:21, 35:1,
35:5, 35:8,

35:13, 35:17,
35:20, 36:9,
38:2, 40:23,
41:2, 41:4,
41:19, 41:22,
41:25, 47:17,
48:23, 49:10,
49:16, 49:19,
49:22, 50:10,
50:22, 51:1,
51:6, 51:18,
51:22, 51:25,
52:7, 52:14,
52:23, 53:12,
54:20, 55:19
montgomery-style
34:24, 35:24,
36:5, 36:17,
36:21, 36:23,
36:25, 37:4,
37:5, 37:12,
37:24, 37:25,
38:4, 38:10,
38:12, 38:18,
38:23, 39:1,
39:3, 39:11,
39:18, 39:20,
39:24, 40:8,
40:13, 40:19,
40:22, 41:15,
41:20, 41:23,
41:24, 42:5,
42:11, 42:13,
42:16, 42:18,
42:22, 42:25,
43:5, 43:24,
44:10, 44:17,
44:20, 45:24,
46:13, 46:19,
48:9, 48:16
months
17:19
more
11:6, 19:25,
22:4, 25:6,
55:7, 59:16,
65:9, 67:7,
70:23, 77:21,

79:4, 96:25,
100:23, 103:8,
103:17, 103:18,
110:2, 113:2,
115:15
morning
7:17, 7:18
morrison
4:12
most
93:11
move
56:5
moving
68:22
much
44:3
multiple
13:18, 63:19
myself
27:3, 27:24,
40:5, 70:11,
100:19

**N**

name
7:21, 17:21,
38:19, 38:20
names
60:25, 66:21
nanny
8:4
nature
15:6, 32:19
navigate
67:18
necessarily
61:12, 61:13,
76:24, 90:11,
99:1, 103:18
need
13:11, 37:18,
45:2, 46:12,
46:16, 46:24,
48:14, 62:3,
62:5, 62:11,
66:10, 67:1,
67:2, 67:5,

67:11, 67:20, 67:25, 68:4, 68:7, 68:13, 68:15, 68:19, 68:21, 69:1, 69:5, 69:9, 69:12, 69:23, 70:1, 71:13, 71:24, 72:11, 72:22, 73:18, 79:7, 79:11, 79:12, 81:3, 81:9, 83:10, 86:22, 91:23, 97:3, 97:19, 97:23, 103:24, 112:11, 112:16

**needed**
104:23

**needs**
10:11

**neither**
118:10

**network**
14:8, 15:21, 16:6, 17:4

**new**
3:7, 15:9, 35:14, 35:15, 65:2, 66:23, 69:19, 77:13, 80:14, 85:14, 85:15, 85:17, 85:18, 85:24, 86:20, 88:8, 88:12, 90:20, 91:10

**next**
15:19, 20:8, 43:11, 44:24, 55:22, 74:21, 91:3, 95:23, 98:11, 114:11

**ni**
4:6, 6:22

**non-mathematical**
39:15

**nonconsecutive**
114:19

**none**
14:6, 16:21

**notarial**
118:15

**notary**
2:12

**notes**
8:23

**nothing**
18:7, 21:1, 55:2

**notice**
2:9

**noting**
106:20, 107:1

**novel**
17:16

**number**
6:2, 6:8, 49:24, 67:10, 67:19, 69:1, 69:23, 70:1, 71:12, 71:24, 72:1, 72:5, 72:11, 72:15, 72:21, 73:10, 73:13, 73:18, 73:25, 74:2, 81:3, 81:8, 84:8, 84:11, 84:12, 84:16, 91:12, 92:17, 92:21, 92:24, 93:9, 93:17, 93:20, 93:21, 93:24, 94:5, 94:7, 95:11, 95:18, 95:21, 96:14, 96:17, 96:21, 96:22, 97:4, 97:18, 97:19, 97:21, 98:9, 98:13, 98:18, 99:11

**numbers**
33:12, 78:24

**nw**
3:15

**ny**
3:7

---
O
---

**object**
44:5, 105:15

**objection**
33:5, 35:9, 37:8, 37:14, 37:18, 38:3, 38:25, 39:5, 39:12, 39:23, 40:10, 40:25, 41:6, 41:21, 42:3, 42:6, 42:14, 42:19, 43:2, 43:25, 44:2, 44:21, 45:25, 46:3, 46:14, 47:6, 47:10, 47:21, 48:2, 48:18, 49:12, 49:21, 50:6, 50:14, 51:3, 51:10, 52:8, 54:9, 55:11, 59:8, 59:11, 59:15, 59:21, 61:10, 61:17, 62:7, 62:14, 64:3, 67:6, 68:3, 68:18, 69:13, 72:3, 72:18, 73:19, 78:6, 80:18, 81:1, 81:12, 81:20, 82:13, 82:20, 83:14, 88:25, 93:15, 93:22, 94:6, 96:4, 96:11, 102:4, 102:15, 103:2, 103:15, 104:1, 109:13, 109:24, 112:8, 113:14

**observe**
55:13

**obtain**
38:6, 44:15, 59:6

**obtained**
59:12, 59:18, 62:5

**obtaining**
37:2, 39:16, 47:2, 47:8

**occur**
72:8

**occurred**
72:8

**occurs**
90:11, 94:15

**ocred**
30:2, 56:19

**odd**
66:22, 73:20, 74:8, 74:12, 74:16, 75:19, 75:25, 80:10, 80:17, 80:25, 81:11, 81:19

**odds**
74:19

**odessa**
6:7

**officer**
118:3

**official**
26:21

**officially**
19:2

**offset**
89:17

**omitted**
52:2, 52:6

**one**
7:19, 8:5, 9:7, 10:25, 16:22, 17:16, 20:11, 20:17, 22:8, 25:6, 27:15, 30:1, 32:14, 33:24, 39:13, 42:8, 42:17, 43:7, 44:25,

| | | | P |
|---|---|---|---|
| | | | **p=2** |
| | | | 43:20 |
| | | | **package** |
| | | | 115:12, 115:14 |

47:1, 55:7,
57:6, 58:22,
59:16, 59:22,
60:13, 63:3,
75:1, 77:21,
78:11, 79:4,
87:22, 89:20,
90:4, 90:23,
91:9, 91:21
**one-half**
68:6, 68:8,
69:3, 81:5
**one-to-one**
97:17
**ones**
73:7, 82:5
**only**
14:3, 42:17,
73:6, 84:17,
104:9
**open**
8:10, 43:14
**openssl**
13:5
**operand**
38:6, 39:16,
39:17, 47:2,
47:8, 47:15,
47:19, 50:2,
53:8, 53:18,
53:25, 54:2,
55:5, 55:9
**operate**
63:7
**operating**
60:21
**operation**
36:16, 36:18,
36:20, 38:7,
39:14, 39:16,
40:1, 47:3,
47:9, 47:12,
58:19, 58:23,
59:5, 59:18,
59:23, 61:1,
61:4, 61:7,
61:8, 61:15,
61:22, 65:21,

76:22, 78:14,
90:16
**operations**
32:10, 58:16,
60:11, 65:25,
66:1, 77:20,
78:2, 79:16,
87:23, 88:6,
89:4, 114:17
**opinion**
38:22, 39:19,
40:18, 48:14,
75:20, 75:23,
76:1, 80:22,
81:16, 87:2,
94:1, 94:24,
96:1, 101:2,
101:7, 103:22,
104:12, 104:19,
104:24, 109:23
**opinions**
10:1, 10:5,
11:12, 22:6,
22:16, 26:10,
28:11, 29:12,
46:23, 70:14
**opposed**
10:18
**optimization**
32:7
**optimized**
31:11
**order**
13:8, 15:9,
15:25, 49:19,
106:23, 112:16
**ordinary**
24:24, 25:2,
25:8, 25:9,
26:1, 26:6,
26:12, 28:9,
37:10, 37:23,
83:9, 95:5,
95:8, 96:2,
107:21, 108:3
**original**
64:22, 69:3,
74:4, 77:12,

77:13, 77:20,
77:24, 78:5,
79:25, 80:3,
88:5, 88:7,
90:9, 90:15
**originally**
89:21, 100:17
**other**
8:10, 14:13,
15:14, 16:3,
22:17, 27:13,
29:9, 51:19,
59:23, 60:15,
60:17, 64:10,
82:11, 84:21,
86:11, 88:14,
102:25, 104:11,
107:20
**others**
19:25
**otherwise**
118:13
**out**
13:8, 16:3,
59:5, 70:20,
79:7, 79:12
**outcome**
118:13
**outlined**
38:4, 40:7
**output**
44:15, 71:4
**outputting**
37:3, 39:17
**outside**
44:2, 46:1,
46:2, 47:25,
77:4, 102:15
**over**
21:13, 22:3,
29:8, 74:21,
78:3, 82:9,
91:9, 98:8
**overlap**
113:21
**overlapping**
113:25
**own**
30:17, 57:4

**page**
5:2, 5:7,
13:23, 58:15,
98:8, 98:9
**pages**
1:23
**paragraph**
22:7, 22:10,
24:23, 32:11,
49:3, 53:3,
53:7, 57:18,
66:15, 70:17,
79:20, 98:5
**part**
13:19, 19:13,
19:15, 19:17,
20:15, 27:2,
27:8, 43:3,
54:16, 57:20,
64:24, 65:20,
66:2, 67:7,
78:20, 79:8,
87:3, 95:5
**particular**
28:6, 29:13,
35:25, 36:3,
39:21, 42:10,
43:19, 54:24,
65:12, 65:18,
69:14, 71:4,
73:20, 82:5,
87:9, 90:5,
99:9, 99:23,
100:5
**parties**
2:5, 6:15,
118:12
**parts**
15:8, 15:16
**patent**
1:6, 5:11,
5:14, 17:13,

23:12, 25:14,
25:20, 29:6,
30:7, 30:9,
30:12, 30:14,
30:17, 30:20,
31:5, 34:17,
34:19, 34:20,
35:2, 35:4,
35:7, 35:10,
36:4, 36:8,
36:13, 36:14,
48:21, 56:5,
56:21, 56:23,
57:2, 57:4,
57:11, 57:15,
57:20, 57:22,
58:7, 58:10,
58:13, 58:16,
60:4, 61:14,
61:23, 62:3,
62:19, 62:23,
63:2, 63:8,
64:16, 67:4,
67:8, 69:5,
69:19, 77:15,
78:10, 84:6,
88:1, 91:11,
92:17, 95:12,
95:15, 95:17,
95:25, 96:2,
96:5, 96:7,
96:13, 99:7,
99:8, 100:15,
101:15, 102:2,
102:14, 102:24,
103:24, 104:20,
105:1, 106:9,
107:8, 107:13,
107:23, 108:18,
108:20, 108:25,
109:2, 110:25

**patented**
17:17

**patentees**
36:6

**patents**
10:2, 16:13,
16:16, 16:19,

16:21, 16:23,
16:25, 17:8,
22:24, 23:5,
23:17, 23:18,
23:19, 23:22,
23:24, 24:25,
25:4, 25:11,
26:3, 26:8,
26:13, 26:16,
27:21, 28:11

**patient**
15:16

**paul**
1:18, 2:1,
5:10, 6:3, 7:12,
7:23, 37:16,
117:3

**pause**
56:4

**pay**
115:13

**pennsylvania**
2:13, 3:15

**people**
27:17, 28:17,
29:9, 107:25

**percent**
21:12, 21:13,
21:15, 21:19

**perform**
19:8, 32:3,
34:21, 35:1,
35:8, 35:22,
38:7, 41:12,
42:13, 42:16,
47:17, 47:19,
49:8, 49:19,
50:11, 53:16,
53:21, 54:1,
54:3, 94:1,
94:3, 94:9

**performance**
34:12

**performed**
31:21, 31:24,
48:19, 49:15,
51:5, 51:24,
54:4, 65:20,

102:17

**performing**
30:21, 31:12,
32:10, 35:4,
36:1, 36:3,
36:9, 36:15,
47:16, 48:23,
49:10, 49:22,
50:8, 50:10,
50:22, 51:1,
51:18, 51:22,
52:3, 52:7,
52:14, 52:22,
53:12, 54:6,
54:19, 55:18,
94:13, 94:16,
95:9, 98:14

**performs**
39:14, 43:4,
58:5

**perhaps**
87:6

**periods**
27:3

**person**
25:2, 25:7,
25:9, 26:1,
26:6, 26:11,
26:22, 27:5,
27:24, 28:9,
37:10, 37:22,
83:9, 95:5,
95:8, 107:21,
108:3

**perspective**
26:11, 28:2

**ph**
1:18, 2:2,
5:10, 6:4, 7:12,
13:19, 27:2,
28:13, 28:21,
29:3, 29:15,
31:19, 117:3

**phrase**
48:22, 49:1,
49:8, 50:25,
52:2, 52:6,
53:4, 53:11,

106:1

**phrases**
111:10

**physical**
96:22

**pickering**
3:14

**place**
60:13

**plain**
31:3

**plaintiff**
23:8

**plaintiff's**
11:10

**plaintiffs**
1:8, 3:3, 7:7,
22:18

**plan**
20:25, 92:8

**planet**
6:12, 7:10

**planning**
92:1

**platforms**
1:12, 3:18, 7:4

**please**
6:16, 7:21,
13:12, 29:19,
43:11, 45:1,
51:11, 55:7,
56:18, 67:16,
77:21, 79:4

**pllc**
4:6

**plus**
91:23

**point**
22:14, 56:25,
61:20, 72:9,
78:7

**pointed**
65:8

**pointer**
89:16, 89:19,
89:25

**posita**
49:4, 83:18,

95:2

**positions**
11:11

**possess**
26:5, 103:24,
104:2

**possibility**
100:22

**possible**
92:1, 93:11,
94:3, 108:5,
114:2

**possibly**
11:12, 32:5,
39:7, 113:15

**potomac**
7:25

**powell**
3:12, 6:21

**power**
32:23

**practice**
50:4

**practicing**
28:18

**precise**
33:25, 34:5,
110:3

**precomputing**
35:14, 35:15

**preloading**
103:10, 103:13,
103:25, 104:6

**prepared**
9:24, 70:8

**preparing**
10:14, 11:2

**present**
4:11, 55:1

**presented**
111:15

**preserve**
15:16

**pretty**
112:19, 112:23

**prevention**
17:6

**previous**
81:15

**previously**
9:5

**prior**
22:21, 23:2,
23:11, 23:15,
54:10, 75:4,
75:7

**priority**
25:4, 25:10,
25:13, 25:19,
26:2, 26:7,
26:12, 28:10

**privacy**
15:17, 17:6

**probably**
10:25, 11:24,
12:5, 14:23,
59:25

**proceed**
45:11, 56:14,
92:14

**process**
42:10, 93:23,
93:24, 101:8,
101:13, 110:21

**processor**
58:19, 59:2,
59:3, 59:14,
59:20, 61:2,
63:7, 96:23,
96:25, 99:5,
99:7, 99:10,
99:14, 99:23,
100:5, 100:8,
100:11, 100:14,
100:23, 101:3,
101:4, 101:5,
101:6, 101:7,
101:9, 101:12,
101:13, 101:21,
101:22, 101:25,
102:6, 102:7,
102:8, 102:12,
102:18, 102:20,
103:1, 103:23,
104:5, 105:1,
105:13, 105:17,
105:19, 105:22,

105:25, 106:2,
106:4, 106:5,
106:11, 106:13,
106:15, 106:17,
107:4, 107:5,
107:12, 107:18,
107:21, 108:5,
108:7, 108:9,
108:12, 108:14,
108:21, 108:24,
109:3, 109:5,
109:6, 109:8,
109:9, 109:11,
109:12, 109:14,
109:16, 109:17,
109:22, 109:23,
110:2, 110:5,
110:7, 110:8,
110:12, 110:14,
110:17

**processors**
57:9, 100:1,
100:2, 102:25,
103:14, 109:20

**produce**
35:13, 35:19

**product**
17:10, 19:15,
19:16, 96:15

**products**
18:18, 18:19,
20:25, 21:1,
21:7, 21:9

**professional**
2:10

**profile**
17:4

**profusely**
115:16

**program**
60:22

**programming**
65:12, 65:14,
65:23

**programs**
8:10

**progress**
63:20

**prohibit**
52:24, 55:2

**project**
13:4, 15:23

**proper**
10:25

**propositional**
111:9

**protocol**
14:8, 15:21,
16:6

**protocols**
13:17, 13:18,
19:11, 26:18

**provide**
9:1, 35:12,
72:8

**provided**
9:5, 10:22,
10:25, 22:5,
69:4, 95:21

**providers**
15:14

**provides**
43:16, 58:2,
73:17

**pseudocode**
64:21, 65:1,
65:6, 65:7,
65:10, 65:11,
66:6, 78:9,
78:12, 90:10,
90:22, 98:21,
99:8, 99:10,
99:15, 99:25,
100:6, 100:7,
100:9

**public**
2:12, 118:1

**publication**
14:9

**publications**
13:23, 13:25,
14:4, 14:6,
16:9, 16:10

**publicly**
21:2

**published**
16:3

| | | | |
|---|---|---|---|
| **purport** 108:20 | 33:3, 33:7, 40:9, 40:11, 40:13, 40:16, 40:20, 40:21 | 15:15, 15:16, 30:6, 34:1, 45:4, 45:8, 45:11, 56:10, | 114:3, 114:7 |
| **purpose** 32:8 | | | **reflect** 70:13 |
| **pursuant** 2:9 | **range** 30:25, 31:2 | 56:14, 56:21, 82:18, 92:10, | **regions** 60:24 |
| **put** 27:2, 27:23, 28:1, 47:24, 71:15, 81:23, 100:10 | **rather** 20:15, 47:19, 53:21, 54:2 | 92:14, 116:2, 116:3, 118:6 | **register** 58:20, 58:24, 59:13, 59:20, 60:3, 82:12, 87:6, 90:9, |
| | **read** 30:14, 51:12, 56:23, 66:18, 100:19, 117:4 | **recorded** 69:6 | |
| | | **records** 15:2, 15:8 | 99:9, 100:18, 100:21 |
| **puts** 65:24 | | **redefines** 96:2 | |
| **putting** 81:7 | **reading** 113:16, 118:9 | **redirect** 115:25 | **registered** 2:10 |
| **Q** | **really** 41:7, 47:22, 65:16, 92:5, 98:3, 107:3 | **reduce** 31:3 | **registers** 60:12, 61:9, 61:16, 61:22, 62:4, 62:11, 62:13, 64:13, 64:14, 66:10, 66:16, 66:25, 67:5, 67:11, 67:20, 67:25, 68:2, 68:5, 68:14, 68:15, 68:16, 68:20, 68:23, 69:2, 69:7, 69:9, 69:12, 81:4, 83:4, 83:13, 83:24, 84:1, 84:4, 85:16, 85:19, 86:1, 87:18, 87:24, 88:7, 88:23, 89:5, 90:14, 90:17, 91:12, 92:18, 92:21, 92:24, 93:9, 93:11, 93:18, 93:20, 93:21, 93:24, 94:5, 94:7, 95:11, 95:18, 95:22, 96:14, 96:22, 97:1, 97:5, 97:8, 97:11, 97:14, 97:16, |
| **qualifications** 26:1, 26:5, 27:18, 28:9 | | **reduced** 68:6, 69:2, 81:4, 118:8 | |
| **qualify** 33:19 | **realtime** 2:11 | **reducing** 30:24 | |
| **quantities** 31:12 | **reason** 8:25 | **reductions** 31:12, 32:3, 32:18, 33:3, 34:11, 34:16, 34:21, 34:24, 37:5, 37:12, 40:8, 40:13 | |
| **question** 20:8, 38:18, 64:13, 65:9, 67:17, 77:11, 79:3, 87:9, 97:12, 102:22, 104:22, 111:15, 111:17, 111:19, 111:20, 112:18, 112:25 | **recall** 12:3, 22:19, 40:15, 61:18, 71:15 | | |
| | **received** 11:25, 12:3 | | |
| | **receiving** 11:10 | **refer** 62:12, 76:12, 82:3, 106:21, 107:5 | |
| | **recently** 17:18 | | |
| **questioning** 44:6, 46:4, 46:15 | **recess** 45:9, 56:12, 92:12 | **referenced** 85:4 | |
| **questions** 10:16, 115:22 | **recited** 43:1, 94:4, 94:13, 113:3 | **referring** 58:8, 60:1, 62:4, 62:9, 62:10, 63:15, 67:8, 76:15, 77:4, 82:15, 88:4, 97:3, 97:4, 99:16, 99:25, 105:6, 106:19, 107:11, 109:19, 112:6 | |
| **quick** 92:5 | | | |
| **quickly** 13:13 | **recites** 91:11, 111:3 | | |
| **quite** 11:4, 11:5, 26:19, 26:23, 41:17, 54:12 | **recognize** 9:19, 24:8 | | |
| | **recollection** 34:18 | | |
| **R** | **record** 7:22, 8:13, 10:17, 15:13, | **refers** 60:10, 104:9, | |
| **radix** 32:20, 32:25, | | | |

97:19, 97:23,
98:1, 98:9,
98:11, 98:12,
98:13, 98:18,
98:22, 99:1,
99:2, 99:5,
99:6, 99:11,
99:13, 99:17,
100:3, 102:6,
103:12, 106:24,
111:4, 111:25,
112:1, 112:21,
113:8, 113:18,
115:2
**regulatory**
20:14
**reichman**
3:5, 7:6
**relate**
34:9
**related**
8:5, 15:1,
17:12, 34:15,
39:20, 118:11
**relates**
21:11, 36:15
**relating**
8:16, 10:2,
13:3
**relationship**
20:9
**reliable**
48:14
**remaining**
89:12
**remember**
13:14, 13:17,
14:12, 14:14,
15:10, 31:19
**reminded**
115:14
**remotely**
2:5, 6:16
**removed**
52:10
**repetitive**
71:17
**replace**
35:16

**replacement**
47:18, 53:17,
54:1
**report**
22:7, 49:2,
57:17, 63:5
**reported**
1:24
**reporter**
2:10, 2:11,
7:9, 115:15
**reporter-notary**
118:1
**represent**
6:18, 32:25,
33:18, 33:23,
63:19, 114:24
**representative**
49:24
**represented**
63:18
**representing**
6:12, 6:23,
7:4, 7:10, 7:20
**represents**
91:3
**requested**
118:10
**require**
40:17, 40:20,
49:8, 50:11,
51:2, 51:19,
52:13, 60:11,
73:12, 87:23,
88:6, 89:4,
90:16, 94:20,
104:11
**required**
51:9, 87:17,
104:2
**requirement**
80:15, 94:13,
94:19, 104:5,
104:7, 104:20,
104:25
**requirements**
95:14
**requires**
50:16, 51:4,

59:5, 73:9,
80:9, 102:11
**requiring**
40:21
**research**
12:12, 12:15,
12:16, 12:17,
12:21, 12:22,
12:25, 13:2,
14:18, 14:20,
14:22, 14:25,
15:6, 15:19,
18:2, 18:5,
18:12, 18:15,
27:6, 27:7
**reside**
112:13
**residing**
111:4, 111:25,
112:1, 112:21,
113:7, 113:18,
115:1
**respect**
28:6, 33:10,
46:6
**responsibilities**
20:23
**rest**
20:18, 38:7,
73:1
**restate**
52:20
**result**
16:25, 81:2
**resulted**
17:8
**resulting**
16:10
**results**
74:3
**reuse**
82:6
**reused**
83:5, 83:12
**reversal**
72:25, 75:4,
75:7
**reverse**
80:20, 81:14

**reversed**
74:22, 74:25,
75:1, 75:3,
75:11, 75:14,
75:17, 75:19,
75:23, 76:1,
76:6, 78:5,
84:14
**reverses**
80:19
**reversing**
80:9, 80:15,
80:24, 81:2,
81:17
**review**
18:15, 27:2,
94:18
**reviewed**
10:8
**right**
9:14, 14:5,
14:16, 14:24,
16:8, 21:18,
27:12, 28:20,
29:11, 29:18,
30:5, 30:10,
32:2, 36:8,
36:19, 37:2,
38:5, 38:22,
40:18, 40:20,
41:10, 41:14,
41:17, 41:18,
41:24, 42:23,
44:23, 45:19,
45:20, 50:3,
58:5, 61:24,
62:23, 63:3,
64:6, 64:11,
64:12, 65:1,
65:5, 66:4,
68:9, 68:12,
69:10, 70:13,
70:16, 72:10,
74:20, 74:21,
77:9, 85:12,
86:25, 87:15,
88:14, 88:19,
91:12, 91:20,

93:12, 97:2,
97:9, 100:2,
100:7, 104:19,
105:24, 106:12,
106:16, 110:16,
112:20, 113:4,
113:7
**riot**
1:12, 3:18, 7:4
**rockville**
6:13
**room**
115:10
**rpr**
1:25, 118:22
**running**
13:9

**S**

**said**
7:19, 34:3,
49:13, 52:16,
54:11, 75:2,
82:16, 102:18,
118:7
**same**
10:23, 16:4,
41:6, 46:14,
47:10, 47:21,
48:18, 52:2,
52:5, 54:4,
54:6, 55:18,
58:9, 58:15,
59:15, 77:19,
77:23, 79:24,
84:5, 93:1,
93:6, 94:25,
95:7, 95:10,
102:15, 103:19,
109:21, 110:1,
117:5
**satisfy**
39:7
**saw**
88:19
**say**
10:17, 21:12,
25:6, 30:16,

33:11, 35:18,
37:9, 44:18,
49:3, 50:20,
51:11, 52:24,
55:7, 55:20,
56:25, 57:17,
59:16, 60:2,
68:19, 74:3,
75:10, 77:21,
79:4, 90:8,
90:18, 90:19,
97:22, 110:10,
110:23, 114:12,
114:17
**saying**
40:4, 66:24,
68:4, 68:6,
76:25, 88:5,
96:7, 96:13,
99:18
**says**
35:11, 37:1,
39:2, 42:8,
43:22, 49:14,
50:20, 66:9,
66:15, 66:21,
68:25, 69:5,
69:8, 82:23,
83:2, 85:5,
85:17, 85:24,
86:13, 86:19,
89:3, 89:11,
89:23, 90:3,
90:4, 90:16,
91:3, 94:10,
95:18, 95:23,
98:9, 100:17,
100:21, 102:5,
103:12, 104:18,
106:15, 106:18,
106:19, 106:22,
106:25
**scheme**
13:15
**schemes**
14:13, 15:2
**school**
12:7

**schweitzer**
1:25, 2:10,
7:10, 118:3,
118:22
**science**
12:1
**scientist**
20:21, 20:22
**scope**
41:14, 44:2,
44:8, 46:1,
46:2, 52:1,
52:5, 52:8,
102:4, 102:16
**screen**
24:6
**seal**
118:15
**second**
13:22, 19:13,
19:15, 27:10,
33:24, 37:17,
45:4, 68:20,
91:21, 100:18
**secure**
74:4, 114:16
**security**
12:11, 12:16,
20:13
**see**
9:14, 9:16,
10:21, 16:14,
18:3, 24:3,
39:19, 40:11,
40:21, 47:4,
48:25, 53:5,
53:14, 53:19,
54:14, 54:16,
60:10, 63:4,
66:7, 66:11,
67:13, 67:22,
74:23, 75:2,
78:16, 79:3,
82:22, 84:25,
85:4, 85:13,
85:17, 85:20,
86:5, 87:7,
88:12, 88:20,

89:3, 90:10,
90:22, 91:2,
91:10, 98:7,
98:16, 103:6
**seeing**
78:7, 99:3,
99:19
**seem**
71:14
**seems**
44:3
**segment**
60:23
**sell**
20:12
**selling**
17:19
**sense**
113:24, 114:2
**sentence**
55:13, 84:25,
95:23, 98:7,
103:7, 105:16,
106:8, 106:14
**separate**
87:16, 88:2
**sequence**
39:6, 75:3,
75:4, 75:7,
76:10, 76:12,
76:21, 77:2,
77:8, 77:15,
77:19, 77:22,
77:23, 78:2,
78:4, 79:16,
79:21, 79:24,
80:9, 80:16,
80:19, 80:24,
81:13, 81:18
**series**
81:10
**seriously**
48:3
**served**
22:20
**servers**
13:5, 13:10,
14:11

**set**
29:12, 34:7,
118:14
**several**
111:9, 115:4
**sha**
114:10, 114:15,
114:19
**sha-2**
57:11, 57:13,
57:16, 57:21,
57:23, 58:6,
64:22, 64:25,
65:2, 71:4,
80:3, 88:5,
88:7, 88:15,
90:15, 90:20
**sheet**
117:8
**shenzhen**
4:3, 6:23
**shifting**
61:9, 61:15,
61:21
**shoes**
27:24
**short**
91:14
**shorthand**
65:17, 118:1
**shortly**
24:3
**should**
9:14, 10:23,
11:19, 24:3,
33:11, 33:20,
33:24, 110:23
**show**
43:6
**showing**
77:18
**shown**
43:20, 43:24,
44:19, 45:23,
47:7, 47:12,
47:14, 70:24,
77:14
**shows**
45:20

**sic**
103:20
**side**
17:25
**signature**
117:13
**signature-5tm1q**
118:20
**signed**
117:8
**significance**
54:17
**significant**
47:18, 53:17,
54:2
**signing**
10:9, 118:10
**similar**
65:16
**simply**
71:16
**simpson**
3:20, 7:1, 7:3
**since**
10:8, 63:4,
72:6, 79:17,
82:15, 91:3
**single**
35:17, 106:8
**sit**
46:9, 47:23,
58:25
**sitting**
39:9, 46:21,
48:15, 61:20,
62:17, 87:4,
110:14
**situation**
98:2
**situations**
68:21
**size**
86:4, 97:25,
99:6, 99:12,
99:13
**sizes**
100:3
**skill**
24:24, 25:2,

25:8, 25:9,
26:1, 26:6,
26:12, 26:22,
27:5, 27:24,
28:10, 37:10,
37:23, 83:9,
95:5, 95:8,
107:22, 108:4
**slightly**
31:19
**slow**
13:11
**slowly**
115:15
**small**
43:21
**smaller**
58:25
**smart**
48:13
**software**
110:22
**some**
14:13, 14:25,
17:2, 19:25,
22:4, 23:20,
26:17, 27:13,
27:19, 29:6,
43:9, 44:4,
56:7, 60:3,
62:8, 69:25,
97:7, 103:8,
103:16, 104:23,
110:15, 115:9
**something**
38:19, 41:11,
45:3, 46:8,
54:21, 58:12,
60:1, 62:20,
63:13, 63:14,
63:16, 63:22,
63:23, 63:25,
85:21, 90:13,
92:5, 93:14,
94:9, 108:2,
109:19, 110:15,
113:2, 113:22
**sometime**
11:10, 31:20

**sometimes**
19:18
**somewhere**
8:7, 99:20
**son**
8:4
**sorry**
7:1, 11:11,
40:3, 46:10,
52:4, 54:5,
55:7, 55:14,
59:10, 61:6,
67:14, 67:16,
78:3, 79:1,
80:13, 82:8,
87:20, 92:23,
94:2, 100:19,
103:21, 104:17,
104:23
**sort**
35:21, 41:9,
44:4, 65:13,
98:8
**space**
26:24
**spaces**
21:1, 27:4
**spans**
98:8
**speak**
22:17, 28:8,
28:16, 115:8,
115:11
**speaking**
63:25
**spec**
86:6
**specific**
16:21, 42:8,
60:1, 60:14,
63:23, 67:7,
87:24, 99:14,
100:3, 107:14,
108:2, 113:2
**specifically**
20:13, 22:14,
28:16, 28:25,
75:2, 82:24,

100:24, 101:16,
102:9, 104:13,
104:15, 104:18,
104:21, 105:2,
105:4, 105:20,
108:10
**specification**
57:13, 58:10,
61:25, 62:15,
62:21, 76:13,
82:23, 83:1,
84:6, 88:1,
88:4, 89:11,
89:13, 99:20,
99:22, 99:24,
100:16, 107:10,
107:15, 107:17
**specifics**
69:16
**specified**
79:16, 87:19,
87:25, 89:5,
90:18, 101:4
**specifies**
68:25
**specify**
51:23, 114:6
**speculate**
47:23
**spend**
10:14, 11:2
**spent**
11:4
**split**
17:24, 20:6,
20:16
**spoke**
115:9
**spoken**
115:5
**squarely**
44:7
**st**
6:9
**stack**
59:6, 59:13,
59:19, 59:24,
60:5, 60:12,

60:16, 60:18,
61:3, 82:11,
83:2, 87:18,
87:23, 88:6,
88:23, 89:4,
89:22, 90:14,
90:17
**stand**
10:5, 24:19
**standard**
6:11, 27:11,
32:18, 33:6,
35:4, 41:22,
41:25, 47:17,
48:23, 49:10,
49:15, 49:18,
49:22, 50:10,
50:22, 51:1,
51:5, 51:8,
51:18, 51:22,
51:24, 52:3,
52:7, 52:14,
52:22, 53:12,
54:20, 55:19
**standards**
110:21
**stars**
3:22
**start**
14:22, 78:3,
82:9
**started**
11:12, 15:22
**starting**
101:1
**starts**
37:1
**state**
6:17, 7:21,
63:8, 63:11,
63:12, 63:13,
63:16, 63:17,
63:18, 63:19,
63:21, 63:22,
63:23, 63:24,
64:2, 64:4,
64:5, 64:7,
89:19, 102:5,

103:11, 111:3,
111:24, 112:1,
112:12, 112:20,
114:9, 114:19,
114:20, 114:23,
114:24
**states**
1:1, 6:6, 85:13
**stenographically**
1:24, 118:8
**step**
50:11, 50:18,
80:4, 87:5,
112:7
**steps**
37:2, 38:8,
39:2, 39:6,
39:7, 39:14,
43:4, 54:3,
54:6, 94:2,
94:3, 94:10,
94:13, 94:19,
94:23, 95:3,
95:10, 98:14
**steve**
3:13
**stick**
50:24
**still**
15:3, 15:9,
28:14
**stopping**
48:3
**storage**
59:3, 60:22
**store**
15:13, 97:19,
97:24, 100:24,
101:8, 101:17,
102:10, 104:10,
104:24, 105:7,
105:10, 105:20,
106:5, 106:22,
106:23
**stored**
97:15
**storing**
35:14, 35:15,

101:22, 102:1,
102:13, 102:19,
103:11, 104:6,
108:10
**stretch**
56:6
**strike**
36:1
**student**
12:13, 13:1,
14:25, 17:1
**students**
27:12, 27:14
**studies**
12:10, 12:18,
12:20, 18:21
**su**
3:13
**submitted**
9:22, 11:20
**substance**
115:17
**substantially**
35:16
**suite**
3:6, 3:22, 4:7,
6:13
**summary**
11:17
**summer**
13:20
**supporting**
19:17
**sure**
11:4, 19:2,
33:14, 34:4,
36:17, 44:12,
52:20, 57:20,
59:17, 62:15,
67:9, 67:19,
78:9, 78:19,
79:18, 80:6,
80:7, 82:17,
82:22, 86:7,
89:9, 93:4,
98:3, 99:14,
100:5, 112:24
**sworn**
7:11, 7:13

**synonymous**
109:9
**syntax**
65:18
**system**
17:8, 17:16,
17:18, 17:19,
35:12, 60:20,
95:20
**systems**
16:23, 18:19,
19:10

### T

**t**
79:2
**tab**
9:4, 23:25,
29:18, 43:10,
44:24, 55:22
**table**
70:16, 70:21,
71:8, 74:6,
76:9, 77:19,
79:15, 79:19,
81:25, 96:16
**tables**
70:6, 70:8,
70:13
**take**
45:6, 56:5,
61:25, 71:23,
72:7, 73:14,
91:14, 91:18,
91:25
**taken**
45:9, 56:12,
92:12, 115:4,
118:4, 118:7
**takes**
100:21
**taking**
30:24
**talk**
13:13, 28:15,
49:2, 53:1,
115:14
**talking**
33:14, 51:12,

67:24, 83:1,
108:2, 114:8
**teach**
18:13, 21:16,
27:12
**technician**
4:12, 9:6, 9:9,
9:11, 9:14,
24:2, 29:22
**technologies**
23:21
**technology**
4:4, 6:24,
23:23
**tell**
13:12, 38:9,
38:16, 39:9,
44:9, 48:8,
48:15, 62:17,
79:9, 81:24
**telling**
54:24
**tells**
37:1, 54:18,
54:20, 93:25,
94:21, 94:22,
100:16
**temporal**
113:3
**ten**
22:3, 70:20,
71:16, 72:5,
72:13, 72:14,
91:18, 92:4
**ten-minute**
56:6
**tend**
13:12
**term**
31:7, 40:22,
60:5, 62:24,
63:8, 63:10,
92:20, 95:12,
95:16, 96:1,
106:12, 109:3,
109:11, 109:12,
111:10, 111:12,
111:16, 112:17,

112:19, 114:20
**terminologies**
58:14
**terminology**
52:17
**terms**
14:17, 22:2,
29:2, 29:7,
29:13, 107:13
**testified**
7:14, 21:13
**testifying**
21:25, 22:1,
22:2
**testimony**
9:1, 19:19,
24:16, 24:19,
42:20, 54:10,
96:12, 115:18,
117:5, 117:7,
118:6, 118:7
**texas**
1:2, 6:7
**th**
25:14, 25:17,
118:16
**thank**
56:9, 91:17,
115:24
**themselves**
6:17
**thereafter**
118:8
**therefore**
95:10
**thereof**
47:20, 53:22,
54:3
**thing**
16:4, 19:7,
27:10, 38:19,
42:10, 48:13,
59:23, 93:1,
93:6, 94:10,
94:25, 95:7,
103:19, 109:21,
110:1, 113:25
**things**
19:4, 19:5,

19:6, 19:23,
26:14, 27:19,
34:15, 36:25,
37:3, 42:15,
42:21, 48:11,
59:22, 64:13,
72:8, 112:10,
112:16
**think**
10:20, 17:20,
20:6, 27:3,
35:20, 35:22,
41:8, 43:7,
49:13, 50:15,
50:23, 52:16,
63:24, 64:11,
68:24, 71:14,
77:25, 79:11,
83:15, 83:16,
83:18, 83:19,
84:20, 86:24,
93:16, 95:2,
96:5, 100:8,
101:16, 105:21,
110:10, 110:12,
113:2
**third**
19:17
**thought**
27:13, 27:19,
41:7, 55:21,
87:8
**three**
19:4, 19:23,
37:3, 39:2,
39:14, 73:21,
97:3, 97:10,
97:22, 97:23
**through**
10:19, 19:18,
31:18, 53:1,
62:1, 66:9,
66:17, 66:20,
69:8, 71:11,
71:15, 71:16,
71:19, 71:25,
72:12, 76:4,
76:14, 84:18,

84:19, 84:23,
85:1, 85:11,
86:8, 87:22,
88:20, 89:3,
91:7, 96:6,
98:22, 98:25

**throwing**
111:20

**time**
6:10, 6:11,
14:17, 15:9,
17:14, 20:11,
22:4, 25:6,
27:3, 27:9,
27:21, 28:15,
28:18, 45:8,
45:11, 46:11,
47:25, 55:7,
56:11, 56:14,
59:16, 68:20,
77:21, 79:4,
85:16, 85:19,
85:22, 86:1,
92:11, 92:14,
115:23, 116:2

**time-consuming**
46:22

**times**
19:25, 22:1,
30:14, 32:17,
33:14, 37:6,
37:13, 56:24,
65:24

**timothy**
4:5, 6:22

**titled**
74:22, 82:1

**today**
6:11, 7:9,
7:24, 9:1, 21:5,
24:19, 61:20,
62:17, 110:14

**today's**
6:9, 115:5

**together**
27:22, 37:3,
53:1, 80:23

**told**
47:23

**took**
45:13, 67:17

**top**
40:15, 59:1

**total**
71:1, 73:10,
73:13

**tracks**
63:13, 63:23

**traffic**
17:4

**transcript**
5:9, 9:13,
24:5, 24:13,
29:21, 43:13,
45:16, 55:25,
118:5

**transcription**
117:6

**tried**
22:13

**true**
28:7, 59:9,
61:12, 117:5,
118:6

**truthful**
24:17

**trying**
20:12, 67:14,
68:9, 68:12,
85:4

**turn**
32:11

**two**
10:2, 17:8,
17:19, 17:24,
20:16, 24:24,
34:15, 59:22,
65:8, 93:3,
112:10, 112:15,
113:3

**tx**
4:8

**type**
39:21, 58:22,
59:22, 60:14,
99:23

**types**
15:1, 19:4,

19:8, 21:4,
68:23, 98:1

**typewriting**
118:9

**typical**
96:9

**U**

**ultimate**
13:15

**under**
18:1, 25:7,
54:5, 67:3,
68:16, 113:24,
118:9

**undergo**
87:18, 87:24,
89:5, 90:17

**undergraduate**
15:4, 26:15

**understand**
37:11, 38:17,
38:18, 49:4,
50:3, 51:15,
68:9, 68:13,
95:2, 95:9,
97:12, 102:21,
107:13, 112:17,
112:19, 112:24,
113:16

**understanding**
77:11, 96:9,
99:4

**understood**
83:10

**undertook**
28:1

**unique**
65:24, 96:8

**united**
1:1, 6:6

**units**
58:25

**universe**
43:6, 64:7

**unless**
41:12

**unsuccessful**
15:24, 16:2

**until**
11:19, 17:18,
17:19, 26:6

**update**
66:23

**updated**
66:17, 66:21,
89:22

**upstairs**
8:4

**usage**
96:3

**use**
10:18, 10:25,
13:14, 18:19,
32:6, 33:18,
34:13, 39:25,
40:6, 40:16,
48:5, 49:11,
49:16, 50:2,
50:12, 50:18,
50:21, 51:23,
52:13, 52:22,
59:24, 60:6,
63:10, 65:22,
84:2, 95:12,
98:23, 103:20,
106:23

**uses**
58:13, 60:4,
62:23, 63:8,
96:7, 104:20,
105:1, 105:4,
109:2, 111:12,
114:20

**using**
15:24, 32:3,
47:15, 49:4,
49:24, 51:4,
51:7, 51:19,
53:8, 53:25,
58:11, 63:18,
70:2, 105:25,
106:3, 107:3,
107:19

**utilize**
33:3, 35:12,
40:8

utilized
90:25
utilizes
33:6

**V**

vacuum
81:22, 93:3
validity
44:4
value
30:24, 31:3,
32:20, 32:25,
33:4, 33:7,
33:8, 34:6,
35:15, 35:17,
47:16, 49:5,
49:6, 50:7,
50:12, 53:9,
54:1, 54:15,
54:22, 55:14,
55:17, 59:6,
59:12, 59:18,
59:19, 66:20,
76:19, 76:20,
87:16, 88:2,
114:9
values
33:12, 33:18,
35:16, 60:10,
61:9, 61:15,
61:21, 62:4,
66:9, 66:16,
66:20, 66:22,
67:4, 68:1,
69:8, 69:11,
76:15, 84:17,
84:19, 84:21,
85:1, 85:5,
85:8, 86:11,
87:22, 88:14,
88:20, 89:3,
97:15, 111:4,
111:25, 112:1,
112:12, 112:20,
113:7, 113:12,
113:18, 114:19,
114:21, 114:23,

114:24, 115:1
vary
98:10
versions
13:9
versus
6:5, 24:10,
50:18
via
2:5
video
6:10, 6:15
videoconference
2:6, 8:9
videographer
4:13, 6:2,
6:11, 7:9, 45:7,
45:10, 56:10,
56:13, 92:10,
92:13, 116:1
videotaped
1:18, 2:1, 6:3
view
94:12
virtually
1:19, 2:2
visualization
17:5
voice-identify
6:17
vulnerability
19:10

**W**

wait
14:24, 103:6
walnut
4:7
wang
4:5, 4:6, 6:22
want
31:2, 42:23,
58:14, 61:11,
69:22, 75:2
wanted
50:4
washington
3:16

water
56:7
way
13:11, 30:21,
34:21, 34:25,
35:8, 35:13,
35:19, 35:22,
35:25, 36:3,
36:9, 39:15,
42:17, 44:2,
46:5, 46:10,
50:1, 52:24,
57:8, 58:9,
64:10, 69:14,
109:25, 113:11,
113:16
ways
42:12, 60:24
we'll
73:2
we're
33:14, 48:5,
56:4, 56:10,
92:10, 116:1
we've
10:22, 53:4,
79:20, 115:4
web
13:5, 13:10,
14:11
went
11:12, 12:7,
18:23, 82:14
western
1:2, 6:7
whatever
49:14, 49:18
whereas
104:6
whereof
118:14
wherever
73:23
whether
41:11, 44:9,
46:12, 46:17,
48:8, 48:15,
62:18, 68:19,

75:3, 75:6,
81:7, 83:16,
83:20, 110:17
whole
19:12, 19:13,
42:9, 60:23,
81:23
wilmer
3:14
wilmerhale
6:19, 6:21
within
59:1, 102:6
without
33:19, 40:13,
48:10, 54:7,
55:4, 55:8,
55:12, 65:17,
82:4, 87:8,
93:20
witness
7:11, 9:16,
24:6, 29:23,
37:19, 43:14,
44:25, 45:3,
56:4, 56:9,
59:10, 91:14,
91:17, 91:19,
115:24, 118:14
word
40:1, 40:11,
40:16, 41:9,
41:10, 47:18,
53:5, 53:7,
53:17, 54:2,
59:24, 63:5,
63:6, 63:11,
63:12, 63:18,
63:21, 63:22,
65:22, 82:7,
82:10, 82:16,
83:20, 83:23,
85:3, 86:3,
86:4, 86:13,
86:14, 86:16,
88:22, 89:10,
89:11, 89:13,
89:16, 89:20,

89:24, 89:25,
90:1, 90:5,
94:25, 95:4,
96:13, 97:25,
100:3, 100:25,
104:10, 104:13,
104:21, 105:2,
105:17, 105:21,
106:3, 108:11,
111:12, 111:19,
111:20, 111:22

**wording**
52:17

**words**
30:17, 51:21,
52:10, 57:4,
62:3, 62:11,
62:12, 62:24,
63:1, 63:9,
63:19, 64:1,
64:2, 64:4,
64:5, 64:7,
67:10, 67:20,
67:24, 68:4,
68:7, 68:13,
68:14, 68:15,
68:20, 69:1,
69:6, 69:23,
70:1, 71:12,
71:24, 72:1,
72:5, 72:11,
72:16, 72:21,
73:18, 73:21,
81:3, 81:9,
82:1, 82:3,
82:4, 82:17,
83:3, 83:5,
83:10, 83:12,
84:3, 84:8,
84:11, 84:13,
84:16, 86:12,
86:22, 89:19,
89:20, 90:2,
90:4, 90:7,
91:6, 91:7,
93:3, 96:17,
96:21, 97:3,
97:5, 97:7,

97:10, 97:13,
97:15, 97:18,
97:21, 97:22,
97:24, 98:25,
99:12, 99:16,
100:9, 101:10,
101:13, 101:18,
102:5, 102:10,
102:20, 103:12,
105:8, 106:1

**work**
11:18, 12:19,
13:16, 13:21,
14:20, 15:18,
15:22, 16:3,
16:10, 16:23,
16:25, 17:5,
17:7, 17:12,
17:15, 17:17,
18:23, 19:9,
19:17, 19:21,
19:24, 20:1,
20:15, 20:18,
20:19, 21:4,
21:10, 21:14,
21:15, 26:15,
26:17, 26:18,
28:1, 28:2,
28:14, 31:18,
46:24, 79:7,
79:12, 79:17

**worked**
70:10

**working**
11:8, 11:12,
20:4, 98:1,
98:2, 99:5, 99:6

**works**
89:7

**worry**
65:17

**worth**
106:20, 106:25

**write**
65:16

**written**
53:24, 65:11,
105:16, 105:19,

112:19

**wrong**
54:13

**ws**
60:11, 85:1,
87:23, 88:6,
88:20, 89:4,
90:16

## Y

**yeah**
9:10, 10:21,
10:24, 12:21,
14:16, 18:20,
38:14, 46:9,
51:14, 52:19,
69:16, 72:14,
79:11, 85:6,
91:19, 96:25,
98:16, 100:20,
113:1

**year**
14:18

**years**
22:3, 26:6,
27:7, 27:8,
27:16, 29:8,
34:19

**yep**
43:22, 60:9,
86:13, 88:12,
90:24

**york**
3:7

**yourself**
18:8, 28:2,
70:8

## Z

**zoom**
2:5

## 0

**00**
1:21

**00567**
1:8, 6:8

**01**
6:10

**02**
116:2, 116:3

**039**
5:14, 25:4,
25:11, 25:19,
26:3, 26:7,
26:13, 28:11,
56:20, 56:23,
57:1, 57:4,
57:11, 57:13,
57:15, 57:20,
57:22, 58:7,
58:13, 58:16,
60:4, 61:14,
61:22, 62:2,
62:3, 62:18,
62:23, 63:1,
63:8, 64:16,
67:3, 67:8,
69:19, 77:14,
88:1, 91:11,
92:17, 99:7,
99:8, 100:15,
101:14, 102:2,
102:14, 102:24,
103:24, 107:8,
107:23, 108:18,
108:20, 108:25,
109:2, 110:25

**05**
56:11

## 1

**1's**
9:21

**1.2**
87:5

**10**
56:11, 56:14,
71:7, 71:15

**100**
22:4

**10019**
3:7

**11**
92:11, 92:14

**118**
1:23

**12**
86:7, 91:25, 92:6, 116:2, 116:3

**1200**
3:22

**14**
43:10, 86:10

**14612**
1:25, 2:12

**15**
56:14, 66:6, 76:4, 76:6

**16**
44:24, 71:11, 71:19, 71:20, 71:25, 72:12, 77:16, 85:14, 85:22, 86:17, 86:19, 89:20, 90:4, 103:4

**17**
25:14, 25:17, 92:11

**1901**
3:22

**2**

**2.1**
78:15, 78:16

**2.13**
66:5

**2.14**
78:17, 79:1, 79:5

**2.15**
78:18

**2.17**
90:21

**2.18**
79:1, 79:5, 88:13

**2.21**
79:1

**2.22**
79:2

**2.3**
78:22, 78:25

**2.6**
78:22, 78:25

**20**
34:19, 103:4, 118:16

**20037**
3:16

**2009**
25:14, 25:17

**2010**
14:25

**2011**
12:1, 12:3, 14:23, 15:23, 16:5, 16:7, 25:20, 25:23

**2012**
16:7

**2013**
16:7

**2018**
17:14

**2019**
17:14

**2020**
17:14

**2024**
20:7

**2026**
1:20, 6:9, 118:16

**2030**
118:17

**20850**
6:14

**2100**
3:15

**22**
5:10

**23**
6:8

**2320**
3:6

**24**
5:10

**25**
1:8

**26**
5:10, 92:14

**286**
5:11, 25:4, 25:11, 25:14, 26:3, 26:7, 26:13, 28:11, 30:6, 30:9, 30:12, 30:14, 30:17, 30:20, 31:5, 34:17, 34:19, 34:20, 35:3, 35:7, 36:4, 36:8, 36:13, 40:12, 48:21

**29**
5:11

**3**

**30**
91:25, 92:6, 100:17, 107:6

**31**
1:20, 6:9, 22:7, 22:10

**32**
89:14, 89:15, 98:8

**33**
98:9

**34**
89:14, 89:15, 100:17

**38**
24:23

**3rd**
118:15

**4**

**40**
107:6

**400**
6:13

**43**
5:12

**45**
5:13, 76:14

**451**
6:13

**47**
45:8

**49**
60:8, 84:23, 87:16, 87:21, 90:12

**5**

**50**
11:6, 45:11

**51**
84:23

**55**
5:14

**6**

**615**
4:7

**63**
76:14

**64**
85:11, 86:12, 86:13, 89:12, 89:17, 100:25, 101:10, 101:11, 101:13, 101:18, 102:10, 102:20, 104:10, 105:8, 105:17, 105:21, 108:11

**644079**
1:22

**650**
3:6

**66**
85:11

**67**
32:11

**69**
49:3

**6th**
25:20, 25:23

**7**

**70**
21:12, 21:19

**75231**
4:8

**79**
71:11, 71:19, 71:25, 72:12
**7:-cv--dc-dtg**
1:8, 6:8

**8**

**80**
21:12, 21:19, 71:1, 71:3
**81**
98:5
**8140**
4:7
**84**
57:18
**86**
70:17, 79:20

**9**

**9**
1:21, 6:10, 45:8, 45:11
**90**
21:13, 21:15
**90067**
3:23