**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., and KEY PATENT INNOVATIONS LTD.<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC.; AND CIPHER DIGITAL INC. F/K/A/ CIPHER MINING INC.,<br><br>Defendants. | CASE NO. 7:25-CV-00567-DC-DTG<br><br>JURY TRIAL DEMANDED |

**<u>JOINT CLAIM CONSTRUCTION STATEMENT</u>**

Pursuant to the Scheduling Order (Dkt. 63) and Court's Standing Order Governing Proceedings (OGP)—Patent Cases, Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") and Defendants Foundry Digital LLC, Fortitude Mining, LLC, Riot Platforms, Inc., and Cipher Digital Inc. ("Defendants") hereby submit the following Joint Claim Construction Statement.

## I. <u>Disputed Constructions</u>

| # | Claim/Term | Proposed By | Defendants' Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|---|---|
| | **'286 patent** | | | |
| 1 | Claim 1: [preamble] "A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation" | Defendants | Preamble is limiting, and indefinite. | The full preamble is not limiting and is not indefinite. |
| 2 | Claim 1: "instead of a modulus used in performing a standard Montgomery reduction" | Defendants | Indefinite. | Plain and ordinary meaning. |
| | **'039 Patent** | | | |
| 3 | Claim 1: [preamble] "A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration" | Plaintiffs/ Defendants | Preamble is limiting, and indefinite. | The full preamble is not limiting and not indefinite. |
| 4 | Claim 1: "said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one half" | Defendants | Indefinite. | "said reversing resulting in an average number of words that need to be loaded into the registers per categorized and unrolled iteration being reduced by at least one half" |
| 5 | Claim 3: "advanced processor architecture to leverage capabilities" | Defendants | Indefinite. | "processor architecture capable of loading/storing at least double words, i.e., |

| # | Claim/Term | Proposed By | Defendants' Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|---|---|
| | | | | 64-bit words, to leverage capabilities" |
| 6 | Claim 4: "ARM type processors" | Defendants | Indefinite. | "processors with ARM architecture" |
| 7 | Claim 6: "consuming state values residing in the registers at an end of an iteration at a beginning of a following iteration" | Defendants | Indefinite. | "using state values residing in the registers at an end of an even or odd iteration at a beginning of a following odd or even iteration" |

## II. <u>Agreed-Upon Constructions</u>

| # | Term | Agreed-Upon Construction |
|---|---|---|
| 1 | "verifying that the second elliptic curve point Q represents the public key of the signer"<br><br>'827 Patent, Claim 2 | Plain-and-ordinary meaning. |
| 2 | "word"<br><br>'286 Patent, Claim 1 | "unit of data (in bits) that that a computer processor can handle in a single operation" |
| 3 | "least significant word"<br><br>'286 Patent, Claim 1 | "word that makes the smallest contribution to the value of the operand" |
| 4 | "categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations"<br><br>'039 Patent, Claim 1 | Plain and ordinary meaning |
| 5 | "reduced result"<br><br>'062 Patent, Claim 1 | Plain-and-ordinary meaning. |
| 6 | "words"<br><br>'062 Patent Claim 4 | "unit of data (in bits) that that a computer processor can handle in a single operation" |

### III. Stipulated Constructions[1]

| # | Term | Stipulated Construction |
|---|---|---|
| 1 | "perform a replacement of a least significant word of the operand"<br><br>'286 Patent, Claim 1 | Plain-and-ordinary meaning. |
| 2 | "perform a cancellation thereof"<br><br>'286 Patent, Claim 1 | "add a multiple of the modulus to the operand to zero out the least significant word of the operand" |
| 3 | "unreduced result"<br><br>' 062 Patent, Claim 1 | "result without any reduction to a specific finite field or word size reduction" |

[1] In the interest of conserving party and judicial resources, the parties have agreed to adopt the Court's constructions from its claim construction order in *Malikie Innovations Ltd. v. Mara Holdings, Inc.*, C.A. No. 7:25-cv-00222-DC-DTG, Dkt. 80 (W.D. Tex. Mar. 12, 2026) for the following claim terms, while preserving their right to appeal those constructions consistent with the positions set forth in their stipulation (Dkt. 99).

Dated: August 21, 2026

*/s/ Khue V. Hoang*
Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmankjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

*/s/ Andrew J. Danford*
John V. Hobgood (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
john.hobgood@wilmerhale.com
andrew.danford@wilmerhale.com

Ben S. Fernandez (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel: (720) 274-3163
ben.fernandez@wilmerhale.com

Laura E. Powell (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6294
laura.powell@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Cipher Digital Inc.*

Vivek P. Shankam, Ph.D.
**Reichman Jorgensen Lehman
& Feldberg LLP**
901 S. MoPac Expwy., Bldg. 1, Suite 270
Austin, TX 78746
Tel: (737) 227-3117
vshankam@reichmanjorgensen.com

Mark D. Siegmund, TX Bar No. 24117055
William D. Ellerman, TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
wellerman@cjsjlaw.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

*/s/ Justin S. Cohen*
Justin S. Cohen
State Bar No. 24078356
justin.cohen@hklaw.com
Robert S. Hill
State Bar No. 276056
robert.hill@hklaw.com
Morgan Delabar
State Bar No. 24116625
morgan.delabar@hklaw.com
**Holland & Knight LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

Amy Simpson (*admitted pro hac vice*)
CA State Bar No. 241090
amy.simpson@hklaw.com
**Holland & Knight LLP**
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067
Tel: (310) 201-8900

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suire 430
Tyler, Texas 75701
Tel: (903) 705-1117

*Attorneys for Defendants Foundry Digital LLC, Fortitude Mining, LLC, and Riot Platforms, Inc.*

*/s/ Timothy T. Wang*
Timothy Wang
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75251
(972) 331-4603

(972) 314-0900 Fax
twang@nilawfirm.com
*Counsel for Defendant-Intervenor Shenzhen MicroBT Electronics Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 21, 2026, to all counsel of record.

/s/ *Mark D. Siegmund*
Mark D. Siegmund