**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.** | § | |
| | § | |
| | § | **NO: MO:25-CV-00567-DC-DTG** |
| **vs.** | § | |
| | § | |
| **FOUNDRY DIGITAL LLC, ET AL.** *Defendant* | | |

# ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, September 02, 2026 at 02:00 PM (2 hour time block).

**IT IS SO ORDERED** this **25th day of August, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE