IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY DIGITAL LLC, FORTITUDE MINING, LLC, RIOT PLATFORMS, INC., CIPHER DIGITAL INC. F/K/A/ CIPHER MINING INC.<br><br>Defendant. | CASE NO. 7:25-CV-00567-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL OF FORTITUDE MINING, LCC WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, Plaintiffs Malikie Innovations Ltd. and Key Patents Ltd. hereby file this notice of dismissal of Defendant, Fortitude Mining, LLC, without prejudice, in the above-captioned action, including all claims. Each party shall bear its own costs and fees.

Dated: August 28, 2026

Respectfully Submitted,

/s/ Khue V. Hoang
Khue V. Hoang *(pro hac vice)*
Patrick R. Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Matthew G. Berkowitz
Courtland L. Reichman *(pro hac vice)*
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
creichman@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Christine E. Lehman
Adam Adler *(pro hac vice)*
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
peklem@reichmanjorgensen.com

Vivek P. Shankam *(pro hac vice)*
**Reichman Jorgensen Lehman & Feldberg LLP**
901 S. MoPac Expressway, Bldg. 1, Suite 270
Austin, TX 78746
Tel: (650) 623-1401
vshankam@reichmanjorgensen.com

Mark D. Siegmund
Texas Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76720
Tel: (254) 732-2242
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Tel: (254) 732-2242
wellerman@cjsjlaw.com

*Attorneys for Plaintiffs*
*Malikie Innovations, Ltd. and*
*Key Patent Innovations, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 28, 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund