**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.

Plaintiffs,

v.

FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC.; and CIPHER DIGITAL INC. F/K/A/ CIPHER MINING INC.,

Defendants,

SHENZHEN MICROBT ELECTRONICS TECHNOLOGY CO., LTD.,

Intervenor-Defendant.

CASE NO. 7:25-CV-00567-DC-DTG

JURY TRIAL DEMANDED

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT
AS TO DEFENDANT CIPHER DIGITAL INC.**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") and Defendant Cipher Digital Inc. ("Cipher") file this joint motion to stay and notice of settlement as to Cipher. Plaintiffs and Cipher have reached an agreement that settles all matters in controversy between them.

In furtherance of their agreement, Plaintiffs and Cipher respectfully request that the Court stay all unreached deadlines in the Scheduling Order (Dkt. 63) for twenty-one (21) days as to Cipher. Plaintiffs and Cipher expect to file a joint stipulation of dismissal as to Cipher before the expiration of the stay.

Dated: September 1, 2026

/s/ *Khue V. Hoang*
Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmankjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

/s/ *Andrew J. Danford*
John V. Hobgood (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
john.hobgood@wilmerhale.com
andrew.danford@wilmerhale.com

Ben S. Fernandez (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel: (720) 274-3163
ben.fernandez@wilmerhale.com

Laura E. Powell (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6294
laura.powell@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Cipher Digital Inc.*

Vivek P. Shankam, Ph.D.
**Reichman Jorgensen Lehman**
**& Feldberg LLP**
901 S. MoPac Expwy., Bldg. 1, Suite 270
Austin, TX 78746
Tel: (737) 227-3117
vshankam@reichmanjorgensen.com

Mark D. Siegmund, TX Bar No. 24117055
William D. Ellerman, TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
wellerman@cjsjlaw.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), I hereby certify that counsel for Cipher has conferred with counsel for Plaintiffs regarding the relief sought by this motion. The motion is jointly filed.

*/s/ Andrew J. Danford*
Andrew J. Danford