**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD.,<br><br>Plaintiffs,<br>v.<br><br>FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC; AND CIPHER MINING INC.,<br><br>Defendants. | CIVIL ACTION NO. 7:25-cv-00567-DC<br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that Justin S. Cohen, counsel of record for Defendant Riot Platforms, Inc. ("Riot") in the above-captioned matter, gives notice of a change of law firm and contact information from Holland & Knight LLP to:

Justin S. Cohen
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 855-8055
Email: justin.cohen@nortonrosefulbright.com

Dated: September 2, 2026

Respectfully submitted:

By: */s/ Justin S. Cohen*

Justin S. Cohen
State Bar No. 24078356
justin.cohen@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
214.855.8055

**ATTORNEY FOR RIOT PLATFORMS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on September 2, 2026.

*/s/ Justin S. Cohen*
Justin S. Cohen