**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.

Plaintiffs,

v.

FOUNDRY DIGITAL LLC; FORTITUDE MINING, LLC; RIOT PLATFORMS, INC.; and CIPHER DIGITAL INC. F/K/A/ CIPHER MINING INC.,

Defendants,

SHENZHEN MICROBT ELECTRONICS TECHNOLOGY CO., LTD.,

Intervenor-Defendant.

CASE NO. 7:25-CV-00567-DC-DTG

JURY TRIAL DEMANDED

**JOINT STIPULATION OF DISMISSAL**
**AS TO DEFENDANT CIPHER DIGITAL INC.**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") and Defendant Cipher Digital Inc. ("Cipher"), having reached an agreement, jointly stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims asserted by Plaintiffs against Cipher in the above-captioned action are hereby dismissed with prejudice;
2. All counterclaims asserted by Cipher against Plaintiffs are hereby dismissed without prejudice; and
3. All parties shall bear their own fees, costs, and expenses.

Dated: September 16, 2026

*/s/ Khue V. Hoang*
Khue V. Hoang
Patrick Colsher
**Reichman Jorgensen Lehman & Feldberg LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

Christine E. Lehman
Adam Adler
Philip J. Eklem
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
aadler@reichmankjorgensen.com
peklem@reichmanjorgensen.com

Courtland L. Reichman
Matthew G. Berkowitz
Michael M. Polka
Michael Caulkins
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

*/s/ Andrew J. Danford*
John V. Hobgood (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
john.hobgood@wilmerhale.com
andrew.danford@wilmerhale.com

Ben S. Fernandez (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel: (720) 274-3163
ben.fernandez@wilmerhale.com

Laura E. Powell (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6294
laura.powell@wilmerhale.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Cipher Digital Inc.*

Vivek P. Shankam, Ph.D.
**Reichman Jorgensen Lehman & Feldberg LLP**
901 S. MoPac Expwy., Bldg. 1, Suite 270
Austin, TX 78746
Tel: (737) 227-3117
vshankam@reichmanjorgensen.com

Mark D. Siegmund, TX Bar No. 24117055
William D. Ellerman, TX Bar No. 24007151
**Cherry Johnson Siegmund James, PC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com
wellerman@cjsjlaw.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document on all counsel of record via the Court's electronic filing system on this 16th day of September 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund